# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 20M1028.03

**AGENCY**
☒ IDHR
☐ EEOC

**CHARGE NUMBER**
2020SF0783

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| ROGHIEH GHOLAMI | 217-685-2 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | SPRINGFIELD, ILLINOIS 62712 | / / M D Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (INCLUDE AREA |
|---|---|---|
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS | | 217-206-6 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| ONE UNIVERSITY PLAZA | SPRINGFIELD, ILLINOIS 62703 | SANGAMON |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| NATIONAL ORIGIN, RETALIATION, SEX | 10/25/2019 ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS

UNEQUAL PAY IN APRIL 2019 BECAUSE OF NATIONAL ORIGIN, IRAN.

B. PRIMA FACIE ALLEGATIONS

1. My national origin is Iran.

2. My work performance as Associate Professor met Respondent's expectations.

Page 1 of 4
RYS

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 31st DAY OF October, 2019

X _Lolita Lawson_
NOTARY SIGNATURE

OFFICIAL SEAL
LOLITA K. LAWSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04-06-2022
NOTARY STAMP

X _____  Oct 31, 2019
SIGNATURE OF COMPLAINANT      DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 11/09-INT)

UIS Produced 1

Charge Number: 2020SF0783
Complainant: GHOLAMI
Page 2 of 4

    3. Prior to April 2019, I had attained the professional level of Full Professor, which is generally recognized by universities nationally and internationally.

    4. In April 2019, Respondent subjected me to unequal pay when Somnath Bhattacharya, Dean, denied me the position of Full Professor but instead offered me the position of Associate Professor for no stated reason.

    5. Respondent treated Ranjan Karri more favorably.

    6. Similarly situated non-national origin, Iran persons were not subjected to unequal pay under similar circumstances.

II.    A.    ISSUE/BASIS

UNEQUAL PAY IN APRIL 2019 BECAUSE OF SEX, FEMALE.

     B.    PRIMA FACIE ALLEGATIONS

    1. My sex is female.

    2. My work performance as Associate Professor met Respondent's expectations.

    3. Prior to April 2019, I had attained the professional level of Full Professor, which is generally recognized by universities nationally and internationally.

    4. In April 2019, Respondent subjected me to unequal pay when Somnath Bhattacharya, Dean, denied me the position of Full Professor but instead offered me the position of Associate Professor for no stated reason.

    5. Respondent treated Ranjan Karri more favorably.

    6. Similarly situated male persons were not subjected to unequal pay under similar circumstances.

III.    A.    ISSUE/BASIS

UNEQUAL PAY IN APRIL 2019 BECAUSE OF RETALIATION.

     B.    PRIMA FACIE ALLEGATIONS

    1. From approximately 2016 to 2018, I opposed discrimination when I reported sexual harassment on multiple occasions to Respondent.

UIS Produced 2

2. My work performance as Associate Professor met Respondent's expectations.

3. Prior to April 2019, I had attained the professional level of Full Professor, which is generally recognized by universities nationally and internationally.

4. In April 2019, Respondent subjected me to unequal pay when Somnath Bhattacharya, Dean, denied me the position of Full Professor but instead offered me the position of Associate Professor for no stated reason.

5. Respondent treated Ranjan Karri more favorably.

6. The unequal pay followed my participation in a protected activity within such a period of time as to raise an inference of retaliatory motivation.

IV. A. ISSUE/BASIS

HARASSMENT FROM APRIL 2019 TO OCTOBER 25, 2019 AND CONTINUING BECAUSE OF NATIONAL ORIGIN, IRAN.

B. PRIMA FACIE ALLEGATIONS

1. My national origin is Iran.

2. From April 2019 to October 25, 2019 and continuing, Respondent has subjected me to harassment when it allowed Tewei Wang to call me in order to stop me from returning to Respondent, spread rumors of me having a relationship with the former Head of the Department, and shout at me on multiple occasions.

3. The behavior was unwelcome and I opposed it but it continued.

4. The conduct created a hostile, intimidating, and offensive work environment that substantially interfered with my ability to perform the job.

V. A. ISSUE/BASIS

HARASSMENT FROM APRIL 2019 TO OCTOBER 25, 2019 AND CONTINUING BECAUSE OF SEX, FEMALE.

Charge Number: 2020SF0783
Complainant: GHOLAMI
Page 4 of 4

    B.    PRIMA FACIE ALLEGATIONS

        1.    My sex is female.

        2.    From April 2019 to October 25, 2019 and continuing, Respondent has subjected me to harassment when it allowed Tewei Wang to call me in order to stop me from returning to Respondent, spread rumors of me having a relationship with the former Head of the Department, and shout at me on multiple occasions.

        3.    The behavior was unwelcome and I opposed it but it continued.

        4.    The conduct created a hostile, intimidating, and offensive work environment that substantially interfered with my ability to perform the job.

VI.    A.    ISSUE/BASIS

    HARASSMENT FROM APRIL 2019 TO OCTOBER 25, 2019 AND CONTINUING BECAUSE OF RETALIATION.

    B.    PRIMA FACIE ALLEGATIONS

        1.    From approximately 2016 to 2018, I opposed discrimination when I reported sexual harassment on multiple occasions to Respondent.

        2.    From April 2019 to October 25, 2019 and continuing, Respondent has subjected me to harassment when it allowed Tewei Wang to call me in order to stop me from returning to Respondent, spread rumors of me having a relationship with the former Head of the Department, and shout at me on multiple occasions.

        3.    The behavior was unwelcome and I opposed it but it continued.

        4.    The conduct created a hostile, intimidating, and offensive work environment that substantially interfered with my ability to perform the job.

        5.    The harassment followed my participation in a protected activity within such a period of time as to raise an inference of retaliatory motivation.

UIS Produced 4