Gholami Hearing

Personnel Policy regarding promotion:

**ARTICLE 6**
**PROMOTION**
**Section 1. General Statement**
Faculty seeking promotion will be evaluated according to their performance of professional responsibilities at the Campus with an emphasis on performance since the last promotion, utilizing the criteria of professional performance as provided in this Policy as specified for tenure track or non-tenure track faculty. A record of service, scholarship, and/or teaching prior to coming to UIS may be considered as part of a holistic evaluation of the candidate's record. Promotion applications will be made according to the Campus Academic Personnel Calendar. Promotions may take place only within the track of the appointment. For example, Clinical Assistant Professors can be promoted to Clinical Associate Professors, and Assistant Professors can be promoted to Associate Professors, but Clinical Assistant Professors cannot be promoted to Associate Professors, and Assistant Professors cannot be promoted to Clinical Associate Professors.

**Section 3. Eligibility and Consideration for Promotion to Professor**
To be eligible for promotion to the rank of professor a candidate must have an earned doctorate in an appropriate discipline except as provided in Article 10, Appointment, Section 4.A. ==A faculty member will have served at least six (6) years as an Associate Professor at the University or at a comparable institution and have completed two (2) years of full-time continuous service at the University in the rank of Associate Professor before being awarded the rank of professor.== The candidate must, as defined in Article 3, demonstrate and document a clear record of excellence in teaching**,** at the University of Illinois Springfield. S/he must also document and demonstrate a record of excellence in either scholarship or service, with performance in the other category being, at a minimum, high quality. Promotion from Associate Professor to Professor may not precede the award of tenure. Applications for promotion must be made according to the Campus Academic Personnel Calendar. The Narrative document may not be altered or replaced once it is submitted. After that time, any substantive clarifications, explanations, or changes that the candidate wishes to make to information contained in the Narrative must be submitted separately to the candidate's Personnel File in the form of a memo.
Failure to submit an application narrative and portfolio to the Personnel File and an application narrative to the Department Personnel Committee Chair by the date specified in the personnel calendar constitutes a waiver of the right to apply for promotion during that academic year.
To meet the scholarship standards expected of a full professor, the candidate must demonstrate an overall record of continuing engagement and growth in scholarship activity since achieving tenure. Such activity may reflect different patterns of professional growth and development over time. Areas of scholarship may include any of the scholarly products recognized by the discipline in the areas of discovery, integration, application, and teaching, as detailed in the Carnegie Foundation Report Scholarship Reconsidered, also known as the Boyer Model.
To meet the standards of high quality service, the candidate must demonstrate contributions to the university, her or his discipline, and the external community. Candidates for full professor may follow different patterns of professional growth and development in meeting high quality service in the balance of activity.
**Section 4. Review and Assessment Process**
A. Candidates for promotion consideration have the burden of proof and documentation. Each candidate shall be responsible for the preparation of a Portfolio for promotion that documents eligibility and satisfaction of the criteria for the rank sought as specified in this Policy.

B. The Portfolio and the candidate's Personnel File shall be reviewed by the Department to which the candidate is principally assigned. Candidates for promotion must be evaluated according to the criteria of professional performance as specified in this Policy. Following the review, the Department shall transmit a written recommendation to promote or not to promote to the dean with a copy to the candidate, and the candidate's Personnel File. The recommendation shall include a description and assessment of the strengths and weaknesses of the candidate's performance in relation to the criteria for promotion.

