3:22-cv-03268-CRL-EIL  # 82-3   Filed: 08/28/25

E-FILED
Friday, 28 March, 2025  10:32:37 AM
Clerk, U.S. District Court, ILCD

# Gmail

Roya Gholami < @gmail.com>

## Re: From Dean Bhattacharya, CBM, UIS

**Roya Gholami** <r @gmail.com>                                              Tue, Apr 9, 2019 at 2:57 AM
To: "Bhattacharya, Somnath" < @uis.edu>
Cc: "Bhattacharya, Somnath" < @uis.edu>, "Papini, Dennis R" < @uis.edu>

Dear Dr. Bhattacharaya,

Thanks for the message. I accept the offer.
I'm aware of the financial crisis public universities are facing in Illinois and elsewhere.
I was more concerned about the rank than salary.

Kind Regards
Roya

On Tue, Apr 9, 2019 at 1:09 AM Bhattacharya, Somnath < @uis.edu> wrote:

> Dear Dr. Gholami:
>
> I have considered your points at length. Unfortunately, I am unable to amend my offer beyond giving a year's credit for the partial year you served as Associate Professor here.
>
> Therefore, given that your last drawn salary at UIS was $117,133, I would be willing to offer you the same salary and count your progress as having completed a year as a tenured associate professor, thereby granting you a full year's credit as an associate professor. In other words, my counter to you is to return to UIS as a tenured associate professor at your last drawn salary of $117,133, starting Fall 2019. Per Article 6, Section 3, of the faculty handbook at: https://www.uis.edu/academicstaffhandbook/wp-content/uploads/sites/84/2018/10/Faculty-Personnel-Policy-version-10.15.18-final.pdf, the earliest you would be eligible to apply for the rank of full professor would be 2023 – 2024 (one year credit towards the 6 years as associate professor).
>
> The one-year credit allows you to apply for full professorship over the 2023-2024 academic year over my last timeline of 2024 – 2025.
>
> Please let m know by April 12, 2019, or earlier, whether you accept my offer or not.
>
> [Quoted text hidden]
> [Quoted text hidden]

UIS Produced 40