# UNIVERSITY OF ILLINOIS
# SPRINGFIELD

College of Business and Management
Division of Academic Affairs
One University Plaza, MS UHB 4000
Springfield, IL 62703-5407
Phone: (217) 206-6533 FAX: (217) 206-7541

May 3, 2019

Dr. Roya Gholami

Rouen, France

Dear Dr. Gholami,

I am pleased to invite you to indicate your willingness to join the faculty of the University of Illinois at Springfield as an Associate Professor in the department of Management Information Systems at an academic year (nine-month) salary of $117,133.00, effective, August 16, 2019 (to be paid at $9,761.08 per month over a 12-month period). This is a full-time on-campus position. UIS tenure-system faculty are expected to be available and engaged in the campus community, with assigned professional responsibilities for teaching, scholarship, and service.

Tenured faculty positions at more than half-time are represented by the University Professionals of Illinois (UPI) Local 4100, University of Illinois Springfield United Faculty Chapter, IFT-AFT, AFL-CIO. The collective bargaining agreement by and between the Board of Trustees of the University of Illinois and the UPI Local 4100, UIS United Faculty is effective February 16, 2017 through August 15, 2021.

This recommendation for appointment is subject to the prior approval of the Board of Trustees of the University of Illinois and to the University of Illinois Statutes, the full text of which is available at: http://www.bot.uillinois.edu/statutes. The terms of employment will be as set forth in the document, "Notification of Appointment", which you will receive via email link when your appointment begins.

The offer of the position of tenured Associate Professor in the College of Business and Management is contingent upon positive tenure recommendations for the applicable campus committees and officials. Your locus of tenure will be in the College of Business and Management. This recommendation for appointment is subject to the approval of the Board of Trustees of the University of Illinois.

This will also authorize an allowance for moving of household goods and related expenses up to a maximum of $4,000 of actual expenses. All personal moving expenses reimbursed to you or paid on your behalf by the University of Illinois System are considered taxable income. This additional income will be included in your earnings and is subject to withholding. You will see a reduction in your net pay in the pay event when this additional income is included. Expenses for moving are allowable only from July 1, 2019 to June 30, 2020. Moving expenses incurred before July 1, 2019 will not be reimbursed.

It is standard practice in the College of Business and Management for each faculty member to receive $800.00 per year for professional development. The stipend can be used to defray costs associated with journal expenses, presenting papers at a regional/national/international conference in your discipline, and similar professional activities. The funds are accessible each year and are normally not payable in a lump sum.

The University of Illinois has converted its employment paperwork to an online service called UI New Hire system. Your logon ID and password along with the URL to access the University of Illinois electronic forms in UI New Hire system will be emailed to you after receipt of your signed acceptance of this offer. The electronic forms need to be completed as soon as possible in order for us to process your appointment. If you have questions about the electronic employment forms, please contact Melanie Trimm in Human Resources at 217-206-7078.

*This offer is contingent upon the successful completion of a criminal background check.* The background check process will not begin until you provide authorization by responding to the email from eServices@geninfo.com.

*This appointment is also conditioned upon your ability to document eligibility for employment as required by the Immigration Reform and Control Act of 1986, as well as any other required security checks. Please note that you will need to provide proof of citizenship and eligibility to work **on or before your first day of the contract period** to UIS Office of Human Resources. The University's electronic I-9 can either be completed locally in the Office of Human Resources or with the convenience of using the remote I-9 process. Documents needed to complete the I-9 process may be found at: https://www.uis.edu/academichr/. Please contact Human Resources at 217-206-6652 for further instructions. If your employment eligibility is received after August 16, 2019, then the effective date of this appointment will be adjusted to a date after eligibility is gained. Salary and benefits for AY 2019-2020 will be prorated accordingly.*

Upon successful completion of the background check process, a recommendation for appointment at the rank of Associate Professor must be approved by the Board of Trustees of the University of Illinois prior to your service begin date.

In addition to accessing new hire employment forms, the UI New Hire system provides information about university employee benefits. Please note that many employee benefits have specific timeframes in which to enroll. You should schedule a benefits orientation session with the Payroll and Benefits Center (217-206-7144/ 7211) no later than your first week of employment.

Under University of Illinois regulations, employees in the USA on F-1 or J-1 visas are not eligible for benefits with the University nor can they hold a tenured/ tenure-track title. If you hold this visa type, please contact me as soon as possible because we will need to modify the terms of your employment and letter of offer. However, unless you are a J-1 visa holder and are subject to the two-year residency clause, we should be able to apply for a change of status to an H-1 visa which will make you benefit eligible and permit the university to convert your position to tenured / tenure-track status upon approval by the Board of Trustees. The Office of International Programs will work with you in this regard.

We would appreciate learning of your decision within 5 days of receipt of this offer. If you choose to accept our invitation, please return one copy of the signed acceptance of the terms and conditions of the appointment. Once we have the signed letter of offer and required electronic employment documents, the necessary transaction can be completed and processed so that the Board of Trustees can issue a formal notice of appointment. Your return of this letter of acceptance and completion of other required documents will ensure that your appointment and payroll will be completed in a timely manner.

We are pleased to welcome you to the University of Illinois at Springfield and look forward to having you as a colleague on our faculty.

Sincerely,

/s/ Somnath Bhattacharya

Somnath Bhattacharya, Dean
College of Business and Management

SB/rc

Enclosures

cc: Vice Chancellor for Academic Affairs & Provost
    Human Resources

I accept the terms of appointment set forth in this letter.

/s/ Roghieh Gholami

_____                    May 12, 2019
Signature                                          Date

UIS Produced 53