E-FILED
Friday, 28 March, 2025 10:32:37 AM
Clerk, U.S. District Court, ILCD

**UNIVERSITY OF ILLINOIS**
URBANA-CHAMPAIGN · CHICAGO · SPRINGFIELD

# NOTIFICATION OF APPOINTMENT

Name/Home Unit:

Gholami, Roghieh
Management Information Systems
115 University Hall
One University Plaza

University of Illinois
Board of Trustees
352 Henry Administration Building
Urbana, Illinois 61801-3640

Generation date: 08/29/2019

UIN: 658489943
Campus: Springfield
Employee Class: Acad 9/12mth Ben Elig
Home Unit: 4/975000 - Management Information Systems

This confirms your appointment to the following position(s) for the pay, periods and other conditions indicated, subject to all immigration laws and other eligibility requirements for employment, and subject to approval by the Board of Trustees. It is valid only if based upon the actual acquisition of required credentials upon which the appointment is based. If the start date for the Period of Payment is later than the Generation Date of this document, approval by the Board of Trustees is still pending. Annual reappointments with a Period of Payment start date of August 16 are traditionally submitted to the Board of Trustees for approval at the September meeting.

JOB:  SA4794-00                     Org Code/Campus/Name:  975000/Springfield/ Management Information Systems

| Title | FTE | Service Basis | Period of Payment Begin | Period of Payment End | Salary |
|---|---|---|---|---|---|
| ASSOC PROF | 100% | 9/12 mth | 08/16/2019 | 08/15/2020 | $117,133.00 A |

| Tenure Status | Tenure Effective Date | Tenure Service Basis | Tenure Percent |
|---|---|---|---|
| Indefinite Tenure | 08/16/2019 | Academic Year | 100% |

- This appointment is made subject to all applicable laws and to the University of Illinois Statutes, the General Rules Concerning University Organization and Procedure and other actions of the Board of Trustees. These policies are subject to change from time to time and the most updated version of the policies is applicable. In the event of error, the Board of Trustees reserves the right to correct such error and issue a corrected Notification of Appointment. It is the responsibility of all University of Illinois employees to comply with the provisions of the State Officials and Employees Ethics Act of the State of Illinois; time not spent on official business of the University must be reported by employees as exception time. Exceptions may include sick leave, vacation leave and other appropriately approved leaves as specified by campus and University policies.

- The amount appearing in the "Salary" column is the gross annual (A) or monthly (M) compensation of the appointee for services required during a full appointment year or monthly period, whether payable in the form of salary, earnings, purchases of annuity contracts, or in any other manner authorized or required by law. In the case of appointments where service is required for less than a full appointment year or monthly period only a proportionate amount of the "Salary" will be payable on the basis of the period of payment indicated in proportion to a full appointment year or month. For example, an appointment for one semester of an academic year is compensated at approximately one-half of the annual "Salary" rate.

- Unless your appointment is designated elsewhere within this document as being "salaried, non-exempt," your appointment (consisting of one or multiple jobs) falls within one of the recognized exemptions to the overtime provisions of the Federal Fair Labor Standards Act, and as such, you are not eligible to receive overtime pay regardless of the number of hours that you work in any given workweek.

- If determined that an employee has been excluded from participation in Federal or State Health Care Programs because of having engaged in fraud, abuse or misconduct as well as any other mandated governmental exclusion listing, the employee is subject to immediate dismissal without notice.

- Falsification of information on a job application or credential materials may result in immediate dismissal.

- As of August 9, 2011, the Explanation of Service Basis, Standard Period of Service and Periods of Payments can be found at **https://nessie.uihr.uillinois.edu/pdf/personal_info/ExplanationofServiceBasis.pdf** If this link is no longer available, the terms in effect for this NOA can be found at the internet location where this document is viewable.

- An asterisk (*) symbol following the Job number indicates that all or a portion of this appointment is made on the condition that employment and payment is contingent upon receipt of funds. For appointments made "subject to receipt of funds" (such as those from grants or contracts), the University reserves the right to terminate the appointment prior to the Period of Payment End Date if the grant(s) or other source of funding for the position has ended. For such appointments, the University reserves the right to terminate the appointment prior to the Period of Payment End Date if the grant or source of funds for the position becomes unavailable, and will provide prior notice, if applicable, in accordance with the notice periods set forth in Article IX(11)(b)(2) of the University of Illinois Statutes. If an asterisk (*) symbol does not appear next to the Job number on this Notification of Appointment, your appointment is not subject to the receipt of funds and not subject to earlier termination based on the loss of such funding.

Regardless of past source of funds supporting the position(s) above, presence or absence of the * symbol indicating "subject to receipt of funds" indicates funding status as of the generation date of this Notification of Appointment.

For an academic professional employee who is entitled to notice of nonreappointment and whose position is supported by multiple sources of funds, calculation of minimum length of notice of nonreappointment will be based on the relevant funds for the portion of the appointment for which a notice of nonreappointment is issued, or on the predominant source of funds in the case of elimination of the position.

- Unless you notify your unit(s) to the contrary within 30 days of the Generation Date of this document, your acceptance of this appointment will be presumed. If you have questions regarding your appointment, please contact your unit office.

**UIS Produced 54**

Sandra M. Williams
Secretary

UIS Produced 55