**ARTICLE 7**
**TENURE**
**Section 1. General Considerations**
Tenure exists as a protection of academic freedom and assures the faculty member that her/his academic appointment will continue unless terminated for cause or other reasons specified in this Policy. The locus of tenure resides at the campus level. It is a status awarded by the Board of Trustees upon the positive recommendation of the President and Chancellor following a period of probationary service of no more than six (6) years, and a favorable evaluation of the faculty member's performance according to the criteria of professional performance specified in this Policy. A record of service and scholarship prior to coming to UIS may be considered as part of a holistic evaluation of the candidate's record. Tenure applications must be made according to the Campus Academic Personnel Calendar. The Narrative document may not be altered or replaced once it is submitted. After that time, any substantive clarifications, explanations, or changes that the candidate wishes to make to information contained in the Narrative must be submitted separately to the candidate's Personnel File in the form of a memo. Failure to submit an application narrative and portfolio to the Personnel File and an application narrative to the Department Personnel Committee Chair by the date specified in the personnel calendar constitutes a waiver of the right to apply for tenure.
**Section 2. Performance Standards**
To be recommended for tenure, the candidate must, as defined in Article 3, demonstrate and document a clear record of excellence in teaching at the University of Illinois Springfield. S/he must also document and demonstrate a record of at least high quality in either scholarship or service, with performance in the other category being, at a minimum, satisfactory.
Faculty may follow different patterns of professional growth and development in achieving high quality in the combined categories of scholarship and service. Some will divide their non-teaching activities relatively equally, demonstrating high quality in the balance in the context of an institution where teaching is primary. Others will choose to focus their energies in one of the categories, reaching high quality of performance in one, and satisfactory performance in the other.
**Section 3. Probationary Service and Eligibility**
A. Only faculty members at the rank of assistant professor, associate professor, and professor are eligible to apply for tenure.
B. Probationary service prior to being tenured shall normally be six (6) years of full-time service for persons at the rank of assistant professor or above at one or more institutions of higher education, including at least three (3) years of experience at the University of Illinoisat Springfield. ==A faculty member with more full-time service at the rank of instructor or above at accredited institutions of higher education, may elect to apply up to three (3) years of credit for such service at other institutions toward the total of six (6) years.== Service at UIS on a temporary or visiting appointment, or while on leaves of absence, shall not normally be counted as part of the probationary period. The probationary period shall be agreed upon by the faculty member and the administration in the initial appointment letter. Any modifications in the probationary period can be done through Section C.
C. An interruption of the probationary period (rollback in the tenure year code) may be granted for one year upon request when an event or compelling circumstances cause substantial impairment of a candidate's ability to pursue his or her teaching, scholarly activities, and/or service. A rollback may postpone the date of all scheduled reappointment reviews as well as the tenure review date. Any change in

reappointment review schedules must be specified in the candidate's request. Faculty who wish to request a tenure rollback should make the request in writing to their respective department chair. The request should be endorsed by the Dean and submitted for approval by the Provost. Once approved by the Provost, a special written agreement will be prepared and must be signed by the faculty member, the department chair, the Dean, the Provost, and the Chancellor. A tenure rollback form documenting the revised reappointment and/or tenure review dates will be placed in the faculty member's personnel file. Ordinarily, no more than two such rollbacks will be granted. A rollback may be granted in the case of disability or extended and/or severe personal illness. A rollback may also be granted for compelling obligations to a member of the family or household that requires significant time away from University duties. Except in extraordinary circumstances, a rollback will be granted in the event of the birth or adoption of a child under six years old. Finally, a rollback may be granted under circumstances beyond the control of the faculty member, such as grave administrative error. Confidentiality relating to the grounds of the request will be maintained.

D. Because the standards of performance for promotion to associate professor are the same as those for tenure, a faculty member who meets the requirements for promotion to associate professor under Article 6 shall be automatically promoted to Associate Professor upon the award of tenure under this Article without a separate application for promotion.

**Section 4. Application, Review and Notification**
   A. Candidates for tenure consideration have the burden of proof and documentation of qualifications and performance and shall be responsible for preparing a Portfolio for Tenure.
   B. The Department shall evaluate the candidate by reviewing the Portfolio and the candidate's Personnel File and provide a written evaluation and recommendation according to the criteria of professional performance as provided in this Policy.
   C. C. If the candidate has any disagreement with the Department's recommendation, she/he may provide comments to the Dean. These comments must be in writing and submitted within five (5) working days of receipt of the copy of the Department's recommendation by the candidate. These comments should address the areas of disagreement with the recommendation, and any claim of procedural error or discrimination.
   D. D. The Dean shall refer the Department recommendation to the CLPC. The Dean shall convene the CLPC but shall not be present or participate in the substantive deliberation of candidates under review. The CLPC shall review the recommendation, evaluate the candidate according to the criteria of professional performance as provided in this Policy and formulate a written recommendation for tenure or denial of tenure. The CLPC report and recommendation on each candidate shall be forwarded to the Dean with a copy to the candidate and the Personnel File.
   E. E. The Dean shall consider the Portfolio, the Personnel File, and the written evaluation and recommendation of the Department and the College Level Personnel Committee in formulating her/his evaluation and recommendation to the Vice Chancellor for Academic Affairs. In the event the Dean considers overturning the CLPC recommendation, the Dean may request a meeting with the CLPC. The recommendation shall be in writing and based on the criteria of professional performance as specified in this Policy and the continuing need for the faculty member. A copy of the Dean's recommendation shall be sent to the candidate and the Personnel File.
   F. F. The Vice Chancellor for Academic Affairs shall refer the Dean's recommendation along with any written comments of the candidate regarding the Dean's recommendation to the Tenure Review Committee (TRC).
   G. G. The TRC shall review the Portfolio and the Personnel File, the Dean's recommendation and the candidate's comments, if any, and evaluate the candidate's performance based on the criteria of professional performance as provided in this Policy and provide a written evaluation and recommendation to the Vice Chancellor for Academic Affairs, with a copy to the candidate and the Personnel File.

    H.  The candidate may provide written comments to the Vice Chancellor for Academic Affairs concerning the assessment and recommendations of the Dean, the CLPC, and/or the TRC, offering clarification, stating any disagreement, and/or asserting any allegations of procedural error or discrimination. At each level, comments must be made within five (5)working days of the receipt of the copy of the recommendation, with a copy to the Personnel File.

I. Upon receipt of the TRC report, the Vice Chancellor for Academic Affairs will review the Portfolio and the Personnel File and make a written recommendation to the Chancellor based on the criteria of professional performance and continuing need as provided in this Policy, with a copy to the candidate, the Dean, the Department Chair, and the Personnel File.

J. The Chancellor shall review all materials generated in the evaluation process and formulate a recommendation to the President, based on the criteria of professional performance and continuing need as provided in this Policy. The Chancellor shall notify the candidate of her/his recommendation with a copy to the Vice Chancellor for Academic Affairs, the Dean, the TRC chair, the Department and the Personnel File.

K. Tenure may be awarded by the Board of Trustees upon the recommendation of the President and the Chancellor (See Article X Sec 1(b) of the University Statutes, found in Appendix 1).

**Section 5. Waiver of Probationary Service**

Waivers of probationary service can be granted only if the person for whom the waiver is sought holds academic credentials within a disciplinary area appropriate to one of the academic Departments at the University of Illinois at Springfield. Such waivers will not be granted without deliberation by and positive recommendation of the appropriate academic Department Personnel Committee in the College in which the faculty has their tenure home and the Campus Tenure Review Committee.

When the candidate for whom a waiver is sought is being appointed as a full-time administrator, Distinguished Chair, Distinguished Professor, Associate Professor or Full Professor, the Chancellor or Chancellor's designee may recommend to the Vice Chancellor for Academic Affairs a waiver of probationary service for tenure at the time of appointment. The Vice Chancellor for Academic Affairs shall submit the request to the Dean of the College of the Department in which the faculty will have their tenure home. The Dean shall provide the Department and the Tenure Review Committee a current vita and a memo that provides a substantial rationale for how the candidate meets each of the criteria for tenure, and supporting documentation. The Department Personnel Committee shall submit a written recommendation to the Dean, who shall forward the recommendation to the Tenure Review Committee. The Tenure Review Committee shall provide a written recommendation to the Vice Chancellor for Academic Affairs, who shall review it along with all prior recommendations and submit a written recommendation to the Chancellor. The Chancellor shall review all materials generated in the evaluation process and formulate a recommendation to the University President and/or Board of Trustees. The Chancellor shall notify the candidate of her/his recommendation with a copy to the Vice Chancellor for Academic Affairs, the Dean, the TRC Chair, the Department and the Personnel File.

**Section 6. Notice of Chancellor's Recommendation**

Written notice of the Chancellor's recommendation concerning tenure will be provided to the faculty member by the Chancellor in accordance with the Campus Academic Personnel Calendar. In the event that a faculty member is not recommended for tenure, she/he will be employed for the subsequent academic year as the terminal year of employment. Faculty on terminal year contracts may not serve on campus governance or institutional committees.

**Section 7. Written Reasons for Denial of Tenure**

    A.  Within ten (10) working days of notice from the Chancellor of recommendation for denial of tenure, a faculty member may request in writing that the Chancellor provide written reasons for denial of tenure. The Chancellor shall provide written reasons within five (5) working days of her/his receipt of the request.