E-FILED
Friday, 28 March, 2025 10:32:38 AM
Clerk, U.S. District Court, ILCD

1

2

                    IN THE UNITED STATES DISTRICT COURT
3                   FOR THE CENTRAL DISTRICT OF ILLINOIS
4                            SPRINGFIELD DIVISION

5

6    ROGHIEH GHOLAMI,                    )
                                         )
7                        Plaintiff       )
                                         )
8       -vs-                             )NO. 22-CV-03268
                                         )    CRL-KLM
9    BOARD OF TRUSTEES OF THE            )
     UNIVERSITY OF ILLINOIS,            )
10                                       )
                         Defendant       )
11

12

13          Deposition of ROGHIEH GHOLAMI taken at the

14    instance of the Defendant, on September 8, 2023,

15    at the hour of 9:00 A.M., at 3731 Wabash Avenue,

16    Springfield, Illinois, before Sandra K. Haines,

17    CSR and Notary Public, pursuant to notice.

18

19

20                              Sandra K. Haines
                                CSR No. 084-002423
21                              (217)824-8558
                                sandra.k.haines@aol.com
22

23

24

**Exhibit 1**

1                    APPEARANCES

2

3       BAKER, BAKER & KRAJEWSKI, LLC
        Attorneys at Law
4       415 South Seventh Street
        Springfield, Illinois 62701
5       (217)522-3445

6            BY:  MR. JOHN A. BAKER
                  Appearing on behalf of the Plaintiff
7

8
        HEYL, ROYSTER, VOELKER & ALLEN
9       Attorneys at Law
        3731 Wabash Avenue
10      Springfield, Illinois  62791
        (217)522-8822
11
             BY:  MS. THERESA M. POWELL
12                Appearing on behalf of the Defendant

13

14                          INDEX

15

16
        Direct Examination by Ms. Powell....... 3 - 263
17

18

19                         EXHIBITS

20

21
        Roya Deposition Exhibit Number 1 ....      112
22

23

24

**Exhibit 1**

1                        ROGHIEH GHOLAMI

2      called as a witness herein, at the instance

3      of the Defendant, having been first duly

4      sworn/affirmed on her oath, was examined and

5      testified as follows, to-wit:

6                        DIRECT EXAMINATION

7                        BY MS. POWELL:

8          Q.    Would you please state your name for

9      the record, ma'am.

10         A.    Roghieh Gholami.  It is a bit difficult

11     to pronounce, so you can call me Roya.

12         Q.    Okay.  So, you just spelled it for the

13     court reporter, but I don't know if she did that

14     on the record.  So, you can go ahead, could you

15     spell it all out.

16         A.    R-O-G-H-I-E-H is my first name.

17     Surname if G-H-O-L-A-M-I.

18         Q.    Okay.  I believe you go by Roya, is

19     that correct?

20         A.    That's correct.

21         Q.    That's R-O-Y-A?

22         A.    That is correct.

23         Q.    Is it okay if I call you Roya?

24         A.    Absolutely.

**Exhibit 1**

1    Q.    All right, thank you.  Where do you

2    currently live, ma'am?

3    A.    1608 Toronto Road.

4    Q.    How long have you lived there?

5    A.    I have been living there since 2019.

6    Q.    You said since 2019?

7    A.    Yes.

8    Q.    Does anyone live with you there?

9    A.    No.

10    Q.    Have you had your deposition taken

11    before?

12    A.    This is all new to me.  So, I am

13    excited to learn about the legal system.

14    Q.    Okay.  So, I am just going to tell you

15    a few background rules.  You are not doing

16    anything wrong, but if we tell you hey, you have

17    to do this or that, it is because we have the

18    court reporter that is taking everything down.

19    So, today she is the most important person

20    because she is taking down what I say and then

21    your response.  So, if you would, first wait

22    until I finish my question before you start to

23    answer because she can't type two people talking

24    at once.  Also please answer my questions with

**Exhibit 1**

1    words rather than a nod of the head or an uh-huh

2    or a huh-uh.  She can't type that either.  So,

3    if you do that, it is no big deal.  I will just

4    point at you for an answer.  I am not trying to

5    be rude or anything.  We just need to get the

6    answer on the record.  Okay?

7        A.    Sure.

8        Q.    If you have a question or don't

9    understand something that I am asking you,

10    please just let me know at the moment I ask the

11    question.  If you answer a question, I am going

12    to assume that you understood it.  Is that fair?

13        A.    Yes.

14        Q.    It is kind of hard to not nod your head

15    sometimes.

16        A.    Uh-huh.

17        Q.    So, just think about I need to say yes

18    or no, and then like she said just talk loud

19    enough so that she can hear you.

20        You are currently employed at U.I.S., is

21    that correct?

22        A.    That's correct.

23        Q.    Now, the documents indicate that you

24    would have started working at U.I.S. in August

**Exhibit 1**

1    of 2019, is that correct?

2        A.    That's correct.  That's when I

3    returned, but I started working at U.I.S. in

4    2015.

5        Q.    So, based on your documentation you

6    were employed at U.I.S. from 2015 to 2018,

7    correct?

8        A.    Correct.

9        Q.    Then you left and went to France, is

10   that correct?

11       A.    I did, yes.

12       Q.    Okay, and when you were employed

13   between 2015 and 2018, you were an assistant

14   professor?

15       A.    I was associate professor.

16       Q.    Associate professor?

17       A.    Yes.

18       Q.    What were your job duties?

19       A.    Teaching, research, service, those are

20   the three elements of a faculty member.

21       Q.    Would that be the same for everyone?

22       A.    For everyone, assistant professors,

23   associate professors, and full professors.

24       Q.    So, professors at all three levels

Exhibit 1

1    perform the same job duties?

2        A.    Absolutely, yes.

3        Q.    Okay, and between teaching, research,

4    and you said services?

5        A.    Service.

6        Q.    Service, okay.  What percentage of your

7    time would you spend teaching?

8        A.    I would say U.I.S. is a teaching

9    university.  So, we are expected to spend

10    about -- there is no information, there was no

11    information given to me when I started working

12    here.  There was some misunderstanding, or I

13    would say about the identity of U.I.S., whether

14    it is a teaching university, or whether it is

15    balanced.  So, there is -- that is the root

16    cause of the problems that I have been

17    experiencing.

18        Q.    Let's just --

19        A.    But I think I would say 60 percent on

20    teaching, 30 percent on research, and 10 percent

21    on service.

22        Q.    Okay.  That was the case between 2015

23    and 2018?

24        A.    That's correct.

**Exhibit 1**

1        Q.    Okay, and would you change those

2    percentages currently?

3        A.    No.  It is the same.

4        Q.    So, the time that you are spending

5    focusing on each of those three areas has been

6    the same throughout your employment at U.I.S.,

7    correct?

8        A.    I think so, yes.

9        Q.    Okay.  What specifically do you teach

10    at U.I.S.?

11        A.    Different courses related to Management

12    Information Systems.

13        Q.    So, when we see reference to MIS in the

14    documentation, that's Management Information

15    Systems?

16        A.    That's correct.  That's the name of the

17    discipline, and also the name of the, some of

18    the degrees that we offer, one of the degrees.

19        Q.    Are you teaching similar classes now to

20    the ones that you were teaching between 2015 and

21    2018?

22        A.    I am, yes.

23        Q.    Then as it pertains to research are you

24    doing any research yourself?

**Exhibit 1**

1         A.    Yes, I do.

2         Q.    What type of research do you do?

3         A.    Application mostly, applied research I

4    would say.

5         Q.    Explain what you mean to me.

6         A.    Application of information systems in

7    business or society.  So, we study what is the

8    role of information systems in different

9    industries and society, positive and negative.

10        Q.    What would be an example of that?

11        A.    Example would be information systems

12   and sustainability.  What is the role of

13   information systems or information technology.

14   So, these are used interchangeably in

15   environmental sustainability.  So, does it have

16   a positive effect or a negative effect.

17        Q.    When you talk about an information

18   system, are you talking about a software

19   program?

20        A.    That's a good question.  There is a

21   difference between IT and IS.  So, there is

22   distinction.  IT is offered by Computer Science

23   Department.  We are IS or MIS.  We look at the

24   whole system.  So, IT is just one component of

**Exhibit 1**

1    the whole system.  So, we look at the

2    processors, the systems, the people behaviors.

3    So, we are social science I would say.  The

4    discipline is social science.  So, we look at

5    the sociology, psychology.  IT is just one

6    element of the whole system.  That's the

7    difference between IT and IS.

8        Q.    So, the reason I am asking you a lot of

9    questions is because I want to make sure I

10   understand when you use certain words that I

11   know that we are understanding each other.

12   Because I am sure you know a whole lot more

13   about it than I do.

14       A.    No, I think most people don't know the

15   difference between the two.

16       Q.    So, that's very helpful.  So, if I talk

17   about a software program, you would consider

18   that to be an IT issue?

19       A.    It is an IT, yes.

20       Q.    Information systems as I understand

21   what you are telling me is the total or global

22   view of how all information is being processed

23   by any group of people?

24       A.    Absolutely.  So, management of

**Exhibit 1**

1      information technology or information system.

2           Q.    So, that could involve the use of the

3      IT within a workplace, for example, correct?

4           A.    Absolutely.

5           Q.    Or it could involve how people process

6      information at a school or at a business?

7           A.    At a business, yes.

8           Q.    Okay.  Is your specialty area focused

9      mostly on how it works in a business as opposed

10     to schools or other types of groups of people?

11          A.    It is diverse.  My specialty, my

12     research expertise it applies to both business

13     and society.

14          Q.    Okay.  Do you have any requirements for

15     publication at U.I.S.?

16          A.    We do.  I think we have to -- that is

17     why I was hired in the first place.  I think the

18     business schools, business schools are,

19     sometimes they are called College of Business

20     and Management.  Sometimes they are called

21     business school.  They need to have

22     accreditation.  It happens every four years I

23     would say.  AACSB is accreditation body.

24          Q.    What does AACSB stand for?

**Exhibit 1**

1          A.    Association for -- I don't remember.  I
2     need to go back.  It is a long name actually,
3     but it is -- everybody knows it as AACSB,
4     Association of, Accreditation Association of
5     Business Schools, something like that, but I
6     need to go back and double-check.  So, we just
7     refer to it as AACSB.
8          Q.    So, I will just remind you that since
9     she is taking this down you are talking really
10    fast.
11         A.    Too fast.
12         Q.    Well, yes --
13         A.    Habit.
14         Q.    -- for her.  I can understand
15    everything that you are saying, it is fine, but
16    I have read the documents so I know what you are
17    saying, but she is hearing this for the first
18    time.
19         A.    I am sorry.
20         Q.    It's okay.  If you could just slow down
21    a little bit, that's fine.
22             So, you were telling me about that the
23    university needs to be accredited every four
24    years, right?

**Exhibit 1**

1          A.    I think it is about every four years.

2          Q.    Sure, and to assist with that the

3     professors need to do some publications?

4          A.    Publications.

5          Q.    And when you do your research, it is in

6     an effort to publish articles, is that correct?

7          A.    Absolutely, journal, preferably

8     publishing journals which are, we have journal

9     of quality list, which one is the best journal,

10    four star, three star, two star, one star.

11    Obviously it is much better to publish in a four

12    star journal than a three star or two star; and

13    that's how the performance has been measured for

14    the activity, how many publications do you have,

15    quantity and quality of the publications.

16         Q.    You first said there is, the articles

17    are listed or the publications are listed --

18         A.    Journal quality list.

19         Q.    Sure.  Is that something that you would

20    find on line?

21         A.    Absolutely.  Everyone knows that.

22         Q.    Okay, and that would be affiliated with

23    the AACSB?

24         A.    That's a different one.  It is called

**Exhibit 1**

1     ABDC or Australian, yes, I think it is ABDC.

2     There is another one ABS.  So, Australian is

3     obviously made in Australia, created in

4     Australia; and there is ABS, which is related to

5     United Kingdom, but it is kind of used

6     internationally especially ABDC.

7         Q.    Okay.  These would be the two places

8     that someone would go to to see the list for the

9     order of quality --

10        A.    Yes.

11        Q.    -- of the journals that you would want

12    to publish in, is that correct?

13        A.    Absolutely, in the discipline of

14    business and management.  Every discipline they

15    have their own journal.

16        Q.    So, these would be the ones that would

17    be important to you?

18        A.    Yes.

19        Q.    Are there others?

20        A.    There are others, but these are the

21    most I would say commonly known and used.

22        Q.    Okay.  Have you always met your

23    guidelines for publication at U.I.S.?

24        A.    I think I have exceeded, actually

**Exhibit 1**

1    always exceeded the expectations at U.I.S.

2    because U.I.S. is a teaching university.

3        Q.    Okay.

4        A.    So, they have lower expectations

5    compared to Research 2 or Research 3

6    universities.

7        Q.    Now, what is your understanding as to

8    the -- well, does U.I.S. have any sort of, I

9    don't know, ranking or title in terms of

10   research?  Like I know there is R1 and R2

11   schools, correct?

12       A.    R1, R2, R3.  They change the name

13   essentially, but that's the meaning basically,

14   R1, R2, R3, and then they have teaching

15   universities, which are not R1, R2, R3.  That

16   means they don't have Ph.D. programs.  That is

17   the major difference.  Ph.D. programs, and the

18   financial resources, and the lower teaching load

19   are the major differences between teaching

20   institutions and research institutions.

21       Q.    What is your understanding as to what

22   U.I.S. is?

23       A.    I was mislead.  So, this is

24   interesting.  I was mislead when I was being

**Exhibit 1**

1    interviewed about the identity of U.I.S. by the

2    former department head.

3        Q.   Well, let's talk about what your

4    current understanding is.

5        A.   Definitely a teaching university.

6        Q.   Okay.  Would you agree that it was a

7    teaching university when you were there between

8    2015 and 2018 as well?

9        A.   Absolutely, but I was not quite sure

10   because of the misinformation that I was given.

11       Q.   Okay.

12            MR. BAKER:  Just answer the question.

13       A.   Sorry.

14            MR. BAKER:  Answer the question that's

15   asked.

16       Q.   So, U.I.S. to your knowledge and during

17   the time that you worked there has always been a

18   teaching institution, correct?

19       A.   Absolutely, yes.

20       Q.   Okay, and it has never been a research

21   institution to your knowledge?

22       A.   It has never been a research

23   institution.

24       Q.   Now, you are mentioning to me that you

**Exhibit 1**

1    were given some information that was misleading,

2    is that correct?

3        A.    Yes.

4        Q.    What information was that?

5        A.    I was told by the department head that

6    U.I.S. is a balanced institution, and balanced

7    institution means Research 2 or Research 3,

8    which is a research focused institution.  It is

9    not a teaching institution.

10        Q.    Who told you that?

11        A.    Department head and the people who were

12    interviewing me in 2015.

13        Q.    Okay.  Who was the department head in

14    2015?

15        A.    Rassule Hadidi.

16        Q.    So, he and the other people who

17    interviewed you in 2015 suggested that the

18    school was balanced?

19        A.    Was balanced, particularly him because

20    he was the main point of contact.

21        Q.    So, you obviously know how to use a

22    computer, right?

23        A.    Yes.

24        Q.    So, did you look up U.I.S. to see what

**Exhibit 1**

1    type of school it was in 2015?

2    A.    I was not familiar with the

3    classification, Carnegie classification because

4    I was coming from the United Kingdom.

5    MR. BAKER:  Okay.  I instruct you to

6    answer the question.

7    A.    I was not familiar.

8    MR. BAKER:  That's not the question.

9    She asked you did you look.  That's the

10   question.

11   A.    I did some research.  I did talk to

12   people who were familiar with, and they were

13   positive based on the information I was given

14   and I was sharing with them based on the

15   information that I was given.

16   MR. BAKER:  Can I take a break?

17   MS. POWELL:  Yes.  You know, she should

18   finish her answer before you do that just for

19   technical reasons.  Of course, you know I don't

20   care.  Let me just have her finish her answer.

21   So, you need to finish your answer before you

22   take the break.

23   A.    I was not familiar with it, not very

24   familiar.  I had very rough idea about the

Exhibit 1

1    difference between Research 1 and Research 2,

2    but I was not familiar with the classifications.

3        Q.    Okay, but my question was did you

4    research a website to learn yourself what type

5    of institution U.I.S. was in 2015?

6        A.    I did have a look at the website, and

7    yes, I mean it says it is a teaching

8    institution, and we are doing research; but I

9    made the decision to join U.I.S. based on the

10    information that I was given during the

11    interview.  So, I assumed they were telling me

12    the truth about the identity and particularly

13    the department head.

14        MS. POWELL:  You want to take your

15    break now.

16        MR. BAKER:  Yes, please.

17        MS. POWELL:  Go ahead.  It's fine.  I

18    know exactly what he is going to tell you.

19        (Whereupon the deposition was in

20        recess.)

21        Q.    So, when we were talking about your

22    understanding of what type of institution U.I.S.

23    was, this was in the context of you being hired

24    the first time, is that correct?

**Exhibit 1**

1        A.    That's correct, 2015.

2        Q.    All right.  By the time that you left

3    in 2018 then you were aware that it was a

4    teaching institution, correct?

5        A.    Yes and no.

6        Q.    What's the no part?

7        A.    It became confirmed to me that it is a

8    hundred percent teaching university more

9    recently after I returned actually.

10       Q.    Okay.  Was there ever anything on a

11   U.I.S. website that suggested that it was a

12   research institution?

13       A.    I don't recall.

14       Q.    Okay.  Did you ever between 2015 and

15   2018 research the Carnegie rankings for

16   educational institutions to determine whether

17   U.I.S. was even ranked?

18       A.    I think I did, yes.

19       Q.    Okay.  If you did so, you would have

20   seen that they were not a research institution,

21   correct?

22       A.    Yes.

23       Q.    The fact that it is not a research

24   institution how does that impact you in any way?

**Exhibit 1**

1          Let me clarify that.  Between 2015 and 2018

2    how did it impact you, if at all, that the

3    school was not a research institution?

4         A.    That means I didn't have the resources

5    that I needed to do research.

6         Q.    Okay.  What would those resources be?

7         A.    First of all Ph.D. students, which we

8    don't have.

9         Q.    Okay.

10        A.    Then financial resources and lower

11   teaching load.

12        Q.    During the time that you worked at

13   U.I.S. between 2015 and 2018 you did not have

14   Ph.D. students to assist you with your research,

15   correct?

16        A.    No, we never had.

17        Q.    You did not have financial support for

18   your research that you might have at a research

19   institution, correct?

20        A.    Not the same amount, no.

21        Q.    Okay.  You had a high level of teaching

22   expectations between 2015 and 2018, correct?

23        A.    It is higher than research

24   institutions.

**Exhibit 1**

1      Q.    Okay.  So, you had told me that the

2   percentage of time that you spend teaching is

3   roughly 60 percent as compared to the service

4   and research time that you spent at a research

5   institution.  What would you expect those

6   percentages to be, or what is your understanding

7   of what those percentages are?

8      A.    I think it would be 60 percent

9   research, probably 30 percent teaching, 10

10  percent service is the other way around.

11     Q.    Sure.  So, just by those numbers a

12  professor at a research institution would have

13  more time to be able to do the research,

14  correct?

15     A.    Yes.

16     Q.    And more support from other people, and

17  more money to conduct the research, right?

18     A.    Absolutely, yes.

19     Q.    Okay.  Between 2015 and 2018 that

20  status with respect to availability of finances,

21  time, and students was consistent, right?

22     A.    It was consistent, yes.

23     Q.    Okay, and would you say that when you

24  came back in 2019, that stayed the same?

**Exhibit 1**

1      A.    Yes.

2      Q.    Okay.  When you came back in 2019, you

3  were aware then that the school was a teaching

4  institution?

5      A.    Not hundred percent yet, but yes, I was

6  to a large extent, yes.

7      Q.    Okay.  You were obviously aware that

8  you didn't have these resources because you had

9  taught there before?

10     A.    That's true, yes.

11     Q.    When you talk about service, can you

12  tell me what you mean by service time?

13     A.    Service means membership in different

14  committees at the department level, college

15  level, campus level, or serving in committees in

16  your discipline.  Like you guys, the lawyers

17  have your own discipline.  We have our own

18  disciplines.  So, we have our conferences,

19  association, professional association.  So, it

20  would be review papers.  We go to these

21  conferences.  We contribute to the advancement

22  of the betterment of the discipline as a whole.

23  So, that's the meaning of service basically.

24     Q.    Okay.  So, when you go to an MIS

**Exhibit 1**

 1    conference somewhere, that counts towards your

 2    service time?

 3        A.    No.  If you are an editorial board of

 4    journals or organizing committee of conferences,

 5    it counts as service; but just going to the

 6    conference and presenting, I think it counts as

 7    research.

 8        Q.    Are you involved in membership of any

 9    groups to fulfill your service needs or service

10    percentage?

11        A.    Yes.

12        Q.    What are those memberships?

13        A.    The membership, the main one is

14    Association for Information Systems, which is

15    the professional association for MIS scholars.

16        Q.    Say that again, Association for?

17        A.    Association for Information Systems.

18        Q.    Okay.  What does the Association for

19    Information Systems do?

20        A.    They gather I would say information

21    systems scholars from around the world.  They

22    set the standards.  So, they basically lead the

23    discipline.

24        Q.    Okay.  They lead the discipline.  Now,

**Exhibit 1**

1    if someone wants to be a member of the

2    Association for Information Systems, what does

3    that person have to do?

4        A.    They have to pay a membership fee and

5    be active.

6        Q.    Could I join the Association for

7    Information Systems?

8        A.    I think if you belong to an institution

9    who has, which has an MIS Department or IS

10    related, because in some places it is not called

11    MIS, yes, you can, yes.

12        Q.    Me as a lawyer I could just say, I

13    could pay the money and say I would like to be a

14    member of the association?

15        A.    You can be a member of the association,

16    but you need to be active, publishing research

17    in that area, going, attending their

18    conferences, participating, contributing, and

19    teaching and research.  If you can do that, yes,

20    you can.

21        Q.    What happens if I pay the money and

22    then I don't do anything, will I be kicked out?

23        A.    No.  You will have your membership.

24    You will have access to the resources that they

Exhibit 1

```
 1      offer like the databases, some journals, some

 2      conferences, but everybody knows everybody in

 3      those associations.  So, if you don't

 4      participate in the activities, or if you don't

 5      go to conferences, then you are out basically.

 6          Q.   When you say you are out, does that

 7      just mean that you are not considered to be --

 8          A.   A member.

 9          Q.   -- a well respected member of the

10      group?

11          A.   Yes.

12          Q.   But I can just be a member by paying?

13          A.   Yes.

14          Q.   Okay.  There is no license that you

15      have to have in order to be an information

16      system person, is there?

17          A.   So, having a Ph.D. in information

18      systems is what you need to have to be part of

19      the community basically, Masters or Ph.D.

20          Q.   You have your Ph.D., is that correct?

21          A.   I do, yes.

22          Q.   Okay.  From where did you obtain that?

23          A.   National University of Singapore.

24          Q.   What year was that?
```

**Exhibit 1**

27

```
 1        A.    Sorry, say it again.

 2        Q.    What year did you obtain your Ph.D.?

 3        A.    2005, 2006, so academic year is like

 4   that.

 5        Q.    Sure.  I asked you some questions about

 6   U.I.S.  I wanted to ask you some questions about

 7   your job duties when you were in France.  So,

 8   what I have from your documentation is you went

 9   to a school with the initials N-E-O-M-A.  Did

10   you call that NEOMA?

11        A.    NEOMA.

12        Q.    Did you teach at Rouen, or were you in

13   a different city?

14        A.    Rouen.  I was based in Rouen, but they

15   have different campuses in Paris, and so there

16   are three different cities, three different

17   campuses.  It is very much like University of

18   Illinois system.

19        Q.    Did you teach at all three locations?

20        A.    No.  You choose which campus actually

21   you want to live, which city you want to live

22   and teach.  So, I chose to live and teach in

23   Rouen campus.

24        Q.    You were saying that's where you wanted
```

**Exhibit 1**

1    to live, correct?

2         A.    Yes.

3         Q.    When did you start working there?

4         A.    2018.  So, it was academic year 2018

5    until 2019.

6         Q.    Do they start their academic year in

7    the fall?

8         A.    Yes, very similar to, slightly

9    different, but about the same time.

10        Q.    So, would it be around September of

11   2018?

12        A.    August even, yes, September, August, so

13   there was orientation for the new faculty, and

14   getting to know the policies and culture.

15        Q.    Were you teaching and speaking English?

16        A.    Yes.  They offer courses in English and

17   French.

18        Q.    Did you teach any courses in French?

19        A.    I didn't, no.

20        Q.    What were your duties when you taught

21   in France?

22        A.    It is the same duties basically.  So,

23   when you work as a faculty member in any

24   business school in the discipline of IS,

**Exhibit 1**

1    information systems or any discipline, you have

2    three elements of research, teaching, and

3    service.

4        Q.    Okay.  At the school NEOMA in France

5    what were the percentages?  What was your

6    opinion with respect to the percentage of time

7    that you were spending in those three areas?

8        A.    I think it was a balanced institution

9    60 percent, 30 percent, 10 percent.

10        Q.    So, 60 percent was for what?

11        A.    Research.

12        Q.    And 30 percent was for teaching?

13        A.    I think so, yes.  I need to

14    double-check, but I think those are the --

15        Q.    And 10 percent was service?

16        A.    Ten percent service.

17        Q.    Were you in any new or different

18    memberships while you were teaching in France?

19        A.    What is the --

20        Q.    So, you told me about the Association

21    for Information Systems?

22        A.    Yes.

23        Q.    Were there any new or different

24    associations you became involved with once you

**Exhibit 1**

1    moved to France?

2        A.    No.   Basically it is the same

3    association for every member from every country

4    around the world.   So, it is international.

5        Q.    Okay.   Were the classes that you were

6    teaching in France the same types of classes

7    that you had taught at U.I.S.?

8        A.    Yes.

9        Q.    Were you teaching less classes?

10        A.    No.   I think it was about the same,

11    same number of teaching load or number of the

12    classes actually.

13        Q.    So, how was it that you would have so

14    much less time devoted to teaching if you still

15    have the same number of classes?

16        A.    The difference was, I think, French

17    institutions also are not that clear about the

18    classification unlike the British institutions

19    and American institutions.   So, I think they

20    follow the British model, or the American model,

21    or the mix of the two.   So, they are also

22    confused about the classification of the

23    institutions they had, but the difference was

24    they had Ph.D. students.   So, Ph.D. students is

Exhibit 1

1    a major factor for balance for research

2    institutions.  Yes, I think I was spending about

3    the same time on teaching, but I had Ph.D.

4    students.

5       Q.    Okay.

6       A.    So, those are the resources which are

7    not available in U.I.S.

8       Q.    So, the amount of time that you spent

9    when you taught in France was comparable to the

10   amount of time that you spent with your teaching

11   at U.I.S., is that correct?

12      A.    Yes, especially if you start teaching

13   new courses, you are going to spend more time

14   for preparation.

15      Q.    Were the classes that you were teaching

16   in France different from the ones that you had

17   been teaching at U.I.S.?

18      A.    Slightly different, yes, because they

19   have different names.  In each country each

20   system they have slightly different names

21   referring to the degrees or the courses,

22   specific courses they offer, but the content is

23   similar I would say.

24      Q.    Okay, and you taught there for two

**Exhibit 1**

1     semesters, right?

2          A.    Two semesters, yes.

3          Q.    Did you teach the exact same courses in

4     each semester?

5          A.    I think so, yes.

6          Q.    So, each class you had you taught it

7     twice?

8          A.    I think so, yes.  It was the same

9     courses.

10         Q.    Okay.

11         A.    But I need to double-check that to be a

12    hundred percent sure.

13         Q.    While you were there were you

14    publishing as well?

15         A.    Yes.

16         Q.    But now you had assistance from Ph.D.

17    students?

18         A.    You have Ph.D. students and Master by

19    research students.

20         Q.    Would their names be on any of the

21    publications that you published?

22         A.    I need to double-check.

23         Q.    So, you don't know?

24         A.    I don't remember.

**Exhibit 1**

1        Q.    Okay, and why did you leave there?

2        A.    Many reasons, several reasons, the

3    first one was social political situation in

4    France.  If you remember, it was about the same

5    time as Yellow Vest movement.  There was

6    protests every day in the streets of Rouen, and

7    Paris, and everywhere else.  I didn't -- I could

8    not stay out of the United States for too long

9    for my green card.  That was the main reason.

10        Q.    So, did you have a visa to work in

11    France?

12        A.    Yes, I think I had visa, or because I

13    am a British citizen I didn't need to have visa

14    to work because it was part of the European

15    union.  I need to double-check that.

16        Q.    So, just as you sit here today you are

17    not really sure what sort of documentation that

18    you needed in order to stay in France, is that

19    correct?

20        A.    I need to double-check because I was, I

21    was and I am still a British citizen, and until

22    United Kingdom was a member of European Union we

23    didn't need to have visa.

24        Q.    So, at the time which would have been

Exhibit 1

1      2019 --

2          A.    2018.

3          Q.    -- I am sorry, fall of 2018, correct,

4      Britain was still part of the European Union?

5          A.    I think it was in the process of

6      leaving there, but I need to double-check that

7      to be honest.

8          Q.    Has Brexit officially been finalized at

9      this point?

10          A.    I need to double-check.  Because those

11      are the things I try to forget because those are

12      the stupid decisions made in the country.

13          Q.    It sounds like you are telling me that

14      the status of Britain within the European Union

15      might have some impact on your ability to stay

16      in France, is that correct?

17          A.    No.  I could stay.

18          Q.    Okay.  Let me rephrase it.  It might

19      have some impact on the type of documentation

20      that you may need in order to stay in France?

21          A.    The answer is it wouldn't have made

22      much difference because they would have obtained

23      a visa, the work visa if I had to do that, but I

24      need to double-check that.  I don't think there

Exhibit 1

1      was any problem for me staying.  So, it was the

2      decision made by me to leave.  I wasn't forced

3      to leave.

4          Q.    Okay.  You said that one of the reasons

5      related to social political unrest?

6          A.    Yes.  That was one of the reasons, yes.

7          Q.    Okay.  You made some reference to the

8      Yellow Vest movement, is that correct?

9          A.    Yes.

10         Q.    Was that not happening when you took

11     the job in 2018?

12         A.    No, or I think it wasn't happening.

13     That's what I remember, but again I need to

14     double-check.

15         Q.    You said there were protests in both

16     Rouen and in Paris?

17         A.    Everywhere.

18         Q.    Oh, everywhere?

19         A.    Yes.

20         Q.    How did that impact you?

21         A.    It just showed me or it was an

22     indication for unstable future.

23         Q.    When you say unstable future, are you

24     talking about your future, the school's future,

**Exhibit 1**

1    whose future?

2        A.    Everyone's future, particularly my

3    future as an immigrant living in France.

4        Q.    Did the protests have anything to do

5    with you personally?

6        A.    It was stressful to walk in the streets

7    and see these people protesting, and they could

8    be violent.  They were violent actually in some

9    areas.

10        Q.    Were you ever attacked while you were

11    there?

12        A.    I wasn't, no.  I tried to avoid those,

13    but sometimes I would see them in the streets

14    when I was walking to the city center or going

15    to the campus.

16        Q.    Okay.  Was that the main reason that

17    you left?

18        A.    No.

19        Q.    What was the main reason?

20        A.    The main reason was I needed to return

21    to United States.  The United States was my

22    destination for immigration after the United

23    Kingdom.  I wasn't planning to stay in France

24    for too long.

Exhibit 1

1    Q.    Okay.  So, let me break that down a

2    little bit.  So, before you even went to France

3    you knew in your mind that you would be coming

4    back to the U.S., is that correct?

5    A.    Yes, I think I was -- as an immigrant

6    France is not the favorite I would say popular

7    destination for immigrants.  It is a well-known

8    fact.  So, it wasn't long term that I would be

9    there.

10   Q.    Okay.  So, you decided then after one

11   year that you would return?

12   A.    Yes, and I observed some of the same

13   problems that I observed here including sexual

14   harassment in France, the campus that I was

15   working at, so I thought okay.

16   Q.    Then you said that the U.S. was you

17   said my destination.  What do you mean by that?

18   A.    I think United Kingdom, and United

19   States, and Australia, and Canada, English

20   speaking countries are favorite destinations for

21   the immigrants, skilled workers, right.  It is

22   much easier to settle.  The language you speak,

23   the culture, the system is much more advanced

24   compared to countries like France or Belgium for

Exhibit 1

1    immigrants, English speaking immigrants.

2        Q.    So, when you say you think that those

3    countries UK, United States, Australia, et

4    cetera are the favorite destination for

5    immigrants, are you talking about for you

6    personally?

7        A.    Yes, for me, and for most of the

8    immigrants that I am aware of.

9        Q.    When you say most immigrants that you

10    are aware of, are you just generalizing?

11        A.    I am generalizing based on the people

12    that I know and observations.

13        Q.    Okay.

14        A.    I think they have better infrastructure

15    to integrate immigrants in United Kingdom, and

16    United States, and Australia, and Canada.

17        Q.    When you decided to leave France, did

18    you reach out to any other institutions besides

19    U.I.S. for employment?

20        A.    I did apply, but it was too short to

21    find.  Yes, I did, the answer is I did.

22        Q.    Which other institutions did you apply

23    to?

24        A.    I don't remember exactly, but I need to

**Exhibit 1**

1    go back and check my e-mails to see which one I

2    did apply.

3        Q.    How many institutions did you apply to?

4        A.    I don't remember.

5        Q.    Was it more than five?

6        A.    I think I need to double-check.  I need

7    to go back and check my e-mails because I should

8    have that.

9        Q.    So, you don't recall at all how many

10   institutions you applied to?

11       A.    Probably, yes, five would be a

12   reasonable number.

13       Q.    Were all of those institutions that you

14   applied for after deciding to leave France

15   within the United States?

16       A.    Yes, because I wasn't planning to go to

17   any other country, no.

18       Q.    Were any of these other institutions,

19   not U.I.S., research institutions?

20       A.    They were, yes, mainly research

21   institutions I would say, yes.

22       Q.    Were all of the institutions other than

23   U.I.S. research institutions?

24       A.    I need to double-check.

**Exhibit 1**

1     Q.     So, is it fair to say that some of the

2     institutions you applied to other than U.I.S.

3     were also teaching institutions rather than

4     research institutions?

5     A.     Probably not, but I need to

6     double-check.

7     Q.     Were you offered a position at any of

8     the other institutions?

9     A.     Not in the United States, no.

10     Q.     When you say not in the United States,

11     had you applied to any position outside of the

12     United States after you decided that you were

13     going to leave France?

14     A.     No, but I was approached by recruiters

15     from institution, Research 1 institutions in

16     Australia, for example, to apply for open

17     positions of full professors in their

18     institution, which is a top Research 1

19     institution.  They approached me.  I didn't

20     approach.

21     Q.     Why did you not pursue a position in

22     Australia?

23     A.     Because I didn't want to change

24     countries.  I have been moving a lot, and I

**Exhibit 1**

1    think it is time to, it was time to settle in

2    one country because of retirement and everything

3    else.

4        Q.    So, you didn't want to go to Australia,

5    correct?

6        A.    Yes.

7        Q.    Okay.  So, it was more important to you

8    to be in the United States than it was to teach

9    at a research facility?

10       A.    Yes.  I needed to return to United

11   States, yes.

12       Q.    When you say needed to, what does that

13   mean?

14       A.    Because like I said, I couldn't keep

15   moving from one country to another, and it was

16   not good for my retirement.  It wasn't good for

17   my -- I was just tired, and I had enough

18   experience about different institutions,

19   different countries, different cultures to

20   realize that some of the problems that I

21   observed and experienced are universal including

22   what I observed in France.  So, leaving was not

23   the solution to the challenges that I was

24   facing.  That was what I was trying to say.

Exhibit 1

1          Q.    Other than being approached by this

2     Australia university did any other university

3     approach you to hire you?

4          A.    Before 2019, yes.

5          Q.    I am talking about after you decided to

6     leave France.

7          A.    No, no.  Since then it is just NS, what

8     is it called, University of South Wales.  I have

9     to double-check the name, but it is a top

10    university, Research 1 institution.

11         Q.    But like you said you didn't want to go

12    there, correct?

13         A.    Yes.

14         Q.    Okay.  Since you have returned to

15    U.I.S. have you applied for any other positions?

16         A.    No.

17         Q.    You have told me today that your

18    citizenship is British, correct?

19         A.    British.

20         Q.    Okay.  In your lawsuit, in your IDHR

21    complaint you have three allegations.  You are

22    familiar with your complaint and with your IDHR

23    complaint?

24         A.    Yes.

**Exhibit 1**

1          Q.    So, you list in the complaint and in

2     your IDHR charge that your national origin is

3     Iran, is that correct?

4          A.    Uh-huh, yes.

5          Q.    But as you have told me today you are

6     actually British?

7          A.    I am British, yes, citizenship British.

8          Q.    Okay.  When you would have come to

9     U.I.S. in 2015, were you a British citizen at

10     that time too?

11          A.    I was, yes.

12          Q.    Okay.  Are you aware of any

13     documentation that U.I.S. would have that would

14     indicate that you have an affiliation with Iran?

15          A.    Yes, in my British citizenship the

16     passport it is mentioned the country of birth.

17          Q.    Okay.

18          A.    Department head was Iranian.  So, he

19     knew.

20          Q.    Hadidi is Iranian as well?

21          A.    He is born and raised in Iran, but they

22     left the country after the revolution.

23          Q.    Okay.  Is this something that you would

24     have talked to him about?

**Exhibit 1**

1          A.    We would speak in Farsi.  That's what

2     you automatically do when you meet someone from

3     the same culture and department when you are

4     alone, not in a group.

5          Q.    So, Mr. Hadidi, was he a dean, or what

6     was his title?

7          A.    He was department head.

8          Q.    Okay.  What did you call him?

9          A.    Dr. Hadidi.

10         Q.    Okay.  So, did Dr. Hadidi, was he the

11    one who hired you?

12         A.    He was the main point of contact, yes.

13         Q.    To your knowledge did anyone other than

14    Dr. Hadidi know that you had some affiliation

15    with Iran?

16         A.    I think, yes, because they were quite

17    familiar with the department faculty members,

18    other faculty members in the department, and the

19    dean, and probably other people.  Yes, I mean it

20    is from the name they could tell.  They are

21    curious.  They ask questions.  I am sure they

22    knew I was from Iran.

23         Q.    When you say I am sure, what does that

24    mean?

**Exhibit 1**

1        A.    They referred to that.   We talked about

2    it after I came, after I joined.   We would talk

3    about it, or even during the interview actually

4    we would talk about IT.

5        Q.    That you were born in Iran?

6        A.    Referring to the situation in Iran, or

7    Iranian community in the United States and

8    Springfield, so yes.

9        Q.    Okay.   Did anyone say anything negative

10   to you about being from Iran?

11       A.    No, but I think there was -- okay, the

12   answer is no.

13       Q.    When you say the dean, who was the dean

14   at that time?

15       A.    What was his name?   He is retired now,

16   Dean McNeil.

17       Q.    Okay, and Dean McNeil was there when

18   you were there from 2015 to 2018, correct?

19       A.    He was the dean, yes.

20       Q.    So, then when you decided you were

21   going to leave France, who was the first person

22   that you contacted at U.I.S. about potentially

23   returning to U.I.S.?

24       A.    It was Provost Papini, who was the then

**Exhibit 1**

1    newly appointed provost.

2        Q.    Now, Provost Papini became the provost

3    in 2018, is that correct?

4        A.    Right, I think so, yes.

5        Q.    He would have been over the department

6    of, the MIS Department, right?

7        A.    Yes.

8        Q.    Because there are other provosts at the

9    university, right?

10        A.    No.

11        Q.    He is the only one?

12        A.    There is one provost.

13        Q.    Okay.

14        A.    There is one chancellor and one

15    provost.

16        Q.    Okay.  Was your only contact with

17    Provost Papini your exit interview in 2018 prior

18    to the time that you tried to return in 2019?

19        A.    That's correct.

20        Q.    All right.  So, before your exit

21    interview you were not regularly communicating

22    with Dennis Papini, were you?

23        A.    No.  I didn't know him.

24        Q.    Okay.  He wasn't involved in any way in

**Exhibit 1**

```
1     your teaching experience between 2015 and 2018,

2     was he?

3          A.    No.  He was new.

4          Q.    He was what?

5          A.    He was new.

6          Q.    He was new.  If it hadn't been for the

7     exit interview, you likely wouldn't have even

8     spoke to him ever before leaving?

9          A.    That is correct.

10         Q.    Okay.  Would it be fair to say then

11    that your expectation is that he really didn't

12    know very much about you either since you hadn't

13    had any contact with him prior to that exit

14    interview?

15         A.    So, I think when I approached him, he

16    would probably try to get information from the

17    department where I have the experience, right,

18    and the college.

19         Q.    When you said when I approached him,

20    you are talking about in 2019?

21         A.    2019, yes, for returning.

22         Q.    I am still talking about --

23         A.    2018.

24         Q.    -- the exit interview.
```

**Exhibit 1**

1          A.    Yes.

2          Q.    Okay.  So, I am talking about at the

3     time of your exit interview would you agree that

4     to your knowledge you didn't know anything about

5     Papini, and he didn't know anything about you?

6          A.    I didn't know much about him, and I

7     didn't have any interaction with him, but I

8     don't know whether he knew anything about me or

9     not.  I can't comment on that.

10         Q.    That's fair.  You don't know what he

11    knew about you?

12         A.    Absolutely, yes.

13         Q.    Okay.  You didn't have anyone at the

14    university saying oh, Provost Papini is asking

15    us questions about you, nothing like that

16    happened?

17         A.    No.

18         Q.    Okay.  Who scheduled the exit

19    interview?

20         A.    I think it was Monica, who is his

21    assistant.  I need to check the surname.

22         Q.    Sure.  To your knowledge are exit

23    interviews just part of the process of leaving a

24    facility or an institution?

**Exhibit 1**

1          A.    I think if somebody wants to do that,

2     they initiate it, but they can just leave

3     without it.

4          Q.    Did you want an exit interview?

5          A.    I wanted, yes.

6          Q.    Why did you want an exit interview?

7          A.    Because I thought it was important for

8     the leadership to know what I experienced and

9     why I was resigning to prevent it from happening

10    to other people, especially women.

11         Q.    Okay.  What was the date of the exit

12    interview to your recollection?

13         A.    I think it was sometime in March or

14    April.  I don't even know the exact date, but it

15    was March or April 2018, maybe March, late

16    March.

17         Q.    Okay.  It is my understanding that you

18    indicated that you would be resigning in March

19    of 2018, is that correct?

20         A.    About the same time, yes.

21         Q.    Okay, and that resignation would become

22    effective at the end of the semester, which

23    would be sometime in May?

24         A.    Yes, that's the end of the teaching

**Exhibit 1**

1    period.

2        Q.    Sure.  What was it that you wanted to

3    relay to Provost Papini?

4        A.    Basically sexual harassment by the

5    department head and the culture in general,

6    board leadership, broken performance evaluation

7    process, sexism, misogyny, everything that I

8    experienced, abuse of shared governance.

9        Q.    Okay, and prior to this exit interview

10    in March or April of 2018 had you discussed

11    these issues with anyone else specifically?

12        A.    Department head.

13        Q.    Who was that?

14        A.    Rassule Hadidi, the same department

15    head.

16        Q.    So, you had discussed these same issues

17    with Hadidi?

18        A.    Not sexism, misogyny because it was

19    impossible given the character, but I discussed,

20    I have e-mail documentation that I discussed

21    about the broken performance evaluation process

22    and abuse of shared governance.

23        Q.    Okay.  So, prior to your meeting with

24    Provost Papini in March or April of 2018 you had

**Exhibit 1**

1    discussed the issue of shared governance,

2    correct?

3    A.    Abuse of shared governance.

4    Q.    Abuse of shared governance, and the

5    broken, your opinion that there was a broken

6    performance evaluation system?

7    A.    Yes.

8    Q.    Okay.  Those are the two things that

9    you feel you shared with Dr. Hadidi, right?

10    A.    I did, yes.

11    Q.    That would have been when?

12    A.    I think it was 2017, '16, '17.

13    Q.    Okay.  So, the first time that you are

14    discussing an issue of misogyny, the culture,

15    sexual harassment, this is all being brought to

16    light for the first time in March or April of

17    2018?

18    A.    No.  Union, I talked to the union

19    leadership, Kristi Barnwell, before talking with

20    Provost Papini.

21    Q.    You spoke with your own union

22    representative, correct?

23    A.    Yes, Kristi Barnwell was the president

24    and still is.

**Exhibit 1**

1      Q.    Your union representative does not work

2    for U.I.S., does she?

3      A.    She is a faculty member in a different

4    college, history.

5      Q.    Okay.  Does she have any supervisory

6    role over you?

7      A.    No.

8      Q.    Your context for talking to her was as

9    her role of union representative?

10      A.    Union representative just to seek help

11    what can I do, what can we do, because I know

12    nothing about this issue.  It was the first time

13    that I was experiencing it.

14      Q.    When you say you spoke with her, was

15    that immediately before talking to Provost

16    Papini?

17      A.    No.  I think there was some time

18    between.  So, the first time I raised this issue

19    was with the meeting, face to face meeting with

20    Department Head Rassule Hadidi.  I have e-mail

21    documentation.  Then I think it was with Kristi

22    Barnwell, the union representative or the

23    resident, and the last time that I raised the

24    issue was after the interview in 2018 with the

**Exhibit 1**

1    Provost Papini because none of them worked.  I

2    know I talked about sexual harassment with two

3    colleagues in 2016.  So, it was not the first

4    time.

5        Q.    I need you to answer the question that

6    I asked you because you have already told me

7    that what you reported to Dr. Hadidi was abuse

8    of shared governance and a broken performance

9    evaluation?

10       A.    Yes.

11       Q.    You did not discuss with Dr. Hadidi

12   misogyny, sexual harassment, or the culture in

13   general, correct?

14       A.    No, because he is a dictator.  It is

15   impossible.  He is the father figure,

16   authoritarian.  It is impossible to have any

17   conversation with him.

18            MR. BAKER:  Well, you need to answer

19   the question.

20       A.    Sorry, it's okay.

21            MR. BAKER:  No. It is not okay.  You

22   have to answer the question that is asked.

23       A.    I get emotional.

24       Q.    So, when I am asking you about who you

**Exhibit 1**

1    spoke to about the sexual harassment, and

2    culture, and misogyny, if you throw in Hadidi,

3    then you are not answering my question because

4    you have already answered that.  You understand?

5        A.    Right.

6        Q.    Okay.  So, you are telling me that when

7    you spoke with the union rep, this would have

8    been sometime before the meeting with Papini,

9    right?

10        A.    It was 2017.  I need to check.  It was

11    either February or March.  I need to

12    double-check, but definitely 2017, which was

13    before the meeting with Provost Papini.

14        Q.    In 2017 what issues did you discuss

15    with the union rep?

16        A.    Sexual harassment, abuse of shared

17    governance, and broken performance evaluation

18    process, so the three topics.

19        Q.    What actions did you take, if any,

20    after the meeting with the union representative

21    regarding those specific issues?

22        A.    I came to the conclusion that there is

23    no solution for this problem.  It is impossible,

24    so nothing because nobody helped me.

**Exhibit 1**

1      Q.    Okay.  You didn't take any actions in

2      response to your meeting with the union rep,

3      correct?

4      A.    I had the face to face meeting with her

5      following the e-mail communication, and she

6      didn't offer any help.  So, I thought okay.

7      Q.    So, the question is you didn't take any

8      actions following your meeting or meetings --

9      A.    No.

10     Q.    -- with the union rep, correct?

11     A.    I did not.

12     Q.    You did not, okay.  Then when you met

13     with Dennis Papini, would you say that was a

14     year later or a few months later?

15     A.    It was a few months probably later

16     2018.  I need to double-check the dates again.

17     Q.    When you met with him for the exit

18     interview, who else was present?

19     A.    It was just me and him face to face.

20     Q.    Was it a type of question and answer

21     session, or was it just you giving him your

22     feelings?

23     A.    I think it was open, kind of very open

24     conversation.  I was giving him information, and

Exhibit 1

1    he was listening.

2        Q.    What specifically did you tell him that

3    you can recall?

4        A.    Everything that I experienced between

5    2015 and 2018, the issues that I thought were

6    the problems including sexual harassment, abuse

7    of shared governance, and broken performance

8    evaluation process.

9        Q.    First of all, how long did this meeting

10   last?

11       A.    I think it was about 30, 40 minutes.

12   It wasn't too long.  It wasn't too short either,

13   half an hour maybe.

14       Q.    Okay.  All right.  Then you just told

15   me that the topics that you discussed were

16   sexual harassment, correct?

17       A.    I did, yes.

18       Q.    Okay, and you said you discussed the

19   abuse of shared governance?

20       A.    Governance.

21       Q.    Okay, and you also discussed the broken

22   evaluation system?

23       A.    I did, yes.

24       Q.    Are those the three main topics that

**Exhibit 1**

1    you discussed?

2        A.    They were, and I have e-mail

3    communication to confirm that.

4        Q.    When you say you have e-mail

5    communication to confirm this, would you agree

6    that any e-mails that you have relating to the

7    exit interview are dated 2019 and later?

8        A.    No.  I think it was 2018.  I sent the

9    e-mail to him before the exit interview to

10   summarize the issues that I was going to discuss

11   in the exit interview face to face.

12       Q.    Okay.  Can you tell me where that

13   e-mail is?

14       A.    It is in the documents that I have.

15       Q.    Okay.  I want you to find those.  Since

16   I just received your discovery on Friday,

17   typically I probably would have filed a motion

18   or sent a letter to your lawyer saying you need

19   to answer the questions, but I am going to let

20   you at least for today find that documentation

21   in order to properly respond.  So, we can take a

22   break.  If you would, I want you to locate for

23   me the e-mails that you believe show your

24   communication to Papini prior to the exit

**Exhibit 1**

1    interview.

2        A.    Yes, I can do that.

3        Q.    And before you do so do you think it is

4    in Exhibit 1, 2, or 3?

5        A.    Which one, I think it was in more than

6    one actually.

7        Q.    I will tell you this.  Exhibit 1 is

8    your time line, and that is something that you

9    put together, right?

10        A.    It is probably in there as well as the

11    other documents.

12        Q.    Okay.

13        A.    Which is my responses to questions,

14    Exhibit 3 probably.

15        Q.    Exhibit 3.

16        A.    I think it is Exhibit 1 and Exhibit 3.

17        Q.    I will just give you, here is Exhibit

18    1, if you want to look through there.

19        A.    That's a lot of information.

20        Q.    It is okay, and Exhibit, I think --

21        A.    The timeline.

22        Q.    -- Exhibit 2 was the performance

23    evaluations.

24        A.    Yes.

Exhibit 1

1          Q.    So, I don't think it is in there.

2          A.    That is correct.

3          Q.    And Exhibit 3 was other information.

4     So, I am going to let you take a little time and

5     go through and find those e-mails for me.  Okay,

6     thanks.

7          (Whereupon the deposition was in

8          recess.)

9          MS. POWELL:  Back on the record.

10         Q.    So, I asked you to find the e-mail that

11    you were talking about where you said you sent

12    an e-mail to Provost Papini before your exit

13    interview, correct?

14         A.    Uh-huh, yes, but I do not have access

15    to their e-mails prior to 2019.  So, this is the

16    only documentation that I have.

17         Q.    Okay.  So, in looking at what you have

18    given me it begins at Page 276 of Gholami

19    Discovery Exhibit 3, correct?

20         A.    Yes, I have bad eyesight.

21         MR. BAKER:  I will state yes.

22         A.    So, yes.

23         Q.    Right here and right here.  Do you see

24    that?

**Exhibit 1**

1          A.    That is correct, yes.

2          Q.    So, let me just -- if you need me to

3     bring this bigger, I can try to make it bigger

4     for you.

5          A.    I sent an e-mail to my friend, Mehrdad

6     Massoudi.

7          Q.    Let me ask you the questions, okay.

8     So, this document, this e-mail that you located

9     for me that begins at Exhibit 3, Page 276, you

10    understand and agree that it is an e-mail from

11    you on March 29th, 2018 to your friend,

12    Mr. Massoudi, correct?

13         A.    That is correct.

14         Q.    Okay.  You do not have documentation of

15    actually sending this e-mail to Provost Papini,

16    do you?

17         A.    I do not have because I do not have

18    access to my mailbox prior to 2019.  When you

19    leave, when I resigned, I lost access to that.

20    But I don't think it is difficult to get hold of

21    that.  You can ask the IT Department, but I

22    think even the e-mails that I sent to Monica to

23    schedule the meeting it should be there in my

24    database, but I do not have access to that.  So,

Exhibit 1

1     I couldn't print it.

2          Q.   What you have, and we are going to

3     refer here to Page 276, okay.  You understand,

4     right?

5          A.   Yes.

6          Q.   This is not a forward of the e-mail, of

7     any e-mail that you sent, is it?

8          A.   No, it is not.

9          Q.   Is this something that you typed up

10    separately and sent it to your friend?

11         A.   I cut and pasted from the e-mail that I

12    sent to Provost Papini to my friend, who lives

13    in Pittsburgh, Pennsylvania.

14         Q.   So, Page 276 runs into Page 277,

15    correct?

16         A.   Uh-huh.

17         Q.   And then it continues onto Page 278,

18    right?

19         A.   Right.

20         Q.   Okay.  So, in looking at Page 276 I

21    cannot tell from this document how much you sent

22    to your friend, Mr. Massoudi.

23         A.   Right.

24         Q.   Can you tell me how many pages you sent

**Exhibit 1**

1    to Mr. Massoudi?

2        A.    I need to double-check, go back and

3    check the e-mail, but I think this is all that I

4    have on the topics we discussed.

5        Q.    But what I am asking you is this does

6    not appear to be an actual e-mail.  It appears

7    to be something that you cut and pasted from

8    somewhere and put into Exhibit 3, is that

9    correct?

10        A.    It is probably, yes, it is probably

11    cut, I cut and pasted from the e-mail that I

12    sent to Provost Papini to my friend to hear his

13    opinion about this.

14        Q.    It also appears to be that you cut and

15    pasted this document, Page 276 from your e-mail

16    to Mr. Massoudi because there is no end to it

17    with your signature line at the bottom, correct?

18        A.    I can find that e-mail and send you the

19    whole --

20            MR. BAKER:  Hold on, stop.  You have to

21    answer her question.  She asked you --

22        A.    I don't recall.  I need to go back and

23    check.

24            MR. BAKER:  Hold on, stop.  Listen to

Exhibit 1

1    me.  You have got to answer her question.

2         A.    Right.

3              MR. BAKER:  She asked you a question.

4    You have got to answer that question.

5         A.    I don't recall.  That's probably the

6    correct answer.  I need to double check.

7         Q.    But you can't tell from looking at this

8    that this isn't what your e-mails look like?

9         A.    I need to go back and find the e-mail,

10   the actual e-mail, and see whether it is correct

11   or not.

12        Q.    All right.  Then in looking at this

13   beginning at 276, can you tell me what you

14   believe you sent to your friend, Mr. Massoudi?

15   How far does it go?  What's the end point?

16        A.    If you go up, it was just a list of the

17   topics, the end of that, yes.

18        Q.    So, on Page 278 there is reference to

19   Dr. Monica Cox.  Did you send the --

20        A.    No.

21        Q.    -- did you send the part that

22   references Dr. Monica Cox to your friend,

23   Mr. Massoudi?

24        A.    No.  It was just this list of topics.

**Exhibit 1**

1          Q.    So, the end of what you sent to

2     Mr. Massoudi ends with parenthesis, how dare

3     you, closed parenthesis, is that correct?

4          A.    I think so, yes, but I need to

5     double-check, find the actual e-mail and

6     double-check to be precise.

7          Q.    As we sit here today what you sent to

8     Mr. Massoudi is found beginning on Page 276, and

9     ends on Page 278 above where it says Dr. Monica

10    Cox, correct?

11         A.    That's correct, just a list of the

12    topics.

13         Q.    These pages that I just referenced, 276

14    to 278, do not include any e-mail to Provost

15    Papini, does it?

16         A.    That's correct.

17         Q.    Okay.

18         A.    This is the only time stamped --

19               MR. BAKER:  There is no question

20    pending.

21         A.    Sorry.

22         Q.    Did you look through all of the

23    documents that referenced your exit interview in

24    Exhibit 3?

**Exhibit 1**

1    A.    Right.

2    Q.    Did you just right now?

3    A.    No, because it is a long document.  I
4    just found this one.

5    Q.    Well, I want you to make sure there is
6    nothing else that you sent to, or that would
7    evidence that you had a communication with
8    Provost Papini before your exit interview.

9    A.    Probably not.

10    Q.    Well, what I am asking you is I want
11    you to look through these, and make sure there
12    aren't any others?

13    A.    Okay, I think not, but I can --

14    Q.    You don't have to.  If you are going to
15    tell me there aren't any, is that what you are
16    saying?

17    A.    I think most probably not.

18    Q.    So, as you sit here today there is
19    nothing in Exhibit 3 that evidences a direct
20    communication with Provost Papini, correct?

21    A.    Before the exit interview or after?

22    Q.    Yes, before.

23    A.    Probably not.  This is the only one
24    that I have.

**Exhibit 1**

1          Q.    Okay.

2          A.    I don't have access to my old mailbox,

3     but it is there.  It can be retrieved.

4          Q.    Okay.  This e-mail to your friend,

5     Mr. Massoudi, suggests that you sent an e-mail

6     on March 28th of 2018, correct?

7          A.    That's correct.

8          Q.    So, if we look through your e-mails, it

9     should be dated March 28th, 2018, right?

10         A.    Around the same time.  I don't recall

11    exact time and date, but it was about the same

12    time before the exit interview.

13         Q.    Well, your subject line to Mr. Massoudi

14    is sent this e-mail to provost yesterday,

15    correct?

16         A.    Yes.

17         Q.    So, if we look at your e-mails, it

18    should be in there for March 28th, 2018?

19         A.    That should be correct.

20         Q.    Okay.  I believe what you are telling

21    me today is that's the only communication that

22    you would have had with him prior to your exit

23    interview, right?

24         A.    That I have access to, but I have

**Exhibit 1**

1    communications scheduling the interview with

2    Monica, and I think it wasn't direct with

3    Provost Papini.  It was Monica who was

4    responding to the e-mails, which is saved in the

5    database, but I do not have access to those

6    e-mails.

7        Q.    Okay.  When you refer to Monica, do you

8    know her last name?

9        A.    I can find it.  I don't remember the

10   last name.

11           MR. BAKER:  Theresa, if you go to Page

12   278, there is a Monica referenced in there.  You

13   can ask it, that might be her.

14       Q.    Well, that's Monica Cox.

15       A.    No.

16       Q.    That's a different person.  You are

17   talking about a person who you believe was

18   Papini's assistant, correct?

19       A.    She was.  She is still working in the

20   same department.

21       Q.    Sure, and she is the person you

22   contacted to schedule the exit interview?

23       A.    That's correct.

24       Q.    All right.  Is it possible that you

**Exhibit 1**

1    sent your e-mail to her rather than Provost

2    Papini?

3        A.    She will take the e-mails off Provost

4    Papini and reply to those e-mails.

5        Q.    That's not my question.  My question is

6    did you send your e-mail directly to Provost

7    Papini?

8        A.    I need to double-check.  I don't

9    remember that exactly, whether I sent it to

10    Monica, who was working for Provost Papini, or I

11    sent it -- I think it was directed to Provost

12    Papini, but I need to double-check.  I don't

13    recall.

14        Q.    As you sit here today you don't know?

15        A.    I don't recall, no.

16        Q.    Other than Provost Papini or his

17    assistant Monica is there anyone else in his

18    office that you might have sent an e-mail to --

19        A.    Probably not.

20        Q.    -- prior to the exit interview?

21        A.    Probably not, Monica Kroft.

22        Q.    You believe that what you sent to

23    Provost Papini is what is identified in these

24    Pages 276 to 278, right?

**Exhibit 1**

1          A.    I think so.  Those are the topics that

2     I discussed with him in the face to face

3     meeting.

4          Q.    Okay, but you believe this is what you

5     exactly sent in your e-mail to him?

6          A.    Yes, yes.

7          Q.    Okay.  Did Provost Papini respond to

8     your e-mail?

9          A.    I think what I remember, like I said I

10    don't have access to my mailbox so I can't check

11    what he said, but he was very open.  He said

12    let's have a meeting, and I am very open to hear

13    about your experience, and yes, that's what

14    happened.

15         Q.    So, my question is did he respond in

16    writing to your e-mail?

17         A.    Probably he has, yes, but I don't have

18    access to those e-mails like I mentioned because

19    when you resign, you lose access to those

20    e-mails.

21         Q.    So, is it fair to say as you sit here

22    today you believe he did respond, is that

23    correct?

24         A.    I think he did, yes.

**Exhibit 1**

1      Q.    As you sit here today you don't have a

2    copy of that response, right?

3      A.    Okay.  I think I might have downloaded

4    the whole outlook database when I left, but I

5    need to locate it.  I don't know how to actually

6    extract that.  So, IT Department is the person

7    that can help us.

8      Q.    What I need to find out is --

9      A.    I don't have probably.

10      Q.    Do you believe that response is in

11    Exhibits 1, 2, or 3?

12      A.    His response, direct response, no, it

13    is not because I don't have access to that

14    anymore, my mailbox.

15      Q.    So, is it fair to say that as you sit

16    here today you don't know if you have a written

17    response to your e-mail of March of 2018 with

18    respect to the exit interview?

19      A.    Most probably I have, but I don't have

20    access to those e-mails.

21      Q.    Okay.  Well, if you don't have access

22    to it, then in my perspective you don't have it.

23      A.    I don't agree with that because we can

24    retrieve those e-mails.

**Exhibit 1**

1          Q.    But you can't?

2          A.    I might be able to if I locate the

3     databases that I have downloaded when I was

4     resigning.  So, I might be able to do that.  I

5     can double-check.

6          Q.    If you can access it, why are you

7     telling me you can't?

8          A.    Because it was a different system,

9     older version of Microsoft, and I might take it

10    to IT Department.  So, I need to -- first of

11    all, I need to see whether I have it somewhere

12    because that's what I remember.  I think I

13    downloaded it somewhere in the database, but I

14    haven't retrieved it.  I haven't looked at it.

15    It was a different system, different version,

16    but I think it is not impossible to locate it.

17    So, that's what I can do.

18         Q.    Where did you save all of this?

19         A.    Probably on my laptop, somewhere on my

20    laptop, yes.

21         Q.    What exactly did you download?

22         A.    I think I need to double-check again,

23    but when you leave the institution, the IT

24    Department tells you that you can download, or

Exhibit 1

1     they do it for you.  I don't recall that, but I

2     think you have the option to download and save

3     it somewhere on the outlook.

4          Q.    Okay.

5          A.    All of the e-mails that you have

6     exchanged from the date that you joined the

7     university until you left the university, I

8     think three years that I worked there, I think

9     that would include the e-mails that I have, but

10    I need to double-check.

11         Q.    So, you believe that the IT Department

12    told you you could download your e-mails from

13    2015 through the date that you left in 2018,

14    correct?

15         A.    I think so, yes, or it is public

16    knowledge.  Everybody knows you can do that.

17         Q.    You did do that?

18         A.    I think I did that, most probably I did

19    that.

20         Q.    Okay.  If there is an e-mail response

21    from Provost Papini, it would be in the download

22    that you did subsequent to your resignation?

23         A.    Probably.

24         Q.    Okay.  Is there anywhere else it would

**Exhibit 1**

1    be?

2        A.    I think it is under the repository of

3    the institution, the IT Department should have

4    access to those databases.

5        Q.    That would be on the university's site?

6        A.    Yes.

7        Q.    Okay.

8        A.    Or alternatively Provost Papini can

9    search his e-mails or Monica can search their

10   e-mails to see the communication, to find the

11   e-mails exchanged.

12       Q.    Then when you met with Provost Papini,

13   do you believe you discussed each and every one

14   of the topics that are identified on Pages 276

15   through 278?

16       A.    I think, yes.

17       Q.    Do you have a recollection of anything

18   that Papini said to you on that date?

19       A.    Papini seemed shocked by what I

20   explained about my experience.  He seemed

21   shocked, and he was sorry to hear that.  That's

22   what he said.  But he didn't offer to resolve,

23   to address those issues.  He said I am sorry to

24   hear that, do you want to escalate it.  I had

Exhibit 1

1    printed -- this is something I remember now.  I

2    had printed the documents in a folder, paper

3    folder, and handed it to him.  He said if you

4    are not planning to raise it to file a formal

5    complaint, then there is no need for me to keep

6    this folder, paper folder.  So, he gave it back

7    to me.  That's what I remember when I left the

8    room.

9        Q.    So, when you say you had printed

10    documents, printed documents of what?

11        A.    E-mail communication with Hadidi and

12    related to sexual harassment, and broken

13    performance evaluation because I didn't want to

14    communicate with e-mails.  I just printed it to

15    give it to him personally.  He asked me do you

16    want to escalate it formally.  I said no because

17    I am leaving.  I had resigned and leave, but I

18    wanted you to know because I think it is

19    important to know what is going on in the

20    department.  He said if you are not planning to

21    file a formal complaint, there is no point for

22    me to keep this paper.  So, he gave it back to

23    me, and I left the room at the end of the

24    meeting.

**Exhibit 1**

1          Q.    So, you chose not to file a formal

2     complaint, right?

3          A.    That's correct, yes.

4          Q.    Was that the last time that you spoke

5     with Provost Papini prior to your leaving for

6     France?

7          A.    That's correct.

8          Q.    Now, when you talk about, let's start

9     with the sexual harassment.  What specifically

10    were you telling Provost Papini that you thought

11    fell in the category of sexual harassment?

12         A.    Quid pro quo sexual harassment, that

13    was the most obvious example.

14         Q.    What did you say?

15         A.    I said, I explained to him what

16    happened, how it happened.

17         Q.    Tell me what happened.  What did you

18    specifically say to Provost Papini?

19         A.    I told him that the first time that I

20    experienced sexual harassment with the

21    department head was he invited me to lunch in a

22    public place.  I think it was Springfield Club,

23    what is it called, the country club actually.

24    It was the only time I went there.  So, he was

**Exhibit 1**

1    regular there obviously.  It was interesting

2    because we met another staff member with her

3    husband, a French lady assistant to Dean McNeil.

4    I have her name here, and he introduced me to

5    her and her husband.  So, it was Sunday

6    probably.  So, they were regulars.  They knew

7    each other.  So, we had lunch, and after lunch

8    it was just the two of us.  After lunch he said

9    Roya, we are both adults, and we have needs.  I

10   want to have a relationship with you.  And I was

11   frozen, is this really happening, oh, my God,

12   oh, my God.  So, to this day I am shocked that

13   it happened.  He is the department head, and he

14   doesn't know the basic rules of this is sexual

15   harassment.

16        Q.    So, when you say department head, you

17   are talking about Dr. Hadidi?

18        A.    Dr. Hadidi.

19        Q.    Okay, and he asked you to go to lunch,

20   right?

21        A.    Yes.

22        Q.    At the country club?

23        A.    Country club, Springfield Country Club,

24   what is it called?

**Exhibit 1**

1       Q.      Illini?

2       A.      No, it is a different name.

3       Q.      The Yacht Club?

4       A.      No, no, no, the one on Panther Creek.

5       Q.      Panther Creek?

6       A.      I think it is, that is the one where he

7    lived, near where he lived.

8       Q.      All right.  He asked you to lunch with

9    a couple, is that correct?

10      A.      No.  They were just attending the same

11   club, doing their own thing basically.  We just

12   bumped into them.

13      Q.      Oh, they didn't have lunch with you?

14      A.      No.

15      Q.      So, when he invited you to lunch, was

16   there a reason for the lunch?

17      A.      No.  I was new to Springfield

18   basically, and he was very friendly with

19   everyone, and he gave me a tour of Springfield.

20   When I just arrived, he came and picked me up

21   from the airport.  So, he was giving the

22   impression that he is very welcoming and trying

23   to welcome the new faculty members, and show

24   them around Springfield to decide where to buy

**Exhibit 1**

1    houses, and that's what people do.  There is no

2    gender segregation in United Kingdom.  I had

3    lunches, and meals, and coffees with colleagues

4    and bosses, and this had never happened to me

5    before.  So, it was a shock.

6        Q.    So, this was in 2015 then?

7        A.    2016, I think it was September 2016.

8        Q.    So, you had already lived here for a

9    year?

10       A.    Yes, I would say yes.  I think the

11   first year he left me alone.

12       Q.    Okay.  I am trying to understand what

13   you are saying then.  You just told me that you

14   just came from the airport.

15       A.    That was for the campus, on campus

16   meeting, on campus interview.  So, he comes and

17   collects you, and he has the tour of Springfield

18   because you are new in the country and in

19   Springfield.

20       Q.    You started in 2015?

21       A.    That's correct.

22       Q.    So you --

23       A.    That was a continuation.

24       Q.    Wait, wait, wait.  So, if you came to

**Exhibit 1**

1    Springfield for an interview, that would have

2    been in 2015?

3        A.    That's correct, March, April 2015.

4        Q.    So, this lunch you are saying was in

5    2016?

6        A.    2016, yes.

7        Q.    So, it is not when he is taking you

8    around?

9        A.    No, it wasn't.  It was after that.

10        Q.    So, why are you telling me about that?

11    Why are you telling me about the day that you

12    flew in, and he took you around to look at

13    houses?

14        A.    I am trying to give you a background

15    about his behavior prior to that incident.  He

16    was very friendly, not with me, not just with

17    me, but with everyone, and I hadn't seen

18    anything wrong in his behavior before that

19    sexual harassment.

20        Q.    So, he took you to lunch in 2016?

21        A.    September, yes.

22        Q.    The purpose of the lunch was in your

23    mind just to have lunch?

24        A.    Just to have lunch, and talk about

**Exhibit 1**

1    life, and work, and Springfield probably.  That

2    was my impression, and association with the

3    information systems, and related to work and

4    business.

5        Q.    He told you he wanted to have a

6    relationship with you?

7        A.    That was exact quote by him, yes.

8        Q.    What did you say?

9        A.    I was frozen.  I was shocked.

10    Obviously not, I said I am not interested.  I

11    replied, I had e-mail communication with him

12    after the incident.  He was very careful not to

13    leave any paper trail, but luckily I responded

14    to one of his e-mails in English because he sent

15    an e-mail in Persian.  I think the reason was he

16    was trying to avoid leaving any paper trail.

17        Q.    My question is he just asked you to

18    lunch, and then he asked you if you wanted a

19    relationship, and did you verbally say no?

20        A.    Yes.

21        Q.    Other than -- and then did you leave

22    the lunch?

23        A.    We just came back, yes.  We went back

24    home.  He went back to his home, and I came back

**Exhibit 1**

1    to my home.

2        Q.    Okay.  You are telling me that sexual

3    harassment is asking you out?

4        A.    No, but I want to have a relationship

5    with you, and we are both adults, he was my

6    direct supervisor.  That is sexual harassment.

7    Based on the guidelines that we take every year,

8    the courses related to sexual harassment that is

9    sexual harassment.

10        Q.    When you said no, you weren't

11    interested, did you say anything else?

12        A.    No, I was just shocked.  I could barely

13    talk after that, what he said because he was a

14    father figure.  He was the same age as my

15    father.  That was a bit more shocking.

16        Q.    Did he do anything else that you

17    considered to be sexual harassment?

18        A.    Well, yes, staring at body parts, he

19    would do that.

20        Q.    When did that occur?

21        A.    Several occasions, it happened more

22    than once on campus.

23        Q.    Did you say anything to him when you

24    observed that?

**Exhibit 1**

1      A.    No.

2      Q.    Did you say anything to anyone at the

3   time that he was doing that?

4      A.    I talked to Tewei Wang, who was a

5   colleague, and I have the impression that he is

6   well-meaning and friendly.  I shared things with

7   him.  That's the first person that I talked to

8   about the incident.

9      Q.    That person is a coworker, right?

10     A.    Is a faculty member.

11     Q.    Okay.  Also an associate professor?

12     A.    That's correct.

13     Q.    You were talking to him as a friend,

14   right?

15     A.    Yes, we were friendly.  So, yes, I

16   thought we were friendly.

17     Q.    Anything else that you are saying that

18   constituted sexual harassment on the part of

19   Dr. Hadidi?

20     A.    No.  I think the behavior, the specific

21   sexual harassment was the quid pro quo that

22   happened on the lunch meeting, and staring at

23   body parts, but I would say more of gender

24   harassment besides sexual harassment.

**Exhibit 1**

1    Q.    When you say quid pro quo, what does
2    that mean to you?
3    A.    I think he was implying --
4    Q.    What does quid pro quo mean to you?
5    A.    I do this for you, if you do that for
6    me.  If you sleep with me, I will help you climb
7    the ladder, professional ladder.
8    Q.    Did he say that?
9    A.    I think he implied that.
10    Q.    Did he say that?
11    A.    No, he didn't because he is not stupid.
12    He knows I am not stupid.
13    Q.    Did he promise you anything during that
14    lunch?
15    A.    No, but everybody knew.
16    Q.    Now, you made reference to an e-mail
17    that you exchanged with him afterwards.  I think
18    it is U.I.S. produced 81, which I just handed to
19    you.  Is that the e-mail that you are referring
20    to?
21    A.    That is correct.
22    Q.    Okay.  That would be dated September
23    19th of 2016.  I guess that's his response to
24    you, correct?

**Exhibit 1**

1          A.    That's correct, yes.

2          Q.    Okay, and your e-mail to him was dated

3     on September 18th of 2016, right?

4          A.    That's correct.

5          Q.    So, at the bottom there is some

6     language in a --

7          A.    Persian.

8          Q.    There is writing in some different

9     language.  That's Persian?

10         A.    That's broken Persian.

11         Q.    What does broken Persian mean?

12         A.    That means -- that's actually what he

13    said.  He said I left the country 40 years ago,

14    and my Persian is not good written, particularly

15    written Persian, and I think this confirms what

16    he was saying.  There is a lot of mistakes,

17    errors, grammatical errors, and spelling errors,

18    but I think I could understand what he said.  If

19    you show this one to a Persian speaking person,

20    they would understand.

21         Q.    So, this e-mail that is U.I.S. produced

22    81 at the very bottom it says September 18th,

23    2016 at 1506, right?

24         A.    Yes.

**Exhibit 1**

1          Q.    At the bottom, and it is all in

2     Persian, right?

3          A.    Yes, yes.

4          Q.    Can you translate that as to how you

5     would translate it, please?

6          A.    Yes, he said that --

7          Q.    Go slow, please.

8          A.    He says I also believe in what you

9     said, and I think that there are things in life

10    that can be shared or could be shared with

11    someone, and life is better if you share those

12    with someone, and this music is beautiful.  I

13    used to share links to songs related to our

14    culture, basically art related to Persian

15    community.  So, he said I think you look like

16    the singer.  So, that's the last sentence.  So,

17    the last sentence, which also includes errors,

18    he says by the way, where can we start, where

19    are we going to start dating.  That's the

20    translation.

21          Q.    Is this before or after your lunch?

22          A.    This is after the lunch actually.

23          Q.    Then your response is about an hour

24    later, correct?

**Exhibit 1**

1        A.    I think so, yes.

2        Q.    You typed this response, correct?

3        A.    Yes.

4        Q.    Is there anything in this response that

5    suggests you were offended by him asking you out

6    the day before?

7        A.    I think I'm -- what is your

8    understanding of this?

9        Q.    I am asking you.  Do you consider

10    anything in this response to Dr. Hadidi dated

11    September 28th, 2016 as indicating that you were

12    offended by him asking you out at the time of

13    the lunch?

14        A.    No, I am rejecting his advances.  I am

15    saying I am not interested.  That's the

16    definition of what I sent to him.

17        Q.    I just want to know from you do you

18    believe --

19        A.    No, I think --

20        Q.    Wait, wait, wait you have to answer my

21    question.  Okay.  Do you believe --

22        A.    Offended --

23              MR. BAKER:  Let her ask the question.

24        A.    Sorry.

Exhibit 1

1      Q.    Do you believe anything in your

2    response of September 18, 2016 at 4:09 P.M.,

3    U.I.S. produced 81, suggests to Dr. Hadidi that

4    you were offended by him asking you out?

5      A.    I am rejecting.  So, I think the

6    interpretation is up to him.

7      Q.    I am asking you if you feel this

8    response suggests that you are offended?

9      A.    I think you need to consider that he

10    was my boss, right, and he was a dictator.

11      Q.    That's not my question.  My question

12    is --

13      A.    I have to be careful in what I say and

14    how not to hurt his ego more than what I

15    already --

16      Q.    Sure.

17      A.    Because it's fear of retaliation

18    basically, that's his personality, and everybody

19    knew that.  That was public knowledge.  So, I

20    have to be careful about the language I use, but

21    at the same time I am very clear that I am not

22    interested, stay away from me.  I am British.

23      Q.    Sure.  So, this response ends with I

24    would rather have a meaningful professional

**Exhibit 1**

1    relationship and personal light-hearted

2    friendship that would last.  I hope you

3    understand, correct?

4        A.    That's correct.

5        Q.    In those words you are indicating you

6    do not want a personal relationship, right?

7        A.    Not the way he wanted.

8        Q.    You do not want a romantic

9    relationship?

10       A.    Absolutely, yes, dating or romantic

11   relationship, yes.

12       Q.    But nothing in here suggests to me that

13   you were offended by anything that he said or

14   did.

15       A.    I am British, Theresa.  You need to

16   consider, and I think there is a different

17   communication style British English and American

18   English probably.  So, not smiling in England is

19   an offense, it is impolite, sorry.

20       Q.    Well, I want to know if you are going

21   to tell a jury that you feel this response

22   suggests that you are offended?

23       A.    Could I tell that being -- I mean he

24   was my boss, and given the personality --

**Exhibit 1**

1      Q.    I am asking you.  I want to know.

2      A.    I think I am conveying what I meant

3   clearly, and with my British English, obviously

4   with my British culture, so we are not direct in

5   British culture when it comes to, especially

6   when you are in a sensitive situation that you

7   are dealing with a dictator boss, who has a

8   history of sexual and gender harassment and

9   retaliation, and so I am just trying to protect

10  myself because I wasn't leaving there.  I wasn't

11  planning to leave back then.  So, I was very

12  careful about the language that I used to

13  communicate.  I think I am very clear about it,

14  I am not interested, stay away from me.

15     Q.    Were you trying to convey anything

16  other than the fact that you were not

17  interested?

18     A.    No.  That was very clear to me.  He was

19  a father figure in the department.  That's what

20  I had in mind about him all along, and I was

21  shocked by his behavior.

22     Q.    When you say thanks for being open with

23  me, what do you mean by that?

24     A.    I am just being polite with him.

**Exhibit 1**

1    Q.    But open with you about him wanting to

2    have a relationship?

3    A.    Whatever, his views about life, yes, I

4    mean.

5    Q.    Why are you thanking him?  You told me

6    earlier that you were shocked.  So, why are you

7    thanking him for telling you that?

8    A.    Well, maybe he thought he was doing a

9    good thing.  I don't know.

10    Q.    I am asking you why you are thanking

11    him.

12    A.    I was just being polite.  That's the

13    answer, yes, because I am British.

14    Q.    Then you indicate and for thinking so

15    highly of me.

16    A.    Yes, you have to consider people for

17    dating, yes, probably.

18    Q.    So, you took that as thinking highly of

19    you?

20    A.    No, I am just being polite.

21    Q.    So, this isn't true what you wrote?

22    A.    No, I was just being polite, and trying

23    to prevent hurting his ego, fragile ego more

24    than what I had already done.

**Exhibit 1**

1    Q.    Why did you respond at all?

2    A.    I am glad I did because this is the

3    only documentation that I have about it.

4         MR. BAKER:  Why did you respond?  Not

5    whether you are glad.  Why did you respond?

6    A.    I had to respond.  I don't know.  What

7    is your question here?

8    Q.    Why did you respond?

9    A.    To communicate that I was not

10   interested.

11   Q.    Okay.  You wrote I feel honored and

12   special.

13   A.    Yes, because you are having, your

14   friends with me, and he was supportive up to

15   that point until I rejected his advances.

16   Q.    You put that you told Dr. Hadidi quote,

17   you are not one of those men who jump from one

18   meaningless relationship to another.

19   A.    Yes, that was the impression.

20   Q.    What was that based upon?

21   A.    That was the impression that I had from

22   him based on the stories that he would tell me

23   about his personal life.  I am a very committed

24   man, family man.  I raised two children on my

**Exhibit 1**

 1    own.  My wife was a bad wife.  She left me with

 2    two children.

 3       Q.    You also state that he has been very

 4    kind to you since your first encounter with him,

 5    right?

 6       A.    Yes, he was supportive, yes, until I

 7    rejected his advances.

 8       Q.    Then your first encounter with him was

 9    2008?

10       A.    I think it was a conference, the same

11    association that I mentioned.  That's actually

12    how I met him at the Association for Information

13    Systems.  There was this association, and we

14    have conferences, international conference on

15    information systems, American conference on

16    information systems.  Everybody knows the

17    conferences.  Everybody attends the conference

18    once a year if they can.  That's how I met him

19    actually at one of those conferences.

20       Q.    All right.  You also indicate that you

21    respect him so much, right?

22       A.    Yes.  I think you need to know the

23    culture, Theresa, Persian culture.  It is a

24    hierarchy very much like Chinese and India

**Exhibit 1**

1    probably, hierarchy called -- it is a different

2    kind of relationship between elderly people,

3    whether it is your family, your parents, your

4    colleagues, your boss, than the kind of

5    relationships or communication that you see here

6    in America or UK I would say.  So, it is a very

7    top down hierarchy respectful even to the point

8    of exaggeration of your respect.

9        Q.    Do you have any other e-mails between

10   you and Dr. Hadidi that discuss his desire to

11   have a relationship with you outside of a

12   working relationship?

13       A.    No, I think there was one more e-mail

14   that he talks about that I am independent, and I

15   don't need his help or --

16       Q.    That's in here as well.

17       A.    Yes.  So, it is probably this one.  I

18   think not, because he was very careful not to

19   leave any paper trail.

20       Q.    All right.  So, this would be the one

21   written communication that you have with

22   Dr. Hadidi, right?

23       A.    That's correct.

24       Q.    Then you told me about the encounters

**Exhibit 1**

1    with him that you considered to be sexual

2    harassment, correct?

3         A.    On campus, yes.

4         Q.    Okay, and then you said that -- now,

5    you also made reference to gender harassment.

6    What do you mean by that?

7         A.    Gender harassment has been -- I didn't

8    experience gender harassment only by Hadidi.  I

9    experienced gender harassment by other men as

10   well in the department and college.  Applying

11   double standards to men versus women, and not

12   considering them as equal.  Basically not

13   respecting them, their contribution, their

14   research, their value as men.  So, that's what

15   is gender harassment.

16        Q.    So, tell me what you are saying that

17   occurred that you describe as gender harassment.

18        A.    Abuse of shared governance, for

19   example.

20        Q.    I will get to that because I am going

21   to ask you what that is too.  So, you are saying

22   that one example of gender harassment is abuse

23   of shared governance, what else?

24        A.    Mobbing.

**Exhibit 1**

1      Q.    What is it?

2      A.    Mobbing.

3      Q.    Mobbing?

4      A.    So, these guys basically they get

5      together, and they mob the female professors,

6      and they can hurt their careers of the female

7      professors by abusing shared governance.

8      Q.    What's another example of gender

9      harassment?

10     A.    Double standards when it comes to

11     performance evaluation, promotion and tenure

12     promotion decisions made for men versus women.

13     Q.    Okay.  So, when you described for me

14     abuse of shared governance and the broken

15     evaluation system, is that all part of what you

16     describe as gender harassment?

17     A.    I think they use it.

18     Q.    I am asking you.  Is that what you are

19     including as part of gender harassment?

20     A.    Objectification of women is another

21     example.

22     Q.    Okay.  So, I want you to define for me

23     what you mean when you said abuse of shared

24     governance.  What is shared governance?

**Exhibit 1**

1          A.    Shared governance means performance

2    evaluation, basically APR, annual performance

3    review, or tenure promotion evaluation.  So,

4    when that happens, we sit around the table

5    normally before the zoom era, and there was

6    this, what is it, anonymous voting.  So,

7    everybody votes on everybody, on the person who

8    is not in the room about their performance.

9          Q.    I am going to stop you right there

10    because you also have broken performance

11    evaluation, and it sounds to me like what you

12    are telling me as far as shared governance it is

13    part of the performance evaluation, is that

14    true?

15          A.    Yes.  Every decision made at the

16    department and college the faculty members have

17    the chance to vote, an anonymous vote on every

18    decision.  So, whether it is APR, or tenure

19    promotion, or hiring or firing someone, so

20    everybody votes on those decisions, and it is

21    anonymous.

22          Q.    Well, I wrote down what you said, okay.

23    The way that you said it you separated abuse of

24    shared governance from a broken performance

Exhibit 1

1    evaluation system.  What I am hearing you tell

2    me now is those two basically --

3        A.    Are related.

4        Q.    They are related.  They are part of the

5    same issue, is that fair?

6        A.    That is correct.

7        Q.    So, you just gave me an example of when

8    professors are evaluated faculty get together

9    and anonymously vote on your performance

10   evaluation, is that fair?

11       A.    That's correct.  So, the person who is

12   being evaluated leaves the room, and the other

13   people vote anonymously.

14       Q.    All right.  So, when I ask questions

15   about what is shared governance, I am looking

16   for a definition as opposed to this is what

17   happens.  So, when you say shared governance,

18   what does that mean?

19       A.    That means faculty members have a say

20   in every decision made at the department, or

21   college, or campus basically, but specifically

22   department and college.

23       Q.    Okay, that's hopeful.  So, you are

24   telling me that all faculty members do share or

**Exhibit 1**

1    do have a role in governing your department, is

2    that fair?

3        A.    That is the purpose behind the shared

4    governance, yes.

5        Q.    One of the tasks that faculty do is to

6    evaluate other faculty, correct?

7        A.    That's correct, every year.

8        Q.    What are the other tasks that faculty

9    do as a group in order to govern your practice

10   area?

11       A.    I think this is the major one, which is

12   referred to shared governance, academic freedom

13   and shared governance.  Everybody has a say in

14   making important decisions.

15       Q.    Are there other important decisions

16   that faculty make in your division, management,

17   information management systems, other than

18   performance evaluations that you consider

19   relevant to this case?

20       A.    I think hiring and promotion.  So, when

21   I was returning, it was rehiring me.  So, they

22   voted on my rehiring.

23       Q.    Okay.  Anything else?

24       A.    These are the main, everything related

**Exhibit 1**

1    to the governance of the department and college

2    basically, yes.  So, we have the department

3    level personnel committee.  We have college

4    level personnel committee, which is called

5    college executive committee or CEC.

6        Q.    It is the personnel committee?

7        A.    Personnel committee.  We have the

8    campus levels.  So, there is different levels of

9    decision making.

10       Q.    So, as it pertains to performance

11   evaluations what are you claiming is an abuse of

12   this process?

13       A.    People can mob before, actually before

14   an actual voting takes place they can mob, and

15   decide to vote a certain way so that certain

16   results can be achieved, and that has a major

17   impact on the person who is being evaluated.

18       Q.    So, in your opinion people getting,

19   faculty members getting together and discussing

20   how they would like to vote with respect to

21   performance evaluations and hiring and

22   promotion, would you include that in there as

23   well?

24       A.    Yes, definitely.

**Exhibit 1**

1    Q.    That's an abuse of the shared

2    governance aspect?

3    A.    Yes, trying to change somebody else's

4    opinion or influence somebody else's opinion

5    about a specific decision.

6    Q.    That's a different answer.  So, I am

7    just -- my first question is are you saying that

8    faculty members getting together prior to the

9    vote to discuss performance levels or hiring and

10    promotion decisions prior to actually making the

11    decision, are you saying that's an abuse --

12    A.    No.

13    Q.    -- of the shared governance aspects?

14    A.    No, not yet.

15    Q.    So, it is okay if people talk about

16    other faculty members?

17    A.    Absolutely.

18    Q.    All right.  So, you are just saying

19    that you don't think it is proper for one

20    faculty member to try to influence another one?

21    A.    I think that is not proper, yes.

22    Q.    So, if you tried to influence someone

23    to vote better for you, that would be an abuse,

24    right?

Exhibit 1

1      A.    Yes, yes.  So, they should make their

2  own judgment based on their understanding of the

3  discipline and performance.

4      Q.    So, anyone saying hey, I think you

5  should promote this person or demote this

6  person, you think that's all an abuse?

7      A.    It depends.  When there is extensive

8  evidence, objective undeniable evidence that

9  shows actually that you are exceeding

10  expectations or meeting expectations and

11  somebody votes does not meet expectations or

12  abstains, that is what I mean by abuse of shared

13  governance.

14      Q.    Can you read that back for me, please.

15  I can just read it.

16      So, you are saying if someone abstains or

17  votes that you did not exceed expectations when

18  you feel there is significant evidence that they

19  exceeded expectations --

20      A.    Or meet.

21      Q.    -- that's an abuse, right?

22      A.    I think, yes, because that's against

23  the facts, that's against the reality.  When

24  someone meets expectations or exceeds

Exhibit 1

1    expectations, we should acknowledge that.  We

2    should give them credit.

3        Q.    Aren't you telling me then that if you

4    have a faculty member that you feel there is

5    significant evidence should either be held as

6    exceeding, or meeting, or not meeting, shouldn't

7    you advocate for a performance evaluation that

8    is consistent with the information being

9    presented?

10        A.    No, I agree with you.  I agree.  I

11    think that's the right way of doing it actually.

12        Q.    So, if the other people feel that

13    that's what they are doing, that's not an abuse,

14    is it?

15        A.    No, but there are objective measures

16    for performance evaluation, which are

17    well-known.  Everybody knows these objective.

18    For example, scholarship, how do you evaluate

19    performance of one faculty member on scholarship

20    or teaching.  Scholarship if you go back to

21    AACSB documentation or policies, that is what we

22    follow, right.  So, we need to be, actually be

23    evaluated based on quality and quantity of

24    publications, number of citations, number of

**Exhibit 1**

1    downloads.  These are public knowledge, and

2    everybody knows around the world.  Everybody

3    belongs to any academic community knows these

4    facts.  So, when somebody publishes two papers,

5    three papers in three star journals, four star

6    journals, that means this person is doing well,

7    is actually more than what is expected based on

8    the U.I.S. policy as a teaching institution.

9        Q.    So, you --

10       A.    But the way they ruled, they ruled does

11   not meet expectations or abstain.

12       Q.    When you are complaining about abuse of

13   shared governance with respect to performance

14   evaluations, is it fair to say that your

15   complaint relates to the way that this is being

16   conducted for everyone within your department,

17   not just you, right?

18       A.    Yes, it is general.

19       Q.    Okay.

20       A.    I think there are loopholes in the

21   existing system, existing performance evaluation

22   system, which has been abused by some

23   individuals.

24       Q.    You would agree that everyone doesn't

Exhibit 1

1    have to vote exactly the way that you vote,

2    right?

3        A.    I agree.

4        Q.    So, just because somebody voted meets

5    expectations rather than exceeds expectations

6    doesn't mean that they are abusing their

7    position as a faculty member, does it?

8        A.    No, but I think they are actually

9    because there are metrics for performance

10    evaluation.  If publishing two papers in three

11    star journals is meeting expectations, anything

12    beyond that is exceeding expectations.  So, you

13    cannot argue against that.  These are objective

14    measures everyone knows in every business

15    school.  You can't pretend to say that I don't

16    know about these objective measure.  So, I think

17    this person meets, but you cannot justify that

18    decision.  That's what I am trying to say.

19        Q.    Sure.  So, you are complaining about

20    people who vote in a way different from you.  Is

21    that fair?

22        A.    No, I think that I have issues with

23    people voting not based on facts.

24        Q.    Okay.  Are you telling me that you

Exhibit 1

1    always base your decisions on facts?

2        A.    I do.  I do.

3        Q.    So, your voting would always be

4    correct?

5        A.    I hope so.  I try to be fair and

6    reasonable.

7        Q.    So, what I am asking is if anyone votes

8    differently from you, are you saying that's an

9    abuse of the shared governance?

10       A.    No, but I think if it violates the

11   facts and what we know about it, objective

12   measures of performance evaluation, so when -- I

13   don't know whether I am explaining it well.  So,

14   if you look at the AACSB accreditation --

15           COURT REPORTER:  I am sorry, a little

16   bit slower, please.

17       Q.    So, it is A-S?

18       A.    AACSB.

19       Q.    AACSB.  For her you are saying it super

20   fast so it is hard to understand.  So, AACSB

21   accreditation.

22       A.    So based on -- in order to get this

23   accreditation for the college every faculty

24   member needs to have certain number of

**Exhibit 1**

1    publications within a specific period of time,

2    whether it is four years since they joined the

3    university.  So, based on this accreditation

4    standards you are expected to publish, I don't

5    know, three papers, and the ranking is clear,

6    three star, two star.  I mean it is there.  You

7    can find all of the information in there.  You

8    publish those, then you meet expectations.  If I

9    vote or if somebody else votes she or he does

10   not meet expectations, then I think they are

11   abusing shared governance because there are

12   objective measures.  If you are publishing more

13   than those three papers which is expected from

14   you, but you are actually doing more, then you

15   are exceeding expectations.  So, there is no

16   argument.  If there is objective performance

17   evaluation metrics, there is no argument about

18   that.

19        Q.    Does U.I.S. have AACSB accreditation?

20        A.    Yes.  That was the objective from day

21   one that I joined.  I think it is relatively

22   recent for College of Business and Management in

23   U.I.S.

24        Q.    Did they have AACSB accreditation when

Exhibit 1

1    you worked there between 2015 and 2018?

2        A.    Yes.  I think when I was there,

3    actually we were in the process of applying for

4    the re-accreditation, but I think they had the

5    accreditation before I joined.  Maybe it was

6    once or twice.

7        Q.    Is this information what you discussed

8    with Provost Papini in your exit interview?

9        A.    I did.

10       Q.    And you discussed the shared governance

11   in the context of the performance evaluations?

12       A.    I did.

13       Q.    Did you discuss any other abuses of

14   shared governance as it relates to your

15   discussion with Provost Papini?

16       A.    No.  I think it was basically related

17   to performance evaluation and tenure promotion

18   decisions.  What I see, I discussed with him

19   what I see from my perspective as a broken

20   performance evaluation process and the solutions

21   actually to address those issues.

22       Q.    You provided him with solutions during

23   your discussion?

24       A.    I did.  I have been discussing actually

**Exhibit 1**

1    about solutions all along.

2         Q.    Okay.  I am talking about in your exit

3    interview --

4         A.    I did.

5         Q.    -- which would have been the only time

6    you met with him in person before you left in

7    2018 did you discuss solutions to these issues

8    relating to abuse of shared governance in the

9    context of performance evaluations?

10        A.    I did.  One simple solution that I have

11   learned from other institutions that I have

12   worked is to have different levels of decision

13   making.  So, okay, the department can vote on

14   somebody's performance evaluation, but then the

15   dean, the college level is next step.  The dean,

16   the college level or college executive committee

17   votes after the department committee, and the

18   dean makes the kind of final decision.  He

19   should, I think, look at the evaluations.  He

20   should look at the performance documentation,

21   and objective measures that we have, and then he

22   decides whether those are realistic, fair, and

23   objective or not.

24        Q.    What did Provost Papini say, if

**Exhibit 1**

1    anything, in response to your suggestion?

2        A.    He seemed to be understanding and

3    appreciative of actually what I was discussing

4    with him.  So, he said I appreciate that you are

5    sharing this with us.

6        Q.    Okay.  So, then when you decide that

7    you want to leave France, was the first place

8    that you reached out to U.I.S.?

9        A.    The first person that I talked to was

10   Provost Papini, the same person that I had the

11   exit interview with.

12       Q.    Okay.  My question is was the first

13   person that you talked to about seeking new

14   employment Provost Papini as opposed to anybody

15   else in the world --

16       A.    I need to double-check.

17       Q.    -- who might be hiring?

18       A.    Dates I don't know.  I need to

19   double-check.  I don't recall the dates.

20       Q.    So, you don't remember who you

21   contacted first about getting a new job?

22       A.    In U.I.S. or in general?

23       Q.    Just in general, in the United States.

24       A.    I don't recall, no.

Exhibit 1

1       Q.   Because I am leaving this discussion

2   today thinking that you decided you wanted to

3   leave France sometime after the first semester

4   that you taught there, right?

5       A.   Yes.

6       Q.   And that you decided as well that you

7   wanted to go back to the United States?

8       A.   That's correct.

9       Q.   And that any position that may be

10  available outside of the United States you were

11  not going to accept?

12      A.   Yes, that's correct.

13      Q.   And that you would only be looking for

14  positions in the U.S.?

15      A.   That is correct, because I was planning

16  to come back to the United States.

17      Q.   So, then my question is in looking for

18  positions in the United States what I am hearing

19  you say is you don't recall the first potential

20  employer that you reached out to, correct?

21      A.   I don't.  I need to go back and check

22  the e-mails, but I think what I need to mention

23  that I asked for was Papini to be in my exit

24  interview to be my referee.  I asked Provost

Exhibit 1

1    Papini to be my referee.

2          Q.    Oh, referee?

3          A.    Referee.

4          Q.    So, when I hear you, a referee is

5    different from a reference, and I think what you

6    are meaning to tell me is you need a reference?

7          A.    In the future if I need a reference,

8    can I put your name in my CV, that's what I

9    meant, and he said yes.

10          Q.    A reference?

11          A.    Yes.

12          Q.    He is somebody you would list --

13          A.    As my --

14          Q.    -- as someone that other people could

15    contact to give you a positive referral?

16          A.    That's correct.

17          Q.    Okay.  Did Provost Papini indicate to

18    you that that would be fine with him?

19          A.    Yes.

20          Q.    Was that approximately around February

21    of 2019 --

22          A.    I think it was actually --

23          Q.    -- or January of 2019?

24          A.    What is that question?

**Exhibit 1**

1      Q.    When you asked him if he would be a

2    reference for you.

3      A.    I don't recall exactly when whether it

4    was in the exit interview or after that, but I

5    do have one e-mail exchange in mind with him

6    that he says that I am happy to support you to

7    apply for positions, and I will be your

8    reference.

9      Q.    Okay.  All right.  This one is not

10   marked, and it is probably because I printed it

11   off.  So, I will make that Roya Exhibit 1.  Is

12   that your e-mail to Provost Papini?

13        (Whereupon said document was duly

14         marked, for purposes of identification,

15         as Roya Deposition Exhibit Number 1, as

16         of this date.)

17     A.    That's correct.

18     Q.    Is that the one where you ask him to be

19   a referee?

20     A.    Yes, that's correct.

21     Q.    So, in looking at Roya 1 this is dated

22   February 7th of 2019.  Would you agree this

23   would appear to be the first contact you had

24   with Provost Papini after you decided to leave

**Exhibit 1**

1    France?

2        A.    That's correct.

3        Q.    Okay.

4        A.    Probably correct because I think from

5    what I remember this would be, yes, before then,

6    yes.

7        Q.    Sure, and in this e-mail you basically

8    indicate to him that you are looking to leave

9    France, right?

10        A.    Yes.

11        Q.    You describe yourself as a Brit,

12    correct?

13        A.    Yes.

14        Q.    You ask him if it would be okay if you

15    mentioned him as a referee, right?

16        A.    Reference, yes.

17        Q.    We know from today that you mean as a

18    reference?

19        A.    That's correct.

20        Q.    Okay, and do you believe that he

21    responded to this?

22        A.    He did, yes, he was quite responsive

23    actually.

24        Q.    At this time, which was February 7th of

Exhibit 1

1    2019, you didn't say that you wanted to come

2    back to U.I.S., right?

3        A.    Probably not.  If it is not mentioned

4    here, then I haven't.

5        Q.    We will look at it and see if I

6    understand that correctly.

7        A.    Probably not, yes.

8        Q.    Okay, and you do indicate here in Roya

9    1 that you have started applying for jobs in the

10   U.S., right?

11       A.    Yes, because I was planning to return.

12       Q.    Okay.  So, this makes it appear that

13   you applied for jobs other than U.I.S. --

14       A.    I did, yes.

15       Q.    -- before you started applying at

16   U.I.S.?

17       A.    That's correct.  That's correct.

18            MS. POWELL:  Why don't we take a little

19   break right now if that's okay.

20       (Whereupon the deposition was in

21        recess.)

22            MS. POWELL:  Back on the record.

23       Q.    So, after you reached out to Provost

24   Papini in February of 2019 when was it that you

**Exhibit 1**

1     started to consider coming back to U.I.S. as a

2     potential job opportunity?

3          A.    I need to -- I don't recall, but I need

4     to go back and check my e-mails, and see when

5     exactly it was.  I don't recall exact dates or

6     months.  I did apply, I did apply for some

7     positions.  I did apply for positions before

8     talking to Provost Papini about returning to

9     U.I.S.

10         Q.    Sure, and that's documented in Roya 1,

11    correct?

12         A.    Yes.

13         Q.    Because you indicate you applied at

14    other places?

15         A.    Yes.

16         Q.    Now, after having told me about all of

17    the complaints that you had and that you made to

18    Provost Papini in 2018 why did you consider

19    coming back to U.I.S.?

20         A.    Because many reasons, actually one of

21    the reasons was the change of leadership at the

22    college and department levels.  So, that's what

23    I heard from faculty members in the department.

24    I heard he is going to retire, the department

Exhibit 1

1    head is going to retire.  There is a new dean,

2    dean of the business school is new, and they are

3    planning to change the culture.  And I think the

4    previous dean retired and a few of the old boys

5    club members, the people called old boys club

6    they retired.  So, I was hoping the culture

7    would change.  So, that was the main reason.

8         Q.   So, when you say change of leadership

9    with respect to the Business Department, you are

10   talking about Dr. Hadidi, is that correct?

11        A.   He was the first person, yes.

12        Q.   Okay.  Someone told you that he was

13   planning to retire, right?

14        A.   I heard it from several people, yes.

15        Q.   When you say several people, who are

16   those people?

17        A.   One of them was Yazan Alnsur.  He was

18   Jordanian American.

19        Q.   Was he a faculty member?

20        A.   He was an assistant professor faculty

21   member, I think hired in 2016 if I am not wrong.

22        Q.   Can you spell his name, please.

23        A.   Y-A-Z-A-N is the first name, and the

24   surname is A-L-N-S-U-R.

**Exhibit 1**

1      Q.    Okay, and he told you that Dr. Hadidi
2    had announced that he would retire?
3      A.    No.  He said that there is a new dean
4    coming to the college, joining the college, and
5    normally what happens when there is a new
6    leadership, the whole lower level management are
7    going to change normally, so yes.
8      Q.    Did you know who the new dean would be?
9      A.    I never heard about his name before
10   meeting him, the first time actually I met him
11   on campus.  No, I know nothing about him.
12     Q.    Okay, and I am not sure how you said
13   his name.
14     A.    Som.
15     Q.    No, Yazan.
16     A.    Yazan.
17     Q.    Yazan, how did you know Yazan?
18     A.    Yazan was a colleague in the same
19   department, and I was in the search committee
20   when he was being hired.  So, we met in
21   conference, the same conference, at ICIS,
22   International Conference Information Systems.
23   So, that's how I met Rassule Hadidi.  That's how
24   I met Neetu Singh, and everybody else actually.

**Exhibit 1**

1      Q.    So, you reached out to Yazan to ask --

2      A.    I was in touch with him, yes, phone

3   conversations or WhatsApp messages.  We were in

4   touch.

5      Q.    Okay.  So, you talked to him, and he

6   just mentioned to you that he believed there was

7   going to be a change --

8      A.    Change in leadership.

9      Q.    -- in leadership?  You should wait

10   until I finish.

11      A.    Sorry.

12      Q.    That's okay.  Were you talking to

13   anyone else within the department?

14      A.    I think I had a couple of exchanges

15   with Tewei Wang.

16      Q.    Okay, and what did Mr. Wang tell you?

17      A.    I think he also mentioned about the

18   probability of changing, change of leadership.

19   I think I do have an e-mail that he mentions

20   that.

21      Q.    All right, and did you ask them any

22   questions?

23      A.    No.  I think I was just, he was just

24   sending a line to say how are you doing, how is

**Exhibit 1**

1    life in France, how is teaching going, et

2    cetera, et cetera.

3        Q.    After you left U.I.S. in 2018 did you

4    communicate with Dr. Hadidi between the time you

5    left in 2018 until you started to make efforts

6    to come back in 2019?

7        A.    No, but there was one occasion which

8    was related to a paper that we were writing

9    together, and he was on the author list.  I

10   think that is the only communication that I had

11   with him.  Yazan Alnsur was on the list, so

12   different authors, a group of authors, Yazan

13   Alnsur, myself.  So, he was on the author list.

14   Hadidi was on the author list.  So, I had to

15   communicate anything related to the paper with

16   everyone in the list.  I think that was the only

17   communication that I had with him.

18       Q.    So, several members of the faculty at

19   U.I.S. were writing a paper together?

20       A.    Yes, three or four, yes, I think the

21   four of us.

22       Q.    Three or four of you, and those three

23   or four included you, Hadidi, and this Yazan

24   person?

**Exhibit 1**

1        A.    That's correct.

2        Q.    There was someone else?

3        A.    Someone else, either Hassan or Neetu.

4    I need to go back and double-check.

5        Q.    Okay.  All right, and then after you

6    learned of this information was it you that

7    reached out to someone about whether or not

8    there might be interest in a position for you at

9    U.I.S.?

10        A.    I did.  I think I reached out to -- the

11    first person I reached out to was Provost

12    Papini.

13        Q.    Okay.  Now, prior to you reaching out

14    to Provost Papini about potentially coming back

15    to the university had you ever had any

16    conversations with Dean Bhattacharya?

17        A.    No, I had no reason.  I didn't even

18    know that he existed.

19        Q.    Okay.  It would be fair to say then

20    that you don't know anything about whether he

21    knew who you were or not, right?

22        A.    I don't know about that.

23        Q.    You don't know the exact day that he

24    started?

**Exhibit 1**

1        A.    I heard he started in fall 2019.

2        Q.    Okay.

3        A.    Maybe, I don't know, a semester before

4    fall, but I am not sure.

5        Q.    Okay.  Well, because I know that you

6    were communicating with him about your terms for

7    employment in April and May of 2019 --

8        A.    That's correct.

9        Q.    -- wouldn't it seem likely that he

10   started before that date?

11       A.    Yes, probably, yes, one semester.  I

12   think he just, he had just probably started one

13   semester before that.

14       Q.    Okay.  Before you had discussions with

15   him about the terms of coming back you had had

16   no contacts with him, correct?

17       A.    No, I didn't know him.  I have no

18   reason.

19       Q.    So, it is correct you didn't have any

20   communication with him?

21       A.    That's correct.

22       Q.    Okay.  Would you agree that Dean

23   Bhattacharya was the main person that you were

24   talking to about potentially, about the terms

**Exhibit 1**

1    for potentially coming back?

2        A.    I think he was the main person making

3    the decisions.  Yes, I agree, I think he was the

4    main person.

5        Q.    Now, if you weren't happy with the way

6    things were at U.I.S., why didn't you try to

7    find any other place to go back to before going

8    back to U.I.S.?

9        A.    That's a good question.  I think I

10    tried to apply, I applied for a few positions,

11    but I didn't receive offers from research

12    institutions.  I know the limitations of my

13    profile.  I will not probably have a position in

14    Research 1 universities because the expectations

15    are too high.

16        Q.    When you say that you know the

17    limitations of your qualifications, what is your

18    understanding of those limitations?

19        A.    It is mainly a Research 1 institution

20    based on the Carnegie classification they have

21    high expectations in terms of the number of the

22    publications and quality of publications.  For

23    example, you are expected to publish so and so

24    number of journals in four star publications,

**Exhibit 1**

1    which is very, very difficult based on my

2    experience and knowledge.  You are expected to

3    bring research money, big research money.  So,

4    that is the luxury that I don't have.

5        Q.   Do most people who teach in say R1

6    institutions have a background as being a

7    student also in an R1 institution or not?

8        A.   I think they do, yes.

9        Q.   Okay.  Do you know how many places

10   with, how many R1 institutions that you applied

11   to?

12       A.   I don't recall.

13       Q.   What about R2 institutions?

14       A.   I think I was applying mainly to R1 and

15   R2 institutions, but mainly R1 probably, but I

16   need to go back.  I don't recall the exact

17   number, and which institutions there were open

18   positions.

19       Q.   Okay, but I think you told me you

20   thought it was five places or less?

21       A.   At least five.  I don't know.  I mean I

22   need to double-check, but it is kind of

23   impossible to apply for five jobs, and it is

24   unheard of unless you are very sure about, you

**Exhibit 1**

1    have connections in that school, you know

2    someone, your Ph.D. advisor is there.  It is

3    impossible to apply for five R1 institutions and

4    get a position in such a short period of time.

5        Q.    Did you interview with any other

6    institution?

7        A.    No.

8        Q.    When you applied or communicated with

9    Provost Papini about coming back to U.I.S., had

10   you already told NEOMA that you were leaving?

11       A.    Yes, yes.

12       Q.    So, you knew at that time that you did

13   not have a job for the fall of 2019?

14       A.    I had made my mind to resign and leave

15   France regardless of what happens next.

16       Q.    So, you needed a job, right?

17       A.    I was looking for a job, yes,

18   obviously.

19       Q.    Okay.  So, at what point if you can

20   tell me did you focus your efforts on coming

21   back to U.I.S.?

22       A.    It must have been around probably

23   March, about the same time that I contacted

24   Provost Papini.

**Exhibit 1**

1    Q.    Okay, and what did you say?

2    A.    I just reached out to him and said is

3    it possible for me to come back to U.I.S.

4    because I hear there is a change of leadership

5    in the college and the department, and I hope,

6    that's what everybody else hopes actually, there

7    will be a change of culture and improvement of

8    culture.  So, I would like to return if

9    possible.  He said he is going to discuss it

10    with the dean, with the college basically and

11    the department, and see whether they want me

12    back or not.  So, that was his response.

13    Q.    Okay.  What was your understanding then

14    of the response?

15    A.    I think my understanding was and is

16    they need to follow the procedure, certain

17    procedures to hire or rehire someone based on

18    the person and policy or HR policies, and they

19    need to get the votes of the department and

20    college on hiring or rehiring someone.  So,

21    that's what he was trying to do, I think.

22    Q.    Okay.  So, your understanding would be

23    that if someone was going to be hired by the

24    Business Department, that a majority or a

**Exhibit 1**

1    percentage of the Business Department would have

2    to agree to that hiring, is that correct?

3         A.    That's correct, especially at the

4    department level.  I think there is a department

5    level, and then the college level, college

6    executive committee, department personnel

7    committee, and then I think dean makes the

8    decision, the final decision.  I think he has

9    the authority and power to do that.  Then I

10    think provost follows the decision made at the

11    college level.

12         Q.    Your understanding was that Provost

13    Papini was going to reach out to the Business

14    Department to find out if they would be willing

15    to hire you, to let you know whether or not

16    that's a possibility, right?

17         A.    That's correct, Business is the

18    college, I am sorry.

19         Q.    I appreciate that.

20         A.    MIS is the department, because there

21    are different departments within the College of

22    Business.

23         Q.    So, was it your understanding that he

24    was speaking both with the college and the

Exhibit 1

1    department?

2         A.    I don't know to be honest.  I think he

3    was probably speaking with the dean, and the

4    dean was communicating if you consider the

5    hierarchy of the communications.

6         Q.    And the dean would be over the college?

7         A.    I think so, yes, that's how it was.

8         Q.    The dean at that time was Bhattacharya?

9         A.    It was Bhattacharya.

10        Q.    He was a new dean?

11        A.    He was a new dean, yes.

12        Q.    Did Provost Papini then respond to you

13   and say that it appears possible for you to come

14   back?

15        A.    A lot of things happened before

16   reaching that conclusion actually.  He said I am

17   going to consult with the department and

18   college, and see what they say.  I think I need

19   to go back again and read the e-mails, but this

20   is what I remember, what I recall.  He said that

21   there needs to be a vote, and I heard, so from

22   then actually several, a few other things

23   happened, which I have documented, and one of

24   the things that happened was I heard about

Exhibit 1

1      voting from Yazan Alnsur.  So, he said that the

2      dean has asked us to vote about your return, and

3      we had one round of voting, and I don't know

4      what was the outcome of the first round, but it

5      was positive or not I don't know.  But then it

6      seems the dean actually has asked the department

7      to vote again.  So, I think there were different

8      rounds of voting.

9          Q.   So.  Just to clarify because you said

10     you spoke with Yazan, and then you used the word

11     I, and I wasn't sure if it was your I or his I.

12     So, you spoke with Yazan, and he told you that

13     there was a vote, right, and you don't know the

14     outcome of the initial vote.  Is that what you

15     are telling me?

16         A.   That's correct, but my understanding is

17     probably initially there wasn't enough support.

18     So, they went for the second.

19         Q.   Your understanding -- did someone tell

20     you the results of the first vote?

21         A.   No.

22         Q.   So, you don't know what happened with

23     the first vote?

24         A.   No.

**Exhibit 1**

1      Q.    You don't know the specific -- was

2      there, was the first vote by like a computer

3      type voting, or was it oral, do you know?

4      A.    I think it was paper.  So, they have

5      this kind of anonymous voting in an envelope.

6      That's how they vote.

7      Q.    Is that based upon your experience in

8      working at U.I.S.?

9      A.    That's correct.  That's how it works.

10      Q.    So, there would have been an initial

11      vote that would have been conducted based on

12      your experience by writing on a piece of paper

13      yes or no, something like that?

14      A.    Yes.

15      Q.    It would have had a specific question?

16      A.    I think so, yes.

17      Q.    You don't know what that piece of paper

18      said?

19      A.    No.

20      Q.    You don't have a copy of that?

21      A.    I don't have it, any information.

22      Q.    You don't know what the result of that

23      vote was?

24      A.    I don't.  It wasn't shared with me.

**Exhibit 1**

130

1          Q.    Then Yazan told you there was a second

2     vote?

3          A.    Yes.

4          Q.    And again that's a yes?

5          A.    That's correct, yes.

6          Q.    You don't have a copy of that form?

7          A.    I do have the result of the second

8     round of voting, and it seemed there were three

9     different votes in the second round.

10          Q.    Based on what you have from the second

11     round of voting you were approved, right?

12          A.    By majority of the department members

13     because the department decides, right.

14          Q.    Right.  So, by a majority of the

15     members you were approved, correct?

16          A.    Yes, that's correct.  I got six yes and

17     three abstain.

18          Q.    Nobody voted against you?

19          A.    No.

20          Q.    Okay, and you don't know which people

21     voted for you, and which people abstained, do

22     you?

23          A.    I can guess based on the history.

24          Q.    I don't want you to guess.

**Exhibit 1**

1      A.    Specifically it is impossible to tell

2   because it is anonymous.

3      Q.    So, you don't know --

4      A.    No.

5      Q.    -- but the result was favorable to you?

6      A.    It was majority, yes.  That's why I was

7   allowed to return.

8      Q.    Is it your understanding that after

9   that vote an offer was made to you?

10      A.    Yes, but before that actually I had a

11   phone call from another faculty member, Tewei

12   Wang, the Taiwanese guy, which was not a

13   pleasant phone call.  He was shouting and

14   threatening me.  He called me using WhatsApp.

15   So, there was messages and phone calls.  He

16   called me first, and said we are not going to

17   support you, don't come back.  You were never

18   happy here, and that's it basically.  We are not

19   going to support you.  He was very angry.

20      Q.    So, after the vote but before the offer

21   of employment you had this phone call with

22   Mr. Wang?

23      A.    I don't know whether -- correction

24   here, I don't know whether the phone call

**Exhibit 1**

1    happened before the vote or between the two

2    votes, I don't know.  I think -- I don't recall.

3    I think I need to go back and check, but it is

4    about the same time, the time that they were

5    actually discussing my return.  So, I need to

6    check the exact date.

7        Q.   Mr. Wang when you worked at U.I.S.

8    between 2015 and 2018 was a colleague of yours?

9        A.   Yes.

10       Q.   And would you have considered him to be

11   your friend?

12       A.   He was friendly I would say.

13       Q.   Did you consider him to be your friend?

14       A.   No.  I think he was friendly, but not

15   my friend.

16       Q.   Okay, and did you continue to

17   communicate with him after you left U.I.S.?

18       A.   We had a couple of e-mail

19   communications that I have, not much.

20       Q.   When you communicated with Mr. Wang,

21   did you complain about other people at U.I.S. to

22   him?

23       A.   When?

24       Q.   Before you came back in 2019.

**Exhibit 1**

1    A.    Sexual harassment, yes, 2016, yes,

2    about the department head.

3    Q.    Okay.  So, Mr. Wang was aware that you

4    were not happy with certain aspects of the

5    Business Department at U.I.S., is that true?

6    A.    That's correct.

7    Q.    Okay, and you communicated with him

8    about your complaints between 2016 and 2018?

9    A.    No.  I communicated with him.  The

10   first person actually I communicated with about

11   the sexual harassment was Tewei Wang in 2016.  I

12   think it was September of 2016.  He said, and

13   the reason why because he was friendly first of

14   all, and I trusted him --

15   Q.    Let me stop you.  All I want to know is

16   when did you make complaints to Mr. Wang?

17   A.    2016, September 2016 about sexual

18   harassment only.

19   Q.    You didn't complain about anything else

20   to Mr. Wang --

21   A.    No.

22   Q.    -- at the school between 2016 and 2018?

23   A.    As long as I remember, no.

24   Q.    So, you are telling me that he called

**Exhibit 1**

1    you in 2019, right?

2        A.    April 2019, yes.

3        Q.    Was this a phone conversation?

4        A.    It was a phone conversation followed by

5    WhatsApp messages.

6        Q.    What is your understanding as to why he

7    called you?

8        A.    He said -- so, I had a conversation

9    after I returned.  He said I was angry because

10    you didn't inform me you were coming back.

11        Q.    He told you that he was angry?

12        A.    He was angry, yes.

13        Q.    Because you didn't tell him you were

14    coming back?

15        A.    That's what he said, but that's not my

16    understanding of it.

17        Q.    That's fine.  He called you up to say I

18    am angry because you didn't tell me that you

19    were coming back?

20        A.    Yes.  You didn't consult me before

21    coming back.

22        Q.    Okay, and your response to that was

23    what?

24        A.    I didn't know I needed to consult with

Exhibit 1

1    you or each faculty member.

2         Q.    Sure.

3         A.    That's a decision to be made and

4    discussed with the dean and the provost.

5         Q.    And do you have an understanding as to

6    why he expected you to consult with him prior to

7    you coming back?

8         A.    I think that is what I consider

9    patriarchy.  They want to be in charge of

10    everything.  They want to know everything in the

11    college.

12         Q.    So, are you telling me that Mr. Wang

13    would expect anyone to contact him, not just

14    you?

15         A.    I don't know.  I don't know.  I am not

16    in his mind, in his brain.  I don't know how he

17    thinks.

18         Q.    So, you don't really know why he has an

19    expectation that you should contact him before

20    coming back?

21         A.    I don't know.  Different people have

22    different personalities.  So, it is not up to me

23    to judge what's going on in their mind.  That's

24    what I experienced and what he said.

**Exhibit 1**

1        Q.    After that phone call then what
2    happened?
3        A.    Then there was the three rounds of
4    voting.
5        Q.    Tell me about the WhatsApp messages.  I
6    know I saw those.
7        A.    Yes, he was basically --
8        Q.    What was the purpose of those?
9        A.    Heated conversations.  After the phone
10    call he was trying to, I think he was trying to
11    change my mind about returning basically.  He
12    said that we are not going to, we I think he was
13    referring to himself and his friends, I think he
14    was referring to the Chinese friends, Chinese or
15    Asian friends, there were three faculty members
16    with Chinese origin.  He said we are not going
17    to support your return, and I think that's
18    exactly what they did, the abstain votes, I
19    think.
20        Q.    Is it your testimony that you interpret
21    the WhatsApp messages as being from him or from
22    him and the other Chinese faculty?
23        A.    I think he was conveying a message on
24    behalf of the, himself and his friends.

Exhibit 1

1        Q.    Do you have those in these exhibits?

2        A.    Yes, I do have.

3        Q.    Okay, let's find those.  Do you know

4    which section it would be in?

5        A.    I think we need to search with the key

6    word, Tewei Wang, WhatsApp Tewei Wang, the key

7    word.

8        Q.    This is probably going to be again in

9    Exhibit 3.

10       A.    Definitely in Exhibit 3, and probably

11   in the other ones as well.

12       Q.    Exhibit 1 is printed out in front of

13   you.  So, we can go off the record.

14        (Whereupon the deposition was in

15         recess.)

16        MS. POWELL:  Back on the record.

17       Q.    Miss Gholami, we have gone through, you

18   looked through Exhibit 1, correct?

19       A.    Uh-huh.

20       Q.    We have looked through Exhibit 3, and

21   have found some documents which appear to be

22   copied versions of your conversation with Tewei

23   Wang --

24       A.    That's correct.

**Exhibit 1**

1      Q.    -- that you were referring to just

2    recently, correct?

3      A.    Yes.

4      Q.    Based upon your review of Exhibit 1 you

5    didn't find these, correct?

6      A.    If it is there, it is the repetition of

7    the same thing, but it is not here.  I couldn't

8    see that.

9      Q.    That's fine.  In the time that you had

10   you didn't see them in Exhibit 1, but we do see

11   them in Exhibit 3, correct?

12     A.    That's what I referred to.

13     Q.    If it is in Exhibit 1, it is the exact

14   same conversation that is in Exhibit 3, correct?

15     A.    That's correct.

16     Q.    Great.  So, beginning at Exhibit 3,

17   Page 181, we have these copies of the WhatsApp

18   conversations, is that correct?

19     A.    That's correct.

20     Q.    Now, can you tell by looking at Exhibit

21   3, Page 181, the date of the conversation?

22     A.    I don't have the exact date, but this

23   happened, I think, sometime in early April 2019.

24   I don't know exactly, around the same time that

Exhibit 1

1    they were discussing my return, and voting, and

2    everything else was going on.

3        Q.    Okay.

4        A.    Probably, I don't know, 10, 12 before

5    that.  I don't know.  I don't recall that.

6        Q.    Here is what we need to do.  I need you

7    to first agree that by looking at Exhibit 3,

8    Pages 181, 182, those are your WhatsApp

9    conversations with Mr. Wang, correct?

10        A.    That's correct.

11        Q.    Those copied WhatsApp conversations do

12    not include a date for the conversation,

13    correct?

14        A.    That's correct.

15        Q.    So, any testimony concerning when this

16    occurred is based upon your effort to place the

17    timing of this in the context with other things

18    occurring at that time, right?

19        A.    That's correct.

20        Q.    You don't know a specific date?

21        A.    It was about the same time that they

22    were discussing my return and voting.  I think

23    sometime between April 10 to 12, or a few days

24    before that or after that.  I don't remember

Exhibit 1

1    exactly.  That's all I remember.

2        Q.    If you look at Page 180, which is the

3    page before, you have a piece of paper that says

4    MIS Department meeting April 12th, 2019.  Do you

5    see that?

6        A.    Uh-huh.

7        Q.    You have to say yes.

8        A.    Just a second, I am going back.  The

9    page before this.

10       Q.    It is Page 180.

11            MR. BAKER:  You have increased the

12   size, haven't you?  This is 181.

13       A.    Yes, April 12, that's correct.

14       Q.    So, that piece of paper starts with the

15   heading of MIS Department meeting April 12,

16   2019, correct?

17       A.    That's correct.

18       Q.    That is Page 180 of your Exhibit 3?

19       A.    That's correct.

20       Q.    Now, from where did you obtain that?

21       A.    This was actually in the department

22   documents shared among the, all of the faculty

23   members, the history of the department after I

24   returned.  I didn't have access before.

Exhibit 1

1     Q.   Okay.  So, you found this after you

2     came back?

3     A.   Shared folder, yes.

4     Q.   Okay, and this indicates that there was

5     a meeting on April 12, 2019.  Do you believe

6     your WhatsApp conversation with Mr. Wang

7     occurred before or after this meeting?

8     A.   I think before.  I think it was before

9     this.

10    Q.   So, we put it sometime before April

11    12th, 2019, right?

12    A.   I think so, before the final voting,

13    yes.

14    Q.   Now, in looking at what we have here

15    starting on Page 181, I can't tell from looking

16    at this whether you have had other conversations

17    with Tewei Wang before this first snapshot.  So,

18    before this communication have you communicated

19    with Mr. Wang using WhatsApp?

20    A.   I don't remember.

21    Q.   So, my personal experience of using

22    WhatsApp would require me to send a request to

23    the other person to join WhatsApp?

24    A.   Right.

**Exhibit 1**

1       Q.    Did you send that to him, or did he

2    send that to you?

3       A.    He must have, or I must have, yes, but

4    I don't remember exactly when.

5       Q.    So, are you telling me today that you

6    do not recall whether he asked you to join his

7    conversation, or if you asked him?

8       A.    After the phone call?

9       Q.    No, in order to use WhatsApp.

10      A.    The first time, I don't recall.

11      Q.    The very first time.

12      A.    I don't recall.

13      Q.    Okay, and when you were working with

14    Mr. Wang at U.I.S. between 2015 and 2018, would

15    you have had any reason to use WhatsApp to

16    communicate with him as opposed to regular

17    texting?

18      A.    He was a colleague and friend, I mean

19    friendly I would say.

20      Q.    What I am asking you is would you have

21    had a reason to use WhatsApp as opposed to any

22    other form of communication?

23      A.    He would e-mail and call because I --

24    probably the reason why is, I think probably

**Exhibit 1**

1    because I was in France it was cheaper to use

2    WhatsApp.

3        Q.    That's why I am asking it this way.

4    So, I know when you use WhatsApp this is a

5    benefit to you that you are not having to pay

6    for --

7        A.    He doesn't need to pay.

8        Q.    Neither one of you have to pay for the

9    communication?

10        A.    That is true.

11        Q.    While you are both in different

12    countries, right?

13        A.    Yes.

14        Q.    I use it myself with people in other

15    countries or while I am on vacation, but again

16    you would have to ask the other person to join

17    WhatsApp, and what you are telling me today is

18    you don't recall who initiated that, correct?

19        A.    And whether this was the first time.

20        Q.    I will get to that.

21        A.    I don't recall.

22        Q.    You don't know if you used WhatsApp

23    between 2015 and 2018?

24        A.    Yes, I don't recall.

**Exhibit 1**

1              MR. BAKER:  With him -- in general, or

2      are you talking about the whole app, or with him

3      specifically?

4          Q.    I am talking about with him on

5      WhatsApp, you don't know?

6          A.    I don't recall.

7          Q.    Okay, and after the initial request you

8      don't know if this was the first conversation or

9      whether it was one of many, right?

10         A.    I don't recall.

11         Q.    Doesn't know.

12         A.    But I wasn't very close to him.  We had

13     other colleagues.

14         Q.    Well, do you have your phone right now?

15         A.    I do, yes.

16         Q.    Can we see on your WhatsApp if it is

17     there?

18         A.    No, it isn't.  I blocked him a long

19     time ago.

20         Q.    You deleted --

21         A.    After the incident in France.  It must

22     have been a different phone actually because it

23     was a French number.

24         Q.    Okay.  So, you don't have him in your

Exhibit 1

1    current phone?

2        A.    I don't.  You want to see?

3        Q.    No, I believe you.  Because the

4    WhatsApp communication would have gone to the

5    number that you had at the time, right?

6        A.    It was a French number, I think.

7        Q.    Right?

8        A.    Right.

9        Q.    And the number that you had at that

10   time would have been one in France?

11       A.    That's correct.

12       Q.    When you came back to the U.S., you

13   would get a U.S. number?

14       A.    That's correct.

15       Q.    But Mr. Wang may have all of his

16   communications on WhatsApp?

17       A.    Yes, he might have.

18       Q.    All right.  Now, again going to Page

19   181 of Exhibit 3, is the information noted there

20   in green from you or from Mr. Wang?

21       A.    I think the green is mine.  The white

22   is the other person --

23       Q.    Okay.

24       A.    -- every communication.

Exhibit 1

1      Q.    So, sometime prior to April of 2019 you

2      are telling Mr. Wang that you have decided to

3      take U.I.S. to court for sexual harassment and

4      discrimination, is that correct?

5      A.    Yes, yes.

6      Q.    Okay.  Prior to April of 2019 -- well,

7      first of all at the time that you wrote this you

8      were not employed by U.I.S., were you?

9      A.    No.  This is April 2019.

10     Q.    Right.  This is sometime before April

11     12th of 2019, right?

12     A.    I think so, before the voting actually,

13     actual voting.

14     Q.    We established that with document 180,

15     correct?

16     A.    I think so, yes.

17     Q.    Okay.  So, at the time that you are

18     sending this you had not filed any IDHR

19     complaints at this time, correct?

20     A.    But I was fed up.

21     Q.    I understand.

22         MR. BAKER:  No, that's not the

23     question.  The question is did you file an IDHR

24     report before that.

Exhibit 1

1        A.    No.

2        Q.    You would agree with me that anything

3    that you are referencing with respect to sexual

4    harassment and discrimination, which would form

5    the basis of your decision to take U.I.S. to

6    court, related to events that occurred prior to

7    April of 2019?

8        A.    Yep.

9        Q.    That's a yes?

10        A.    That's a yes.  Because this is the

11    continuation of -- this has been going on since

12    2016 at least.

13        Q.    Then you say you are done with

14    bullshitting.  What does that refer to?

15        A.    Abuse of shared governance, broken

16    performance evaluation process, gender

17    harassment, sexual harassment.  I was just fed

18    up.  Particularly when I had that conversation,

19    that phone call with Tewei Wang, who was aware

20    of what I experienced with Dr. Hadidi, and yet

21    that was his reaction, I was fed up.  So, that

22    was, I think, a natural reaction.

23        Q.    This all relates to events that

24    occurred while you were working at U.I.S. --

Exhibit 1

1      A.    Yes.

2      Q.    -- between 2015 and 2018?

3      A.    Yes, that's correct.  Including the

4    main incident that I am referring to is the

5    sexual harassment by the department head, and

6    other incidents, other problems, other issues

7    that I had with communicating consistently with

8    provost, and union, and everyone else, broken

9    performance evaluation process, abuse of shared

10   governance.

11     Q.    You are talking really fast.

12     A.    Broken performance evaluation process,

13   abuse of shared governance, and sexual and

14   gender harassment.

15     Q.    Okay.  Now, you understand that this

16   lawsuit that we are talking about today relates

17   to your employment beginning in 2019, correct?

18     A.    That's correct.

19     Q.    You did not actually file a lawsuit

20   with respect to what occurred to --

21     A.    No.

22     Q.    -- with respect to what occurred prior

23   to April of 2019, is that correct?

24     A.    That's correct.

Exhibit 1

1        Q.    The same allegations that you are

2   referring to here is what you were telling me

3   about today, right?

4        A.    Right, yes.

5        Q.    Now, in the first little section with

6   Mr. Wang all of the, we will call them texts are

7   from you, correct?

8        A.    That is correct.

9        Q.    Then in the middle panel, and here is

10   how I am going to refer to this, we have six

11   panel of conversations on Page 181 of Exhibit 3,

12   is that correct?

13        A.    That's correct.

14        Q.    We just discussed the first panel,

15   right?

16        A.    That's correct.

17        Q.    In the first panel everything is green,

18   everything comes from you?

19        A.    That's correct.

20        Q.    In the second panel you continue and

21   you say, you just indicate more information to

22   Mr. Wang, and all he says in the second panel is

23   I understand, right?

24             MR. BAKER:  You are on 181, correct?

Exhibit 1

1          MS. POWELL:  That is correct.

2      A.    Yes.

3      Q.    So, I am going to go across on these

4    panels, and the beginning one on the top is one.

5    The second panel would be the one in the middle,

6    okay.  And the third panel will be the top

7    right, okay?  You know what, I am going to print

8    these out, and then I will put little numbers on

9    them.

10          MR. BAKER:  You don't have to put

11    little numbers on them.

12          MS. POWELL:  Well, that will make it

13    easier.

14          MR. BAKER:  We already have the 181 on

15    them.  We are already referencing it.  I mean it

16    is pretty clear on the record.

17      Q.    It is going to be one, two, three, and

18    four, five, six, okay.  So, the middle panel is

19    panel two, and the only thing that Mr. Wang says

20    is I understand, right?

21      A.    Yes.

22      Q.    Okay.  Then in the third panel he says

23    sorry, slow response because I am teaching

24    today, correct?

Exhibit 1

1          MR. BAKER:  She keeps changing the

2     page.

3          MS. POWELL:  No, I am not.

4          MR. BAKER:  She is.

5     Q.   Stop that.

6     A.   Yes, but keep in mind this is after the

7     phone call, the fiery phone call.

8     Q.   Well, okay.  We will go through this

9     third panel, and then we will go to that.  So,

10    at this point it says sorry, slow response

11    because I am teaching today, right?

12    A.   Uh-huh, correct.

13    Q.   Then you say have a great day, and he

14    says I think I generally understand your, and

15    that should be thoughts, right, ideas, and

16    feelings.  I do think what you said are true.

17    Like I told you before, the main issue to me is

18    that my feeling was hurt, and that's the end of

19    panel three, right?

20    A.   That's correct.

21    Q.   Okay.  Now, you are telling me that

22    this is after a phone conversation, right?

23    A.   That's correct.

24    Q.   Okay.  In the phone conversation what

**Exhibit 1**

1    did he say?

2        A.    He was shouting and telling me that I

3    should not return, it is not a good idea to

4    return, we are not going to support you because

5    you were never happy here at U.I.S.  So, that

6    was the message that he was telling me.  I

7    think --

8        Q.    Okay, wait.  So, you said he was

9    shouting?

10        A.    He was shouting actually, yes, very

11    angry.

12        Q.    Okay, and he said we are not going to

13    support you?

14        A.    Do not come back, it is not a good

15    idea, do not come back, we are not going to

16    support you.

17        Q.    Did he say anything else in the phone

18    conversation?

19        A.    No, I think that was it as far as I

20    remember, and I was shocked.  Again I was

21    shocked.

22        Q.    So, if he is shouting at you in a phone

23    conversation, why are you communicating with him

24    on WhatsApp?

Exhibit 1

1          A.    It was a follow-up.

2          Q.    Why?

3          A.    Because I needed to make my point,

4    because when he was shouting, I think I am the

5    kind of person that I get emotional.  When I

6    experience like sexual harassment by this father

7    figure in the department, my boss, I am frozen.

8    When I see something like that, I am not a

9    confrontational person.  When I see something

10   like this, and we had a good relationship, I had

11   a good relationship with everyone.  I didn't

12   deserve this.  So, I didn't know why he was

13   reacting like that.  I was shocked.

14         Q.    Let's take it back.

15         A.    So, it is to follow up to confirm or to

16   clarify what my position to his phone call,

17   whatever he is saying on the phone.  Of course,

18   he denies all of this.

19         Q.    Well, you are telling me that he

20   shouted at you?

21         A.    Yes.

22         Q.    We are not going to support you.  Do

23   not come back, right?

24         A.    That's what he said, absolutely.

**Exhibit 1**

1    Q.    But he is not your friend, that's what
2    you told me, he is not your friend?
3    A.    No.  We are friendly, but I wouldn't
4    consider him my friend.
5    Q.    What I don't understand is why he is
6    calling you.
7    A.    That's a good question.
8    Q.    You don't know either?
9    A.    I don't know either, or when he
10    mentions that you have hurt my feeling, what
11    does that mean?  What kind of relationship do I
12    have with you?  Why should you be hurt.
13    Q.    So, you are telling me you don't have
14    any sort of relationship with him.  Why do you
15    feel the need to respond to this?
16    A.    Because I was being attacked, and
17    targeted, and I had to clarify my position.  I
18    didn't know what was going on behind the scene.
19    Q.    What in panels one, two, and three
20    clarifies your position?
21    A.    I am not going to -- what I was trying
22    to say that I am not going to put up with this
23    anymore.
24    Q.    But the position is from what you are

Exhibit 1

1    telling me is you made an effort to come back to

2    the school?

3        A.    Right.

4        Q.    Right?

5        A.    That's correct.

6        Q.    Okay, and he is telling you don't come

7    back, and we are not going to support you?

8        A.    That's what he said.

9        Q.    You are telling me in panels one, two,

10    and three, is your effort to clarify something,

11    but what are you clarifying in these three

12    panels?

13        A.    I am responding to his attack.

14        Q.    In what way?  This doesn't make any

15    reference whatsoever to him saying don't come

16    back.

17        A.    It was response to abuse that I

18    experienced by him.  I am fed up.

19        Q.    Where in panels one, two, and three are

20    you talking about anything that he did?

21        A.    So, he said I understand, and my

22    response is no, you don't.  You don't understand

23    anything about my position and my experience.

24    So, isn't that clear?  I think it is clear.

Exhibit 1

1      Q.    No.  My question is in panels one, two,

2    and three what are you referencing that relates

3    to actions by Mr. Wang?

4      A.    This is all that I have, Theresa.

5      Q.    I am asking you.

6      A.    I don't know what you want me to say.

7    I really don't know what else, but why would

8    I --

9      Q.    Listen, wait, wait, wait.  Don't talk

10   when there is no question.

11         MR. BAKER:  It is her question.  Do not

12   argue.

13     A.    I get emotional.

14         MR. BAKER:  I know, but you can't, but

15   you can't.  She asks the question.  You answer

16   the question.

17     A.    Yes.

18     Q.    You just told me this was your response

19   to him saying don't come back, we don't support

20   you.  But when I look at what it says, it

21   doesn't make reference to that in these panels

22   one, two, and three.  There is no reference to

23   what he just said.

24     A.    Because I wasn't planning to document

Exhibit 1

1    what happened to me.  That was not the plan.

2        Q.    I am only asking -- wait.  I am only

3    asking it based on your answer.

4        A.    Right.

5        Q.    This was your response to him.

6        A.    Yes, additional abuse at the expense by

7    him.  This is my response.

8        Q.    Where in panels one, two, and three do

9    you reference abuse by Mr. Wang?

10       A.    I didn't know I should do that.

11       Q.    I am not asking you that.

12            MR. BAKER:  She is not asking you what

13   you should do.  She is asking you -- no, no.

14       A.    I knew the content of the conversation,

15   the phone call.

16            MR. BAKER:  Stop, stop, stop, stop,

17   stop.  You have to answer the question.  She is

18   asking you --

19       A.    I don't understand that question.  I

20   have no answer for that question.

21            MR. BAKER:  That's fine.

22       Q.    Do panels one, two, and three make

23   reference to anything done by Mr. Wang?

24       A.    I am just fed up.

Exhibit 1

1      Q.    Yes or no?  Do panels --

2      A.    Yes, yes.

3      Q.    Okay, where?  What in panels --

4      A.    There is --

5      Q.    Listen, you have to wait.

6      A.    Collective --

7      Q.    Okay, stop.  You cannot answer before I

8    ask the question.

9      A.    Sorry.

10      Q.    Where in panels one, two, and three is

11    there reference to something done by Mr. Wang?

12      A.    Just to let you know that I have

13    finally decided to take U.I.S. to court for

14    sexual harassment and discrimination, and I have

15    solid evidence.  So, this is reaction to

16    additional abuse that I experienced just now by

17    this guy.  So, that's it.

18      Q.    So, you are telling Mr. Wang that you

19    are taking U.I.S. to court for sexual harassment

20    and discrimination --

21      A.    Yes, gender harassment.

22      Q.    -- which includes your conversation

23    with him?

24      A.    Yes.  It is a collective of the actions

Exhibit 1

1    that I have experienced since 2015.  This was

2    the latest edition of the behaviors that I

3    consider as sexual and gender harassment.

4        Q.    You are talking way too fast.

5        A.    Sorry.

6        Q.    The conversation that you had with

7    Mr. Wang occurred during a time that you did not

8    work at U.I.S.?

9        A.    That's correct.

10        Q.    So, now I am going to move onto panel

11    four, which continues with some of the language

12    from panel three, correct?

13            MR. BAKER:  Hold on, Theresa.  We have

14    scaled them, so it just takes a second.  You are

15    on panel four?

16            MS. POWELL:  Yes.

17            MR. BAKER:  That's four, and that's

18    five, and that's six.

19        Q.    In panel four Mr. Wang is saying that

20    his feelings were hurt, correct?

21        A.    Yes.

22        Q.    You do not understand why?

23        A.    I don't understand --

24        Q.    That's fine.

Exhibit 1

1    A.    -- what that refers to and why.

2    Q.    You indicate in panel four this is not

3    about you?

4    A.    Absolutely.  My returning to U.I.S. is

5    not about you.  Why should I consult you.

6    That's what I meant.

7    Q.    Now, in panels five and six at the end

8    it says, at the bottom of panel five it says

9    well, I don't know what he had heard.  Who is

10   he?

11   A.    Oh, Atul Agarwal.

12   Q.    Who?

13   A.    Atul Agarwal, he is another senior

14   faculty member of MIS Department.

15   Q.    Why is that person being referenced in

16   these messages?

17   A.    That's a good question.  I think what

18   he was trying to say, he was saying that I heard

19   from Atul Agarwal that you are coming back, but

20   I didn't hear from you, and I don't understand

21   why he should know because I was only

22   communicating with Provost Papini and Dean

23   Bhattacharya directly.  So, why Atul Agarwal who

24   is not a person that I would be directly

Exhibit 1

1  communicating about.  I think from my

2  perspective -- should I answer that question now

3  why he is mentioned there?  What's the next

4  question?

5  Q.  Well, first of all -- yes, why is he

6  being mentioned?

7  A.  Because he is a friend of Dean

8  Bhattacharya because the Indian community are a

9  very close knit community, and they share

10  everything.  This is the channel, unofficial

11  channels of communication.  That is what I

12  understand from this.  So, I was kind of shocked

13  to hear that.

14  Q.  Okay.  Now, how is it that when you see

15  the word he, that you associate it with

16  Mr. Agarwal when we have no reference in any of

17  these panels to that person?

18  A.  I learned later, actually after I came

19  back I had meetings with different people.  I

20  think I learned it later that he is referring to

21  Atul Agarwal.

22      MR. BAKER:  His name is in there.

23      MR. POWELL:  Where?

24  A.  Does it say Atul?

Exhibit 1

1          MR. BAKER:  In panel five, the first,

2     it is just misspelled.

3          A.    Yes.  It is not capital A.

4          Q.    It is not in mine.

5          MR. BAKER:  Panel five.

6          MS. POWELL:  Yes.

7          MR. BAKER:  Panel five, underneath I

8     think I am done with bullshit in U.I.S.

9          MS. POWELL:  No, that's not my panel

10    five.

11         A.    Maybe it is a different number.

12         Q.    Page 181.  Wait, I see it.  I see it

13    now.  Atul said, okay there.  How did you know

14    Atul?

15         A.    He was a faculty member in MIS

16    Department belonging to the old boys club

17    network basically.  I think he was working there

18    since 2009.

19         Q.    Had you spoken with Atul?

20         A.    As a colleague, yes.

21         Q.    Okay.  Had you spoken with Atul --

22         A.    No.

23         Q.    -- since you left?

24         A.    No.

Exhibit 1

1    Q.    Are you just assuming that he was

2    speaking with Dean Bhattacharya?

3    A.    I know it is a fact for me now after I

4    came back, and I learned about the

5    relationships, and I talked to different people.

6    I think --

7    Q.    About what?

8    A.    There is no other way he would have

9    known about it.  Before --

10    Q.    Stop, stop, you just have to wait for

11    my question.

12    A.    Sorry.

13    Q.    In order for you to know something you

14    either have to have heard it yourself?

15    A.    Yes.

16    Q.    Did you hear Atul speak with Dean

17    Bhattacharya about anything relating to you

18    around April of 2019?

19    A.    Why would I?

20         MR. BAKER:  That's not an answer.

21    A.    No.

22    Q.    Okay.  Did you see them speaking to

23    each other in April of 2019?

24    A.    No.

Exhibit 1

1    Q.    Did someone tell you that they

2    personally heard Dean Bhattacharya speaking with

3    Atul?

4    A.    My question is --

5    Q.    No, my question is --

6    A.    No.

7    Q.    So, it appears that you are assuming

8    that Atul is speaking with Dean Bhattacharya, is

9    that correct?

10    A.    Yes, that's correct.  Based on this

11    piece of information because before --

12    MR. BAKER:  Hold on.  There is no

13    question pending.  She asked you --

14    A.    That's correct.

15    MR. BAKER:  There is no question

16    pending.

17    Q.    When you were reading panel five that

18    says Atul said that he heard about this around

19    spring break, what is the this that you

20    understand Wang to be referring to in panel five

21    there?

22    A.    I think he is referring to -- I came

23    back to Springfield during spring break, so

24    after the e-mail communication I had with

**Exhibit 1**

1    provost I came to visit some of my friends here.

2    So, I went to the campus, and met with Provost

3    Papini, and I think I ran across, I actually

4    bumped into Dean Bhattacharya.  I was walking

5    with Yazan Alnsur on campus, going to provost's

6    office to have a meeting, and I bumped into, I

7    think it was the morning, I bumped into Dean

8    Bhattacharya.  That was the first time I met him

9    face to face.  So, he said hello.  Yazan knew

10   him obviously, and he knew Yazan.  He said

11   hello, and he introduced me to dean.  Just

12   hello, how are you doing, and he introduced me,

13   and we walked past.  So, I went to the other

14   building to meet Provost Papini.  So, that was

15   the first time I met Somnath Bhattacharya, the

16   new dean.

17        Q.    So, when you read the word this, you

18   think he is referring to the fact that you came

19   back to the school?

20        A.    The information, the information about

21   me returning to school.  I think that's what he

22   is referring to.

23        Q.    Okay.  Mr. Wang states that he was

24   surprised that he did not know about your

**Exhibit 1**

1    efforts to come back, right?

2        A.    Yes.

3        Q.    Then you said I never met him since I

4    left, and the him you are referring to is the

5    dean?

6        A.    Atul.

7        Q.    Atul?

8        A.    Yes.

9        Q.    Okay.  Then you say must come from

10   discussion with the dean?

11       A.    Yes.

12       Q.    Okay.  Then Mr. Wang says I am not

13   going to continue discussing trying to convince

14   you that your assumptions are wrong, right?

15       A.    Yes.

16       Q.    Okay.  You say --

17       A.    It is the other one.

18       Q.    He says I know you did not tell him

19   yourself, right?

20       A.    Yes.  So, he is confirming.

21       Q.    You did not tell Atul yourself that you

22   were coming back, right?

23       A.    No.

24       Q.    Okay, and you said you are done?

**Exhibit 1**

1       A.    Yes.

2       Q.    He said I am not assuming anything,

3  right?

4       A.    Yes.  The green ones are all mine.  The

5  white ones are his.

6       Q.    The white ones are his?

7       A.    That's correct.

8             MR. BAKER:  Theresa, are you wanting to

9  go down to 182 at this point?

10            MS. POWELL:  We can move to 182.

11            MR. BAKER:  If I see this correctly on

12  182, there are only four panels.

13            MS. POWELL:  There are only four panels

14  on 182.

15            MR. BAKER:  Okay.

16       Q.    Basically it looks like in the first

17  three panels Mr. Wang is simply indicating to

18  you that he felt like his feelings were hurt

19  because you didn't tell him about what you were

20  doing, right?

21       A.    Uh-huh, yes.

22       Q.    By the end in the last panel he says

23  let's talk tomorrow, I am calmer now, right?

24       A.    Uh-huh.

Exhibit 1

```
 1        Q.    Yes?

 2        A.    Yes.

 3        Q.    Did you understand that he was upset

 4   because of this lack of knowledge regarding what

 5   you were doing?

 6        A.    I don't know.

 7        Q.    You don't know why he was upset?

 8        A.    I don't know why he was upset, whether

 9   I didn't tell him, or whether they didn't want

10   me back, they had other plans.  I don't know

11   what was the agenda behind that emotion.

12        Q.    All of these panels include information

13   that indicates that in April of 2019 you are

14   saying you are extremely disappointed and sad

15   about your whole experience at U.I.S., right?

16        A.    Yes, it was my reaction to this latest

17   incident.

18        Q.    Okay.  Now, at the same time that you

19   are telling him about how you are very

20   disappointed, sad, and unhappy with your

21   experiences at U.I.S. you are negotiating and

22   trying to come back to U.I.S.?

23        A.    That's correct.

24        Q.    Why?
```

**Exhibit 1**

1      A.    I didn't have to justify my decision to

2   Tewei Wang or any other faculty member.

3      Q.    No, I am asking you to tell me why do

4   you want to come back to a place that you were

5   saying you are extremity disappointed and sad

6   about?  Why are you trying to come back there?

7      A.    Because I was hoping with the change of

8   leadership there will be culture change, but

9   this latest incident was continuation of the

10  same.

11          MR. BAKER:  Answer her question.

12     A.    I was hoping there would be change.  I

13  could see the potential with the right

14  leadership.  I thought I could contribute to

15  change of culture and leadership.

16     Q.    So, in April of 2019 you still thought

17  there was a problem?

18     A.    This is my reaction to the latest

19  incident.

20     Q.    You consider your communications with

21  Mr. Wang to be a problem?

22     A.    I don't get the question.

23     Q.    I am asking you do you consider your

24  communications with Mr. Wang as some evidence of

**Exhibit 1**

1    ongoing issues at U.I.S. with faculty in the

2    Business Department?

3        A.    That's correct.

4        Q.    Yes?

5        A.    Yes.

6        Q.    Okay, and despite your understanding of

7    those issues you continued to negotiate with --

8        A.    Yes.

9        Q.    -- Dean Bhattacharya about coming back,

10   correct?

11       A.    Yes, because I was hoping for a change.

12             MR. BAKER:  It is a yes or no question.

13       Q.    The WhatsApp conversations that are on

14   the next page, which is 183, those are with

15   Yazan, right?

16       A.    Yes.

17       Q.    This is documentation of his report to

18   you of the second round of voting, right?

19       A.    I think so.

20       Q.    We discussed that already, right?

21       A.    Yes.

22       Q.    It says in the second panel on Page 183

23   Yazan indicates we will vote three different

24   votes for you, right?

Exhibit 1

1      A.    That's correct.

2      Q.    Is that the basis for your

3  understanding that there were three votes

4  relating to you?

5      A.    Yes, that's correct.

6      Q.    It says right in here that the three

7  votes related to, one to bring you back, one to

8  bring you back as an associate, and the last is

9  tenured?

10     A.    That's correct.

11     Q.    So, you understood all of that,

12 correct?

13     A.    That's correct.

14     Q.    This was all before the offer was made

15 to you to come back?

16     A.    That's correct.

17     Q.    Then you did receive an offer of

18 employment from Dean Bhattacharya on May the 3rd

19 of 2019, right?

20     A.    That's correct.

21     Q.    That's in U.I.S. produced 50 and 51?

22         MR. BAKER:  That's not what she is

23 asking you about.

24     A.    I have it here as well.

Exhibit 1

1              MR. BAKER:  You don't have U.I.S. 50

2      and 51 in front of you.

3              MS. POWELL:  I will get it.

4        Q.   So, you have got your formal letter on

5      May 3rd of 2019, correct?

6        A.   I think I received the formal letter

7      before the negotiation attempt with Dean

8      Bhattacharya.  I have the e-mails.

9        Q.   I have the e-mails as well.  I probably

10     have them in this, the formal.  Here it is.  It

11     is U.I.S. 40.  I am going to hand you what's

12     previously been marked U.I.S. produced 40.  I

13     need to look at it, but you can see it.  So,

14     U.I.S. 40 is an e-mail April 9th of 2019,

15     correct?

16       A.   Uh-huh, yes.

17       Q.   So, actually this was before the vote?

18       A.   It is impossible.

19       Q.   Well, it looks like the piece of paper

20     that you had at 180 said the meeting was on

21     April the 12th.

22       A.   That was -- I don't know, documentation

23     of the meeting.  I don't know if it was accurate

24     or not.  That could have been the reason.

Exhibit 1

1      Q.    So, let's try to clarify this.  The

2    WhatsApp conversation with Yazan and with Wang

3    you believe occurred prior to the meeting,

4    right?

5      A.    I think so, yes.

6      Q.    Do you also believe it occurred before

7    you received U.I.S. produced 40, the e-mail from

8    Dean Bhattacharya?

9      A.    I think the offer made was, actually

10    happened after all the discussions and

11    conversations that I had with them.  That's what

12    I think.

13      Q.    So, you would agree that the WhatsApp

14    conversations occurred sometime before April 9th

15    of 2019?

16      A.    That's what I believe, yes.

17      Q.    Okay.  The information contained in

18    U.I.S. produced 40 sets out that you were being

19    offered a position of associate professor at

20    U.I.S., correct?

21      A.    That's correct, yes.

22      Q.    That is the position that you had when

23    you left in 2018, correct?

24      A.    That's correct, yes.

Exhibit 1

1        Q.    You were offered a salary of

2    $117,133.00, correct?

3        A.    That's correct.

4        Q.    And that is a yearly salary, right?

5        A.    That's correct.

6        Q.    Okay, and this was sort of the informal

7    offer, right?

8        A.    That's correct.

9        Q.    Your response to this offer was that

10   you accept the offer?

11       A.    I did.

12       Q.    Okay.  In your acceptance of the offer

13   you do not make any statements in your response

14   indicating that you had any conditions to that

15   offer?

16       A.    I don't know.

17       Q.    Correct?

18       A.    In this one?

19       Q.    Yes.

20       A.    I had conversations before that e-mail.

21       Q.    In this response saying I accept the

22   offer there are no conditions to your

23   acceptance, are there?

24       A.    Yes, that's correct, but this happened

Exhibit 1

1    after the negotiation and exchanged e-mails.

2        Q.    That's fine.  After your negotiations

3    the offer was made as noted in U.I.S. produced

4    40, right?

5        A.    That's correct.

6        Q.    This is the final offer --

7        A.    Correct.

8        Q.    -- that was made to you --

9        A.    Yes.

10        Q.    -- right?  You have to wait until I am

11    done talking.

12          Your response was I accept the offer?

13        A.    That's correct.

14        Q.    Okay.  Then you received the formal

15    letter, which is U.I.S. produced 50 and 51?

16        A.    Right.

17        Q.    Is this your signature on U.I.S.

18    produced 51?

19        A.    That's correct, yes.

20        Q.    You signed that on May 12th of 2019?

21        A.    Right.

22        Q.    Then --

23        A.    A month after.

24        Q.    Okay, and it says I accept the terms of

**Exhibit 1**

1        appointment set forth in this letter, right?

2            A.    Yes.

3            Q.    Yes.  Okay.  Those terms again included

4        that you were an associate professor --

5            A.    Yes.

6            Q.    -- at the salary that was offered of

7        the 117,133?

8            A.    Yes, that's correct.

9            Q.    Then you would have received in August

10       of 2019 a formal letter of notification of

11       appointment at U.I.S. produced 54 and 55,

12       correct?

13           A.    That's correct.

14           Q.    In that notice you were advised that

15       until, unless you notify your unit or units to

16       the contrary within 30 days of the generation

17       date of this document your acceptance of this

18       appointment will be presumed.  If you have any

19       questions regarding your appointment, please

20       contact your unit office.  Do you agree that you

21       did not notify your unit within 30 days of any

22       indication that you were not going to accept

23       this appointment?

24           A.    My unit was not the point of contact.

Exhibit 1

1     Q.    Did you notify your unit that you

2     wished to not accept this appointment within 30

3     days of this letter?

4     A.    They did not make the final decision.

5          MR. BAKER:  That's not the question.

6     A.    No, no.

7          MR. BAKER:  That's not the question.

8     A.    Sorry, no.  I am just trying to explain

9     why.

10         MR. BAKER:  I know, but she is not

11    asking you to explain.  She asked did you

12    contact them.  That's the question.

13    A.    No.

14    Q.    So, you gave them no notification that

15    you did not want to accept this?

16    A.    Yes, that's correct.

17         MR. BAKER:  Them being the unit?

18         MS. POWELL:  That's correct.

19    Q.    At any time before August of 2019 did

20    you indicate that you were not willing to accept

21    this position?

22    A.    I negotiated.  I tried to negotiate

23    with the dean.  I don't know whether you have

24    seen the e-mails.  I explained everything for my

**Exhibit 1**

1    resignation, information about --

2        Q.    What I want to know is at any point in

3    time between April of 2019 and August of 2019

4    did you say I do not want to work at U.I.S.

5    under the terms that were offered to me?

6        A.    After I accepted the offer?

7        Q.    Yes or no?

8        A.    No.

9        Q.    You started working in August of

10   2019 --

11       A.    Yes.

12       Q.    -- under the terms that are outlined in

13   these pages that I have just referenced, is that

14   correct?

15       A.    That's correct, yes.

16       Q.    Now, in October of 2019 you filed your

17   IDHR charges, is that correct?

18       A.    That's correct.

19       Q.    The document makes reference to, and

20   this is U.I.S. Pages 1 through 4.  This is your

21   IDHR charge, correct?

22       A.    Yes.

23       Q.    Now, it makes reference to date of

24   discrimination.  It says 10-25-2019.  Do you

**Exhibit 1**

1    know what that refers to?

2        A.    I think it was probably referring to

3    the decision about the rank offered to me on my

4    return, which is a negotiation with the Dean

5    Bhattacharya because he made the final decision.

6        Q.    So, I understand what you just said

7    with respect to the words, but you are telling

8    me that 10-25-19 is the date that what occurred?

9        A.    I don't remember, but I think what I

10   was, what I meant -- I don't remember exact

11   dates.  That's what I am trying to say, but I

12   think this is, what this is referring to is the

13   discrimination, I considered discrimination and

14   retaliation since I returned or when I returned.

15   I should have returned as full professor, not as

16   associate professor.

17       Q.    So, your IDHR complaint filed in

18   October of 2019 is complaining about your status

19   as associate professor, right?

20       A.    Yes.

21       Q.    Because you would rather be a full

22   professor?

23       A.    I was qualified to return.

24       Q.    You wanted to be a full professor?

**Exhibit 1**

1    A.    Based on my qualified -- yes.

2    Q.    Okay, and are you saying that your

3    complaint is you should have been hired as a

4    full professor?

5    A.    I should have been returned, I should

6    have returned as a full professor, yes.

7    Q.    When you were rehired, you wanted to be

8    made a full professor?

9    A.    Yes.

10    Q.    That's part of what your claim is,

11    right?

12    A.    Yes.

13    Q.    And if you had the status of full

14    professor, you would have made more money?

15    A.    That's correct, money plus

16    opportunities for leadership positions.  That's

17    what full professor offers.

18    Q.    Sure, but you accepted the job with the

19    status of associate professor?

20    A.    That's correct.

21    Q.    You accepted the money that was

22    associated with that status?

23    A.    I was coerced in --

24         MR. BAKER:  No, no, no, did you, yes or

Exhibit 1

1     no?

2          A.    Yes, yes, sorry.

3          Q.    Now, are you trying to tell me that you

4     were coerced into accepting a job?

5          A.    That's exactly what happened.

6          Q.    Well, you could have just said I don't

7     want the job, right?

8          A.    No.

9          Q.    You had to take the job?

10         A.    I tried to negotiate.

11         Q.    No, listen to me.

12         A.    That's what I was trying to do.

13         Q.    You had to take this job?

14         A.    Yes, I had to take this job.

15         Q.    Why?

16         A.    To return to U.S. to keep my green

17     card.  That was one of the main reasons.

18         Q.    So, you accepted this job in order to

19     keep your green card.  Is that what you are

20     saying?

21         A.    Yes.  I shouldn't have resigned and

22     left in the first place.  That's my argument.

23         Q.    Now, in order to keep your green card

24     did you need to be employed?

**Exhibit 1**

1      A.    You need to be, yes, I need to have a

2    reason to return.

3      Q.    Could your employment be any

4    employment?

5      A.    It could be any employment, yes.

6      Q.    So, you could have worked at any type

7    of position anywhere and keep your green card,

8    is that correct?

9      A.    That's correct.

10      Q.    Okay.  You didn't apply for positions

11    other than in educational institutions, right?

12      A.    I didn't, no.

13      Q.    So, U.I.S. could have offered you a

14    position to work in the cafeteria, right?

15      A.    That's correct.

16      Q.    Would you have said yes in order to

17    keep your green card?

18      A.    I don't know.

19      Q.    When you say you were coerced, coerced

20    by whom?

21      A.    By Dean Bhattacharya and the department

22    and college, whoever made that decision.

23      Q.    All right.  Well, tell me exactly what

24    actions were taken by Dean Bhattacharya that you

**Exhibit 1**

1       considered to be coercion?

2       A.    I tried to negotiate my rank and salary

3   on my return, and he refused to consider my

4   credentials, prior credentials, and the context

5   of I resigned and left, sexual harassment and

6   everything else.  He said you are not qualified

7   to return as full professor, that's it.

8       Q.    How is that coercion?

9       A.    I had no other option.  Like I said I

10  had to return.

11      Q.    So, why did you tell him about your

12  sexual harassment?

13      A.    Because it was, I thought it was

14  important for him to know about the context that

15  I resigned.  I shouldn't have resigned and left

16  in the first place.

17      Q.    So, the purpose --

18      A.    He should know.

19      Q.    -- the purpose of telling him about it

20  was to explain why you left?

21      A.    Absolutely, yes.

22      Q.    You felt that telling him about the

23  fact that you believed that you were sexually

24  harassed would do what?

Exhibit 1

1    A.    I don't know, he might change his mind

2    about the negotiation, about the rank that is

3    offered to me.

4    Q.    You thought it would help you in your

5    negotiation?

6    A.    Yes, yes.

7    Q.    Why?

8    A.    If he knows the whole situation, the

9    big picture rather than pieces of information

10    being fed to him by Atul or other people, I

11    thought it is better I tell him that he know the

12    background and every information that was

13    related to my employment at U.I.S., so yes, that

14    was part.

15    Q.    So, you wanted the fact that you had

16    been harassed to be a factor in your

17    negotiations?

18    A.    It was a factor in my resignation.  So,

19    yes, it should have been considered in my

20    return.  I shouldn't have left in the first

21    place to be honest.  That's what I think.

22    Q.    Dean Bhattacharya did not change the

23    terms of your offer based on anything that you

24    said, did he?

Exhibit 1

1      A.    He didn't, no.  He was very rigid.  So,

2    he didn't.

3      Q.    Now, you felt at the time that you were

4    negotiating that you qualified to be hired as a

5    full professor, right?

6      A.    That's correct, based on U.I.S. faculty

7    personnel policy.

8      Q.    But you were not offered to return in

9    that position?

10      A.    That's correct.

11      Q.    You understand and agree that the

12    school can make offers to anyone for any

13    position that it wants to, right?

14      A.    Yes, but the school also has a

15    responsibility.

16      MR. BAKER:  No, you answered the

17    question.

18      A.    Sorry.

19      Q.    They could have, like I said they could

20    have offered you a position in the cafeteria to

21    help you to keep your green card, right?

22      A.    Right.  I didn't think about that.

23      Q.    Instead they offered you a position as

24    an associate professor, right?

Exhibit 1

1          MR. BAKER:  Just object to the form of

2     the question as the instead, as if it was ever a

3     serious contemplation by the University, but

4     they offered her the position.

5          Q.    Yes, and you understood at the time

6     that they had no obligation to offer you any

7     employment, right?

8          A.    I disagree with that argument.  I think

9     they --

10         Q.    The question is you understood at the

11    time there was no legal obligation to offer you

12    a job in April of 2019?

13         A.    Maybe that is correct.  I don't know.

14    Maybe that is correct.  I don't know the laws

15    about that specific topic.

16         Q.    Do you have any information to suggest

17    that you had a contract with the school already

18    requiring the school to rehire you in 2019?

19         A.    No.

20         Q.    No, okay.

21         MR. BAKER:  You want me to stipulate

22    there was no legal obligation --

23         MS. POWELL:  Yes.

24         MR. BAKER:  -- for them to rehire her

**Exhibit 1**

1    in 2019?  Yes, we stipulate that, and that is

2    certainly not our argument.

3        Q.    When you came back in August of 2019,

4    you still felt that you qualified to be a full

5    professor, right?

6        A.    That's correct.

7        Q.    Did you take any actions to begin the

8    process to become a full professor since you

9    came back in August of 2019?

10        A.    Yes, I did.

11        Q.    What steps did you take that comply

12    with the U.I.S. personnel promotion policies?

13        A.    I talked to -- I had meetings with HR.

14    I had meetings with Dean Bhattacharya.  I had

15    meetings with Provost Papini, and after the

16    meetings I came to the conclusion that I should

17    not have applied for the promotion.

18        Q.    So, would you agree with me that

19    meetings with HR, Dean Bhattacharya, and Provost

20    Papini are not referenced as the initial step to

21    become promoted to full professor?

22        A.    I think they are required to get the

23    yes from those people before officially applying

24    for it.  That's my understanding.

Exhibit 1

1    Q.    Does it say that in the policy?

2    A.    I don't know.

3    Q.    Okay.  So, you are just making that up?

4    A.    No, that's knowledge.

5    Q.    Where in the policies and procedures

6    does it say that you have to have these

7    meetings, what line?

8    A.    I don't know.

9    Q.    Did you fill out an application?

10    A.    I didn't.  I decided not to based on,

11    and I will explain how if you want to know why.

12    Q.    So, you decided not to fill out the

13    application to become full professor?

14    A.    Yes, based on the information that I

15    was given during the meetings.

16    Q.    What information led you not to apply?

17    A.    The first information that I was given

18    was dean -- I had different meetings with these

19    individuals, and Dean Bhattacharya gave me a

20    different eligibility date than Provost Papini.

21    Dean Bhattacharya told me that I would be

22    eligible for full professor in 2024-2025, right.

23    Provost Papini in another meeting told me that I

24    would be eligible in 2020-2021.  So, these are

Exhibit 1

1    conflicting information, and it shows there is

2    no communication or coordination on the two

3    different levels of decision making.  That was

4    the first important --

5        Q.    Okay, let's start right there.  So,

6    Papini told you you could apply in 2020 or 2021,

7    correct?

8        A.    The academic year 2020-2021.

9        Q.    Did you apply in 2020?

10       A.    I didn't, no.

11       Q.    Okay, and Bhattacharya gave you

12   different information that was later, right?

13       A.    That's correct 2024-2025.

14       Q.    You were telling me 2024-2025, but the

15   letter he sent you, I believe, refers to

16   2023-2024?

17       A.    Well, I mean if it says so, I haven't

18   memorized everything.  But yes, it is a

19   different date, that's what I am trying to say.

20       Q.    He gave a different date, right?

21       A.    Yes.

22       Q.    Regardless of the dates they gave, you

23   chose not to --

24       A.    That was --

**Exhibit 1**

1          Q.    -- you chose not fill out an

2     application --

3          A.    Yes.

4          Q.    -- for full professor?

5          A.    Yes, that's correct.  That was the

6     first reason for that decision.  There are other

7     reasons.

8          Q.    In each year you have not filed an

9     application to become full professor, right?

10         A.    That's correct.

11         Q.    You understand that if you don't fill

12    out that application, that the process for

13    promotion is not going to be started?

14         A.    I do, but I have to explain --

15              MR. BAKER:  No, you don't have to

16    explain.

17         A.    -- the other reasons why I decided not

18    to, maybe in future questions.

19         Q.    So, you understand that as long as you

20    don't apply, you are not going to be elevated to

21    full professor, right?

22         A.    The reason for --

23         Q.    You understand that?

24              MR. BAKER:  No.

**Exhibit 1**

1      A.    Yes.

2      Q.    So, you have reasons now for not

3  applying?

4      A.    Yes, that's correct.

5      Q.    What are those reasons?

6      A.    So, the first one was different

7  eligibility date by two men at different levels

8  of decision making, which was confusing and

9  contradicting.

10     The second one was the broken performance

11  evaluation process.  It is still there.  The

12  process is not fixed.  Why should I expect a

13  different result from the same process with the

14  same people, with the same culture.  That was

15  the second.

16     There is a third reason.  So, I don't know

17  whether you have read the whole documents, I was

18  not the only one who was experiencing this

19  discrimination retaliation.  Carolee Rigsbee,

20  Dr. Carolee Rigsbee was another assistant

21  professor in another department within the same

22  college, and we were having similar issues,

23  discrimination, retaliation.  So, we had

24  meetings as a group and individually with the

Exhibit 1

1    provost, and different people, Deannie Brown,

2    the Vice Chancellor for Access and Equity, HR

3    Monica -- Melissa, Melissa was the HR leader.

4    So, we had meetings with different leadership at

5    different levels about the issues that we have

6    been experiencing as a group of women and

7    myself.  I am sorry.

8         MR. BAKER:  Are you okay?

9         MS. POWELL:  I just told her to slow

10   down.

11        MR. BAKER:  Do you need a break?

12   A.    No, that's fine.  Let's continue.  So,

13   I forgot.

14   Q.    You were telling me about how you were

15   talking to other people who were experiencing --

16   A.    Other women.

17   Q.    -- who you felt were experiencing

18   similar issues to your own, right?

19   A.    That's correct.

20   Q.    That was a reason for not applying?

21   A.    Yes.  Carolee Rigsbee was another one

22   of those women who was in a similar situation to

23   mine, and Provost Papini told to her go ahead

24   and apply for tenure and promotion, and I will

Exhibit 1

1    support you regardless of -- I will support you.

2        Q.    I was what?

3        A.    I will support you.

4        Q.    Oh, I will support you, okay.

5        A.    Exactly.  That's what he told me too.

6    So, it was two of us basically in a similar

7    situation.  I decided not to.  She decided to go

8    and apply for tenure and promotion.  Maybe she

9    didn't have any other choice because it was a

10   six year, you know, and then she went and

11   applied for promotion, and the same story

12   happened at the department and college level.  I

13   think she was exposed to abuse.  She was not

14   supported by her department, by her college, but

15   I think she received unanimous support from the

16   campus promotion committee, which is another

17   level of decision making after department

18   college.  Provost Papini overthrew the campus

19   level decision related to her promotion in

20   contradiction to what he had told her before.

21   So, I was expecting exactly the same scenario

22   regarding my application, and I think time

23   proved that I was right actually.  So, I would

24   have gone through the same situation because it

Exhibit 1

1      is the same process.  Why would I expect a

2      different result from the same process and the

3      same people.

4          Q.    So, you are telling me that you are not

5      applying because you assumed that it will be

6      denied?

7          A.    Yes.  I would assume that I wouldn't

8      probably have the support from the department

9      and college.  The provost would refuse to

10     intervene, just like what happened to Carolee

11     Rigsbee's application.

12         Q.    But you realize you are not going to

13     know how it is going to turn out until you start

14     the process?

15         A.    Based on the information that I had I

16     came to that conclusion.

17         Q.    You have stuck with it since 2019?

18         A.    It has been confirmed one after another

19     actually unfortunately.

20         Q.    You have stuck with it since 2019?

21         A.    That's correct.

22         Q.    Miss Rigsbee when did she apply to be a

23     full professor?

24         A.    Associate professor.

Exhibit 1

1    Q.    So, she was applying to be an associate

2    professor, right?

3    A.    That's correct.

4    Q.    That's a different rank from full

5    professor?

6    A.    But it is still the same process.

7    Q.    It is a different rank?

8    A.    It is a different rank.  That's the

9    only difference.

10    Q.    She is in a different department or the

11    same department?

12    A.    Same college, different department.

13    Q.    Would it be different people who would

14    have to decide whether or not you would be

15    promoted than the ones who are deciding Miss

16    Rigsbee?

17    A.    Some of them, at the department level

18    there are different people.  At the college

19    level they are the same.

20    Q.    So, would you have been a person who

21    was eligible to vote on whether or not she

22    should be promoted?

23    A.    I wasn't in their department, and I was

24    not a member of the College Executive Committee

Exhibit 1

1    so I didn't.  If I was a member of College

2    Executive Committee, I would be able to vote on

3    her promotion.

4        Q.    So, you were not involved in any way in

5    the promotion process for this other person?

6        A.    No.

7        Q.    Everything that you know about her

8    process came from her?

9        A.    That's correct and other people.

10       Q.    It didn't come from the people within

11   the department who made the decision, did it?

12       A.    I had the information from the union.

13   I had different people actually.  This is public

14   discussions, public knowledge.

15       Q.    People in the union aren't voting, are

16   they?

17       A.    No, but they were representing us.

18       Q.    So, as it pertains to your claim of

19   retaliation what activity did you engage in that

20   would cause someone to retaliate?

21       A.    I was outspoken from day one from 2016

22   that I, I said no, I rejected that department

23   head's quid pro quo sexual harassment.  That was

24   the first time.  I was outspoken.  I would speak

Exhibit 1

1    my mind without hesitation.

2         Q.    Well, Dean Bhattacharya sent you an

3    offer.  What information do you have that Dean

4    Bhattacharya was influenced by anything that you

5    said prior to the time that he was hired?

6         A.    There are --

7         Q.    What information do you have?

8         A.    I don't get the question.  How he knows

9    about --

10        Q.    No, what information do you have that

11   would suggest that Dean Bhattacharya made a

12   decision with respect to your offer based upon

13   something that you did in 2016 when he didn't

14   even work there?

15        A.    He must have heard about those.

16        Q.    No, what do you know?

17        A.    The name Atul -- oh, I have a lot of

18   pieces and bits of information in there, that

19   long document.  Different people told me after

20   actually.  He mentioned, one of the first actual

21   documents is his e-mail, his own e-mail says

22   that based on the office grapevine I think you

23   are not going to get the supportive vote from

24   your department.  So, if you change your mind,

Exhibit 1

1        maybe you should take -- you should reconsider

2        the decision to return.  So, that was the first

3        time I heard about the office grapevine, or

4        rumors, or smear campaign, or whatever that was.

5              Q.    Okay.  Let's stop right there.

6              A.    Negotiations.

7              Q.    In the communications with Dean

8        Bhattacharya reference to the grapevine, that

9        e-mail does not specify exactly what information

10       was being referred to, does it?

11             A.    But it refers to some information.

12             Q.    What does it refer to?

13             A.    I don't know.  I want to know.

14             Q.    You don't know what he is talking

15       about, right?

16             A.    But I can guess.

17             Q.    I don't want you to guess.  I want you

18       to tell me that you are familiar with an e-mail

19       where he said something about --

20             A.    Office grapevine.

21             Q.    -- office grapevine.  It doesn't

22       specify what the information is, does it?

23             A.    It doesn't, but I have information from

24       different people confirming that -- sorry.

Exhibit 1

1       Q.    You are telling me that and the e-mail

2    suggests that based on what was discussed you

3    might not be recommended, right?

4       A.    Yes, that's correct.

5       Q.    But in fact, you were recommended,

6    right?

7       A.    In the second round.  So, I don't know

8    what happened in the first round.

9       Q.    Right, but you were recommended?

10      A.    That is correct, six to three.

11      Q.    And nothing that you have about the

12   votes or the reference to the office grapevine

13   makes reference to anything related to your

14   complaints in 2016 or about anything relating to

15   Dr. Hadidi, do they?

16      A.    No, no specific recommendation or

17   reference, no.

18      Q.    Is there anything in your negotiations

19   that makes reference to Dean Bhattacharya or the

20   terms of your offer taking into consideration

21   your national origin?

22      A.    No, there was no specific mention.

23      Q.    In fact, in most of your e-mails with

24   Provost Papini at least you consistently make

**Exhibit 1**

1    reference to yourself as being a Brit, correct?

2        A.    I am British Iranian, yes.

3        Q.    Okay, but in Exhibit Roya 1 you refer

4    to yourself as a Brit.

5        A.    That's correct.

6        Q.    You do not refer to yourself as

7    Iranian, do you?

8        A.    But my --

9              MR. BAKER:  No, do you or not?

10       A.    Yes, yes.

11       Q.    That's correct, right.  So, in most

12   documentation that I have relating to you and

13   referencing yourself you consistently refer to

14   yourself as being British, right?

15       A.    That's correct.

16             MR. BAKER:  I object to the form of the

17   question because she has no clue what

18   documentation that you have.

19             MS. POWELL:  That's fine.

20       A.    But I can, but I can.

21             MR. BAKER:  No, you can't.  No, you

22   can't.

23       Q.    Just what we have looked at today.

24             MR. BAKER:  That's fine.

Exhibit 1

1          A.    But my department would not --

2                MR. BAKER:  No, there is no question

3     pending.

4          A.    -- would not consider my British

5     citizenship --

6                MR. BAKER:  There is no question

7     pending.

8          A.    -- as much as my --

9                MR. BAKER:  There is no question

10    pending.

11         A.    Sorry.

12         Q.    Do you have any information that would

13    suggest that, whether anyone considered you to

14    be British, or Iranian, or from any other place

15    affected the terms of your offer of employment?

16         A.    I think, yes, based on what I know,

17    yes, I think --

18         Q.    Okay, your answer is yes.

19         A.    Yes.

20         Q.    What information are you relying upon

21    to suggest that your national origin being

22    Iranian affected the terms of your offer of

23    employment?

24         A.    That's a good question.  I think the

**Exhibit 1**

1    first one is the conversation that I had with

2    Tewei Wang after I returned.

3         Q.    Okay.  So, the first one is a

4    conversation with Tewei Wang?

5         A.    Tewei Wang.

6         Q.    Okay, and that conversation took place

7    when?

8         A.    On campus, I think it was September,

9    August or September 2019 immediately after I

10   returned.

11        Q.    Okay.  So, you had a conversation with

12   Mr. Wang after you had already accepted --

13        A.    That's correct.

14        Q.    -- the offer of employment, right?

15        A.    That's correct.

16        Q.    Okay, and are you telling me that he

17   told you something?

18        A.    He told me something.

19        Q.    What did he tell you?

20        A.    He said that he was very angry.  I

21   asked a question why did you spread rumors about

22   me.

23        Q.    No, we are talking about how your

24   origin of being Iranian affected the terms --

**Exhibit 1**

1          A.    That's what I am trying to explain.

2          Q.    -- of your employment.  Well, first of

3     all was Mr. Wang personally involved in coming

4     up with your offer of employment --

5          A.    Right.

6          Q.    -- to your knowledge?

7          A.    I think he was feeding --

8          Q.    No, was he -- do you have information

9     to indicate that he was personally involved in

10    coming up with the terms of the offer of your

11    employment?

12         A.    Office grapevine reference by Dean

13    Bhattacharya and Tewei Wang telling me face to

14    face communication that you were very lucky you

15    were being treated favorably by the department

16    head because he liked you because you were born

17    in the same country.  There were other women who

18    were not as lucky as you.  So, in that moment I

19    realized that he was spreading the same rumors

20    about me to other people including Dean

21    Bhattacharya.  He also said that when Dean

22    Bhattacharya joined the college I, referring to

23    himself, and Ranjan Karri were among the few

24    people who welcomed him and helped him to

**Exhibit 1**

1    integrate and settle.  That gave me the

2    impression that they have tried to form a close

3    relationship with the new dean, which is not

4    surprising.

5         Q.    Okay.  What you just told me was that

6    Mr. Wang suggested that you were treated more

7    favorably --

8         A.    Favorably.

9         Q.    -- because of your national origin, is

10   that correct?

11        A.    And my sex, gender, because I am a

12   woman.

13        Q.    Just wait.  I am just focusing on your

14   national origin.

15        A.    Yes.

16        Q.    Is that what you are telling me is that

17   he told you that you were treated more

18   favorably --

19        A.    Yes.

20        Q.    -- because of your national origin?

21        A.    That's correct.

22        Q.    My question was what information do you

23   have that would suggest that your national

24   origin negatively impacted the terms of your

Exhibit 1

1    employment offer?

2        A.    I think because of my national, because

3    of the shared -- he was the first person I

4    talked about sexual harassment incident.  I

5    heard from different people including the dean,

6    including himself, actually he admits that he

7    has been spreading rumors that I have been

8    treated more favorably by the former department

9    head because of my country of origin, and

10   because we were born in the same country, we are

11   Iranian, and I am a woman and he likes me

12   because of the sexual harassment incident, and I

13   was not qualified.  So, that was the key point

14   of what he was trying to tell me, to communicate

15   to me and I am sure to other people because I

16   know his personality to some extent.  When he

17   talked about other people, he would talk about

18   me to other people too.

19       Q.    So, when you say he, are you talking

20   about Mr. Wang?

21       A.    Tewei Wang, yes.  Tewei Wang is a close

22   friend of Ranjan Karri.  They were close friends

23   for a long time, and they were, I think they

24   were marginalized, and discriminated against,

**Exhibit 1**

1    and probably, yes, discriminated against, or

2    marginalized by the former department head and

3    the leadership, Dean McNeil and others, so the

4    old boys club members, the former old boys club

5    members.  I think that's what he says I think

6    marginalized.  Even in the comments, the

7    WhatsApp messages he repeats that I feel

8    marginalized.  He said that before, and I think

9    by being marginalized he means that he wanted to

10   do things that Dr. Hadidi didn't allow him

11   including bringing students from Taiwan.  They

12   weren't allowing him.  They weren't helping him,

13   supporting him to do that.  So I think he was

14   kind of feeling that I am not being treated

15   favorably below.

16        Q.   When we talked about the WhatsApp

17   communications with Mr. Wang, his reference to

18   being marginalized had to do with you, right?

19        A.   No, partly me and partly because of the

20   previous conversation that I had.  Before

21   resigning he used to complain about he was being

22   marginalized.  He and Ranjan Karri, both of them

23   actually who were close friends, they used to

24   come to my office and complain about being

**Exhibit 1**

1    marginalized, dark forces referring to the

2    former leadership.

3        Q.    So, you are telling me that you did

4    communicate with Mr. Wang prior to leaving in

5    2018?

6        A.    Yes, between 2015 and 1018 he was my

7    colleague.  They used to come to my office and

8    talk.  Ranjan Karri and Tewei Wang they used to

9    do that to everyone else.  I wasn't the only

10   one.

11        If you read Carol Jessup's e-mail she is a

12   full professor, the only full professor, she

13   also refers to the same thing that Ranjan used

14   to come to my office and talk about the dark

15   forces in the college.  So, they used to come to

16   my office to do the same thing.  So, I think

17   they had a history of this toxic relationship

18   with the former leadership, department head and

19   the dean.

20        Q.    Okay.  You referred to Ranjan Karri as

21   a person that you identify as a comparative

22   employee?

23        A.    I think he was promoted in 2019

24   actually.

**Exhibit 1**

1       Q.    So, why do you list Mr. Karri as a

2  comparative employee?

3       A.    Because he was promoted to full

4  professor in 2019, and I was eligible to return

5  in 2019 as full professor.

6       Q.    Mr. Karri was promoted to full

7  professor in 2019, right?

8       A.    That's correct.

9       Q.    Mr. Karri was an associate professor at

10  U.I.S. for 13 years prior to being a full

11  professor, correct?

12       A.    That's correct.

13       Q.    And Mr. Karri filled out an application

14  to become a full professor, correct?

15       A.    That's correct.

16       Q.    And he went through the process

17  outlined in the policies and procedures, and as

18  a result of that process was promoted, right?

19       A.    That's correct.

20       Q.    Okay.

21       A.    He had applied for full professor

22  during the former leadership, and he was not

23  supported.  That is one piece of information.

24  Both of us --

**Exhibit 1**

1              MR. BAKER:  There is no question

2      pending.  No, no, we are not -- I need a break.

3      I need a break.

4              MS. POWELL:  That's fine.  She probably

5      needs a break too.

6          (Whereupon the deposition was in

7           recess.)

8          Q.    Based on what you answered in your

9      interrogatories I don't think that you list any

10     other comparators, correct?

11         A.    Specific individuals?

12         Q.    Well, that's just in looking at your

13     answers.  I believe you referenced Ranjan Karri

14     as a comparator to you in identifying someone

15     who was elevated.

16         A.    Tewei Wang also.

17         Q.    Okay.

18         A.    Who else, I think there are more

19     actually.

20         Q.    Are you including Wang and Dr. Li?

21         A.    Dr. Li as well, yes.

22         Q.    Okay.  So, those individuals are the

23     three individuals that you are referring to?

24         A.    Yes, the MIS department.

**Exhibit 1**

1    Q.    So, as it pertains to Wang what is his

2    current rank?

3    A.    Full professor.

4    Q.    Okay.  Again with Mr. Wang how long had

5    he been an associate professor before he was

6    made a full professor, if you know?

7    A.    I think he was hired -- I don't know

8    exactly.  I think I have the information, but I

9    don't remember exactly.

10    Q.    But you would agree that it meets the

11    qualifications?

12    A.    Absolutely, I think all these guys meet

13    the qualification requirement based on U.I.S.

14    faculty --

15    Q.    All right, and all of them completed an

16    application?

17    A.    They did, yes, maybe for the second

18    time even.  I don't know.

19    Q.    They may have been rejected at one

20    time?

21    A.    That's possible, yes.

22    Q.    So, you understand that for some, maybe

23    a majority of the people they may apply for full

24    professorship and be declined the first time?

Exhibit 1

1      A.    That's correct, yes.  It is a political

2    decision, yes.

3      Q.    Dr. Li, Dr. Wang they are all doctors,

4    right?

5      A.    They are, yes.

6      Q.    Each of them may have had their

7    application for full professor denied the first

8    time, may have?

9      A.    Possibly, yes.

10      Q.    Okay, but at some point it was

11    approved?

12      A.    Through the change of leadership most

13    of them.

14      Q.    Okay.

15      A.    I don't know if I mentioned this.  I

16    received a counteroffer from when I resigned the

17    former leadership, the former department head

18    and college dean they said we are willing to

19    give you counteroffer to retain you, which I

20    declined.  So, that's another piece of

21    information which I shared with Dean

22    Bhattacharya for the same position of full

23    professor, which I was going to France they said

24    we are willing to give you a counteroffer to

Exhibit 1

```
 1    retain me.  So, counteroffer, the point of

 2    counteroffer is to retain high productive,

 3    highly productive faculty members.

 4         Q.    I am handing you what is U.I.S. 37.  Is

 5    the e-mail that you are referring to from

 6    Dr. Hadidi --

 7         A.    Yes.

 8         Q.    -- at the top of Page 37?

 9         A.    That's correct.

10         Q.    So, you can look at it, but U.I.S. 37

11    is an e-mail from Dr. Hadidi to you -- can I see

12    the date of that -- dated March 26th, 2018?

13         A.    Correct, when I resigned.

14         Q.    Sure, and this would have been after

15    you told the department that you were resigning,

16    correct?

17         A.    That's correct.  That's what happens

18    normally.

19         Q.    At the bottom of the page includes the

20    e-mail, the first part of the e-mail that you

21    sent to Dean Ermatinger advising that you were

22    resigning, correct?

23         A.    Yes.

24         Q.    Okay, and in response Dr. Hadidi told
```

Exhibit 1

1    you that he wanted to let you know that he

2    believed the campus has a policy regarding

3    matching it says and counteroffers, which we

4    could look into in case you would be interested,

5    right?

6        A.    That's correct.

7        Q.    Now, he didn't make any specific offer

8    to you in the e-mail in U.I.S. produced 37, did

9    he?

10        A.    Because I declined the offer.

11            MR. BAKER:  No, that's not the

12    question.  Did he?  Not why, did he?

13        A.    This is the e-mail that I received from

14    him, which was the initiating conversation about

15    the counteroffer to retain me.

16        Q.    He is just saying the school has a

17    policy of sometimes making counteroffers, right?

18        A.    If I had accepted --

19        Q.    Right?

20            MR. BAKER:  It is a question.  You have

21    to answer the question.

22        A.    Yes.

23        Q.    Yes, right?

24        A.    Yes.

**Exhibit 1**

1      Q.    Okay.  In response to his e-mail you

2    did not request a counteroffer from the school,

3    did you?

4      A.    No.  I said I am leaving.  I am not

5    interested.

6      Q.    And you left, right?

7      A.    I left, and I --

8            MR. BAKER:  You left.

9      A.    Sorry.

10     Q.    What you are telling me now is that you

11   wanted, that you did advise Dean Bhattacharya of

12   this e-mail from Dr. Hadidi to you about a

13   potential for a counteroffer when you left,

14   right?

15     A.    That's correct.

16     Q.    Okay, but no actual counteroffer was

17   made by U.I.S. in 2018 before you left, was it?

18     A.    Because I killed the conversation.

19           MR. BAKER:  No.

20     A.    Sorry, yes.

21     Q.    Now, as it pertains to your gender the

22   same questions as relate to your claim

23   concerning your country or national origin.

24   What information do you have to indicate that

Exhibit 1

1     your gender played any role in the terms of the

2     offer made to you by Dean Bhattacharya in April

3     of 2019?

4         A.     There is a history of the gender

5     discrimination in college.  There are nine, no,

6     actually more than, twelve tenured professors,

7     associate professors in College of Business and

8     Management.

9         Q.     There are ten?

10        A.     Twelve.

11        Q.     Twelve?

12        A.     Now there are twelve, I think.  There

13    are only three tenured female faculty.  There

14    are, I don't know, about nine full professors.

15    I need to double-check that.  I have exact

16    numbers somewhere in there, but it is a big

17    number, and zero full-time professors in

18    college, female professor I mean.  There was one

19    female full professor who resigned and left, I

20    mean retired, sorry.  So, that is a ratio to

21    support my argument that my gender played a

22    role.  I was meeting the expectations.  I was

23    meeting the expectations, and I was eligible to

24    return as full professor.  So, I think in

**Exhibit 1**

1    general, it was not just a returning decision,

2    the whole experience from 2015 until now APR

3    annual performance review, tenure evaluation of

4    myself and other women that I observed and live

5    the experience and observation they apply double

6    standards, different standards to men versus

7    women unfortunately.

8        Q.    Okay.  What I am hearing you say is

9    that you are taking, you are saying that

10   information concerning what happened to you

11   between 2015 and 2018 is some evidence to

12   support a claim of gender discrimination, is

13   that correct?

14       A.    That's correct.

15       Q.    And you would agree that Dean

16   Bhattacharya didn't work there during that time

17   frame?

18       A.    He continued the same time.

19       Q.    He did not work there?

20       A.    I agree.

21       Q.    He started new in 2019, right?

22       A.    That's correct.

23       Q.    Your evidence that your offer was

24   somehow affected by your gender is based upon

Exhibit 1

1    statistics concerning the number of women in the

2    role of full professor at the school, is that

3    correct?

4         A.    Discrimination on a yearly basis,

5    annual performance, discrimination on APRs and

6    tenure application, tenure promotion

7    applications, and my life experience, my own

8    personal experience.

9         Q.    When you say discrimination on APRs,

10   you are talking about annual performance

11   reviews?

12        A.    Absolutely, yes.

13        Q.    Okay, and is the discrimination that

14   you are identifying the testimony that you gave

15   me about how people vote on performance reviews?

16        A.    Abuse of shared governance.

17        Q.    You referred to abuse of shared

18   governance, correct?

19        A.    That's correct.

20        Q.    You are not talking about a specific

21   person, are you?

22        A.    There are several individuals, there is

23   more than one.

24        Q.    When you --

Exhibit 1

```
 1          A.    The targets and people who do that.

 2          Q.    When you are telling me about evidence

 3    to support your claim of gender discrimination,

 4    are you referring to any specific person as some

 5    evidence to support your claim?

 6          A.    That they are abusing issue of

 7    governance?

 8          Q.    Well, as far as a specific person at

 9    the school that you are saying is the abuser, or

10    a specific person that you feel was

11    discriminated against that's evidence in your

12    case?

13          A.    Yes, I can tell about the victims.  I

14    am one of them.

15          Q.    Here is the thing you have to tell me

16    what you are considering to be evidence in your

17    case.

18          A.    It does not meet expectations.  The

19    vote does not meet expectations when there is

20    undeniable objective and external evidence for

21    actually exceeding or meeting expectations in my

22    case every APR, every year.

23          Q.    Okay.  You are talking about yourself?

24          A.    And others, yes, but this is from my
```

**Exhibit 1**

1    own experience.

2        Q.    Your reference to discrimination

3    relating to APRs at least about yourself has to

4    be related to when you worked at U.I.S. between

5    2015 and 2018?

6        A.    That's correct, and after that.  So, it

7    has continued because it is the same system.

8        Q.    Do you believe that you are not

9    currently a full professor because of an APR

10   that has, that you have received since you

11   restarted in 2019?

12       A.    No.  I think it was the --

13             MR. BAKER:  No.

14       A.    Sorry.

15       Q.    Now, you list as witnesses in your

16   case -- the question was identify all witnesses

17   who would testify that the terms of your offer

18   were negatively impacted by your complaints

19   concerning Hadidi, your country of origin, or

20   your gender.  Do you see that?

21       A.    Uh-huh.  I can't see that.

22       Q.    You have to say yes.

23       A.    I can't remember.  Yes.

24       Q.    Okay.  I will write this down.

Exhibit 1

1          MR. BAKER:  Do you want her to look at

2     something?

3          MS. POWELL:  I am going to hand it to

4     her.

5     A.    The witnesses.

6          MR. BAKER:  I can show her our

7     disclosure or our interrogatory answers on here

8     if you want me to.

9          MS. POWELL:  I can write it down pretty

10    quick.

11    A.    Thank you.

12    Q.    Sure.  So, I have handed you your

13    answers to interrogatories, correct?

14    A.    That's correct.

15    Q.    Number two asks you to identify

16    witnesses.  Are those the witnesses that you

17    believe would testify regarding how or if your

18    decision of employment was impacted by your

19    national origin, your gender, or your complaints

20    concerning Dr. Hadidi?

21    A.    Yes.

22    Q.    So, let's start with the first one,

23    which says Rogers Skowronski.

24    A.    Yes.

**Exhibit 1**

1    Q.   Okay.  Who is that person?

2    A.   She is a former employee of the

3  college, and she was an instructor, not a tenure

4  tract faculty member, and she was one of the

5  outspoken women about the discrimination of

6  retaliation in the College of Business and

7  Management, the history and her own personal

8  experience, and she, as a retaliation she was

9  forced out in 2020, I think.

10    Q.   So, she did work in the College of

11  Business?

12    A.   For a longer period of time, 20 years,

13  I think.

14    Q.   So, the answer is yes --

15    A.   Yes.

16    Q.   -- she worked in the College of

17  Business.  What information does she have to

18  indicate that your offer in April of 2019 was

19  related in any way or impacted in any way by

20  your complaints about Dr. Hadidi?

21    A.   I think she can talk about the pattern

22  of harassment and similar cases.  She may not

23  have been involved with my specific case.  She

24  may not have been part of the decision making,

Exhibit 1

1    but she has experienced and observed what I

2    experienced and she experienced happened to

3    other women.  There is a pattern of these

4    behaviors going on for a long period of time.

5    So, it is more about the pattern basically.

6    Yes, I think related to Hadidi in particular

7    that's what she can.

8        Q.    So, you agree that she does not have

9    specific information about whether Dean

10   Bhattacharya or Provost Papini considered your

11   complaint about Hadidi when making the offer,

12   correct?

13       A.    No, she was not involved.

14       Q.    She doesn't have personal knowledge,

15   does she?

16       A.    No, I don't think so.

17       Q.    Okay.  You list her as someone who

18   would talk about her experience at U.I.S., is

19   that correct?

20       A.    That's correct, and pattern of the

21   behavior.

22       Q.    And her opinion that there's a pattern

23   of behavior at the school, right?

24       A.    Before Somnath Bhattacharya became the

Exhibit 1

1    dean and after.

2        Q.    Is that everything that she knows?

3        A.    Yes, I think she can talk about the

4    patterns, and what we did since 2019 together

5    raising concerns about these issues with

6    different levels of managers actually, HR,

7    Access and Equity Office.  We did it together as

8    a group of women.

9        Q.    So, when you say you brought these

10    issues to HR, when did that occur?

11        A.    I think -- I need to go back.  I don't

12    remember exactly, but I think probably starting

13    in 2019 to 2020 before she was forced out.

14        Q.    That would have been after you accepted

15    your offer of employment in April and May of

16    2019, correct?

17        A.    Yes.

18        Q.    Yes?

19        A.    Yes.

20        Q.    The second one is Bailey?

21        A.    Heather Bailey.

22        Q.    Heather?

23        A.    Heather Bailey.

24        Q.    Who is Heather Bailey?

**Exhibit 1**

1      A.    She is a full professor of history in a
2   different college.
3      Q.    Okay.  Is she still employed at U.I.S.?
4      A.    She is.  I think she has been involved
5   with, there is a committee called faculty
6   advisory committee, FAC, which is there to raise
7   issues about the ongoing concerns on the college
8   and provide solutions.  So, she was very
9   actively involved with that committee, and was
10   aware of, I think she has detailed information
11   about the history of gender harassment in the
12   College of Business and Management.
13      Q.    She does not work in the College of
14   Business, does she?
15      A.    No, but she was a member of --
16          MR. BAKER:  No.
17      A.    Sorry.
18      Q.    And she does not work in the department
19   of MIS?
20      A.    No.
21      Q.    Do you have any understanding as to the
22   source of any information she would have
23   relating to the College of Business and
24   specifically the department MIS?

**Exhibit 1**

1          A.    Victims, basically from the victims.

2          Q.    Okay.  So, people who have claimed that

3     they are victims of discrimination have talked

4     to Miss Bailey, is that correct?

5          A.    Yes, that's correct.

6          Q.    That would be the source of her

7     information?

8          A.    I think so.  I think she was part of

9     the union as well to add to the, the faculty

10    union, so the leadership team.

11         Q.    That's why you listed her as a witness?

12         A.    Yes.

13         Q.    As you sit here today you would agree

14    that you don't know if she has ever talked to

15    Dr. Hadidi, right?

16         A.    I don't know.  I don't have that

17    information.

18         Q.    You would agree that you do not believe

19    that she had any role in coming up with the

20    terms of your offer for re-employment in 2019,

21    correct?

22         A.    That's correct.

23         Q.    You would agree that Dean Bhattacharya

24    did not consult with Ms. Bailey in order to come

**Exhibit 1**

1    up with those terms, correct?

2        A.    I agree.

3        Q.    So, she has no personal knowledge of

4    the negotiation process --

5        A.    No.

6        Q.    -- involving you and Dean Bhattacharya?

7        A.    Except for what I have shared with her.

8        Q.    That's not personal knowledge.  So, she

9    has no personal knowledge?

10       A.    No.  She was not part of the

11   negotiation.

12       Q.    Most of what she knows is what you told

13   her, correct?

14       A.    Yes, and other women.

15       Q.    So --

16       A.    Yes.

17       Q.    With respect to your negotiations she

18   would get the information from you, correct?

19       A.    And from, I don't know, other sources,

20   maybe other sources.

21       Q.    Do you know she got information from

22   other sources?

23       A.    I would say from the higher-ups

24   probably, not from the college level.

Exhibit 1

1      Q.    When you finish an answer by saying

2    probably, that tells me you don't know.

3      A.    I don't know.  That's a correct answer.

4      Q.    Okay, but you did talk to her yourself?

5      A.    I did.

6      Q.    So, she knows what you said?

7      A.    She does, yes.

8      Q.    Whether she talked to Papini or

9    Dr. Hadidi about your re-employment you don't

10   know?

11     A.    I don't know, no.

12     Q.    Now, Carol Jessup, I think you

13   referenced her before, correct?

14     A.    Yes.

15     Q.    What is her -- who is she?

16     A.    She was the only full professor in the

17   College of Business and Management in the

18   history of the college who also left U.I.S. in,

19   I think sometime before I joined, and returned

20   again like me in 2015.  She experienced, and

21   there are other women, gender harassment, and I

22   think that's one of the reasons that she left

23   and returned later.  So, I don't know what

24   happened exactly, and yes, and retired I think

Exhibit 1

1    in 2020, very recently.

2        Q.    First, she is not a current employee,

3    correct?

4        A.    No, she is retired.

5        Q.    She is retired, correct?

6        A.    Yes.

7        Q.    Okay, and was she a full professor in

8    the College of Business?

9        A.    She was the only full professor and --

10        Q.    In the College of Business?

11        A.    In the College of Business.  I forgot

12    to mention this, I was the first woman to

13    receive tenure in the whole history of College

14    of Business and Management, 29 years, the

15    Department of Management in particular, which

16    was very odd.

17        Q.    When you accepted your terms of

18    employment in 2019, those terms included that

19    you would come back with full tenure, correct?

20        A.    That's correct, tenure was included.

21        Q.    You had been awarded tenure in 2018

22    just before you left, correct?

23        A.    No, 2017.

24        Q.    2017?

**Exhibit 1**

1          A.    I applied in 2016, and awarded in 2017.

2          Q.    So, you had one year with the school as

3     a tenured professor?

4          A.    That's correct, tenured.

5          Q.    Now, as pertains to Miss Jessup you

6     said she retired in 2020.  She was a full

7     professor in the College of Business, correct?

8          A.    Yes.

9          Q.    And she left in what year?

10         A.    I think 2020 or 2021, I need to

11    double-check.

12         Q.    That's for retirement, right?

13         A.    Yes.

14         Q.    You said she left and came back.  What

15    year did she leave the first time?

16         A.    I don't know.  It was before 2015,

17    definitely before 2015, because she came back in

18    2015.

19         Q.    When you started working for the school

20    in 2015, was she a full professor there?

21         A.    She was there, yes.  I don't know

22    whether she was a full -- no, I think she wasn't

23    a full professor.  She was an associate

24    professor.

**Exhibit 1**

1    Q.    So, she would have been made a full

2    professor while you were there between 2015 and

3    2018?

4    A.    Yes, that I can tell for sure.

5    Q.    Would she have been one of the people

6    that voted when you were evaluated?

7    A.    No, no, I don't think so.

8    Q.    Why not?

9    A.    She is in a different department,

10   accounting and finance, and I don't think she

11   was a member of college executive committee.

12   Only if you are a member of college executive

13   committee you can vote on these decisions.  This

14   is another issue, there was no woman in the

15   college executive committee until very recently.

16   Q.    Did you list her also as someone who

17   had knowledge of patterns as opposed to specific

18   information?

19   A.    Yes, it is more about patterns.

20   Q.    She was not a part of your

21   negotiations?

22   A.    No, she wasn't.

23   Q.    You are not aware of specific

24   communications between her and Dean Bhattacharya

Exhibit 1

1    or her and Provost Papini concerning the

2    specific terms of your offer, are you?

3        A.    No.  I don't think she was involved at

4    all.

5        Q.    Everything that she knows would be

6    either based upon her personal experiences,

7    correct --

8        A.    That's correct.

9        Q.    -- or something you told her, right?

10       A.    Or other women, or observations.

11       Q.    Let's start with you, something you

12    told her, right?

13       A.    That's correct.

14       Q.    Or something other women told her about

15    their particular instances --

16       A.    That's correct.

17       Q.    -- and complaints about the school,

18    right?

19       A.    That's correct.  She was a department

20    head.

21       Q.    Are all of the rest of the people in

22    the same boat here, you have got Byrnes,

23    Barnwell, and Rigsbee, are they all individuals

24    who can talk about their own personal

Exhibit 1

1    experiences?

2        A.    Yes.    Kristi Barnwell is the president

3    of the union.    She probably doesn't have those

4    personal experiences.    I don't know.

5        Q.    So, Byrnes and Rigsbee do you list them

6    as people who have similar complaints to yours?

7        A.    Rigsbee definitely has.    Byrnes, yes,

8    Patty Byrnes, yes, she definitely has a similar

9    complaint.

10        Q.    Do they also work in the College of

11    Business?

12        A.    They are, yes.    There are two

13    individuals who don't work among these people,

14    Heather Bailey and Kristi Barnwell, who do not

15    work for College of Business.    They are

16    associated with the union faculty, and that's

17    why they are involved in the first place.

18        Q.    Byrnes and Rigsbee you list them

19    because they have their own complaints, correct?

20        A.    Yes, Patty Byrnes.

21        Q.    They may have information regarding

22    what you have told them, right?

23        A.    Yes, I think they didn't have firsthand

24    involvement in my case, yes, for sure.

**Exhibit 1**

1      Q.    They have no firsthand knowledge about

2      the offer made to you in 2019 --

3      A.    That's correct.

4      Q.    -- by Dean Bhattacharya and/or approved

5      by Provost Papini, correct?

6      A.    That's correct.  I actually learned

7      about their cases after I returned.

8      Q.    Then Barnwell you list because she is

9      the union president?

10     A.    President, yes.

11     Q.    She is the person you told me you

12     talked to about your complaints prior to 2018,

13     correct?

14     A.    Yes, 2017.

15     Q.    After you talked to her you chose not

16     to file any formal complaint, correct?

17     A.    That's correct.

18     Q.    All right.  None of these people have

19     personal knowledge regarding your salary offers

20     or rank decisions, correct?

21     A.    Because they were not involved.

22     Q.    So, that's correct?

23     A.    That's correct.

24     Q.    Now, in one of these interrogatories I

Exhibit 1

1    asked you to identify the names of persons that

2    you claim were made full professors who did not

3    meet the requirements set forth in the U.I.S.

4    personnel policies.  You put answer Exhibit 2

5    and 3.  So, I am not going to fish out something

6    from all of those pages.  Who are the people, if

7    anyone, that you are claiming was made full

8    professor that did not meet the requirements of

9    the U.I.S. personnel policies that were in place

10    in 2019 when you returned?

11         A.    None.

12         Q.    Okay.

13         A.    Because they all meet the requirements.

14              MR. BAKER:  No.

15         A.    Sorry.

16         Q.    And the ones that you did identify we

17    went through, and you said all of them met the

18    requirements as well, right?

19         A.    Based on U.I.S. faculty personnel

20    policy as a teaching institution.

21         Q.    And all of them to your knowledge

22    filled out the application to become a full

23    professor?

24         A.    I think so.

**Exhibit 1**

1          Q.    You have no information to indicate

2     they did not fill out the application, correct?

3          A.    I don't know --

4          Q.    You don't know?

5          A.    -- whether they applied before, or I

6     don't know.

7          Q.    Now, what are you are claiming as

8     damages in this case to your knowledge?  I

9     understand that that's something that your

10    attorney can address, but I want to know from

11    your perspective what you feel are your damages

12    in this case?  How have you been harmed?

13         A.    Well, besides professional advancement

14    I was on a, kind of fast track career

15    trajectory.  U.I.S. knocked me off that.  I

16    think I should have returned as full professor,

17    and so that involves the lower, I was offered

18    lower salary, and lower rank, and potential

19    positions, leadership positions within the

20    university, but I think the most important one

21    is actually the damage to my reputation and

22    standing in the community, professional

23    community and my colleagues.  I have been

24    isolated.  I mean the rumors are spreading.  I

Exhibit 1

1    don't know what kind of rumors they have been

2    spreading about me.  So, it is my reputation

3    basically and my mental health.  I have been

4    isolated.  I have lost enjoyment of life.  I

5    have been postponing important decisions in life

6    because I can't just move forward.  I just can't

7    go on before solving this issue.

8         Q.   All right.  Let's start with your

9    career trajectory.  So, you quit your job in

10   France, right?

11        A.   Yes.

12        Q.   So, you made a decision not to have a

13   job, right?

14        A.   Right.

15        Q.   So, in April or May of 2019 based on

16   your choices you were unemployed, right?

17        A.   That's correct.

18        Q.   Okay.  Then you made some effort to try

19   to become employed, right?

20        A.   Yes, to return to where I was, and I

21   shouldn't have left in the first place.

22        Q.   Well, you had opportunities to apply

23   anywhere you wanted to?

24        A.   Everyone has that opportunity, right,

**Exhibit 1**

1    including the people who work in the College of

2    Business and Management.

3        Q.    Sure.  You can apply anywhere you want

4    to.

5        A.    That's correct.

6        Q.    So, when you say that you feel your

7    career trajectory has been damaged, are you

8    basically saying that the damage is because you

9    were not hired as a full professor?

10        A.    I was demoted from full professor to

11    associate professor.  I was a full professor in

12    France.  So, when you look at my complete career

13    history, when my colleagues from the

14    association, from everywhere, they look at my

15    profile on LinkedIn or anywhere else, they see

16    2015 to 2018 associate professor, tenured

17    associate professor, 2018-19 full professor,

18    2019 until now associate professor.  What is

19    going on here, it is demotion.  So, that damages

20    the reputation.  So, they assume something has

21    been going on, which has had a negative impact

22    on the decision to be demoted.

23        Q.    So when you say people assume that

24    something is going on, is this what you are

Exhibit 1

238

1     thinking in your mind that people assume?

2          A.    No, that's the reality of the --

3          Q.    Who has told you --

4          A.    -- being in academy.

5          Q.    Who has told you that they feel

6     something is going on because of your status as

7     associate professor at U.I.S.?

8          A.    They asked me the question.

9          Q.    Who is they?

10         A.    My colleagues from the association from

11    other university, why are you demoted, why did

12    you go back.

13         Q.    What do you tell them?

14         A.    I cannot explain the whole situation.

15         Q.    Do you explain to them that you did not

16    apply to be a full professor when you came back

17    to U.I.S.?

18         A.    No, I think I don't tell them about the

19    whole story, sexual harassment and everything

20    else.  I can't tell the details, and I can't

21    tell them how slow the process of reporting, and

22    fighting internally and externally is.  They

23    don't understand.  They assume something is

24    wrong.  I have been isolated internally,

Exhibit 1

1    Theresa.  People don't trust me anymore, my

2    colleagues.  Even the junior colleagues they

3    keep their distance from me because they assume

4    I have done something wrong to deserve to be

5    retaliated against.

6        Q.    So, when you say junior colleagues,

7    they do what?

8        A.    They keep a distance from me.

9        Q.    Have you spoken with any junior

10    colleagues about why they keep a distance from

11    you?

12        A.    Why would I have that conversation?

13            MR. BAKER:  No, that's not the

14    question.  The question is did you, not why, but

15    did you.

16        A.    I had conversations with Neetu, with

17    Hassan different occasions trying to see whether

18    they have a similar experience.

19        Q.    Okay, now wait.  I want you to tell me

20    if you have had a conversation with these junior

21    colleagues about why they keep a distance from

22    you?

23        A.    Specific question?

24        Q.    Yes.

**Exhibit 1**

1          A.    No.

2          Q.    Who are the junior colleagues that you

3    feel are keeping a distance from you?

4          A.    Including junior, everyone actually is

5    keeping a distance from me now since the rumors

6    spread.  Neetu Singh in particular.

7          Q.    Neetu, is that N-I?

8          A.    N-E-E-T-U.

9          Q.    Singh is S-I-N-G-H?

10         A.    Yes, I think it is H at the end.

11         Q.    So, Neetu Singh is an assistant

12   professor?

13         A.    Is now an associate professor.

14         Q.    Are you telling me that Neetu Singh

15   does not associate with you?

16         A.    Yes.  She is one of the people who is

17   keeping a distance from me because of fear of

18   retaliation.

19         Q.    Was she ever your friend?

20         A.    She was my friend.

21         Q.    When?

22         A.    2015 to 2018 we had a very good

23   relationship, we were friends.  I had a good

24   relationship with everyone.  She was one of

Exhibit 1

1    them.

2        Q.    Okay.  In keeping her distance from you

3    tell me what that means.

4        A.    Well, she used to invite me to her

5    home, or we used to have coffee meetings, or go

6    places together.  She stopped doing that since

7    then.

8        Another incident I asked her whether I can

9    use her address when I left U.I.S. actually to

10   forward some mail.  Initially she said yes, and

11   the next day she came back and said sorry, Roya,

12   I don't think it is a good idea to give my

13   address, so can you use the university address.

14   I realized there must be something wrong here.

15   So, because this is a very unusual behavior from

16   people like Neetu Singh.  I think she has been

17   closely involved in the decisions related to me,

18   everything discussed about me, because she

19   belongs to the dean's friends, and she is the

20   only female member of the college executive

21   committee.  She is fantastic.  I have nothing

22   against her.  I think she is very hard working.

23   She is very clever.  She is doing everything

24   right, and she deserves the credit that she

Exhibit 1

1    receives actually.  But she is also one of the

2    friends of the dean, and I think she has

3    personal and detailed information about my case,

4    what went wrong, and who was spreading rumors,

5    because I had meetings with her, and she

6    mentioned that you need to start communicating

7    with dean directly.  It is about loyalty is what

8    she was trying to tell me, that you need to

9    prove your loyalty to the dean before being

10   considered for full professor.  I heard exactly

11   the same thing from another person, Sudeep

12   Sharma.  He is a friend of dean as well, and he

13   told me the same thing, that the reason why you

14   were demoted was not because of your

15   credentials.  You need to prove your loyalty.

16   Loyalty to who?  I don't believe in loyalty to

17   individuals.

18       Q.   So, my question has to do with these

19   junior colleagues.  What I am hearing you say is

20   that --

21       A.   They are all junior.

22       Q.   Junior colleagues.

23       A.   Junior.

24       Q.   Neetu Singh keeps her distance from

Exhibit 1

1    you, right?

2        A.    Yes.

3        Q.    But you don't really know why?

4        A.    I know she knows what has been going

5    on.

6        Q.    She knows, right?

7        A.    She is part of the internal.

8        Q.    Do you think she would say she keeps

9    her distance from you?

10       A.    She would say, I don't know whether she

11   wants to deny.  I don't know.

12       Q.    Do you think --

13       A.    But I can feel and see that because of

14   her behavior is different now, her behavior

15   before.

16       Q.    What does her choices about who she

17   spends time with have to do with this case?

18       A.    Because there is a change of behavior,

19   and there is no reason because I had respectful

20   collegial friendly relationship with everyone

21   including Neetu Singh, and this sudden isolation

22   there is no explanation for that, why would you.

23       Q.    When are you saying this occurred?

24       A.    Since I returned.

**Exhibit 1**

1        Q.    In 2019?

2        A.    2019.

3        Q.    Okay.  Who else?

4        A.    Hassan Kartal is another one.

5        Q.    Hassan?

6        A.    Hassan.

7        Q.    H-A-S-S-A-N?

8        A.    H-A-S-S-A-N.

9        Q.    How do you spell the last name?

10       A.    K-A-R-T-A-L.

11       Q.    Kartal, who is that?

12       A.    He is another junior, he was junior

13   assistant professor, now he is associate

14   professor.  I was in the search committee for

15   hiring him, and Neetu Singh, and others.

16       Q.    Were you friends with him?

17       A.    Yes.  I think I could say we were

18   friends with him.

19       Q.    That was between 2015 and '18?

20       A.    2015 and '18, yes.

21       Q.    When you came back in 2019, he no

22   longer was your friend?

23       A.    He keeps a distance.  I can feel it.

24       Q.    Is he married?

**Exhibit 1**

1      A.    No, he is single.

2      Q.    Did he ever ask you out?

3      A.    No.

4      Q.    Who else?

5      A.    I heard from, personally I heard from

6   Sevali Onal, another junior faculty.

7      Q.    Onal, U-N-A-L?

8      A.    O-N-A-L.

9      Q.    O-N-A-L?

10      A.    Yes, Onal is the surname.

11      Q.    That person is also an associate

12   professor?

13      A.    No, assistant.

14      Q.    Assistant professor, and they don't

15   spend time with you either?

16      A.    They do, but I think she is a little

17   bit more brave than others, but she is also

18   careful about what she says.  I think she is

19   trying to keep that kind of private so they

20   don't figure out that she has a good

21   relationship with me because she is afraid of

22   retaliation.  She is the one who told me Atul

23   Agarwal has told her that I am telling the truth

24   about the sexual harassment incident, and the

Exhibit 1

1    reason why the whole thing happened in 2019 was

2    they didn't want me back.  These individuals at

3    MIS Department they didn't want me back because

4    of potential lawsuit, to prevent a potential

5    lawsuit.  So, they tried to make the offer as

6    unattractive as possible hoping that I would not

7    accept the offer to return.

8        Q.    That came from Onal?

9        A.    Sevali Onal.  I think she is one of the

10    honest people that has been sharing some of the

11    information that she has.

12        Q.    Onal was hired what date?

13        A.    I think 2019, about the same time.

14        Q.    Was she there before you or after?

15        A.    I think together, about the same time.

16        Q.    She was not involved in the hiring

17    process for you?

18        A.    No, but she belongs, I think she has a

19    good relationship with the old boys club

20    network, and the dean's friends.  So, they share

21    information with her that they don't share with

22    me or others.  She is in a different department

23    now.

24        Q.    Now, other than what you said about

**Exhibit 1**

1    people asking you in the association about your

2    status and your rank at U.I.S. is there anything

3    else that relates to your reputation that you

4    claim as damages?

5        A.    I have heard about rumors from

6    different people actually.  Mohi Uddin is

7    another man, associate professor in a different

8    department, same college.

9        Q.    Who is that again?

10       A.    It is Mohi, M-O-H-I, U-D-D-I-N, I

11   think.

12       Q.    Okay.  Is he telling you that he feels

13   that your reputation is damaged?

14       A.    No, no, not about that, but he

15   mentioned that he thinks that, gives me the

16   impression that he has heard the rumors about

17   me.  So, he said, for example, in 2019 you would

18   not be able to come back if it wasn't for the

19   support that you received from Rassule Hadidi;

20   or he mentioned another incident about another

21   woman in their department, similar incident of

22   sexual harassment with the department head, and

23   what happened to her, and she left.

24       Q.    Okay.

**Exhibit 1**

```
1          A.    I have heard about that from several
2     individuals including him.
3          Q.    They are telling you they hear rumors,
4     right?
5          A.    Yes, that's what I hear from them.
6          Q.    Then you referenced mental health
7     issues.  Are you seeing a therapist?
8          A.    I am not, no.
9          Q.    Are you going to your job every day?
10         A.    I try to, yes.
11         Q.    Okay.
12         A.    I don't have to go every day because
13    sometimes it is on line, and if you have a
14    meeting, you go to the office.
15         Q.    Do you mostly teach on line, or in
16    person, or a combination?
17         A.    It depends.  This semester I have three
18    on campus sessions and probably one on line
19    session.  So, it depends.  Normally two on
20    campus, two days on campus, and one day on line.
21    That's what happens.
22         Q.    Is it your choice each day to decide
23    whether you want to teach on campus or in
24    person?
```

**Exhibit 1**

1          A.    It is assigned by the department head.

2          Q.    Okay.  Do you ever cancel your classes?

3          A.    I don't, no.  I am a very workaholic,

4    very committed.  That's actually one of --

5    that's who I am.  I decided to commit to my work

6    and career rather than building a family and

7    raising children.

8          Q.    Do you like teaching at U.I.S.?

9          A.    I love teaching, and I love the job

10   that I do, yes.

11         Q.    Are the classes that you teach mostly

12   to undergraduate or to --

13         A.    Post graduates.

14         Q.    -- post graduate students?

15         A.    Master, yes.

16         Q.    Are all of your classes masters level?

17         A.    They are majority, all of them

18   actually.  I have never taught, I think probably

19   once in the whole, majority masters.

20              MS. POWELL:  All right.  Let's see

21   here.  I just need to go through my papers.

22              MR. BAKER:  Okay.

23              MS. POWELL:  Let me just do that.  Are

24   you going to ask her anything?

**Exhibit 1**

1              MR. BAKER:  No.

2              MS. POWELL:  I didn't think so.

3              MR. BAKER:  So far I am not from where

4       you are right now.  You want us to step out

5       while you look through this?

6              MS. POWELL:  No.  Like I said I don't

7       have any secrets.  I just want to look through

8       this.

9              MR. BAKER:  I understand it is not a

10      secret.  Do you need to use the restroom?

11             MS. POWELL:  Yes, go take a little

12      break if you want.  It is going to take me a few

13      minutes.

14         (Whereupon the deposition was in

15          recess.)

16         Q.    So, I wanted to ask you, I showed you

17      the contract that you were given in August of

18      2019 from the school.  Is it fair to say that

19      you have been offered subsequent contracts each

20      year from U.I.S.?

21         A.    Yes.  I think every year we have this,

22      what is it called, updated contract.

23         Q.    Sure.  You should have a contract for

24      each school year that specifies your rank and

**Exhibit 1**

1     your salary, correct?

2         A.    That's correct.

3         Q.    You signed every one of those, correct?

4         A.    We don't sign them.  It is just, I

5     think it is just for the point of information,

6     for the purpose of information basically, but

7     the initial that you sign I think that's it.

8         Q.    Okay.  So, you signed the initial one

9     in 2019, correct?

10        A.    That's correct.

11        Q.    We reviewed that.  Then you get a

12    notice of appointment, correct?

13        A.    Every year.

14        Q.    You would get one of those every year,

15    right?

16        A.    That's correct.

17        Q.    And it indicates on each one of those

18    that you are to give notice within 30 days of

19    the appointment if you do not wish to accept it,

20    correct?  Well, that's what it says.

21        A.    Yes, I mean I never pay attention to

22    that.

23        Q.    Okay.  You would agree with me that you

24    have never given notice within 30 days of

**Exhibit 1**

1    receiving that notice of appointment that you

2    wish to refuse the contract, right?

3        A.    I haven't.

4        Q.    Okay.

5            MR. BAKER:  She agrees with you is what

6    she is saying.

7        Q.    You have accepted those terms every

8    year?

9        A.    That's correct.

10       Q.    Okay.  So, tell me what, if anything,

11   changed between August of 2019 and October of

12   2019 with respect to your conditions of

13   employment?

14       A.    I don't get the question, sorry.

15       Q.    Well, you started in August of 2019,

16   correct?

17       A.    Right, yes.

18       Q.    Then you filed your complaint in

19   October of 2019, yes?

20       A.    Yes.

21       Q.    So, what changed between August and

22   October of 2019, if anything?

23       A.    Right.  I think I experienced more

24   harassment since I returned on top of what I

Exhibit 1

1    experienced on my return.  So, I had several

2    meetings with different leadership at different

3    levels of actually decision making, HR manager,

4    and Access and Equity, Deanie Brown, which is

5    Vice Chancellor for Access and Equity, she was,

6    and she left, and different management,

7    associate dean, whoever you can imagine, and I

8    came to the conclusion that I will not receive

9    justice internally.  So, I decided to file HR,

10   and I learned about the cases of other women.

11   So, I realized that there was a pattern here

12   that I was not aware of before rejoining.  So,

13   things need to change.

14        Q.    Did you file this case based on things

15   that happened prior to August of 2019?

16        A.    Everything, I think I came to the

17   conclusion that I should not have resigned and I

18   left in 2018.  That was the wrong decision on my

19   side.  I should have filed probably complaints

20   in 2018, not resigning and leaving.  So, that

21   was a mistake that I made.  I just experienced

22   more the same old same old.  I experienced more

23   of same old same old.  I was disappointed.  I

24   was expecting to see change of culture with the

Exhibit 1

1     change of leadership.  I realized that's not

2     going to happen.  It hasn't happened, and it is

3     not going to happen any time soon with the

4     current system, with the current structure.

5     With the same problems that are there there is

6     no political wheel to address the broken

7     performance evaluation process, the tenure

8     evaluation, the gender harassment.  It is the

9     same old same old basically.  Of course, they

10    don't agree with me, but that's what I believe

11    based on my observations.

12         Q.    So, is your answer yes?

13         A.    What was the question, sorry?

14         Q.    The question was did you file this

15    lawsuit based upon events that occurred prior to

16    August of 2019?

17         A.    Yes.

18              MR. BAKER:  I think she answered the

19    question.

20         A.    It's a combination of everything.

21         Q.    You said that between August of 2019

22    and October of 2019 you experienced more

23    harassment, is that true?

24         A.    Yes.

**Exhibit 1**

1      Q.    Who was harassing you between August of

2   2019 and October of 2019?

3      A.    Same, Tewei Wang, I had a meeting with

4   him again.  I think I explained that on campus,

5   and he started shouting again.

6      Q.    So, wait a second.  So, the first

7   person you are saying harassed you was Tewei

8   Wang?

9      A.    Tewei Wang.

10      Q.    Okay, and when did he harass you?

11      A.    I think it was August.  That was the

12   first after I returned, beginning of the

13   academic year.  So, we had a department meeting,

14   and we met after the department meeting in his

15   office, and I asked him the question why did you

16   sabotage my career.  He started shouting, and

17   denying again, and gas lighting again, and he

18   repeated the same things that he said in the

19   phone conversation.  He said you were not

20   qualified.  You were being treated more

21   favorably by the former department head.  There

22   were women who were not as lucky as you.  What

23   do I have to do.

24      Q.    Why are you talking to him?

**Exhibit 1**

1          A.    Because he --

2          Q.    Why are you talking to him in August of

3    2019?

4          A.    Because I wanted to know why he did

5    what he did.  I was curious, why was I targeted.

6          Q.    So, you said you said to him why did

7    you sabotage my career?

8          A.    Yes, why did you spread rumors.

9          Q.    What are you saying he did that was

10   sabotage to your career?

11         A.    Spreading rumors mainly is what he was

12   trying to, and impacting the new leadership's

13   impression about who I am.

14         Q.    So, what is a rumor that he spread that

15   you are aware of?

16         A.    The same thing that he told me in my

17   face several times.

18         Q.    Which is what?

19         A.    You were not qualified to be tenured in

20   2017.  You have been treated more favorably by

21   Rassule Hadidi because he liked you, and I think

22   he was also referring to the country of origin.

23   There were other women who were not as lucky as

24   you, and I know exactly.  Oh, he also mentioned

**Exhibit 1**

1    that, the names of those women.  He was the

2    person who gave me that information.  Apiwan

3    Born and Michelle Gribbins, A-P-I-W-A-N is the

4    first name, and the surname B-O-R-N.  The other

5    one is Michelle, M-I-C-H-E-L-L-E,

6    G-R-I-B-B-I-N-S, Gribbins.

7        Q.    So, at the time that he is saying this

8    to you he is telling you that he thinks you are

9    not qualified?

10       A.    That's what he told me to my face and

11   in the phone conversation, and I think he has

12   been telling the same thing to other people.

13       Q.    Okay.  He told you that you were

14   treated better than other people, is that

15   correct?

16       A.    More favorably, yes.

17       Q.    That's his belief, right?

18       A.    Yes.  I don't know whether he really

19   believes that is true, or he is making it up, he

20   made it up to sabotage my career.

21       Q.    Who else are you saying harassed you

22   after August of 2019 and before October of 2019?

23       A.    We had -- I don't remember the details

24   of that, but it is the continuation of he same.

**Exhibit 1**

1      We had APRs, annual performance review, so the

2      same thing happened in APR.

3          Q.    You didn't have an annual APR --

4          A.    APR, yes.

5          Q.    -- you did not have an APR between

6      August of 2019 --

7          A.    Yes.

8          Q.    -- and October of 2019, did you?

9          A.    No.  It happens in February every year

10     actually.

11         Q.    So, between August of 2019 and October

12     of 2019 when you filed your IDHR who else

13     harassed you?

14         A.    I don't remember to be honest, but I

15     think these are the individuals.  Ranjan Karri

16     and Tewei Wang are the main individuals behind

17     targeting and sabotaging my career, and they

18     recruited other members to join them

19     unfortunately because they don't know the whole

20     truth.

21         Q.    Okay.  So, tell me how Ranjan Karri

22     harassed you between August of 2019 and October

23     of 2019.

24         A.    I don't recall anything specific for

Exhibit 1

1    that period, but they have done their harm

2    before that.

3        Q.    When did they do their harm?

4        A.    By spreading their rumors, I think.

5        Q.    When?

6        A.    When I was, when they learned that I

7    was coming back that was the first time.

8        Q.    Before you started working?

9        A.    Yes.

10        Q.    Does Ranjan Karri even work at U.I.S.

11    anymore?

12        A.    He does.  I think he is affiliated with

13    another institute, which is related to U.I., not

14    U.I.S., but he keeps teaching courses in the

15    same department.  So, he is part of the

16    university.  He was promoted.

17        Q.    He still works at U.I.S. rather than U

18    of I Champaign?

19        A.    No, not Champaign.  I think he is

20    involved with the innovation institute, what is

21    it called.

22        Q.    I think it is called DIR or something.

23        A.    Yes, downtown Springfield.  So, he

24    became the academic provost basically, academic

Exhibit 1

1    affairs, the person in charge of academic

2    affairs, but he keeps teaching in the same

3    department.  So, they have department meetings,

4    and he was a department head for a period of

5    time after, and then there were dissatisfaction

6    about his behavior, and he stepped down as a

7    department head.  So, somebody else took it

8    over.

9        Q.    Then you made reference to meetings

10    with HR.  The meetings were HR were not

11    harassment, were they?

12        A.    No.  They were just trying to

13    discourage us from going forward in making the

14    complaints.  We had meetings with Deanie Brown

15    and five of us women, and we made the complaint.

16    We asked her to do that, and she didn't do that.

17    So, I think she was just basically refusing to.

18        Q.    Did you file anything in writing

19    complaining about the actions of Tewei Wang?

20        A.    I think I have communication with all

21    of the people that I mentioned to Deanie Brown,

22    everyone you can imagine in a managerial

23    position.

24        Q.    Is Tewei Wang in a managerial position?

Exhibit 1

1    A.    He is a full professor now, but no, not

2    yet.

3    Q.    Who is Mr. Massoudi?  Is that one of

4    your friends?

5    A.    He is a friend who lives in Pittsburgh,

6    Pennsylvania, Carnegie Mellon University, CMU.

7    Q.    He doesn't work at U.I.S.?

8    A.    No.

9    Q.    Is it fair to say that anything that he

10    knows is information that you gave him?

11    A.    That's correct, yes.  He has visited me

12    here, but had some brief meetings with

13    Dr. Hadidi, but not much.

14    Q.    He doesn't have any personal knowledge

15    regarding these claims, does he?

16    A.    No.  It is everything that I told him.

17    Q.    Right.  When you refer to the old boys

18    club members, who are you referring to?

19    A.    Basically the former department heads

20    or the current ones, the deans of the colleges,

21    the college executive committee members.

22    Q.    Tell me their names.

23    A.    There are quite a few of them actually.

24    Tewei Wang is one of them, one of the new

**Exhibit 1**

1    members I would say.  Rassule Hadidi.  Dr. Li is

2    one of them.

3        Q.   L-I, correct?

4        A.   Yes, L-I.  Ranjan Karri is definitely a

5    member.  Atul Agarwal is another member.  There

6    are quite a few of them actually.  The older men

7    whether Indian, Chinese, American, there are

8    quite a few of them, basically the members of

9    the CEC.  I think I have the letters from the

10   CEC, my annual performance evaluation in the

11   evidence, and they might have changed over the

12   years, but those are the people who hold the

13   power previously and currently, but obviously

14   there was a conflict of interest or clash within

15   the former leadership and the current

16   leadership.

17       Q.   So, when you say old boys club, you are

18   referring to all of those people?

19       A.   All of those people who had power in

20   the department and college previously and

21   currently, yes, which is old boys clubs.

22       Q.   Which is what?

23       A.   Old boys clubs.  There were no women

24   back there, and I think barely there are women

Exhibit 1

1    now.

2           MS. POWELL:  I don't think I have any

3    other questions.  Thank you very much for your

4    time?

5           MR. BAKER:  I have no questions.  We

6    will reserve signature.

7           MS. POWELL:  Okay.

8           MR. BAKER:  I assume you are going to

9    order a copy of the transcript.

10           MS. POWELL:  I am.

11           MR. BAKER:  You are going to order the

12    transcript, and we will take a copy of it as

13    well.

14                (Witness Excused)

15

16

17

18

19

20

21

22

23

24

**Exhibit 1**

1    STATE OF ILLINOIS      )
                            ) SS
2    COUNTY OF CHRISTIAN    )

3

4        I, Sandra K. Haines, a Notary Public and

5    Certified Shorthand Reporter, do hereby certify

6    that prior to the taking of the deposition

7    herein, and on September 8, 2023, the Deponent,

8    ROGHIEH GHOLAMI was, by me, duly sworn/affirmed

9    to testify to the truth in relation to the

10   matter in controversy herein.  That on said date

11   the foregoing deposition was taken down

12   stenographically by me and afterwards reduced to

13   typewritten form by me, and that the foregoing

14   transcript contains a true and accurate

15   translation of all such shorthand notes.

16        Given under my hand and seal this 19th day

17   of September, 2023 at Taylorville, Illinois.

18

19

20

21

22                    Sandra K. Haines
                      Notary Public and CSR
23                    License No. 084-002423

24

Exhibit 1

```
 1

 2    ROGHIEH GHOLAMI,                    )
                          Plaintiff      )
 3       -vs-                            )NO. 22-CV-03268
      BOARD OF TRUSTEES OF THE           )
 4    UNIVERSITY OF ILLINOIS,            )
                          Defendant      )
 5
           I, ROGHIEH GHOLAMI, do hereby certify that
 6    I have read the foregoing transcript of my
      testimony given in the above entitled matter on
 7    September 8, 2023, and that the same fully and
      accurately sets forth my testimony as given on
 8    said date, except as I have indicated to the
      contrary on this page below my signature.
 9
      DATE_____  SIGNATURE_____
10
      Page  Line          Change              Reason
11    No.   No.                               For change

12    _____
      _____
13    _____
      _____
14    _____
      _____
15    _____
      _____
16    _____
      _____
17    _____
      _____
18    _____
      _____
19    _____
      _____
20    _____
      _____
21    _____
      _____
22    _____
      _____
23    _____
      _____
24    _____
```

**Exhibit 1**

**$117,133.00** [1] - 174:2
**'16** [1] - 51:12
**'17** [1] - 51:12
**'18** [2] - 244:19, 244:20
**084-002423** [2] - 1:20, 264:23
**1** [24] - 2:21, 19:1, 40:15, 40:18, 42:10, 58:4, 58:7, 58:16, 58:18, 70:11, 112:11, 112:15, 112:21, 114:9, 115:10, 122:14, 122:19, 137:12, 137:18, 138:4, 138:10, 138:13, 178:20, 200:3
**10** [6] - 7:20, 22:9, 29:9, 29:15, 139:4, 139:23
**10-25-19** [1] - 179:8
**10-25-2019** [1] - 178:24
**1018** [1] - 207:6
**112** [1] - 2:21
**117,133** [1] - 176:7
**12** [5] - 139:4, 139:23, 140:13, 140:15, 141:5
**12th** [5] - 140:4, 141:11, 146:11, 172:21, 175:20
**13** [1] - 208:10
**1506** [1] - 84:23
**1608** [1] - 4:3
**18** [1] - 87:2
**180** [5] - 140:2, 140:10, 140:18, 146:14, 172:20
**181** [10] - 138:17, 138:21, 139:8, 140:12, 141:15, 145:19, 149:11, 149:24, 150:14, 162:12
**182** [5] - 139:8, 167:9, 167:10, 167:12, 167:14
**183** [2] - 170:14, 170:22
**18th** [2] - 84:3, 84:22
**19th** [2] - 83:23, 264:16
**2** [7] - 15:5, 17:7, 19:1, 58:4, 58:22, 70:11, 234:4
**20** [1] - 221:12
**2005** [1] - 27:3
**2006** [1] - 27:3
**2008** [1] - 92:9
**2009** [1] - 162:18
**2015** [46] - 6:4, 6:6, 6:13, 7:22, 8:20, 16:8, 17:12, 17:14, 17:17, 18:1, 19:5, 20:1, 20:14, 21:1, 21:13, 21:22, 22:19, 43:9, 45:18, 47:1, 56:5, 72:13, 78:6, 78:20, 79:2, 79:3, 107:1, 132:8, 142:14, 143:23, 148:2, 159:1, 207:6, 216:2, 216:11, 219:5, 227:20, 229:16, 229:17, 229:18, 229:20, 230:2, 237:16, 240:22, 244:19, 244:20
**2016** [24] - 53:3, 78:7, 79:5, 79:6, 79:20, 83:23, 84:3, 84:23, 86:11, 87:2, 116:21, 133:1, 133:8, 133:11,

133:12, 133:17, 133:22, 147:12, 196:21, 197:13, 199:14, 229:1
**2017** [9] - 51:12, 54:10, 54:12, 54:14, 228:23, 228:24, 229:1, 233:14, 256:20
**2018** [61] - 6:6, 6:13, 7:23, 8:21, 16:8, 20:3, 20:15, 21:1, 21:13, 21:22, 22:19, 28:4, 28:11, 34:2, 34:3, 35:11, 45:18, 46:3, 46:17, 47:1, 47:23, 49:15, 49:19, 50:10, 50:24, 51:17, 52:24, 55:16, 56:5, 57:8, 60:11, 66:6, 66:9, 66:18, 70:17, 72:13, 107:1, 108:7, 115:18, 119:3, 119:5, 132:8, 133:8, 133:22, 142:14, 143:23, 148:2, 173:23, 207:5, 212:12, 214:17, 216:11, 219:5, 228:21, 230:3, 233:12, 237:16, 240:22, 253:18, 253:20
**2018-19** [1] - 237:17
**2019** [107] - 4:5, 4:6, 6:1, 22:24, 23:2, 28:5, 34:1, 42:4, 46:18, 47:20, 47:21, 57:7, 59:15, 60:18, 111:21, 111:23, 112:22, 114:1, 114:24, 119:6, 121:1, 121:7, 124:13, 132:24, 134:1, 134:2, 138:23, 140:4, 140:16, 141:5, 141:11, 146:1, 146:6, 146:9, 146:11, 147:7, 148:17, 148:23, 163:18, 163:23, 168:13, 169:16, 171:19, 172:5, 172:14, 173:15, 175:20, 176:10, 177:19, 178:3, 178:10, 178:16, 179:18, 186:12, 186:18, 187:1, 187:3, 187:9, 194:17, 194:20, 202:9, 207:23, 208:4, 208:5, 208:7, 215:3, 216:21, 219:11, 221:18, 223:4, 223:13, 223:16, 225:20, 228:18, 233:2, 234:10, 236:15, 237:18, 244:1, 244:2, 244:21, 246:1, 246:13, 247:17, 250:18, 251:9, 252:11, 252:12, 252:15, 252:19, 252:22, 253:15, 254:16, 254:21, 254:22, 255:2, 256:3, 257:22, 258:6, 258:8, 258:11, 258:12, 258:22, 258:23
**2020** [7] - 189:6, 189:9, 221:9, 223:13, 228:1, 229:6, 229:10

**2020-2021** [2] - 188:24, 189:8
**2021** [2] - 189:6, 229:10
**2023** [4] - 1:14, 264:7, 264:17, 265:7
**2023-2024** [1] - 189:16
**2024-2025** [3] - 188:22, 189:13, 189:14
**217)522-3445** [1] - 2:5
**217)522-8822** [1] - 2:10
**217)824-8558** [1] - 1:21
**22-CV-03268** [2] - 1:8, 265:3
**263** [1] - 2:16
**26th** [1] - 212:12
**276** [11] - 59:18, 60:9, 61:3, 61:14, 61:20, 62:15, 63:13, 64:8, 64:13, 68:24, 73:14
**277** [1] - 61:14
**278** [7] - 61:17, 63:18, 64:9, 64:14, 67:12, 68:24, 73:15
**28th** [4] - 66:6, 66:9, 66:18, 86:11
**29** [1] - 228:14
**29th** [1] - 60:11
**3** [26] - 2:16, 15:5, 17:7, 58:4, 58:14, 58:15, 58:16, 59:3, 59:19, 60:9, 62:8, 64:24, 65:19, 70:11, 137:9, 137:10, 137:20, 138:11, 138:14, 138:16, 138:21, 139:7, 140:18, 145:19, 149:11, 234:5
**30** [10] - 7:20, 22:9, 29:9, 29:12, 56:11, 176:16, 176:21, 177:2, 251:18, 251:24
**37** [4] - 212:4, 212:8, 212:10, 213:8
**3731** [2] - 1:15, 2:9
**3rd** [2] - 171:18, 172:5
**4** [1] - 178:20
**40** [8] - 56:11, 84:13, 172:11, 172:12, 172:14, 173:7, 173:18, 175:4
**415** [1] - 2:4
**4:09** [1] - 87:2
**50** [3] - 171:21, 172:1, 175:15
**51** [4] - 171:21, 172:2, 175:15, 175:18
**54** [1] - 176:11
**55** [1] - 176:11
**60** [5] - 7:19, 22:3, 22:8, 29:9, 29:10
**62701** [1] - 2:4
**62791** [1] - 2:10
**7th** [2] - 112:22, 113:24
**8** [3] - 1:14, 264:7, 265:7
**81** [3] - 83:18, 84:22, 87:3
**9:00** [1] - 1:15
**9th** [2] - 172:14, 173:14
**A-L-N-S-U-R** [1] - 116:24
**A.M** [1] - 1:15
**AACSB** [12] - 11:23, 11:24,

12:3, 12:7, 13:23, 102:21, 105:14, 105:18, 105:19, 105:20, 106:19, 106:24
**ABDC** [3] - 14:1, 14:6
**ability** [1] - 34:15
**able** [5] - 22:13, 71:2, 71:4, 196:2, 247:18
**ABS** [2] - 14:2, 14:4
**absolutely** [18] - 3:24, 7:2, 10:24, 11:4, 13:7, 13:21, 14:13, 16:9, 16:19, 22:18, 48:12, 88:10, 100:17, 153:24, 160:4, 183:21, 210:12, 217:12
**abstain** [3] - 103:11, 130:17, 136:18
**abstained** [1] - 130:21
**abstains** [2] - 101:12, 101:16
**abuse** [34] - 50:8, 50:22, 51:3, 51:4, 53:7, 54:16, 56:6, 56:19, 94:18, 94:22, 95:14, 95:23, 96:23, 99:11, 100:1, 100:11, 100:23, 101:6, 101:12, 101:21, 102:13, 103:12, 105:9, 108:8, 147:15, 148:9, 148:13, 155:17, 157:6, 157:9, 158:16, 193:13, 217:16, 217:17
**abused** [1] - 103:22
**abuser** [1] - 218:9
**abuses** [1] - 107:13
**abusing** [4] - 95:7, 104:6, 106:11, 218:6
**academic** [10] - 27:3, 28:4, 28:6, 98:12, 103:3, 189:8, 255:13, 259:24, 260:1
**academy** [1] - 238:4
**accept** [11] - 110:11, 174:10, 174:21, 175:12, 175:24, 176:22, 177:2, 177:15, 177:20, 246:7, 251:19
**acceptance** [3] - 174:12, 174:23, 176:17
**accepted** [9] - 178:6, 180:18, 180:21, 181:18, 202:12, 213:18, 223:14, 228:17, 252:7
**accepting** [1] - 181:4
**Access** [4] - 192:2, 223:7, 253:4, 253:5
**access** [17] - 25:24, 59:14, 60:18, 60:19, 60:24, 66:2, 66:24, 67:5, 69:10, 69:18, 69:19, 70:13, 70:20, 70:21, 71:6, 73:4, 140:24
**accounting** [1] - 230:10
**Accreditation** [1] - 12:4
**accreditation** [10] - 11:22, 11:23, 105:14, 105:21, 105:23, 106:3, 106:19, 106:24, 107:4, 107:5
**accredited** [1] - 12:23

**Exhibit 1**

**accurate** [2] - 172:23, 264:14
**accurately** [1] - 265:7
**achieved** [1] - 99:16
**acknowledge** [1] - 102:1
**actions** [8] - 54:19, 55:1, 55:8, 156:3, 158:24, 182:24, 187:7, 260:19
**active** [2] - 25:5, 25:16
**actively** [1] - 224:9
**activities** [1] - 26:4
**activity** [2] - 13:14, 196:19
**actual** [7] - 62:6, 63:10, 64:5, 99:14, 146:13, 197:20, 214:16
**add** [1] - 225:9
**additional** [2] - 157:6, 158:16
**address** [7] - 73:23, 107:21, 235:10, 241:9, 241:13, 254:6
**admits** [1] - 205:6
**adults** [2] - 76:9, 81:5
**advanced** [1] - 37:23
**advancement** [2] - 23:21, 235:13
**advances** [3] - 86:14, 91:15, 92:7
**advise** [1] - 214:11
**advised** [1] - 176:14
**advising** [1] - 212:21
**advisor** [1] - 124:2
**advisory** [1] - 224:6
**advocate** [1] - 102:7
**affairs** [2] - 260:1, 260:2
**affected** [4] - 201:15, 201:22, 202:24, 216:24
**affiliated** [1] - 13:22, 259:12
**affiliation** [2] - 43:14, 44:14
**afraid** [1] - 245:21
**afterwards** [2] - 83:17, 264:12
**Agarwal** [8] - 160:11, 160:13, 160:19, 160:23, 161:16, 161:21, 245:23, 262:5
**age** [1] - 81:14
**agenda** [1] - 168:11
**ago** [2] - 84:13, 144:19
**agree** [29] - 16:6, 48:3, 57:5, 60:10, 70:23, 102:10, 103:24, 104:3, 112:22, 121:22, 122:3, 126:2, 139:7, 147:2, 173:13, 176:20, 185:11, 187:18, 210:10, 216:15, 216:20, 222:8, 225:13, 225:18, 225:23, 226:2, 251:23, 254:10
**agrees** [1] - 252:5
**ahead** [3] - 3:14, 19:17, 192:23
**airport** [1] - 77:21, 78:14
**allegations** [2] - 42:21, 149:1
**ALLEN** [1] - 2:8

**allow** [1] - 206:10
**allowed** [1] - 131:7
**allowing** [1] - 206:12
**Alnsur** [5] - 116:17, 119:11, 119:13, 128:1, 165:5
**alone** [2] - 44:4, 78:11
**alternatively** [1] - 73:8
**America** [1] - 93:6
**American** [6] - 30:19, 30:20, 88:17, 92:15, 116:18, 262:7
**amount** [3] - 21:20, 31:8, 31:10
**angry** [7] - 131:19, 134:9, 134:11, 134:12, 134:18, 152:11, 202:20
**announced** [1] - 117:2
**annual** [7] - 96:2, 216:3, 217:5, 217:10, 258:1, 258:3, 262:10
**anonymous** [5] - 96:6, 96:17, 96:21, 129:5, 131:2
**anonymously** [2] - 97:9, 97:13
**answer** [41] - 4:23, 4:24, 5:4, 5:6, 5:11, 16:12, 16:14, 18:6, 18:18, 18:20, 18:21, 34:21, 38:21, 45:12, 53:5, 53:18, 53:22, 55:20, 57:19, 62:21, 63:1, 63:4, 63:6, 86:20, 90:13, 100:6, 156:15, 157:3, 157:17, 157:20, 158:7, 161:2, 163:20, 169:11, 201:18, 213:21, 221:14, 227:1, 227:3, 234:4, 254:12
**answered** [4] - 54:4, 185:16, 209:8, 254:18
**answering** [1] - 54:3
**answers** [3] - 209:13, 220:7, 220:13
**Apiwan** [1] - 257:2
**APIWAN** [1] - 257:3
**app** [1] - 144:2
**appear** [4] - 62:6, 112:23, 114:12, 137:21
**APPEARANCES** [1] - 2:1
**Appearing** [2] - 2:6, 2:12
**application** [15] - 9:3, 9:6, 188:9, 188:13, 190:2, 190:9, 190:12, 193:22, 194:11, 208:13, 210:16, 211:7, 217:6, 234:22, 235:2
**applications** [1] - 217:7
**applied** [16] - 9:3, 39:10, 39:14, 40:2, 40:11, 42:15, 114:13, 115:13, 122:10, 123:10, 124:8, 187:17, 193:11, 208:21, 229:1, 235:5
**applies** [1] - 11:12
**apply** [25] - 38:20, 38:22,

39:2, 39:3, 40:16, 112:7, 115:6, 115:7, 122:10, 123:23, 124:3, 182:10, 188:16, 189:6, 189:9, 190:20, 192:24, 193:8, 194:22, 210:23, 216:5, 236:22, 237:3, 238:16
**applying** [10] - 94:10, 107:3, 114:9, 114:15, 123:14, 187:23, 191:3, 192:20, 194:5, 195:1
**appointed** [1] - 46:1
**appointment** [9] - 176:1, 176:11, 176:18, 176:19, 176:23, 177:2, 251:12, 251:19, 252:1
**appreciate** [2] - 109:4, 126:19
**appreciative** [1] - 109:3
**approach** [2] - 40:20, 42:3
**approached** [5] - 40:14, 40:19, 42:1, 47:15, 47:19
**approved** [4] - 130:11, 130:15, 211:11, 233:4
**aPR** [1] - 258:4
**APR** [8] - 96:2, 96:18, 216:2, 218:22, 219:9, 258:2, 258:3, 258:5
**April** [34] - 49:14, 49:15, 50:10, 50:24, 51:16, 79:3, 121:7, 134:2, 138:23, 139:23, 140:4, 140:13, 140:15, 141:5, 141:10, 146:1, 146:6, 146:9, 146:10, 147:7, 148:23, 163:18, 163:23, 168:13, 169:16, 172:14, 172:21, 173:14, 178:3, 186:12, 215:2, 221:18, 223:15, 236:15
**APRs** [4] - 217:5, 217:9, 219:3, 258:1
**area** [3] - 11:8, 25:17, 98:10
**areas** [3] - 8:5, 29:7, 36:9
**argue** [2] - 104:13, 156:12
**argument** [6] - 106:16, 106:17, 181:22, 186:8, 187:2, 215:21
**arrived** [1] - 77:20
**art** [1] - 85:14
**articles** [2] - 13:6, 13:16
**AS** [1] - 105:17
**Asian** [1] - 136:15
**aspect** [1] - 100:2
**aspects** [2] - 100:13, 133:4
**assigned** [1] - 249:1
**assist** [2] - 13:2, 21:14
**assistance** [1] - 32:16
**assistant** [12] - 6:13, 6:22, 48:21, 67:18, 68:17, 76:3, 116:20, 191:20, 240:11, 244:13, 245:13, 245:14
**associate** [29] - 6:15, 6:16,

6:23, 82:11, 161:15, 171:8, 173:19, 176:4, 179:16, 179:19, 180:19, 185:24, 194:24, 195:1, 208:9, 210:5, 215:7, 229:23, 237:11, 237:16, 237:17, 237:18, 238:7, 240:13, 240:15, 244:13, 245:11, 247:7, 253:7
**associated** [2] - 180:22, 232:16
**association** [13] - 12:1, 23:19, 24:15, 25:14, 25:15, 30:3, 80:2, 92:11, 92:13, 237:14, 238:10, 247:1
**Association** [10] - 12:4, 24:14, 24:16, 24:17, 24:18, 25:2, 25:6, 29:20, 92:12
**associations** [2] - 26:3, 29:24
**assume** [8] - 5:12, 194:7, 237:20, 237:23, 238:1, 238:23, 239:3, 263:8
**assumed** [2] - 19:11, 194:5
**assuming** [3] - 163:1, 164:7, 167:2
**assumptions** [1] - 166:14
**attack** [1] - 155:13
**attacked** [2] - 36:10, 154:16
**attempt** [1] - 172:7
**attending** [2] - 25:17, 77:10
**attends** [1] - 92:17
**attention** [1] - 251:21
**attorney** [1] - 235:10
**Attorneys** [2] - 2:3, 2:9
**Atul** [21] - 160:11, 160:13, 160:19, 160:23, 161:21, 161:24, 162:13, 162:14, 162:19, 162:21, 163:16, 164:3, 164:8, 164:18, 166:6, 166:7, 166:21, 184:10, 197:17, 245:22, 262:5
**August** [24] - 5:24, 28:12, 176:9, 177:19, 178:3, 178:9, 187:3, 187:9, 202:9, 250:17, 252:11, 252:15, 252:21, 253:15, 254:16, 254:21, 255:1, 255:11, 256:2, 257:22, 258:6, 258:11, 258:22
**Australia** [9] - 14:3, 14:4, 37:19, 38:3, 38:16, 40:16, 40:22, 41:4, 42:2
**Australian** [2] - 14:1, 14:2
**author** [3] - 119:9, 119:13, 119:14
**authoritarian** [1] - 53:16
**authority** [1] - 126:9
**authors** [2] - 119:12
**automatically** [1] - 44:2
**availability** [1] - 22:20
**available** [2] - 31:7, 110:10

**Exhibit 1**

**Avenue** [2] - 1:15, 2:9
**avoid** [2] - 36:12, 80:16
**awarded** [2] - 228:21, 229:1
**aware** [12] - 20:3, 23:3, 23:7, 38:8, 38:10, 43:12, 133:3, 147:19, 224:10, 230:23, 253:12, 256:15
**B-O-R-N** [1] - 257:4
**back** [91] - 12:2, 12:6, 22:24, 23:2, 37:4, 39:1, 39:7, 62:2, 62:22, 63:9, 74:6, 74:22, 80:23, 80:24, 89:11, 101:14, 102:20, 110:7, 110:16, 110:21, 114:2, 115:1, 115:4, 115:19, 119:6, 120:4, 120:14, 121:15, 122:1, 122:7, 122:8, 123:16, 124:9, 124:21, 125:3, 125:12, 127:14, 127:19, 131:17, 132:3, 132:24, 134:10, 134:14, 134:19, 134:21, 135:7, 135:20, 137:16, 140:8, 141:2, 145:12, 152:14, 152:15, 153:14, 153:23, 155:1, 155:7, 155:16, 156:19, 160:19, 161:19, 163:4, 164:23, 165:19, 166:1, 166:22, 168:10, 168:22, 169:4, 169:6, 170:9, 171:7, 171:8, 171:15, 187:3, 187:9, 223:11, 228:19, 229:14, 229:17, 238:12, 238:16, 241:11, 244:21, 246:2, 246:3, 247:18, 259:7, 262:24
**Back** [2] - 59:9, 114:22
**background** [4] - 4:15, 79:14, 123:6, 184:12
**bad** [2] - 59:20, 92:1
**Bailey** [7] - 223:20, 223:21, 223:23, 223:24, 225:4, 225:24, 232:14
**BAKER** [88] - 2:3, 2:6, 16:12, 16:14, 18:5, 18:8, 18:16, 19:16, 53:18, 53:21, 59:21, 62:20, 62:24, 63:3, 64:19, 67:11, 86:23, 91:4, 140:11, 144:1, 146:22, 149:24, 150:10, 150:14, 151:1, 151:4, 156:11, 156:14, 157:12, 157:16, 157:21, 159:13, 159:17, 161:22, 162:1, 162:5, 162:7, 163:20, 164:12, 164:15, 167:8, 167:11, 167:15, 169:11, 170:12, 171:22, 172:1, 177:5, 177:7, 177:10, 177:17, 180:24, 185:16, 186:1, 186:21, 186:24, 190:15, 190:24, 192:8, 192:11, 200:9,

200:16, 200:21, 200:24, 201:2, 201:6, 201:9, 209:1, 213:11, 213:20, 214:8, 214:19, 219:13, 220:1, 220:6, 224:16, 234:14, 239:13, 249:22, 250:1, 250:3, 250:9, 252:5, 254:18, 263:5, 263:8, 263:11
**balance** [1] - 31:1
**balanced** [6] - 7:15, 17:6, 17:18, 17:19, 29:8
**barely** [2] - 81:12, 262:24
**Barnwell** [7] - 51:19, 51:23, 52:22, 231:23, 232:2, 232:14, 233:8
**base** [1] - 105:1
**based** [45] - 6:5, 18:13, 18:14, 19:9, 27:14, 38:11, 81:7, 91:20, 91:22, 101:2, 102:23, 103:7, 104:23, 105:22, 106:3, 122:20, 123:1, 125:17, 129:7, 129:11, 130:10, 130:23, 138:4, 139:16, 157:3, 164:10, 180:1, 184:23, 185:6, 188:10, 188:14, 194:15, 197:12, 197:22, 199:2, 201:16, 209:8, 210:13, 216:24, 231:6, 234:19, 236:15, 253:14, 254:11, 254:15
**basic** [1] - 76:14
**basis** [3] - 147:5, 171:2, 217:4
**beautiful** [1] - 85:12
**became** [5] - 20:7, 29:24, 46:2, 222:24, 259:24
**become** [6] - 49:21, 187:8, 187:21, 188:13, 190:9, 208:14, 234:22, 236:19
**begin** [1] - 187:7
**beginning** [6] - 63:13, 64:8, 138:16, 148:17, 150:4, 255:12
**begins** [2] - 59:18, 60:9
**behalf** [3] - 2:6, 2:12, 136:24
**behavior** [11] - 79:15, 79:18, 82:20, 89:21, 222:21, 222:23, 241:15, 243:14, 243:18, 260:6
**behaviors** [3] - 10:2, 159:2, 222:4
**behind** [4] - 98:3, 154:18, 168:11, 258:16
**Belgium** [1] - 37:24
**belief** [1] - 257:17
**believes** [1] - 257:19
**belong** [1] - 25:8
**belonging** [1] - 162:16
**belongs** [3] - 103:3, 241:19, 246:18
**below** [2] - 206:15, 265:8

**benefit** [1] - 143:5
**best** [1] - 13:9
**better** [6] - 13:11, 38:14, 85:11, 100:23, 184:11, 257:14
**betterment** [1] - 23:22
**between** [44] - 6:13, 7:3, 7:22, 8:20, 9:21, 10:7, 10:15, 15:19, 16:7, 19:1, 20:14, 21:1, 21:13, 21:22, 22:19, 47:1, 52:18, 56:4, 93:2, 93:9, 107:1, 119:4, 132:1, 132:8, 133:8, 133:22, 139:23, 142:14, 143:23, 148:2, 178:3, 207:6, 216:11, 219:4, 230:2, 230:24, 244:19, 252:11, 252:21, 254:21, 255:1, 258:5, 258:11, 258:22
**beyond** [1] - 104:12
**Bhattacharya** [44] - 120:16, 121:23, 127:8, 127:9, 160:23, 161:8, 163:2, 163:17, 164:2, 164:8, 165:4, 165:8, 165:15, 170:9, 171:18, 172:8, 173:8, 179:5, 182:21, 182:24, 184:22, 187:14, 187:19, 188:19, 188:21, 189:11, 197:2, 197:4, 197:11, 198:8, 199:19, 203:13, 203:21, 203:22, 211:22, 214:11, 215:2, 216:16, 222:10, 222:24, 225:23, 226:6, 230:24, 233:4
**big** [4] - 5:3, 123:3, 184:9, 215:16
**bigger** [2] - 60:3
**birth** [1] - 43:16
**bit** [6] - 3:10, 12:21, 37:2, 81:15, 105:16, 245:17
**bits** [1] - 197:18
**blocked** [1] - 144:18
**BOARD** [2] - 1:9, 265:3
**board** [2] - 24:3, 50:6
**boat** [1] - 231:22
**body** [3] - 11:23, 81:18, 82:23
**Born** [1] - 257:3
**born** [4] - 43:21, 45:5, 203:16, 205:10
**boss** [5] - 87:10, 88:24, 89:7, 93:4, 153:7
**bosses** [1] - 78:4
**bottom** [6] - 62:17, 84:5, 84:22, 85:1, 160:8, 212:19
**boys** [10] - 116:4, 116:5, 162:16, 206:4, 246:19, 261:17, 262:17, 262:21, 262:23
**brain** [1] - 135:16

**brave** [1] - 245:17
**break** [13] - 18:16, 18:22, 19:15, 37:1, 57:22, 114:19, 164:19, 164:23, 192:11, 209:2, 209:3, 209:5, 250:12
**Brexit** [1] - 34:8
**brief** [1] - 261:12
**bring** [4] - 60:3, 123:3, 171:7, 171:8
**bringing** [1] - 206:11
**Brit** [3] - 113:11, 200:1, 200:4
**Britain** [2] - 34:4, 34:14
**British** [22] - 30:18, 30:20, 33:13, 33:21, 42:18, 42:19, 43:6, 43:7, 43:9, 43:15, 87:22, 88:15, 88:17, 89:3, 89:4, 89:5, 90:13, 200:2, 200:14, 201:4, 201:14
**broken** [20] - 50:6, 50:21, 51:5, 53:8, 54:17, 56:7, 56:21, 74:12, 84:10, 84:11, 95:14, 96:10, 96:24, 107:19, 147:15, 148:8, 148:12, 191:10, 254:6
**brought** [2] - 51:15, 223:9
**Brown** [4] - 192:1, 253:4, 260:14, 260:21
**building** [2] - 165:14, 249:6
**bullshit** [1] - 162:8
**bullshitting** [1] - 147:14
**bumped** [4] - 77:12, 165:4, 165:6, 165:7
**Business** [27] - 11:19, 12:5, 106:22, 116:9, 125:24, 126:1, 126:13, 126:17, 126:22, 133:5, 170:2, 215:7, 221:6, 221:11, 221:17, 224:12, 224:14, 224:23, 227:17, 228:8, 228:10, 228:11, 228:14, 229:7, 232:11, 232:15, 237:2
**business** [13] - 9:7, 11:6, 11:7, 11:9, 11:12, 11:18, 11:21, 14:14, 28:24, 80:4, 104:14, 116:2
**buy** [1] - 77:24
**BY** [3] - 2:6, 2:11, 3:7
**Byrnes** [6] - 231:22, 232:5, 232:7, 232:8, 232:18, 232:20
**cafeteria** [2] - 182:14, 185:20
**calmer** [1] - 167:23
**campaign** [1] - 198:4
**campus** [24] - 23:15, 27:20, 27:23, 36:15, 37:14, 78:15, 78:16, 81:22, 94:3, 97:21, 99:8, 117:11, 165:2, 165:5, 193:16, 193:18, 202:8, 213:2, 248:18, 248:20, 248:23, 255:4

**Exhibit 1**

campuses [2] - 27:15, 27:17
Canada [2] - 37:19, 38:16
cancel [1] - 249:2
cannot [5] - 61:21, 104:13, 104:17, 158:7, 238:14
capital [1] - 162:3
card [7] - 33:9, 181:17, 181:19, 181:23, 182:7, 182:17, 185:21
care [1] - 18:20
career [10] - 235:14, 236:9, 237:7, 237:12, 249:6, 255:16, 256:7, 256:10, 257:20, 258:17
careers [1] - 95:6
careful [6] - 80:12, 87:13, 87:20, 89:12, 93:18, 245:18
Carnegie [4] - 18:3, 20:15, 122:20, 261:6
Carol [2] - 207:11, 227:12
Carolee [4] - 191:19, 191:20, 192:21, 194:10
case [14] - 7:22, 98:19, 213:4, 218:12, 218:17, 218:22, 219:16, 221:23, 232:24, 235:8, 235:12, 242:3, 243:17, 253:14
cases [3] - 221:22, 233:7, 253:10
category [1] - 75:11
CEC [3] - 99:5, 262:9, 262:10
center [1] - 36:14
CENTRAL [1] - 1:3
certain [6] - 10:10, 99:15, 105:24, 125:16, 133:4
certainly [1] - 187:2
Certified [1] - 264:5
certify [2] - 264:5, 265:5
cetera [3] - 38:4, 119:2
challenges [1] - 41:23
Champaign [2] - 259:18, 259:19
chance [1] - 96:17
chancellor [1] - 46:14
Chancellor [2] - 192:2, 253:5
change [29] - 8:1, 15:12, 40:23, 100:3, 115:21, 116:3, 116:7, 116:8, 117:7, 118:7, 118:8, 118:18, 125:4, 125:7, 136:11, 169:7, 169:8, 169:12, 169:15, 170:11, 184:1, 184:22, 197:24, 211:12, 243:18, 253:13, 253:24, 254:1, 265:11
Change [1] - 265:10
changed [3] - 252:11, 252:21, 262:11
changing [2] - 118:18, 151:1
channel [1] - 161:10
channels [1] - 161:11

character [1] - 50:19
charge [4] - 43:2, 135:9, 178:21, 260:1
charges [1] - 178:17
cheaper [1] - 143:1
check [42] - 12:6, 29:14, 32:11, 32:22, 33:15, 33:20, 34:6, 34:10, 34:24, 35:14, 39:1, 39:6, 39:7, 39:24, 40:6, 42:9, 48:21, 54:10, 54:12, 55:16, 62:2, 62:3, 62:23, 63:6, 64:5, 64:6, 68:8, 68:12, 69:10, 71:5, 71:22, 72:10, 109:16, 109:19, 110:21, 115:4, 120:4, 123:22, 132:3, 132:6, 215:15, 229:11
children [3] - 91:24, 92:2, 249:7
Chinese [6] - 92:24, 136:14, 136:16, 136:22, 262:7
choice [2] - 193:9, 248:22
choices [2] - 236:16, 243:16
choose [1] - 27:20
chose [5] - 27:22, 75:1, 189:23, 190:1, 233:15
CHRISTIAN [1] - 264:2
citations [1] - 102:24
cities [1] - 27:16
citizen [3] - 33:13, 33:21, 43:9
citizenship [4] - 42:18, 43:7, 43:15, 201:5
city [3] - 27:13, 27:21, 36:14
claim [8] - 180:10, 196:18, 214:22, 216:12, 218:3, 218:5, 234:2, 247:4
claimed [1] - 225:2
claiming [3] - 99:11, 234:7, 235:7
claims [1] - 261:15
clarifies [1] - 154:20
clarify [6] - 21:1, 128:9, 153:16, 154:17, 155:10, 173:1
clarifying [1] - 155:11
clash [1] - 262:14
class [1] - 32:6
classes [10] - 8:19, 30:5, 30:6, 30:9, 30:12, 30:15, 31:15, 249:2, 249:11, 249:16
classification [5] - 18:3, 30:18, 30:22, 122:20
classifications [1] - 19:2
clear [8] - 30:17, 87:21, 89:13, 89:18, 106:5, 150:16, 155:24
clearly [1] - 89:3
clever [1] - 241:23
climb [1] - 83:6
close [6] - 144:12, 161:9, 204:7, 205:21, 205:22,

206:23
closed [1] - 64:3
closely [1] - 241:17
club [12] - 75:23, 76:22, 76:23, 77:11, 116:5, 162:16, 206:4, 246:19, 261:18, 262:17
Club [3] - 75:22, 76:23, 77:3
clubs [2] - 262:21, 262:23
clue [1] - 200:17
CMU [1] - 261:6
coerced [4] - 180:23, 181:4, 182:19
coercion [2] - 183:1, 183:8
coffee [1] - 241:5
coffees [1] - 78:3
colleague [6] - 82:5, 117:18, 132:8, 142:18, 162:20, 207:7
colleagues [15] - 53:3, 78:3, 93:4, 144:13, 235:23, 237:13, 238:10, 239:2, 239:6, 239:10, 239:21, 240:2, 242:19, 242:22
collective [2] - 158:6, 158:24
collects [1] - 78:17
College [21] - 11:19, 106:22, 126:21, 195:24, 196:1, 215:7, 221:6, 221:10, 221:16, 224:12, 224:13, 224:23, 227:17, 228:8, 228:10, 228:11, 228:13, 229:7, 232:10, 232:15, 237:1
college [53] - 23:14, 47:18, 52:4, 94:10, 96:16, 97:21, 97:22, 99:1, 99:3, 99:5, 105:23, 108:15, 108:16, 115:22, 117:4, 125:5, 125:10, 125:20, 126:5, 126:11, 126:18, 126:24, 127:6, 127:18, 135:11, 182:22, 191:22, 193:12, 193:14, 193:18, 194:9, 195:12, 195:18, 203:22, 207:15, 211:18, 215:5, 215:18, 221:3, 224:2, 224:7, 226:24, 227:18, 230:11, 230:12, 230:15, 241:20, 247:8, 261:21, 262:20
colleges [1] - 261:20
collegial [1] - 243:20
combination [2] - 248:16, 254:20
coming [23] - 18:4, 37:3, 115:1, 115:19, 117:4, 120:14, 121:15, 122:1, 124:9, 124:20, 134:10, 134:14, 134:19, 134:21, 135:7, 135:20, 160:19, 166:22, 170:9, 203:3, 203:10, 225:19, 259:7

comment [1] - 48:9
comments [1] - 206:6
commit [1] - 249:5
committed [2] - 91:23, 249:4
committee [21] - 24:4, 99:3, 99:4, 99:5, 99:6, 99:7, 108:16, 108:17, 117:19, 126:6, 126:7, 193:16, 224:5, 224:6, 224:9, 230:11, 230:13, 230:15, 241:21, 244:14, 261:21
Committee [2] - 195:24, 196:2
committees [2] - 23:14, 23:15
commonly [1] - 14:21
communicate [9] - 74:14, 89:13, 91:9, 119:4, 119:15, 132:17, 142:16, 205:14, 207:4
communicated [6] - 124:8, 132:20, 133:7, 133:9, 133:10, 141:18
communicating [8] - 46:21, 121:6, 127:4, 148:7, 152:23, 160:22, 161:1, 242:6
communication [26] - 55:5, 57:3, 57:5, 57:24, 65:7, 65:20, 66:21, 73:10, 74:11, 80:11, 88:17, 93:5, 93:21, 119:10, 119:17, 121:20, 141:18, 142:22, 143:9, 145:4, 145:24, 161:11, 164:24, 189:2, 203:14, 260:20
communications [9] - 67:1, 127:5, 132:19, 145:16, 169:20, 169:24, 198:7, 206:17, 230:24
community [8] - 26:19, 45:7, 85:15, 103:3, 161:8, 161:9, 235:22, 235:23
comparable [1] - 31:9
comparative [2] - 207:21, 208:2
comparator [1] - 209:14
comparators [1] - 209:10
compared [3] - 15:5, 22:3, 37:24
complain [4] - 132:21, 133:19, 206:21, 206:24
complaining [4] - 103:12, 104:19, 179:18, 260:19
complaint [15] - 42:21, 42:22, 42:23, 43:1, 74:5, 74:21, 75:2, 103:15, 179:17, 180:3, 222:11, 232:9, 233:16, 252:18, 260:15
complaints [14] - 115:17, 133:8, 133:16, 146:19, 199:14, 219:18, 220:19,

Exhibit 1

221:20, 231:17, 232:6, 232:19, 233:12, 253:19, 260:14

**complete** [1] - 237:12

**completed** [1] - 210:15

**comply** [1] - 187:11

**component** [1] - 9:24

**computer** [2] - 17:22, 129:2

**Computer** [1] - 9:22

**concerning** [7] - 139:15, 214:23, 216:10, 217:1, 219:19, 220:20, 231:1

**concerns** [2] - 223:5, 224:7

**conclusion** [6] - 54:22, 127:16, 187:16, 194:16, 253:8, 253:17

**conditions** [3] - 174:14, 174:22, 252:12

**conduct** [1] - 22:17

**conducted** [2] - 103:16, 129:11

**Conference** [1] - 117:22

**conference** [8] - 24:1, 24:6, 92:10, 92:14, 92:15, 92:17, 117:21

**conferences** [9] - 23:18, 23:21, 24:4, 25:18, 26:2, 26:5, 92:14, 92:17, 92:19

**confirm** [3] - 57:3, 57:5, 153:15

**confirmed** [2] - 20:7, 194:18

**confirming** [2] - 166:20, 198:24

**confirms** [1] - 84:15

**conflict** [1] - 262:14

**conflicting** [1] - 189:1

**confrontational** [1] - 153:9

**confused** [1] - 30:22

**confusing** [1] - 191:8

**connections** [1] - 124:1

**consider** [17] - 10:17, 86:9, 87:9, 88:16, 90:16, 98:18, 115:1, 115:18, 127:4, 132:13, 135:8, 154:4, 159:3, 169:20, 169:23, 183:3, 201:4

**consideration** [1] - 199:20

**considered** [10] - 26:7, 81:17, 94:1, 132:10, 179:13, 183:1, 184:19, 201:13, 222:10, 242:10

**considering** [2] - 94:12, 218:16

**consistent** [3] - 22:21, 22:22, 102:8

**consistently** [3] - 148:7, 199:24, 200:13

**constituted** [1] - 82:18

**consult** [6] - 127:17, 134:20, 134:24, 135:6, 160:5, 225:24

**contact** [11] - 17:20, 44:12, 46:16, 47:13, 111:15,

112:23, 135:13, 135:19, 176:20, 176:24, 177:12

**contacted** [4] - 45:22, 67:22, 109:21, 124:23

**contacts** [1] - 121:16

**contained** [1] - 173:17

**contains** [1] - 264:14

**contemplation** [1] - 186:3

**content** [2] - 31:22, 157:14

**context** [7] - 19:23, 52:8, 107:11, 108:9, 139:17, 183:4, 183:14

**continuation** [4] - 78:23, 147:11, 169:9, 257:24

**continue** [4] - 132:16, 149:20, 166:13, 192:12

**continued** [3] - 170:7, 216:18, 219:7

**continues** [2] - 61:17, 159:11

**contract** [5] - 186:17, 250:17, 250:22, 250:23, 252:2

**contracts** [1] - 250:19

**contradicting** [1] - 191:9

**contradiction** [1] - 193:20

**contrary** [2] - 176:16, 265:8

**contribute** [2] - 23:21, 169:14

**contributing** [1] - 25:18

**contribution** [1] - 94:13

**controversy** [1] - 264:10

**conversation** [22] - 53:17, 55:24, 134:3, 134:4, 134:8, 137:22, 138:14, 138:21, 139:12, 141:6, 142:7, 144:8, 147:18, 151:22, 151:24, 152:18, 152:23, 157:14, 158:22, 159:6, 173:2, 202:1, 202:4, 202:6, 202:11, 206:20, 213:14, 214:18, 239:12, 239:20, 255:19, 257:11

**conversations** [13] - 118:3, 120:16, 136:9, 138:18, 139:9, 139:11, 141:16, 149:11, 170:13, 173:11, 173:14, 174:20, 239:16

**convey** [1] - 89:15

**conveying** [2] - 89:2, 136:23

**convince** [1] - 166:13

**coordination** [1] - 189:2

**copied** [2] - 137:22, 139:11

**copies** [1] - 138:17

**copy** [5] - 70:2, 129:20, 130:6, 263:9, 263:12

**correct** [313] - 3:19, 3:20, 3:22, 5:21, 5:22, 6:1, 6:2, 6:7, 6:8, 6:10, 7:24, 8:7, 8:16, 11:3, 13:6, 14:12, 15:11, 16:18, 17:2, 19:24, 20:1, 20:4, 20:21, 21:15, 21:19, 21:22, 22:14, 26:20, 28:1, 31:11, 33:19, 34:3,

34:16, 35:8, 37:4, 41:5, 42:12, 42:18, 43:3, 45:18, 46:3, 46:19, 47:9, 49:19, 51:2, 51:22, 53:13, 55:3, 55:10, 56:16, 59:2, 59:13, 59:19, 60:1, 60:12, 60:13, 61:15, 62:9, 62:17, 63:6, 63:10, 64:3, 64:10, 64:11, 64:16, 65:20, 66:6, 66:7, 66:15, 66:19, 67:18, 67:23, 69:23, 72:14, 75:3, 75:7, 77:9, 78:21, 79:3, 82:12, 83:21, 83:24, 84:1, 84:4, 85:24, 86:2, 88:3, 88:4, 93:23, 94:2, 97:6, 97:11, 98:6, 98:7, 105:4, 110:8, 110:12, 110:15, 110:20, 111:16, 112:17, 112:20, 113:2, 113:4, 113:12, 113:19, 114:17, 115:11, 116:10, 120:1, 121:8, 121:16, 121:19, 121:21, 126:2, 126:3, 126:17, 128:16, 129:9, 130:5, 130:15, 130:16, 133:6, 137:18, 137:24, 138:2, 138:5, 138:11, 138:14, 138:15, 138:18, 138:19, 139:9, 139:10, 139:13, 139:14, 139:19, 140:13, 140:16, 140:17, 140:19, 143:18, 145:11, 145:14, 146:4, 146:15, 146:19, 148:3, 148:17, 148:18, 148:23, 148:24, 149:7, 149:8, 149:12, 149:13, 149:16, 149:19, 149:24, 150:1, 150:24, 151:12, 151:20, 151:23, 155:5, 159:9, 159:12, 159:20, 164:9, 164:10, 164:14, 167:7, 168:23, 170:3, 170:10, 171:1, 171:5, 171:10, 171:12, 171:13, 171:16, 171:20, 172:5, 172:15, 173:20, 173:21, 173:23, 173:24, 174:2, 174:3, 174:5, 174:8, 174:17, 174:24, 175:5, 175:7, 175:13, 175:19, 176:8, 176:12, 176:13, 177:16, 177:18, 178:14, 178:15, 178:17, 178:18, 178:21, 180:15, 180:20, 182:8, 182:9, 182:15, 185:6, 185:10, 186:13, 186:14, 187:6, 189:7, 189:13, 190:5, 190:10, 191:4, 192:19, 194:21, 195:3, 196:9, 199:4, 199:10, 200:1, 200:5, 200:11, 200:15, 202:13, 202:15, 204:10, 204:21,

208:8, 208:11, 208:12, 208:14, 208:15, 208:19, 209:10, 211:1, 212:9, 212:13, 212:16, 212:17, 212:22, 213:6, 214:15, 216:13, 216:14, 216:22, 217:3, 217:18, 217:19, 219:6, 220:13, 220:14, 222:12, 222:19, 222:20, 223:16, 225:4, 225:5, 225:21, 225:22, 226:1, 226:13, 226:18, 227:3, 227:13, 228:3, 228:5, 228:19, 228:20, 228:22, 229:4, 229:7, 231:7, 231:8, 231:13, 231:16, 231:19, 232:19, 233:3, 233:5, 233:6, 233:13, 233:16, 233:17, 233:20, 233:22, 233:23, 235:2, 236:17, 237:5, 251:1, 251:2, 251:3, 251:9, 251:10, 251:12, 251:16, 251:20, 252:9, 252:16, 257:15, 261:11, 262:3

**correction** [1] - 131:23

**correctly** [2] - 114:6, 167:11

**counteroffer** [9] - 211:16, 211:19, 211:24, 212:1, 212:2, 213:15, 214:2, 214:13, 214:16

**counteroffers** [2] - 213:3, 213:17

**countries** [7] - 37:20, 37:24, 38:3, 40:24, 41:19, 143:12, 143:15

**country** [19] - 30:3, 31:19, 34:12, 39:17, 41:2, 41:15, 43:16, 43:22, 75:23, 76:22, 76:23, 78:18, 84:13, 203:17, 205:9, 205:10, 214:23, 219:19, 256:22

**Country** [1] - 76:23

**counts** [3] - 24:1, 24:5, 24:6

**COUNTY** [1] - 264:2

**couple** [3] - 77:9, 118:14, 132:18

**course** [3] - 18:19, 153:17, 254:9

**courses** [10] - 8:11, 28:16, 28:18, 31:13, 31:21, 31:22, 32:3, 32:9, 81:8, 259:14

**COURT** [2] - 1:3, 105:15

**court** [6] - 3:13, 4:18, 146:3, 147:6, 158:13, 158:19

**coworker** [1] - 82:9

**Cox** [4] - 63:19, 63:22, 64:10, 67:14

**created** [1] - 14:3

**credentials** [3] - 183:4, 242:15

**credit** [2] - 102:2, 241:24

**Creek** [2] - 77:4, 77:5

**Exhibit 1**

CRL [1] - 1:8
CRL-KLM [1] - 1:8
CSR [3] - 1:17, 1:20, 264:22
culture [20] - 28:14, 37:23, 44:3, 50:5, 51:14, 53:12, 54:2, 85:14, 89:4, 89:5, 92:23, 116:3, 116:6, 125:7, 125:8, 169:8, 169:15, 191:14, 253:24
cultures [1] - 41:19
curious [2] - 44:21, 256:5
current [8] - 16:4, 145:1, 210:2, 228:2, 254:4, 261:20, 262:15
cut [5] - 61:11, 62:7, 62:11, 62:14
CV [1] - 111:8
damage [2] - 235:21, 237:8
damaged [2] - 237:7, 247:13
damages [4] - 235:8, 235:11, 237:19, 247:4
dare [1] - 64:2
dark [2] - 207:1, 207:14
database [4] - 60:24, 67:5, 70:4, 71:13
databases [3] - 26:1, 71:3, 73:4
DATE [1] - 265:9
date [24] - 49:11, 49:14, 66:11, 72:6, 72:13, 73:18, 112:16, 121:10, 132:6, 138:21, 138:22, 139:12, 139:20, 176:17, 178:23, 179:8, 188:20, 189:19, 189:20, 191:7, 212:12, 246:12, 264:10, 265:8
dated [7] - 57:7, 66:9, 83:22, 84:2, 86:10, 112:21, 212:12
dates [6] - 55:16, 109:18, 109:19, 115:5, 179:11, 189:22
dating [3] - 85:19, 88:10, 90:17
days [7] - 139:23, 176:16, 176:21, 177:3, 248:20, 251:18, 251:24
deal [1] - 5:3
dealing [1] - 89:7
dean [40] - 44:5, 44:19, 45:13, 45:19, 108:15, 108:18, 116:1, 116:2, 116:4, 117:3, 117:8, 125:10, 126:7, 127:3, 127:4, 127:6, 127:8, 127:10, 127:11, 128:2, 128:6, 135:4, 165:11, 165:16, 166:5, 166:10, 177:23, 188:18, 204:3, 205:5, 207:19, 211:18, 223:1, 242:2, 242:7, 242:9, 242:12, 253:7
Dean [44] - 45:16, 45:17,

76:3, 120:16, 121:22, 160:22, 161:7, 163:2, 163:16, 164:2, 164:8, 165:4, 165:7, 170:9, 171:18, 172:7, 173:8, 179:4, 182:21, 182:24, 184:22, 187:14, 187:19, 188:19, 188:21, 197:2, 197:3, 197:11, 198:7, 199:19, 203:12, 203:20, 203:21, 206:3, 211:21, 212:21, 214:11, 215:2, 216:15, 222:9, 225:23, 226:6, 230:24, 233:4
dean's [2] - 241:19, 246:20
Deanie [3] - 253:4, 260:14, 260:21
Deannie [1] - 192:1
deans [1] - 261:20
decide [5] - 77:24, 99:15, 109:6, 195:14, 248:22
decided [17] - 37:10, 38:17, 40:12, 42:5, 45:20, 110:2, 110:6, 112:24, 146:2, 158:13, 188:10, 188:12, 190:17, 193:7, 249:5, 253:9
decides [2] - 108:22, 130:13
deciding [2] - 39:14, 195:15
decision [37] - 19:9, 35:2, 96:15, 96:18, 97:20, 99:9, 100:5, 100:11, 104:18, 108:12, 108:18, 126:8, 126:10, 135:3, 147:5, 169:1, 177:4, 179:3, 179:5, 182:22, 189:3, 190:6, 191:8, 193:17, 193:19, 196:11, 197:12, 198:2, 211:2, 216:1, 220:18, 221:24, 236:12, 237:22, 253:3, 253:18
decisions [13] - 34:12, 95:12, 96:20, 98:14, 98:15, 100:10, 105:1, 107:18, 122:3, 230:13, 233:20, 236:5, 241:17
declined [3] - 210:24, 211:20, 213:10
Defendant [5] - 1:10, 1:14, 2:12, 3:3, 265:4
define [1] - 95:22
definitely [8] - 16:5, 54:12, 99:24, 137:10, 229:17, 232:7, 232:8, 262:4
definition [2] - 86:16, 97:16
degrees [3] - 8:18, 31:21
deleted [1] - 144:20
demote [1] - 101:5
demoted [4] - 237:10, 237:22, 238:11, 242:14
demotion [1] - 237:19
denied [2] - 194:6, 211:7
denies [1] - 153:18

Dennis [2] - 46:22, 55:13
deny [1] - 243:11
denying [1] - 255:17
department [95] - 16:2, 17:5, 17:11, 17:13, 19:13, 23:14, 43:18, 44:3, 44:7, 44:17, 44:18, 46:5, 47:17, 50:5, 50:12, 50:14, 67:20, 74:20, 75:21, 76:13, 76:16, 89:19, 94:10, 96:16, 97:20, 97:22, 98:1, 99:1, 99:2, 103:16, 108:13, 108:17, 115:22, 115:23, 115:24, 117:19, 118:13, 125:5, 125:11, 125:19, 126:4, 126:6, 126:20, 127:1, 127:17, 128:6, 130:12, 130:13, 133:2, 140:21, 140:23, 148:5, 153:7, 182:21, 191:21, 193:12, 193:14, 193:17, 194:8, 195:10, 195:11, 195:12, 195:17, 195:23, 196:11, 196:22, 197:24, 201:1, 203:15, 205:8, 206:2, 207:18, 209:24, 211:17, 212:15, 224:18, 224:24, 230:9, 231:19, 246:22, 247:8, 247:21, 247:22, 249:1, 255:13, 255:14, 255:21, 259:15, 260:3, 260:4, 260:7, 261:19, 262:20
Department [22] - 9:23, 25:9, 46:6, 52:20, 60:21, 70:6, 71:10, 71:24, 72:11, 73:3, 116:9, 125:24, 126:1, 126:14, 133:5, 140:4, 140:15, 160:14, 162:16, 170:2, 228:15, 246:3
departments [1] - 126:21
Deponent [1] - 264:7
Deposition [3] - 1:13, 2:21, 112:15
deposition [9] - 4:10, 19:19, 59:7, 114:20, 137:14, 209:6, 250:14, 264:6, 264:11
describe [3] - 94:17, 95:16, 113:11
described [1] - 95:13
deserve [2] - 153:12, 239:4
deserves [1] - 241:24
desire [1] - 93:10
despite [1] - 170:6
destination [4] - 36:22, 37:7, 37:17, 38:4
destinations [1] - 37:20
detailed [2] - 224:10, 242:3
details [2] - 238:20, 257:23
determine [1] - 20:16
devoted [1] - 30:14
dictator [3] - 53:14, 87:10, 89:7

difference [9] - 9:21, 10:7, 10:15, 15:17, 19:1, 30:16, 30:23, 34:22, 195:9
differences [1] - 15:19
different [80] - 8:11, 9:8, 13:24, 23:13, 27:13, 27:15, 27:16, 28:9, 29:17, 29:23, 31:16, 31:18, 31:19, 31:20, 41:18, 41:19, 52:3, 67:16, 71:8, 71:15, 77:2, 84:8, 88:16, 93:1, 99:8, 100:6, 104:20, 108:12, 111:5, 119:12, 126:21, 128:7, 130:9, 135:21, 135:22, 143:11, 144:22, 161:19, 162:11, 163:5, 170:23, 188:18, 188:20, 189:3, 189:12, 189:19, 189:20, 191:6, 191:7, 191:13, 192:1, 192:4, 192:5, 194:2, 195:4, 195:7, 195:8, 195:10, 195:12, 195:13, 195:18, 196:13, 197:19, 198:24, 205:5, 216:6, 223:6, 224:2, 230:9, 239:17, 243:14, 246:22, 247:6, 247:7, 253:2, 253:6
differently [1] - 105:8
difficult [3] - 3:10, 60:20, 123:1
DIR [1] - 259:22
direct [5] - 65:19, 67:2, 70:12, 81:6, 89:4
Direct [1] - 2:16
DIRECT [1] - 3:6
directed [1] - 68:11
directly [4] - 68:6, 160:23, 160:24, 242:7
disagree [1] - 186:8
disappointed [4] - 168:14, 168:20, 169:5, 253:23
discipline [12] - 8:17, 10:4, 14:13, 14:14, 23:16, 23:17, 23:22, 24:23, 24:24, 28:24, 29:1, 101:3
disciplines [1] - 23:18
disclosure [1] - 220:7
discourage [1] - 260:13
discovery [1] - 57:16
Discovery [1] - 59:19
discriminated [3] - 205:24, 206:1, 218:11
discrimination [19] - 146:4, 147:4, 158:14, 158:20, 178:24, 179:13, 191:19, 191:23, 215:5, 216:12, 217:4, 217:5, 217:9, 217:13, 218:3, 219:2, 221:5, 225:3
discuss [8] - 53:11, 54:14, 57:10, 93:10, 100:9, 107:13, 108:7, 125:9
discussed [20] - 50:10,

Exhibit 1

50:16, 50:19, 50:20, 51:1, 56:15, 56:18, 56:21, 57:1, 62:4, 69:2, 73:13, 107:7, 107:10, 107:18, 135:4, 149:14, 170:20, 199:2, 241:18

**discussing** [8] - 51:14, 99:19, 107:24, 109:3, 132:5, 139:1, 139:22, 166:13

**discussion** [4] - 107:15, 107:23, 110:1, 166:10

**discussions** [3] - 121:14, 173:10, 196:14

**dissatisfaction** [1] - 260:5

**distance** [11] - 239:3, 239:8, 239:10, 239:21, 240:3, 240:5, 240:17, 241:2, 242:24, 243:9, 244:23

**distinction** [1] - 9:22

**DISTRICT** [2] - 1:3, 1:3

**diverse** [1] - 11:11

**division** [1] - 98:16

**DIVISION** [1] - 1:4

**doctors** [1] - 211:3

**document** [10] - 60:8, 61:21, 62:15, 65:3, 112:13, 146:14, 156:24, 176:17, 178:19, 197:19

**documentation** [18] - 6:5, 8:14, 27:8, 33:17, 34:19, 43:13, 50:20, 52:21, 57:20, 59:16, 60:14, 91:3, 102:21, 108:20, 170:17, 172:22, 200:12, 200:18

**documented** [2] - 115:10, 127:23

**documents** [12] - 5:23, 12:16, 57:14, 58:11, 64:23, 74:2, 74:10, 137:21, 140:22, 191:17, 197:21

**done** [9] - 90:24, 147:13, 157:23, 158:11, 162:8, 166:24, 175:11, 239:4, 259:1

**double** [34] - 12:6, 29:14, 32:11, 32:22, 33:15, 33:20, 34:6, 34:10, 34:24, 35:14, 39:6, 39:24, 40:6, 42:9, 54:12, 55:16, 62:2, 63:6, 64:5, 64:6, 68:8, 68:12, 71:5, 71:22, 72:10, 94:11, 95:10, 109:16, 109:19, 120:4, 123:22, 215:15, 216:5, 229:11

**double-check** [30] - 12:6, 29:14, 32:11, 32:22, 33:15, 33:20, 34:6, 34:10, 34:24, 35:14, 39:6, 39:24, 40:6, 42:9, 54:12, 55:16, 62:2, 64:5, 64:6, 68:8, 68:12, 71:5, 71:22, 72:10, 109:16, 109:19, 120:4, 123:22,

215:15, 229:11

**down** [13] - 4:18, 4:20, 12:9, 12:20, 37:1, 93:7, 96:22, 167:9, 192:10, 219:24, 220:9, 260:6, 264:11

**download** [5] - 71:21, 71:24, 72:2, 72:12, 72:21

**downloaded** [3] - 70:3, 71:3, 71:13

**downloads** [1] - 103:1

**downtown** [1] - 259:23

**Dr** [38] - 44:9, 44:10, 44:14, 51:9, 53:7, 53:11, 63:19, 63:22, 64:9, 76:17, 76:18, 82:19, 86:10, 87:3, 91:16, 93:10, 93:22, 116:10, 117:1, 119:4, 147:20, 191:20, 199:15, 206:10, 209:20, 209:21, 211:3, 212:6, 212:11, 212:24, 214:12, 220:20, 221:20, 225:15, 227:9, 261:13, 262:1

**duly** [3] - 3:3, 112:13, 264:8

**during** [11] - 16:16, 19:10, 21:12, 45:3, 83:13, 107:22, 159:7, 164:23, 188:15, 208:22, 216:16

**duties** [5] - 6:18, 7:1, 27:7, 28:20, 28:22

**e-mail** [68] - 50:20, 52:20, 55:5, 57:2, 57:4, 57:9, 57:13, 59:10, 59:12, 60:5, 60:8, 60:10, 60:15, 61:6, 61:7, 61:11, 62:3, 62:6, 62:11, 62:15, 62:18, 63:9, 63:10, 64:5, 64:14, 66:4, 66:5, 66:14, 68:1, 68:6, 68:18, 69:5, 69:8, 69:16, 70:17, 72:20, 74:11, 80:11, 80:15, 83:16, 83:19, 84:2, 84:21, 93:13, 112:5, 112:12, 113:7, 118:19, 132:18, 142:23, 164:24, 172:14, 173:7, 174:20, 197:21, 198:9, 198:18, 199:1, 207:11, 212:5, 212:11, 212:20, 213:8, 213:13, 214:1, 214:12

**e-mails** [35] - 39:1, 39:7, 57:6, 57:23, 59:5, 59:15, 60:22, 63:8, 66:8, 66:17, 67:4, 67:6, 68:3, 68:4, 69:18, 69:20, 70:20, 70:24, 72:5, 72:9, 72:12, 73:9, 73:10, 73:11, 74:14, 80:14, 93:9, 110:22, 115:4, 127:19, 172:8, 172:9, 175:1, 177:24, 199:23

**early** [1] - 138:23

**easier** [2] - 37:22, 150:13

**edition** [1] - 159:2

**editorial** [1] - 24:3

**educational** [2] - 20:16, 182:11

**effect** [2] - 9:16

**effective** [1] - 49:22

**effort** [5] - 13:6, 139:16, 155:1, 155:10, 236:18

**efforts** [3] - 119:5, 124:20, 166:1

**ego** [2] - 87:14, 90:23

**either** [11] - 5:2, 47:12, 54:11, 56:12, 102:5, 120:3, 154:8, 154:9, 163:14, 231:6, 245:15

**elderly** [1] - 93:2

**element** [1] - 10:6

**elements** [2] - 6:20, 29:2

**elevated** [2] - 190:20, 209:15

**eligibility** [2] - 188:20, 191:7

**eligible** [5] - 188:22, 188:24, 195:21, 208:4, 215:23

**emotion** [1] - 168:11

**emotional** [3] - 53:23, 153:5, 156:13

**employed** [7] - 5:20, 6:6, 6:12, 146:8, 181:24, 224:3, 236:19

**employee** [4] - 207:22, 208:2, 221:2, 228:2

**employer** [1] - 110:20

**employment** [25] - 8:6, 38:19, 109:14, 121:7, 131:21, 148:17, 171:18, 182:3, 182:4, 182:5, 184:13, 186:7, 201:15, 201:23, 202:14, 203:2, 203:4, 203:11, 205:1, 220:18, 223:15, 225:20, 227:9, 228:18, 252:13

**encounter** [2] - 92:4, 92:8

**encounters** [1] - 93:24

**end** [11] - 49:22, 49:24, 62:16, 63:15, 63:17, 64:1, 74:23, 151:18, 160:7, 167:22, 240:10

**ends** [3] - 64:2, 64:9, 87:23

**engage** [1] - 196:19

**England** [1] - 88:18

**English** [8] - 28:15, 28:16, 37:19, 38:1, 80:14, 88:17, 88:18, 89:3

**enjoyment** [1] - 236:4

**entitled** [1] - 265:6

**envelope** [1] - 129:5

**environmental** [1] - 9:15

**equal** [1] - 94:12

**Equity** [4] - 192:2, 223:7, 253:4, 253:5

**era** [1] - 96:5

**Ermatinger** [1] - 212:21

**errors** [4] - 84:17, 85:17

**escalate** [2] - 73:24, 74:16

**especially** [5] - 14:6, 31:12,

49:10, 89:5, 126:3

**essentially** [1] - 15:13

**established** [1] - 146:14

**et** [3] - 38:3, 119:1, 119:2

**European** [4] - 33:14, 33:22, 34:4, 34:14

**evaluate** [2] - 98:6, 102:18

**evaluated** [5] - 97:8, 97:12, 99:17, 102:23, 230:6

**evaluation** [33] - 50:6, 50:21, 51:6, 53:9, 54:17, 56:8, 56:22, 74:13, 95:11, 95:15, 96:2, 96:3, 96:11, 96:13, 97:1, 97:10, 102:7, 102:16, 103:21, 104:10, 105:12, 106:17, 107:17, 107:20, 108:14, 147:16, 148:9, 148:12, 191:11, 216:3, 254:7, 254:8, 262:10

**evaluations** [8] - 58:23, 98:18, 99:11, 99:21, 103:14, 107:11, 108:9, 108:19

**events** [3] - 147:6, 147:23, 254:15

**everywhere** [4] - 33:7, 35:17, 35:18, 237:14

**evidence** [15] - 65:7, 101:8, 101:18, 102:5, 158:15, 169:24, 216:11, 216:23, 218:2, 218:5, 218:11, 218:16, 218:20, 262:11

**evidences** [1] - 65:19

**exact** [12] - 32:3, 49:14, 66:11, 80:7, 115:5, 120:23, 123:16, 132:6, 138:13, 138:22, 179:10, 215:15

**exactly** [23] - 19:18, 38:24, 68:9, 69:5, 71:21, 104:1, 112:3, 115:5, 136:18, 138:24, 140:1, 142:4, 181:5, 182:23, 193:5, 193:21, 198:9, 210:8, 210:9, 223:12, 227:24, 242:10, 256:24

**exaggeration** [1] - 93:8

**Examination** [1] - 2:16

**EXAMINATION** [1] - 3:6

**examined** [1] - 3:4

**example** [13] - 9:10, 9:11, 11:3, 40:16, 75:13, 94:19, 94:22, 95:8, 95:21, 97:7, 102:18, 122:23, 247:17

**exceed** [1] - 101:17

**exceeded** [3] - 14:24, 15:1, 101:19

**exceeding** [5] - 101:9, 102:6, 104:12, 106:15, 218:21

**exceeds** [2] - 101:24, 104:5

**except** [2] - 226:7, 265:8

**exchange** [1] - 112:5

**exchanged** [4] - 72:6, 73:11, 83:17, 175:1

**Exhibit 1**

exchanges [1] - 118:14
excited [1] - 4:13
Excused [1] - 263:14
executive [8] - 99:5, 108:16, 126:6, 230:11, 230:12, 230:15, 241:20, 261:21
Executive [2] - 195:24, 196:2
Exhibit [36] - 2:21, 58:4, 58:7, 58:14, 58:15, 58:16, 58:17, 58:20, 58:22, 59:3, 59:19, 60:9, 62:8, 64:24, 65:19, 112:11, 112:15, 137:9, 137:10, 137:12, 137:18, 137:20, 138:4, 138:10, 138:11, 138:13, 138:14, 138:16, 138:20, 139:7, 140:18, 145:19, 149:11, 200:3, 234:4
exhibits [1] - 137:1
Exhibits [1] - 70:11
EXHIBITS [1] - 2:19
existed [1] - 120:18
existing [2] - 103:21
exit [31] - 46:17, 46:20, 47:7, 47:13, 47:24, 48:3, 48:18, 48:22, 49:4, 49:6, 49:11, 50:9, 55:17, 57:7, 57:9, 57:11, 57:24, 59:12, 64:23, 65:8, 65:21, 66:12, 66:22, 67:22, 68:20, 70:18, 107:8, 108:2, 109:11, 110:23, 112:4
expect [4] - 22:5, 135:13, 191:12, 194:1
expectation [2] - 47:11, 135:19
expectations [25] - 15:1, 15:4, 21:22, 101:10, 101:11, 101:17, 101:19, 101:24, 102:1, 103:11, 104:5, 104:11, 104:12, 106:8, 106:10, 106:15, 122:14, 122:21, 215:22, 215:23, 218:18, 218:19, 218:21
expected [7] - 7:9, 103:7, 106:4, 106:13, 122:23, 123:2, 135:6
expecting [2] - 193:21, 253:24
expense [1] - 157:6
experience [21] - 41:18, 47:1, 47:17, 69:13, 73:20, 94:8, 123:2, 129:7, 129:12, 141:21, 153:6, 155:23, 168:15, 216:2, 216:5, 217:7, 217:8, 219:1, 221:8, 222:18, 239:18
experienced [20] - 41:21, 49:8, 50:8, 56:4, 75:20, 94:9, 135:24, 147:20, 155:18, 158:16, 159:1, 222:1, 222:2, 227:20,

252:23, 253:1, 253:21, 253:22, 254:22
experiences [4] - 168:21, 231:6, 232:1, 232:4
experiencing [6] - 7:17, 52:13, 191:18, 192:6, 192:15, 192:17
expertise [1] - 11:12
explain [10] - 9:5, 177:8, 177:11, 183:20, 188:11, 190:14, 190:16, 203:1, 238:14, 238:15
explained [4] - 73:20, 75:15, 177:24, 255:4
explaining [1] - 105:13
explanation [1] - 243:22
exposed [1] - 193:13
extensive [1] - 101:7
extent [2] - 23:6, 205:16
external [1] - 218:20
externally [1] - 238:22
extract [1] - 70:6
extremely [1] - 168:14
extremity [1] - 169:5
eyesight [1] - 59:20
FAC [1] - 224:6
face [16] - 52:19, 55:4, 55:19, 57:11, 69:2, 165:9, 203:13, 203:14, 256:17, 257:10
facility [2] - 41:9, 48:24
facing [1] - 41:24
fact [9] - 20:23, 37:8, 89:16, 163:3, 165:18, 183:23, 184:15, 199:5, 199:23
factor [3] - 31:1, 184:16, 184:18
facts [5] - 101:23, 103:4, 104:23, 105:1, 105:11
faculty [47] - 6:20, 28:13, 28:23, 44:17, 44:18, 52:3, 77:23, 82:10, 96:16, 97:8, 97:19, 97:24, 98:5, 98:6, 98:8, 98:16, 99:19, 100:8, 100:16, 100:20, 102:4, 102:19, 104:7, 105:23, 115:23, 116:19, 116:20, 119:18, 131:11, 135:1, 136:15, 136:22, 140:22, 160:14, 162:15, 169:2, 170:1, 185:6, 210:14, 212:3, 215:13, 221:4, 224:5, 225:9, 232:16, 234:19, 245:6
fair [16] - 5:12, 40:1, 47:10, 48:10, 69:21, 70:15, 97:5, 97:10, 98:2, 103:14, 104:21, 105:5, 108:22, 120:19, 250:18, 261:9
fall [5] - 28:7, 34:3, 121:1, 121:4, 124:13
familiar [9] - 18:2, 18:7, 18:12, 18:23, 18:24, 19:2, 42:22, 44:17, 198:18

family [3] - 91:24, 93:3, 249:6
fantastic [1] - 241:21
far [5] - 63:15, 96:12, 152:19, 218:8, 250:3
Farsi [1] - 44:1
fast [6] - 12:10, 12:11, 105:20, 148:11, 159:4, 235:14
father [5] - 53:15, 81:14, 81:15, 89:19, 153:6
favorable [1] - 131:5
favorably [9] - 203:15, 204:7, 204:8, 204:18, 205:8, 206:15, 255:21, 256:20, 257:16
favorite [3] - 37:6, 37:20, 38:4
fear [2] - 87:17, 240:17
February [6] - 54:11, 111:20, 112:22, 113:24, 114:24, 258:9
fed [6] - 146:20, 147:17, 147:21, 155:18, 157:24, 184:10
fee [1] - 25:4
feeding [1] - 203:7
feelings [4] - 55:22, 151:16, 159:20, 167:18
fell [1] - 75:11
felt [6] - 167:18, 183:22, 185:3, 187:4, 192:17
female [6] - 95:5, 95:6, 215:13, 215:18, 215:19, 241:20
few [12] - 4:15, 55:14, 55:15, 116:4, 122:10, 127:22, 139:23, 203:23, 250:12, 261:23, 262:6, 262:8
fiery [1] - 151:7
fighting [1] - 238:22
figure [5] - 53:15, 81:14, 89:19, 153:7, 245:20
file [10] - 74:4, 74:21, 75:1, 146:23, 148:19, 233:16, 253:9, 253:14, 254:14, 260:18
filed [8] - 57:17, 146:18, 178:16, 179:17, 190:8, 252:18, 253:19, 258:12
fill [5] - 188:9, 188:12, 190:1, 190:11, 235:2
filled [2] - 208:13, 234:22
final [6] - 10:18, 126:8, 141:12, 175:6, 177:4, 179:5
finalized [1] - 34:8
finally [1] - 158:13
finance [1] - 230:10
finances [1] - 22:20
financial [3] - 15:18, 21:10, 21:17
fine [13] - 12:15, 12:21,

19:17, 111:18, 134:17, 138:9, 157:21, 159:24, 175:2, 192:12, 200:19, 200:24, 209:4
finish [6] - 4:22, 18:18, 18:20, 18:21, 118:10, 227:1
firing [1] - 96:19
first [84] - 3:3, 3:16, 4:21, 11:17, 12:17, 13:16, 19:24, 21:7, 33:3, 45:21, 51:13, 51:16, 52:12, 52:18, 53:3, 56:9, 71:10, 75:19, 78:11, 82:7, 92:4, 92:8, 100:7, 109:7, 109:9, 109:12, 109:21, 110:3, 110:19, 112:23, 116:11, 116:23, 117:10, 120:11, 128:4, 128:20, 128:23, 129:2, 131:16, 133:10, 133:13, 139:7, 141:17, 142:10, 142:11, 143:19, 144:8, 146:7, 149:5, 149:14, 149:17, 161:5, 162:1, 165:8, 165:15, 167:16, 181:22, 183:16, 184:20, 188:17, 189:4, 190:6, 191:6, 196:24, 197:20, 198:2, 199:8, 202:1, 202:3, 203:2, 205:3, 210:24, 211:7, 212:20, 220:22, 228:2, 228:12, 229:15, 232:17, 236:21, 255:6, 255:12, 257:4, 259:7
firsthand [2] - 232:23, 233:1
fish [1] - 234:5
five [17] - 39:5, 39:11, 123:20, 123:21, 123:23, 124:3, 150:18, 159:18, 160:7, 160:8, 162:1, 162:5, 162:7, 162:10, 164:17, 164:20, 260:15
fixed [1] - 191:12
flew [1] - 79:12
focus [1] - 124:20
focused [2] - 11:8, 17:8
focusing [2] - 8:5, 204:13
folder [5] - 74:2, 74:3, 74:6, 141:3
follow [5] - 30:20, 102:22, 125:16, 153:1, 153:15
follow-up [1] - 153:1
followed [1] - 134:4
following [2] - 55:5, 55:8
follows [2] - 3:5, 126:10
FOR [1] - 1:3
forced [3] - 35:2, 221:9, 223:13
forces [2] - 207:1, 207:15
foregoing [3] - 264:11, 264:13, 265:6
forget [1] - 34:11
forgot [2] - 192:13, 228:11

Exhibit 1

**form** [7] - 130:6, 142:22, 147:4, 186:1, 200:16, 204:2, 264:13
**formal** [9] - 74:4, 74:21, 75:1, 172:4, 172:6, 172:10, 175:14, 176:10, 233:16
**formally** [1] - 74:16
**former** [13] - 16:2, 205:8, 206:2, 206:4, 207:2, 207:18, 208:22, 211:17, 221:2, 255:21, 261:19, 262:15
**forth** [3] - 176:1, 234:3, 265:7
**forward** [4] - 61:6, 236:6, 241:10, 260:13
**four** [20] - 11:22, 12:23, 13:1, 13:10, 13:11, 103:5, 106:2, 119:20, 119:21, 119:22, 119:23, 122:24, 150:18, 159:11, 159:15, 159:17, 159:19, 160:2, 167:12, 167:13
**fragile** [1] - 90:23
**frame** [1] - 216:17
**France** [39] - 6:9, 27:7, 28:21, 29:4, 29:18, 30:1, 30:6, 31:9, 31:16, 33:4, 33:11, 33:18, 34:16, 34:20, 36:3, 36:23, 37:2, 37:6, 37:14, 37:24, 38:17, 39:14, 40:13, 41:22, 42:6, 45:21, 75:6, 109:7, 110:3, 113:1, 113:9, 119:1, 124:15, 143:1, 144:21, 145:10, 211:23, 236:10, 237:12
**freedom** [1] - 98:12
**French** [6] - 28:17, 28:18, 30:16, 76:3, 144:23, 145:6
**Friday** [1] - 57:16
**friend** [24] - 60:5, 60:11, 61:10, 61:12, 61:22, 62:12, 63:14, 63:22, 66:4, 82:13, 132:11, 132:13, 132:15, 142:18, 154:1, 154:2, 154:4, 161:7, 205:22, 240:19, 240:20, 242:12, 244:22, 261:5
**friendly** [11] - 77:18, 79:16, 82:6, 82:15, 82:16, 132:12, 132:14, 133:13, 142:19, 154:3, 243:20
**friends** [15] - 91:14, 136:13, 136:14, 136:15, 136:24, 165:1, 205:22, 206:23, 240:23, 241:19, 242:2, 244:16, 244:18, 246:20, 261:4
**friendship** [1] - 88:2
**front** [2] - 137:12, 172:2
**frozen** [3] - 76:11, 80:9, 153:7
**fulfill** [1] - 24:9

**full** [62] - 6:23, 40:17, 179:15, 179:21, 179:24, 180:4, 180:6, 180:8, 180:13, 180:17, 183:7, 185:5, 187:4, 187:8, 187:21, 188:13, 188:22, 190:4, 190:9, 190:21, 194:23, 195:4, 207:12, 208:3, 208:5, 208:6, 208:10, 208:14, 208:21, 210:3, 210:6, 210:23, 211:7, 211:22, 215:14, 215:17, 215:19, 215:24, 217:2, 219:9, 224:1, 227:16, 228:7, 228:9, 228:19, 229:6, 229:20, 229:22, 229:23, 230:1, 234:2, 234:7, 234:22, 235:16, 237:9, 237:10, 237:11, 237:17, 238:16, 242:10, 261:1
**full-time** [1] - 215:17
**fully** [1] - 265:7
**future** [9] - 35:22, 35:23, 35:24, 36:1, 36:2, 36:3, 111:7, 190:18

**G-H-O-L-A-M-I** [1] - 3:17
**gas** [1] - 255:17
**gather** [1] - 24:20
**gender** [30] - 78:2, 82:23, 89:8, 94:5, 94:7, 94:8, 94:9, 94:15, 94:17, 94:22, 95:8, 95:16, 95:19, 147:16, 148:14, 158:21, 159:3, 204:11, 214:21, 215:1, 215:4, 215:21, 216:12, 216:24, 218:3, 219:20, 220:19, 224:11, 227:21, 254:8
**general** [7] - 50:5, 53:13, 103:18, 109:22, 109:23, 144:1, 216:1
**generalizing** [2] - 38:10, 38:11
**generally** [1] - 151:14
**generation** [1] - 176:16
**Gholami** [3] - 3:10, 59:18, 137:17
**GHOLAMI** [6] - 1:6, 1:13, 3:1, 264:8, 265:2, 265:5
**Given** [1] - 264:16
**given** [15] - 7:11, 16:10, 17:1, 18:13, 18:15, 19:10, 50:19, 59:18, 88:24, 188:15, 188:17, 250:17, 251:24, 265:6, 265:7
**glad** [2] - 91:2, 91:5
**global** [1] - 10:21
**God** [2] - 76:11, 76:12
**govern** [1] - 98:9
**governance** [40] - 50:8, 50:22, 51:1, 51:3, 51:4, 53:8, 54:17, 56:7, 56:19,

56:20, 94:18, 94:23, 95:7, 95:14, 95:24, 96:1, 96:12, 96:24, 97:15, 97:17, 98:4, 98:12, 98:13, 99:1, 100:2, 100:13, 101:13, 103:13, 105:9, 106:11, 107:10, 107:14, 108:8, 147:15, 148:10, 148:13, 217:16, 217:18, 218:7
**governing** [1] - 98:1
**graduate** [1] - 249:14
**graduates** [1] - 249:13
**grammatical** [1] - 84:17
**grapevine** [7] - 197:22, 198:3, 198:8, 198:20, 198:21, 199:12, 203:12
**great** [2] - 138:16, 151:13
**green** [11] - 33:9, 145:20, 145:21, 149:17, 167:4, 181:16, 181:19, 181:23, 182:7, 182:17, 185:21
**Gribbins** [2] - 257:3, 257:6
**GRIBBINS** [1] - 257:6
**group** [8] - 10:23, 26:10, 44:4, 98:9, 119:12, 191:24, 192:6, 223:8
**groups** [2] - 11:10, 24:9
**guess** [5] - 83:23, 130:23, 130:24, 198:16, 198:17
**guidelines** [2] - 14:23, 81:7
**guy** [2] - 131:12, 158:17
**guys** [3] - 23:16, 95:4, 210:12
**H-A-S-S-A-N** [1] - 244:8
**habit** [1] - 12:13
**Hadidi** [47] - 17:15, 43:20, 44:5, 44:9, 44:10, 44:14, 50:14, 50:17, 51:9, 52:20, 53:7, 53:11, 54:2, 74:11, 76:17, 76:18, 82:19, 86:10, 87:3, 91:16, 93:10, 93:22, 94:8, 116:10, 117:1, 117:23, 119:4, 119:14, 119:23, 147:20, 199:15, 206:10, 212:6, 212:11, 212:24, 214:12, 219:19, 220:20, 221:20, 222:6, 222:11, 225:15, 227:9, 247:19, 256:21, 261:13, 262:1
**Haines** [4] - 1:16, 1:20, 264:4, 264:22
**half** [1] - 56:13
**hand** [3] - 172:11, 220:3, 264:16
**handed** [3] - 74:3, 83:18, 220:12
**handing** [1] - 212:4
**happy** [5] - 112:6, 122:5, 131:18, 133:4, 152:5
**harass** [1] - 255:10
**harassed** [6] - 183:24, 184:16, 255:7, 257:21,

258:13, 258:22
**harassing** [1] - 255:1
**harassment** [66] - 37:14, 50:4, 51:15, 53:2, 53:12, 54:1, 54:16, 56:6, 56:16, 74:12, 75:9, 75:11, 75:12, 75:20, 76:15, 79:19, 81:3, 81:6, 81:8, 81:9, 81:17, 82:18, 82:21, 82:24, 89:8, 94:2, 94:5, 94:7, 94:8, 94:9, 94:15, 94:17, 94:22, 95:9, 95:16, 95:19, 133:1, 133:11, 133:18, 146:3, 147:4, 147:17, 148:5, 148:14, 153:6, 158:14, 158:19, 158:21, 159:3, 183:5, 183:12, 196:23, 205:4, 205:12, 221:22, 224:11, 227:21, 238:19, 245:24, 247:22, 252:24, 254:8, 254:23, 260:11
**hard** [3] - 5:14, 105:20, 241:22
**harm** [2] - 259:1, 259:3
**harmed** [1] - 235:12
**HASSAN** [1] - 244:7
**Hassan** [5] - 120:3, 239:17, 244:4, 244:5, 244:6
**Head** [1] - 52:20
**head** [29] - 5:1, 5:14, 16:2, 17:5, 17:11, 17:13, 19:13, 43:18, 44:7, 50:5, 50:12, 50:15, 75:21, 76:13, 76:16, 116:1, 133:2, 148:5, 203:16, 205:9, 206:2, 207:18, 211:17, 231:20, 247:22, 249:1, 255:21, 260:4, 260:7
**head's** [1] - 196:23
**heading** [1] - 140:15
**heads** [1] - 261:19
**health** [2] - 236:3, 248:6
**hear** [12] - 5:19, 62:12, 69:12, 73:21, 73:24, 111:4, 125:4, 160:20, 161:13, 163:16, 248:3, 248:5
**heard** [21] - 115:23, 115:24, 116:14, 117:9, 121:1, 127:21, 127:24, 160:9, 160:18, 163:14, 164:2, 164:18, 197:15, 198:3, 205:5, 242:10, 245:5, 247:5, 247:16, 248:1
**hearing** [5] - 12:17, 97:1, 110:18, 216:8, 242:19
**hearted** [1] - 88:1
**heated** [1] - 136:9
**Heather** [5] - 223:21, 223:22, 223:23, 223:24, 232:14
**held** [1] - 102:5
**hello** [3] - 165:9, 165:11, 165:12
**help** [7] - 52:10, 55:6, 70:7,

**Exhibit 1**

83:6, 93:15, 184:4, 185:21
**helped** [2] - 54:24, 203:24
**helpful** [1] - 10:16
**helping** [1] - 206:12
**hereby** [2] - 264:5, 265:5
**herein** [3] - 3:2, 264:7, 264:10
**hesitation** [1] - 197:1
**HEYL** [1] - 2:8
**hierarchy** [4] - 92:24, 93:1, 93:7, 127:5
**high** [4] - 21:21, 122:15, 122:21, 212:2
**higher** [2] - 21:23, 226:23
**higher-ups** [1] - 226:23
**highly** [3] - 90:15, 90:18, 212:3
**himself** [4] - 136:13, 136:24, 203:23, 205:6
**hire** [3] - 42:3, 125:17, 126:15
**hired** [12] - 11:17, 19:23, 44:11, 116:21, 117:20, 125:23, 180:3, 185:4, 197:5, 210:7, 237:9, 246:12
**hiring** [9] - 96:19, 98:20, 99:21, 100:9, 109:17, 125:20, 126:2, 244:15, 246:16
**history** [12] - 52:4, 89:8, 130:23, 140:23, 207:17, 215:4, 221:7, 224:1, 224:11, 227:18, 228:13, 237:13
**hold** [6] - 60:20, 62:20, 62:24, 159:13, 164:12, 262:12
**home** [4] - 80:24, 81:1, 241:5
**honest** [5] - 34:7, 127:2, 184:21, 246:10, 258:14
**honored** [1] - 91:11
**hope** [3] - 88:2, 105:5, 125:5
**hopeful** [1] - 97:23
**hopes** [1] - 125:6
**hoping** [5] - 116:6, 169:7, 169:12, 170:11, 246:6
**hour** [3] - 1:15, 56:13, 85:23
**houses** [2] - 78:1, 79:13
**HR** [11] - 125:18, 187:13, 187:19, 192:2, 192:3, 223:6, 223:10, 253:3, 253:9, 260:10
**hundred** [3] - 20:8, 23:5, 32:12
**hurt** [7] - 87:14, 95:6, 151:18, 154:10, 154:12, 159:20, 167:18
**hurting** [1] - 90:23
**husband** [2] - 76:3, 76:5
**ICIS** [1] - 117:21
**idea** [4] - 18:24, 152:3, 152:15, 241:12

**ideas** [1] - 151:15
**identification** [1] - 112:14
**identified** [2] - 68:23, 73:14
**identify** [5] - 207:21, 219:16, 220:15, 234:1, 234:16
**identifying** [2] - 209:14, 217:14
**identity** [3] - 7:13, 16:1, 19:12
**IDHR** [9] - 42:20, 42:22, 43:2, 146:18, 146:23, 178:17, 178:21, 179:17, 258:12
**Illini** [1] - 77:1
**ILLINOIS** [3] - 1:3, 1:9, 264:1, 265:4
**Illinois** [5] - 1:16, 2:4, 2:10, 27:18, 264:17
**imagine** [2] - 253:7, 260:22
**immediately** [2] - 52:15, 202:9
**immigrant** [2] - 36:3, 37:5
**immigrants** [4] - 37:7, 37:21, 38:1, 38:5, 38:8, 38:9, 38:15
**immigration** [1] - 36:22
**impact** [7] - 20:24, 21:2, 34:15, 34:19, 35:20, 99:17, 237:21
**impacted** [4] - 204:24, 219:18, 220:18, 221:19
**impacting** [1] - 256:12
**implied** [1] - 83:9
**implying** [1] - 83:3
**impolite** [1] - 88:19
**important** [11] - 4:19, 14:17, 41:7, 49:7, 74:19, 98:14, 98:15, 183:14, 189:4, 235:20, 236:5
**impossible** [9] - 50:19, 53:15, 53:16, 54:23, 71:16, 123:23, 124:3, 131:1, 172:18
**impression** [8] - 77:22, 80:2, 82:5, 91:19, 91:21, 204:2, 247:16, 256:13
**improvement** [1] - 125:7
**IN** [1] - 1:3
**incident** [14] - 79:15, 80:12, 82:8, 144:21, 148:4, 168:17, 169:9, 169:19, 205:4, 205:12, 241:8, 245:24, 247:20, 247:21
**incidents** [1] - 148:6
**include** [5] - 64:14, 72:9, 99:22, 139:12, 168:12
**included** [4] - 119:23, 176:3, 228:18, 228:20
**includes** [3] - 85:17, 158:22, 212:19
**including** [14] - 37:13, 41:21, 56:6, 95:19, 148:3, 203:20, 205:5, 205:6, 206:11, 209:20, 237:1, 240:4,

243:21, 248:2
**increased** [1] - 140:11
**independent** [1] - 93:14
**INDEX** [1] - 2:14
**India** [1] - 92:24
**Indian** [2] - 161:8, 262:7
**indicate** [15] - 5:23, 43:14, 90:14, 92:20, 111:17, 113:8, 114:8, 115:13, 149:21, 160:2, 177:20, 203:9, 214:24, 221:18, 235:1
**indicated** [2] - 49:18, 265:8
**indicates** [4] - 141:4, 168:13, 170:23, 251:17
**indicating** [4] - 86:11, 88:5, 167:17, 174:14
**indication** [2] - 35:22, 176:22
**individually** [1] - 191:24
**individuals** [13] - 103:23, 188:19, 209:11, 209:22, 209:23, 217:22, 231:23, 232:13, 242:17, 246:2, 248:2, 258:15, 258:16
**industries** [1] - 9:9
**influence** [3] - 100:4, 100:20, 100:22
**influenced** [1] - 197:4
**inform** [1] - 134:10
**informal** [1] - 174:6
**information** [88] - 7:10, 7:11, 9:6, 9:8, 9:11, 9:13, 9:17, 10:20, 10:22, 11:1, 11:6, 17:1, 17:4, 18:13, 18:15, 19:10, 24:20, 26:15, 26:17, 29:1, 47:16, 55:24, 58:19, 59:3, 80:3, 92:15, 92:16, 98:17, 102:8, 106:7, 107:7, 120:6, 129:21, 145:19, 149:21, 164:11, 165:20, 168:12, 173:17, 178:1, 184:9, 184:12, 186:16, 188:14, 188:16, 188:17, 189:1, 189:12, 194:15, 196:12, 197:3, 197:7, 197:10, 197:18, 198:9, 198:11, 198:22, 198:23, 201:12, 201:20, 203:8, 204:22, 208:23, 210:8, 211:21, 214:24, 216:10, 221:17, 222:9, 224:10, 224:22, 225:7, 225:17, 226:18, 226:21, 230:18, 232:21, 235:1, 242:3, 246:11, 246:21, 251:5, 251:6, 257:2, 261:10
**Information** [10] - 8:12, 8:14, 24:14, 24:17, 24:19, 25:2, 25:7, 29:21, 92:12, 117:22
**infrastructure** [1] - 38:14
**initial** [6] - 128:14, 129:10, 144:7, 187:20, 251:7, 251:8

**initials** [1] - 27:9
**initiate** [1] - 49:2
**initiated** [1] - 143:18
**initiating** [1] - 213:14
**innovation** [1] - 259:20
**instance** [2] - 1:14, 3:2
**instances** [1] - 231:15
**instead** [2] - 185:23, 186:2
**institute** [2] - 259:13, 259:20
**institution** [33] - 16:18, 16:21, 16:23, 17:6, 17:7, 17:8, 17:9, 19:5, 19:8, 19:22, 20:4, 20:12, 20:20, 20:24, 21:3, 21:19, 22:5, 22:12, 23:4, 25:8, 29:8, 40:15, 40:18, 40:19, 42:10, 48:24, 71:23, 73:3, 103:8, 122:19, 123:7, 124:6, 234:20
**institutions** [34] - 15:20, 20:16, 21:24, 30:17, 30:18, 30:19, 30:23, 31:2, 38:18, 38:22, 39:3, 39:10, 39:13, 39:18, 39:19, 39:21, 39:22, 39:23, 40:2, 40:3, 40:4, 40:8, 40:15, 41:18, 108:11, 122:12, 123:6, 123:10, 123:13, 123:15, 123:17, 124:3, 182:11
**instruct** [1] - 18:5
**instructor** [1] - 221:3
**integrate** [2] - 38:15, 204:1
**interaction** [1] - 48:7
**interchangeably** [1] - 9:14
**interest** [2] - 120:8, 262:14
**interested** [9] - 80:10, 81:11, 86:15, 87:22, 89:14, 89:17, 91:10, 213:4, 214:5
**interesting** [2] - 15:24, 76:1
**internal** [1] - 243:7
**internally** [3] - 238:22, 238:24, 253:9
**international** [2] - 30:4, 92:14
**International** [1] - 117:22
**internationally** [1] - 14:6
**interpret** [1] - 136:20
**interpretation** [1] - 87:6
**interrogatories** [3] - 209:9, 220:13, 233:24
**interrogatory** [1] - 220:7
**intervene** [1] - 194:10
**interview** [37] - 19:11, 45:3, 46:17, 46:21, 47:7, 47:14, 47:24, 48:3, 48:19, 49:4, 49:6, 49:12, 50:9, 52:24, 55:18, 57:7, 57:9, 57:11, 58:1, 59:13, 64:23, 65:8, 65:21, 66:12, 66:23, 67:1, 67:22, 68:20, 70:18, 78:16, 79:1, 107:8, 108:3, 109:11, 110:24, 112:4, 124:5
**interviewed** [2] - 16:1, 17:17

**Exhibit 1**

interviewing [1] - 17:12
interviews [1] - 48:23
introduced [3] - 76:4, 165:11, 165:12
invite [1] - 241:4
invited [2] - 75:21, 77:15
involve [1] - 11:2, 11:5
involved [16] - 24:8, 29:24, 46:24, 196:4, 203:3, 203:9, 221:23, 222:13, 224:4, 224:9, 231:3, 232:17, 233:21, 241:17, 246:16, 259:20
involvement [1] - 232:24
involves [1] - 235:17
involving [1] - 226:6
Iran [8] - 43:3, 43:14, 43:21, 44:15, 44:22, 45:5, 45:6, 45:10
Iranian [9] - 43:18, 43:20, 45:7, 200:2, 200:7, 201:14, 201:22, 202:24, 205:11
IS [5] - 9:21, 9:23, 10:7, 25:9, 28:24
isolated [3] - 235:24, 236:4, 238:24
isolation [1] - 243:21
issue [11] - 10:18, 51:1, 51:14, 52:12, 52:18, 52:24, 97:5, 151:17, 218:6, 230:14, 236:7
issues [20] - 50:11, 50:16, 54:14, 54:21, 56:5, 57:10, 73:23, 104:22, 107:21, 108:7, 148:6, 170:1, 170:7, 191:22, 192:5, 192:18, 223:5, 223:10, 224:7, 248:7
IT [15] - 9:21, 9:22, 9:24, 10:5, 10:7, 10:18, 10:19, 11:3, 45:4, 60:21, 70:6, 71:10, 71:23, 72:11, 73:3
January [1] - 111:23
Jessup [2] - 227:12, 229:5
Jessup's [1] - 207:11
job [21] - 6:18, 7:1, 27:7, 35:11, 109:21, 115:2, 124:13, 124:16, 124:17, 180:18, 181:4, 181:7, 181:9, 181:13, 181:14, 181:18, 186:12, 236:9, 236:13, 248:9, 249:9
jobs [3] - 114:9, 114:13, 123:23
JOHN [1] - 2:6
join [6] - 19:9, 25:6, 141:23, 142:6, 143:16, 258:18
joined [7] - 45:2, 72:6, 106:2, 106:21, 107:5, 203:22, 227:19
joining [1] - 117:4
Jordanian [1] - 116:18
journal [6] - 13:7, 13:8, 13:9,

13:12, 13:18, 14:15
journals [8] - 13:8, 14:11, 24:4, 26:1, 103:5, 103:6, 104:11, 122:24
judge [1] - 135:23
judgment [1] - 101:2
jump [1] - 91:17
junior [13] - 239:2, 239:6, 239:9, 239:20, 240:2, 240:4, 242:19, 242:21, 242:22, 242:23, 244:12, 245:6
jury [1] - 88:21
justice [1] - 253:9
justify [2] - 104:17, 169:1
K-A-R-T-A-L [1] - 244:10
Karri [14] - 203:23, 205:22, 206:22, 207:8, 207:20, 208:1, 208:6, 208:9, 208:13, 209:13, 258:15, 258:21, 259:10, 262:4
Kartal [2] - 244:4, 244:11
keep [15] - 41:14, 74:5, 74:22, 151:6, 181:16, 181:19, 181:23, 182:7, 182:17, 185:21, 239:3, 239:8, 239:10, 239:21, 245:19
keeping [4] - 240:3, 240:5, 240:17, 241:2
keeps [6] - 151:1, 242:24, 243:8, 244:23, 259:14, 260:2
key [3] - 137:5, 137:6, 205:13
kicked [1] - 25:22
killed [1] - 214:18
kind [16] - 5:14, 14:5, 55:23, 92:4, 93:2, 93:4, 108:18, 123:22, 129:5, 153:5, 154:11, 161:12, 206:14, 235:14, 236:1, 245:19
Kingdom [1] - 14:5, 18:4, 33:22, 36:23, 37:18, 38:15, 78:2
KLM [1] - 1:8
knit [1] - 161:9
knocked [1] - 235:15
knowledge [23] - 16:16, 16:21, 44:13, 48:4, 48:22, 72:16, 87:19, 103:1, 123:2, 168:4, 188:4, 196:14, 203:6, 222:14, 226:3, 226:8, 226:9, 230:17, 233:1, 233:19, 234:21, 235:8, 261:14
known [4] - 14:21, 37:7, 102:17, 163:9
knows [19] - 12:3, 13:21, 26:2, 72:16, 83:12, 92:16, 102:17, 103:2, 103:3, 104:14, 184:8, 197:8, 223:2, 226:12, 227:6, 231:5, 243:4, 243:6,

261:10
KRAJEWSKI [1] - 2:3
Kristi [5] - 51:19, 51:23, 52:21, 232:2, 232:14
Kroft [1] - 68:21
L-I [1] - 262:4
lack [1] - 168:4
ladder [2] - 83:7
lady [1] - 76:3
language [6] - 37:22, 84:6, 84:9, 87:20, 89:12, 159:11
laptop [2] - 71:19, 71:20
large [1] - 23:6
last [11] - 52:23, 56:10, 67:8, 67:10, 75:4, 85:16, 85:17, 88:2, 167:22, 171:8, 244:9
late [1] - 49:15
latest [4] - 159:2, 168:16, 169:9, 169:18
Law [2] - 2:3, 2:9
laws [1] - 186:14
lawsuit [6] - 42:20, 148:16, 148:19, 246:4, 246:5, 254:15
lawyer [2] - 25:12, 57:18
lawyers [1] - 23:16
lead [2] - 24:22, 24:24
leader [1] - 192:3
leadership [27] - 49:8, 50:6, 51:19, 115:21, 116:8, 117:6, 118:8, 118:9, 118:18, 125:4, 169:8, 169:14, 169:15, 180:16, 192:4, 206:3, 207:2, 207:18, 208:22, 211:12, 211:17, 225:10, 235:19, 253:2, 254:1, 262:15, 262:16
leadership's [1] - 256:12
learn [2] - 4:13, 19:4
learned [8] - 108:11, 120:6, 161:18, 161:20, 163:4, 233:6, 253:10, 259:6
least [5] - 57:20, 123:21, 147:12, 199:24, 219:3
leave [22] - 33:1, 35:2, 35:3, 38:17, 39:14, 40:13, 42:6, 45:21, 49:2, 60:19, 71:23, 74:17, 80:13, 80:21, 89:11, 93:19, 109:7, 110:3, 112:24, 113:8, 124:14, 229:15
leaves [1] - 97:12
leaving [13] - 34:6, 41:22, 47:8, 48:23, 74:17, 75:5, 80:16, 89:10, 110:1, 124:10, 207:4, 214:4, 253:20
led [1] - 188:16
left [40] - 6:9, 20:2, 36:17, 43:22, 70:4, 72:7, 72:13, 74:7, 74:23, 78:11, 84:13, 92:1, 108:6, 119:3, 119:5,

132:17, 162:23, 164:4, 173:23, 181:22, 183:5, 183:15, 183:20, 184:20, 214:6, 214:7, 214:8, 214:13, 214:17, 215:19, 227:18, 227:22, 228:22, 229:9, 229:14, 236:21, 241:9, 247:23, 253:6, 253:18
legal [3] - 4:13, 186:11, 186:22
less [3] - 30:9, 30:14, 123:20
letter [8] - 57:18, 172:4, 172:6, 175:15, 176:1, 176:10, 177:3, 189:15
letters [1] - 262:9
level [20] - 21:21, 23:14, 23:15, 99:3, 99:4, 108:15, 108:16, 117:6, 126:4, 126:5, 126:11, 193:12, 193:17, 193:19, 195:17, 195:19, 226:24, 249:16
levels [11] - 6:24, 99:8, 100:9, 108:12, 115:22, 189:3, 191:7, 192:5, 223:6, 253:3
LI [1] - 262:3
Li [4] - 209:20, 209:21, 211:3, 262:1
license [1] - 26:14
License [1] - 264:23
life [9] - 80:1, 85:9, 85:11, 90:3, 91:23, 119:1, 217:7, 236:4, 236:5
light [2] - 51:16, 88:1
light-hearted [1] - 88:1
lighting [1] - 255:17
likely [2] - 47:7, 121:9
limitations [3] - 122:12, 122:17, 122:18
line [10] - 13:20, 58:8, 62:17, 66:13, 118:24, 188:7, 248:13, 248:15, 248:18, 248:20
Line [1] - 265:10
LinkedIn [1] - 237:15
links [1] - 85:13
list [21] - 13:9, 13:18, 14:8, 43:1, 63:16, 63:24, 64:11, 111:12, 119:9, 119:11, 119:13, 119:14, 119:16, 208:1, 209:9, 219:15, 222:17, 230:16, 232:5, 232:18, 233:8
listed [3] - 13:17, 225:11
listen [4] - 62:24, 156:9, 158:5, 181:11
listening [1] - 56:1
little [10] - 12:21, 37:2, 59:4, 105:15, 114:18, 149:5, 150:8, 150:11, 245:16, 250:11
live [7] - 4:2, 4:8, 27:21,

Exhibit 1

27:22, 28:1, 216:4
**lived** [4] - 4:4, 77:7, 78:8
**lives** [2] - 61:12, 261:5
**living** [2] - 4:5, 36:3
**LLC** [1] - 2:3
**load** [3] - 15:18, 21:11, 30:11
**locate** [4] - 57:22, 70:5, 71:2, 71:16
**located** [1] - 60:8
**locations** [1] - 27:19
**look** [28] - 9:23, 10:1, 10:4, 17:24, 18:9, 19:6, 58:18, 63:8, 64:22, 65:11, 66:8, 66:17, 79:12, 85:15, 105:14, 108:19, 108:20, 114:5, 140:2, 156:20, 172:13, 212:10, 213:4, 220:1, 237:12, 237:14, 250:5, 250:7
**looked** [4] - 71:14, 137:18, 137:20, 200:23
**looking** [15] - 59:17, 61:20, 63:7, 63:12, 97:15, 110:13, 110:17, 112:21, 113:8, 124:17, 138:20, 139:7, 141:14, 141:15, 209:12
**looks** [2] - 167:16, 172:19
**loopholes** [1] - 103:20
**lose** [1] - 69:19
**lost** [2] - 60:19, 236:4
**loud** [1] - 5:18
**love** [2] - 249:9
**lower** [7] - 15:4, 15:18, 21:10, 117:6, 235:17, 235:18
**loyalty** [5] - 242:7, 242:9, 242:15, 242:16
**luckily** [1] - 80:13
**lucky** [4] - 203:14, 203:18, 255:22, 256:23
**lunch** [21] - 75:21, 76:7, 76:8, 76:19, 77:8, 77:13, 77:15, 77:16, 79:4, 79:20, 79:22, 79:23, 79:24, 80:18, 80:22, 82:22, 83:14, 85:21, 85:22, 86:13
**lunches** [1] - 78:3
**luxury** [1] - 123:4
**ma'am** [2] - 3:9, 4:2
**mail** [69] - 50:20, 52:20, 55:5, 57:2, 57:4, 57:9, 57:13, 59:10, 59:12, 60:5, 60:8, 60:10, 60:15, 61:6, 61:7, 61:11, 62:3, 62:6, 62:11, 62:15, 62:18, 63:9, 63:10, 64:5, 64:14, 66:4, 66:5, 66:14, 68:1, 68:6, 68:18, 69:5, 69:8, 69:16, 70:17, 72:20, 74:11, 80:11, 80:15, 83:16, 83:19, 84:2, 84:21, 93:13, 112:5, 112:12, 113:7, 118:19, 132:18, 142:23, 164:24, 172:14,

173:7, 174:20, 197:21, 198:9, 198:18, 199:1, 207:11, 212:5, 212:11, 212:20, 213:8, 213:13, 214:1, 214:12, 241:10
**mailbox** [4] - 60:18, 66:2, 69:10, 70:14
**mails** [35] - 39:1, 39:7, 57:6, 57:23, 59:5, 59:15, 60:22, 63:8, 66:8, 66:17, 67:4, 67:6, 68:3, 68:4, 69:18, 69:20, 70:20, 70:24, 72:5, 72:9, 72:12, 73:9, 73:10, 73:11, 74:14, 80:14, 93:9, 110:22, 115:4, 127:19, 172:8, 172:9, 175:1, 177:24, 199:23
**main** [17] - 17:20, 24:13, 33:9, 36:16, 36:19, 36:20, 44:12, 56:24, 98:24, 116:7, 121:23, 122:2, 122:4, 148:4, 151:17, 181:17, 258:16
**major** [5] - 15:17, 15:19, 31:1, 98:11, 99:16
**majority** [7] - 125:24, 130:12, 130:14, 131:6, 210:23, 249:17, 249:19
**man** [3] - 91:24, 247:7
**Management** [11] - 8:11, 8:14, 11:20, 106:22, 215:8, 221:7, 224:12, 227:17, 228:14, 228:15, 237:2
**management** [6] - 10:24, 14:14, 98:16, 98:17, 117:6, 253:6
**manager** [1] - 253:3
**managerial** [2] - 260:22, 260:24
**managers** [1] - 223:6
**March** [17] - 49:13, 49:15, 49:16, 49:18, 50:10, 50:24, 51:16, 54:11, 60:11, 66:6, 66:9, 66:18, 70:17, 79:3, 124:23, 212:12
**marginalized** [8] - 205:24, 206:2, 206:6, 206:8, 206:9, 206:18, 206:22, 207:1
**marked** [3] - 112:10, 112:14, 172:12
**married** [1] - 244:24
**Massoudi** [12] - 60:6, 60:12, 61:22, 62:1, 62:16, 63:14, 63:23, 64:2, 64:8, 66:5, 66:13, 261:3
**Master** [1] - 32:18
**master** [1] - 249:15
**Masters** [1] - 26:19
**masters** [2] - 249:16, 249:19
**matching** [1] - 213:3
**matter** [2] - 264:10, 265:6
**McNeil** [4] - 45:16, 45:17, 76:3, 206:3

**meals** [1] - 78:3
**mean** [30] - 9:5, 19:7, 23:12, 26:7, 37:17, 41:13, 44:19, 44:24, 83:2, 83:4, 84:11, 88:23, 89:23, 90:4, 94:6, 95:23, 97:18, 101:12, 104:6, 106:6, 113:17, 123:21, 142:18, 150:15, 154:11, 189:17, 215:18, 215:20, 235:24, 251:21
**meaning** [4] - 15:13, 23:23, 82:6, 111:6
**meaningful** [1] - 87:24
**meaningless** [1] - 91:18
**means** [10] - 15:16, 17:7, 21:4, 23:13, 84:12, 96:1, 97:19, 103:6, 206:9, 241:3
**meant** [4] - 89:2, 111:9, 160:6, 179:10
**measure** [1] - 104:16
**measured** [1] - 13:13
**measures** [5] - 102:15, 104:14, 105:12, 106:12, 108:21
**meet** [13] - 44:2, 101:11, 101:20, 103:11, 106:8, 106:10, 165:14, 210:12, 218:18, 218:19, 234:3, 234:8, 234:13
**meeting** [37] - 50:23, 52:19, 54:8, 54:13, 54:20, 55:2, 55:4, 55:8, 56:9, 60:23, 69:3, 69:12, 74:24, 78:16, 82:22, 101:10, 102:6, 104:11, 117:10, 140:4, 140:15, 141:5, 141:7, 165:6, 172:20, 172:23, 173:3, 188:23, 215:22, 215:23, 218:21, 248:14, 255:3, 255:13, 255:14
**meetings** [20] - 55:8, 161:19, 187:13, 187:14, 187:15, 187:16, 187:19, 188:7, 188:15, 188:18, 191:24, 192:4, 241:5, 242:5, 253:2, 260:3, 260:9, 260:10, 260:14, 261:12
**meets** [4] - 101:24, 104:4, 104:17, 210:10
**Mehrdad** [1] - 60:5
**Melissa** [2] - 192:3
**Mellon** [1] - 261:6
**member** [34] - 6:20, 25:1, 25:14, 25:15, 26:8, 26:9, 26:12, 28:23, 30:3, 33:22, 52:3, 76:2, 82:10, 100:20, 102:4, 102:19, 104:7, 105:24, 116:19, 116:21, 131:11, 135:1, 160:14, 162:15, 169:2, 195:24, 196:1, 221:4, 224:15, 230:11, 230:12, 241:20, 262:5

**members** [24] - 44:17, 44:18, 77:23, 96:16, 97:19, 97:24, 99:19, 100:8, 100:16, 115:23, 116:5, 119:18, 130:12, 130:15, 136:15, 140:23, 206:4, 206:5, 212:3, 258:18, 261:18, 261:21, 262:1, 262:8
**membership** [5] - 23:13, 24:8, 24:13, 25:4, 25:23
**memberships** [2] - 24:12, 29:18
**memorized** [1] - 189:18
**men** [8] - 91:17, 94:9, 94:11, 94:14, 95:12, 191:7, 216:6, 262:6
**mental** [2] - 236:3, 248:6
**mention** [3] - 110:22, 199:22, 228:12
**mentioned** [16] - 43:16, 69:18, 92:11, 113:15, 114:3, 118:6, 118:17, 161:3, 161:6, 197:20, 211:15, 242:6, 247:15, 247:20, 256:24, 260:21
**mentioning** [1] - 16:24
**mentions** [2] - 118:19, 154:10
**message** [2] - 136:23, 152:6
**messages** [7] - 118:3, 131:15, 134:5, 136:5, 136:21, 160:16, 206:7
**met** [18] - 14:22, 55:12, 55:17, 73:12, 76:2, 92:12, 92:18, 108:6, 117:10, 117:20, 117:23, 117:24, 165:2, 165:8, 165:15, 166:3, 234:17, 255:14
**metrics** [2] - 104:9, 106:17
**Michelle** [2] - 257:3, 257:5
**MICHELLE** [1] - 257:5
**Microsoft** [1] - 71:9
**middle** [3] - 149:9, 150:5, 150:18
**might** [15] - 21:18, 34:15, 34:18, 67:13, 68:18, 70:3, 71:2, 71:4, 71:9, 109:17, 120:8, 145:17, 184:1, 199:3, 262:11
**mind** [13] - 37:3, 79:23, 89:20, 112:5, 124:14, 135:16, 135:23, 136:11, 151:6, 184:1, 197:1, 197:24, 238:1
**mine** [4] - 145:21, 162:4, 167:4, 192:23
**minutes** [2] - 56:11, 250:13
**MIS** [16] - 8:13, 9:23, 23:24, 24:15, 25:9, 25:11, 46:6, 126:20, 140:4, 140:15, 160:14, 162:15, 209:24, 224:19, 224:24, 246:3
**misinformation** [1] - 16:10

**Exhibit 1**

**mislead** [2] - 15:23, 15:24
**misleading** [1] - 17:1
**misogyny** [5] - 50:7, 50:18, 51:14, 53:12, 54:2
**miss** [1] - 137:17
**Miss** [4] - 194:22, 195:15, 225:4, 229:5
**misspelled** [1] - 162:2
**mistake** [1] - 253:21
**mistakes** [1] - 84:16
**misunderstanding** [1] - 7:12
**mix** [1] - 30:21
**mob** [3] - 95:5, 99:13, 99:14
**mobbing** [3] - 94:24, 95:2, 95:3
**model** [2] - 30:20
**Mohi** [2] - 247:6, 247:10
**MOHI** [1] - 247:10
**moment** [2] - 5:10, 203:18
**money** [8] - 22:17, 25:13, 25:21, 123:3, 180:14, 180:15, 180:21
**Monica** [15] - 48:20, 60:22, 63:19, 63:22, 64:9, 67:2, 67:3, 67:7, 67:12, 67:14, 68:10, 68:17, 68:21, 73:9, 192:3
**month** [1] - 175:23
**months** [3] - 55:14, 55:15, 115:6
**morning** [1] - 165:7
**most** [15] - 4:19, 10:14, 14:21, 38:7, 38:9, 65:17, 70:19, 72:18, 75:13, 123:5, 199:23, 200:11, 211:12, 226:12, 235:20
**mostly** [4] - 9:3, 11:9, 248:15, 249:11
**motion** [1] - 57:17
**move** [3] - 159:10, 167:10, 236:6
**moved** [1] - 30:1
**movement** [2] - 33:5, 35:8
**moving** [2] - 40:24, 41:15
**MR** [87] - 2:6, 16:12, 16:14, 18:5, 18:8, 18:16, 19:16, 53:18, 53:21, 59:21, 62:20, 62:24, 63:3, 64:19, 67:11, 86:23, 91:4, 140:11, 144:1, 146:22, 149:24, 150:10, 150:14, 151:1, 151:4, 156:11, 156:14, 157:12, 157:16, 157:21, 159:13, 159:17, 161:22, 161:23, 162:1, 162:5, 162:7, 163:20, 164:12, 164:15, 167:8, 167:11, 167:15, 169:11, 170:12, 171:22, 172:1, 177:5, 177:7, 177:10, 177:17, 180:24, 185:16, 186:1, 186:21, 186:24, 190:15, 190:24, 192:8, 192:11, 200:9,

200:16, 200:21, 200:24, 201:2, 201:6, 201:9, 209:1, 213:11, 213:20, 214:8, 214:19, 219:13, 220:1, 220:6, 224:16, 234:14, 239:13, 249:22, 250:1, 250:3, 250:9, 252:5, 254:18, 263:5, 263:8, 263:11
**MS** [28] - 2:11, 3:7, 18:17, 19:14, 19:17, 59:9, 114:18, 114:22, 137:16, 150:1, 150:12, 151:3, 159:16, 162:6, 162:9, 167:10, 167:13, 172:3, 177:18, 186:23, 192:9, 200:19, 209:4, 220:3, 220:9, 249:23, 250:6, 263:2
**music** [1] - 85:12
**must** [7] - 124:22, 142:3, 144:21, 166:9, 197:15, 241:14

**N-E-E-T-U** [1] - 240:8
**N-E-O-M-A** [1] - 27:9
**name** [22] - 3:8, 3:16, 8:16, 8:17, 12:2, 15:12, 42:9, 44:20, 45:15, 67:8, 67:10, 76:4, 77:2, 111:8, 116:22, 116:23, 117:9, 117:13, 161:22, 197:17, 244:9, 257:4
**names** [6] - 31:19, 31:20, 32:20, 234:1, 257:1, 261:22
**national** [11] - 26:23, 43:2, 199:21, 201:21, 204:9, 204:14, 204:20, 204:23, 205:2, 214:23, 220:19
**natural** [1] - 147:22
**near** [1] - 77:7
**need** [90] - 5:5, 5:17, 11:21, 12:2, 12:6, 13:3, 18:21, 25:16, 26:18, 29:13, 32:11, 32:22, 33:13, 33:15, 33:20, 33:23, 34:6, 34:10, 34:20, 34:24, 35:13, 38:24, 39:6, 39:24, 40:5, 48:21, 53:5, 53:18, 54:10, 54:11, 55:16, 57:18, 60:2, 62:2, 62:22, 63:6, 63:9, 64:4, 68:8, 68:12, 70:5, 70:8, 71:10, 71:11, 71:22, 72:10, 74:5, 87:9, 88:15, 92:22, 93:15, 102:22, 109:16, 109:18, 110:21, 110:22, 111:6, 111:7, 115:3, 120:4, 123:16, 123:22, 125:16, 125:19, 127:18, 132:3, 132:5, 137:5, 139:6, 143:7, 154:15, 172:13, 181:24, 182:1, 192:11, 209:2, 209:3, 215:15, 223:11, 229:10, 242:6, 242:8,

242:15, 249:21, 250:10, 253:13
**needed** [8] - 21:5, 33:18, 36:20, 41:10, 41:12, 124:16, 134:24, 153:3
**needs** [6] - 12:23, 24:9, 76:9, 105:24, 127:21, 209:5
**Neetu** [11] - 117:24, 120:3, 239:16, 240:6, 240:7, 240:11, 240:14, 241:16, 242:24, 243:21, 244:15
**negative** [4] - 9:9, 9:16, 45:9, 237:21
**negatively** [2] - 204:24, 219:18
**negotiate** [4] - 170:7, 177:22, 181:10, 183:2
**negotiated** [1] - 177:22
**negotiating** [2] - 168:21, 185:4
**negotiation** [7] - 172:7, 175:1, 179:4, 184:2, 184:5, 226:4, 226:11
**negotiations** [6] - 175:2, 184:17, 198:6, 199:18, 226:17, 230:21
**NEOMA** [4] - 27:10, 27:11, 29:4, 124:10
**network** [2] - 162:17, 246:20
**never** [11] - 16:20, 16:22, 21:16, 78:4, 117:9, 131:17, 152:5, 166:3, 249:18, 251:21, 251:24
**new** [25] - 4:12, 28:13, 29:17, 29:23, 31:13, 47:3, 47:5, 47:6, 77:17, 77:23, 78:18, 109:13, 109:21, 116:1, 116:2, 117:3, 117:5, 117:8, 127:10, 127:11, 165:16, 204:3, 216:21, 256:12, 261:24
**newly** [1] - 46:1
**next** [5] - 108:15, 124:15, 161:3, 170:14, 241:11
**NI** [1] - 240:7
**nine** [2] - 215:5, 215:14
**NO** [2] - 1:8, 265:3
**nobody** [2] - 54:24, 130:18
**none** [3] - 53:1, 233:18, 234:11
**normally** [5] - 96:5, 117:5, 117:7, 212:18, 248:19
**Notary** [3] - 1:17, 264:4, 264:22
**noted** [2] - 145:19, 175:3
**notes** [1] - 264:15
**nothing** [9] - 48:15, 52:12, 54:24, 65:6, 65:19, 88:12, 117:11, 199:11, 241:21
**notice** [6] - 1:17, 176:14, 251:12, 251:18, 251:24, 252:1
**notification** [2] - 176:10,

177:14
**notify** [3] - 176:15, 176:21, 177:1
**NS** [1] - 42:7
**number** [19] - 30:11, 30:15, 39:12, 102:24, 105:24, 122:21, 122:24, 123:17, 144:23, 145:5, 145:6, 145:9, 145:13, 162:11, 215:17, 217:1, 220:15
**Number** [2] - 2:21, 112:15
**numbers** [4] - 22:11, 150:8, 150:11, 215:16
**O-N-A-L** [1] - 245:8
**oath** [1] - 3:4
**object** [2] - 186:1, 200:16
**objectification** [1] - 95:20
**objective** [12] - 101:8, 102:15, 102:17, 104:13, 104:16, 105:11, 106:12, 106:16, 106:20, 108:21, 108:23, 218:20
**obligation** [3] - 186:6, 186:11, 186:22
**observation** [1] - 216:5
**observations** [3] - 38:12, 231:10, 254:11
**observed** [7] - 37:12, 37:13, 41:21, 41:22, 81:24, 216:4, 222:1
**obtain** [3] - 26:22, 27:2, 140:20
**obtained** [1] - 34:22
**obvious** [1] - 75:13
**obviously** [10] - 13:11, 14:3, 17:21, 23:7, 76:1, 80:10, 89:3, 124:18, 165:10, 262:13
**occasion** [1] - 119:7
**occasions** [2] - 81:21, 239:17
**occur** [2] - 81:20, 223:10
**occurred** [14] - 94:17, 139:16, 141:7, 147:6, 147:24, 148:20, 148:22, 159:7, 173:3, 173:6, 173:14, 179:8, 243:23, 254:15
**occurring** [1] - 139:18
**October** [11] - 178:16, 179:18, 252:11, 252:19, 252:22, 254:22, 255:2, 257:22, 258:8, 258:11, 258:22
**odd** [1] - 228:16
**OF** [9] - 1:3, 1:9, 1:9, 264:1, 264:2, 265:3, 265:4
**offended** [7] - 86:5, 86:12, 86:22, 87:4, 87:8, 88:13, 88:22
**offense** [1] - 88:19
**offer** [46] - 8:18, 26:1, 28:16, 31:22, 55:6, 73:22, 131:9,

**Exhibit 1**

131:20, 171:14, 171:17, 173:9, 174:7, 174:9, 174:10, 174:12, 174:15, 174:22, 175:3, 175:6, 175:12, 178:6, 184:23, 186:6, 186:11, 197:3, 197:12, 199:20, 201:15, 201:22, 202:14, 203:4, 203:10, 205:1, 213:7, 213:10, 215:2, 216:23, 219:17, 221:18, 222:11, 223:15, 225:20, 231:2, 233:2, 246:5, 246:7

**offered** [15] - 9:22, 40:7, 173:19, 174:1, 176:6, 178:5, 179:3, 182:13, 184:3, 185:8, 185:20, 185:23, 186:4, 235:17, 250:19

**offers** [4] - 122:11, 180:17, 185:12, 233:19

**Office** [1] - 223:7

**office** [15] - 68:18, 165:6, 176:20, 197:22, 198:3, 198:20, 198:21, 199:12, 203:12, 206:24, 207:7, 207:14, 207:16, 248:14, 255:15

**officially** [2] - 34:8, 187:23

**old** [17] - 66:2, 116:4, 116:5, 162:16, 206:4, 246:19, 253:22, 253:23, 254:9, 261:17, 262:17, 262:21, 262:23

**older** [2] - 71:9, 262:6

**Onal** [2] - 245:6, 245:10, 246:8, 246:9, 246:12

**onal** [1] - 245:7

**ONAL** [1] - 245:9

**once** [6] - 4:24, 29:24, 81:22, 92:18, 107:6, 249:19

**one** [114] - 8:18, 9:24, 10:5, 13:9, 13:10, 13:24, 14:2, 24:13, 33:3, 35:4, 35:6, 37:10, 39:1, 41:2, 41:15, 44:11, 46:11, 46:12, 46:14, 58:5, 58:6, 65:4, 65:23, 73:13, 77:4, 77:6, 80:14, 84:19, 91:17, 92:19, 93:13, 93:17, 93:20, 94:22, 98:5, 98:11, 100:19, 100:20, 102:19, 106:21, 108:10, 112:5, 112:9, 112:18, 115:20, 116:17, 119:7, 121:11, 121:12, 127:23, 128:3, 143:8, 144:9, 145:10, 150:4, 150:5, 150:17, 154:19, 155:9, 155:19, 156:1, 156:22, 157:8, 157:22, 158:10, 166:17, 171:7, 174:18, 181:17, 191:6, 191:10, 191:18, 192:21, 194:18,

196:21, 197:20, 202:1, 202:3, 207:10, 208:23, 210:19, 215:18, 217:23, 218:14, 220:22, 221:4, 223:20, 227:22, 229:2, 230:5, 233:24, 235:20, 240:16, 240:24, 242:1, 244:4, 245:22, 246:9, 248:18, 248:20, 249:4, 251:3, 251:8, 251:14, 251:17, 257:5, 261:3, 261:24, 262:2

**ones** [10] - 8:20, 14:16, 31:16, 137:11, 167:4, 167:5, 167:6, 195:15, 234:16, 261:20

**ongoing** [2] - 170:1, 224:7

**open** [8] - 40:16, 55:23, 69:11, 69:12, 89:22, 90:1, 123:17

**opinion** [7] - 29:6, 51:5, 62:13, 99:18, 100:4, 222:22

**opportunities** [2] - 180:16, 236:22

**opportunity** [2] - 115:2, 236:24

**opposed** [6] - 11:9, 97:16, 109:14, 142:16, 142:21, 230:17

**option** [2] - 72:2, 183:9

**oral** [1] - 129:3

**order** [15] - 14:9, 26:15, 33:18, 34:20, 57:21, 98:9, 105:22, 142:9, 163:13, 181:18, 181:23, 182:16, 225:24, 263:9, 263:11

**organizing** [1] - 24:4

**orientation** [1] - 28:13

**origin** [14] - 43:2, 136:16, 199:21, 201:21, 202:24, 204:9, 204:14, 204:20, 204:24, 205:9, 214:23, 219:19, 220:19, 256:22

**outcome** [2] - 128:4, 128:14

**outlined** [2] - 178:12, 208:17

**outlook** [2] - 70:4, 72:3

**outside** [3] - 40:11, 93:11, 110:10

**outspoken** [3] - 196:21, 196:24, 221:5

**overthrew** [1] - 193:18

**own** [14] - 14:15, 23:17, 51:21, 77:11, 92:1, 101:2, 192:18, 197:21, 217:7, 219:1, 221:7, 231:24, 232:19

**P.M** [1] - 87:2

**page** [6] - 140:3, 140:9, 151:2, 170:14, 212:19, 265:8

**Page** [24] - 59:18, 60:9, 61:3, 61:14, 61:17, 61:20, 62:15,

63:18, 64:8, 64:9, 67:11, 138:17, 138:21, 140:2, 140:10, 140:18, 141:15, 145:18, 149:11, 162:12, 170:22, 212:8, 265:10

**Pages** [4] - 68:24, 73:14, 139:8, 178:20

**pages** [4] - 61:24, 64:13, 178:13, 234:6

**panel** [27] - 149:9, 149:11, 149:14, 149:17, 149:20, 149:22, 150:5, 150:6, 150:18, 150:19, 150:22, 151:9, 151:19, 159:10, 159:12, 159:15, 159:19, 160:2, 160:8, 162:1, 162:5, 162:7, 162:9, 164:17, 164:20, 167:22, 170:22

**panels** [4] - 150:4, 154:19, 155:9, 155:12, 155:19, 156:1, 156:21, 157:8, 157:22, 158:1, 158:3, 158:10, 160:7, 161:17, 167:12, 167:13, 167:17, 168:12

**Panther** [2] - 77:4, 77:5

**paper** [15] - 74:2, 74:6, 74:22, 80:13, 80:16, 93:19, 119:8, 119:15, 119:19, 129:4, 129:12, 129:17, 140:3, 140:14, 172:19

**papers** [7] - 23:20, 103:4, 103:5, 104:10, 106:5, 106:13, 249:21

**Papini** [73] - 45:24, 46:2, 46:17, 46:22, 48:5, 48:14, 50:3, 50:24, 51:20, 52:16, 53:1, 54:8, 54:13, 55:13, 57:24, 59:12, 60:15, 61:12, 62:12, 64:15, 65:8, 65:20, 67:3, 68:2, 68:4, 68:7, 68:10, 68:12, 68:16, 68:23, 69:7, 72:21, 73:8, 73:12, 73:18, 73:19, 75:5, 75:10, 75:18, 107:8, 107:15, 108:24, 109:10, 109:14, 110:23, 111:1, 111:17, 112:12, 112:24, 114:24, 115:8, 115:18, 120:12, 120:14, 124:9, 124:24, 126:13, 127:12, 160:22, 165:3, 165:14, 187:15, 187:20, 188:20, 188:23, 189:6, 192:23, 193:18, 199:24, 222:10, 227:8, 231:1, 233:5

**Papini's** [1] - 67:18

**parenthesis** [2] - 64:2, 64:3

**parents** [1] - 93:3

**Paris** [3] - 27:15, 33:7, 35:16

**part** [20] - 20:6, 26:18, 33:14, 34:4, 48:23, 63:21, 82:18, 95:15, 95:19, 96:13, 97:4,

180:10, 184:14, 212:20, 221:24, 225:8, 226:10, 230:20, 243:7, 259:15

**participate** [1] - 26:4

**participating** [1] - 25:18

**particular** [4] - 222:6, 228:15, 231:15, 240:6

**particularly** [5] - 17:19, 19:12, 36:2, 84:14, 147:18

**partly** [2] - 206:19

**parts** [2] - 81:18, 82:23

**passport** [1] - 43:16

**past** [1] - 165:13

**pasted** [4] - 61:11, 62:7, 62:11, 62:15

**patriarchy** [1] - 135:9

**pattern** [6] - 221:21, 222:3, 222:5, 222:20, 222:22, 253:11

**patterns** [3] - 223:4, 230:17, 230:19

**Patty** [2] - 232:8, 232:20

**pay** [7] - 25:4, 25:13, 25:21, 143:5, 143:7, 143:8, 251:21

**paying** [1] - 26:12

**pending** [7] - 64:20, 164:13, 164:16, 201:3, 201:7, 201:10, 209:2

**Pennsylvania** [2] - 61:13, 261:6

**people** [82] - 4:23, 10:2, 10:14, 10:23, 11:5, 11:10, 17:11, 17:16, 18:12, 22:16, 36:7, 38:11, 44:19, 49:10, 78:1, 90:16, 93:2, 97:13, 99:13, 99:18, 100:15, 102:12, 104:20, 104:23, 111:14, 116:5, 116:14, 116:15, 116:16, 123:5, 130:20, 130:21, 132:21, 135:21, 143:14, 161:19, 163:5, 184:10, 187:23, 191:14, 192:1, 192:15, 194:3, 195:13, 195:18, 196:9, 196:10, 196:13, 196:15, 197:19, 198:24, 203:20, 203:24, 205:5, 205:15, 205:17, 205:18, 210:23, 217:15, 218:1, 225:2, 230:5, 231:21, 232:6, 232:13, 233:18, 234:6, 237:1, 237:23, 238:1, 239:1, 240:16, 241:16, 246:10, 247:1, 247:6, 257:12, 257:14, 260:21, 262:12, 262:18, 262:19

**percent** [17] - 7:19, 7:20, 20:8, 22:3, 22:8, 22:9, 22:10, 23:5, 29:9, 29:10, 29:12, 29:15, 29:16, 32:12

**percentage** [5] - 7:6, 22:2,

**Exhibit 1**

24:10, 29:6, 126:1
**percentages** [4] - 8:2, 22:6, 22:7, 29:5
**perform** [1] - 7:1
**performance** [47] - 13:13, 50:6, 50:21, 51:6, 53:8, 54:17, 56:7, 58:22, 74:13, 95:11, 96:1, 96:2, 96:8, 96:10, 96:13, 96:24, 97:9, 98:18, 99:10, 99:21, 100:9, 101:3, 102:7, 102:16, 102:19, 103:13, 103:21, 104:9, 105:12, 106:16, 107:11, 107:17, 107:20, 108:9, 108:14, 108:20, 147:16, 148:9, 148:12, 191:10, 216:3, 217:5, 217:10, 217:15, 254:7, 258:1, 262:10
**period** [7] - 50:1, 106:1, 124:4, 221:12, 222:4, 259:1, 260:4
**Persian** [11] - 80:15, 84:7, 84:9, 84:10, 84:11, 84:14, 84:15, 84:19, 85:2, 85:14, 92:23
**person** [55] - 4:19, 25:3, 26:16, 45:21, 67:16, 67:17, 67:21, 70:6, 82:7, 82:9, 84:19, 96:7, 97:11, 99:17, 101:5, 101:6, 103:6, 104:17, 108:6, 109:9, 109:10, 109:13, 116:11, 119:24, 120:11, 121:23, 122:2, 122:4, 125:18, 133:10, 141:23, 143:16, 145:22, 153:5, 153:9, 160:15, 160:24, 161:17, 195:20, 196:5, 205:3, 207:21, 217:21, 218:4, 218:8, 218:10, 221:1, 233:11, 242:11, 245:11, 248:16, 248:24, 255:7, 257:2, 260:1
**personal** [16] - 88:1, 88:6, 91:23, 141:21, 217:8, 221:7, 222:14, 226:3, 226:8, 226:9, 231:6, 231:24, 232:4, 233:19, 242:3, 261:14
**personalities** [1] - 135:22
**personality** [3] - 87:18, 88:24, 205:16
**personally** [7] - 36:5, 38:6, 74:15, 164:2, 203:3, 203:9, 245:5
**personnel** [10] - 99:3, 99:4, 99:6, 99:7, 126:6, 185:7, 187:12, 234:4, 234:9, 234:19
**persons** [1] - 234:1
**perspective** [4] - 70:22, 107:19, 161:2, 235:11

**pertains** [6] - 8:23, 99:10, 196:18, 210:1, 214:21, 229:5
**Ph.D** [14] - 15:16, 15:17, 21:7, 21:14, 26:17, 26:19, 26:20, 27:2, 30:24, 31:3, 32:16, 32:18, 124:2
**phone** [26] - 118:2, 131:11, 131:13, 131:15, 131:21, 131:24, 134:3, 134:4, 136:1, 136:9, 142:8, 144:14, 144:22, 145:1, 147:19, 151:7, 151:22, 151:24, 152:17, 152:22, 153:16, 153:17, 157:15, 255:19, 257:11
**picked** [1] - 77:20
**picture** [1] - 184:9
**piece** [8] - 129:12, 129:17, 140:3, 140:14, 164:11, 172:19, 208:23, 211:20
**pieces** [2] - 184:9, 197:18
**Pittsburgh** [2] - 61:13, 261:5
**place** [15] - 11:17, 75:22, 99:14, 109:7, 122:7, 139:16, 169:4, 181:22, 183:16, 184:21, 201:14, 202:6, 232:17, 234:9, 236:21
**places** [6] - 14:7, 25:10, 115:14, 123:9, 123:20, 241:6
**Plaintiff** [3] - 1:7, 2:6, 265:2
**plan** [1] - 157:1
**planning** [10] - 36:23, 39:16, 74:4, 74:20, 89:11, 110:15, 114:11, 116:3, 116:13, 156:24
**plans** [1] - 168:10
**played** [2] - 215:1, 215:21
**pleasant** [1] - 131:13
**plus** [1] - 180:15
**point** [18] - 5:4, 17:20, 34:9, 44:12, 63:15, 74:21, 91:15, 93:7, 124:19, 151:10, 153:3, 167:9, 176:24, 178:2, 205:13, 211:10, 212:1, 251:5
**policies** [8] - 28:14, 102:21, 125:18, 187:12, 188:5, 208:17, 234:4, 234:9
**policy** [7] - 103:8, 125:18, 185:7, 188:1, 213:2, 213:17, 234:20
**polite** [4] - 89:24, 90:12, 90:20, 90:22
**political** [4] - 33:3, 35:5, 211:1, 254:6
**popular** [1] - 37:6
**position** [26] - 40:7, 40:11, 40:21, 104:7, 110:9, 120:8, 122:13, 124:4, 153:16, 154:17, 154:20, 154:24,

155:23, 173:19, 173:22, 177:21, 182:7, 182:14, 185:9, 185:13, 185:20, 185:23, 186:4, 211:22, 260:23, 260:24
**positions** [13] - 40:17, 42:15, 110:14, 110:18, 112:7, 115:7, 122:10, 123:18, 180:16, 182:10, 235:19
**positive** [5] - 9:9, 9:16, 18:13, 111:15, 128:5
**possibility** [1] - 126:16
**possible** [6] - 67:24, 125:3, 125:9, 127:13, 210:21, 246:6
**possibly** [1] - 211:9
**post** [2] - 249:13, 249:14
**postponing** [1] - 236:5
**potential** [7] - 110:19, 115:2, 169:13, 214:13, 235:18, 246:4
**potentially** [4] - 45:22, 120:14, 121:24, 122:1
**POWELL** [34] - 2:11, 3:7, 18:17, 19:14, 19:17, 59:9, 114:18, 114:22, 137:16, 150:1, 150:12, 151:3, 159:16, 161:23, 162:6, 162:9, 167:10, 167:13, 172:3, 177:18, 186:23, 192:9, 200:19, 209:4, 220:3, 220:9, 249:20, 249:23, 250:2, 250:6, 250:11, 263:2, 263:7, 263:10
**Powell......** [1] - 2:16
**power** [3] - 126:9, 262:13, 262:19
**practice** [1] - 98:9
**precise** [1] - 64:6
**preferably** [1] - 13:7
**preparation** [1] - 31:14
**present** [1] - 55:18
**presented** [1] - 102:9
**presenting** [1] - 24:6
**president** [4] - 51:23, 232:2, 233:9, 233:10
**presumed** [1] - 176:18
**pretend** [1] - 104:15
**pretty** [2] - 150:16, 220:9
**prevent** [3] - 49:9, 90:23, 246:4
**previous** [2] - 116:4, 206:20
**previously** [3] - 172:12, 262:13, 262:20
**print** [2] - 61:1, 150:7
**printed** [7] - 74:1, 74:2, 74:9, 74:10, 74:14, 112:10, 137:12
**private** [1] - 245:19
**pro** [5] - 75:12, 82:21, 83:1, 83:4, 196:23
**probability** [1] - 118:18

**problem** [4] - 35:1, 54:23, 169:17, 169:21
**problems** [6] - 7:16, 37:13, 41:20, 56:6, 148:6, 254:5
**procedure** [1] - 125:16
**procedures** [3] - 125:17, 188:5, 208:17
**process** [30] - 11:5, 34:5, 48:23, 50:7, 50:21, 54:18, 56:8, 99:12, 107:3, 107:20, 147:16, 148:9, 148:12, 187:8, 190:12, 191:11, 191:12, 191:13, 194:1, 194:2, 194:14, 195:6, 196:5, 196:8, 208:16, 208:18, 226:4, 238:21, 246:17, 254:7
**processed** [1] - 10:22
**processors** [1] - 10:2
**produced** [12] - 83:18, 84:21, 87:3, 171:21, 172:12, 173:7, 173:18, 175:3, 175:15, 175:18, 176:11, 213:8
**productive** [2] - 212:2, 212:3
**professional** [6] - 23:19, 24:15, 83:7, 87:24, 235:13, 235:22
**professor** [86] - 6:14, 6:15, 6:16, 22:12, 82:11, 116:20, 173:19, 176:4, 179:15, 179:16, 179:19, 179:22, 179:24, 180:4, 180:6, 180:8, 180:14, 180:17, 180:19, 183:7, 185:5, 185:24, 187:5, 187:8, 187:21, 188:13, 188:22, 190:4, 190:9, 190:21, 191:21, 194:23, 194:24, 195:2, 195:5, 207:12, 208:4, 208:5, 208:7, 208:9, 208:11, 208:14, 208:21, 210:3, 210:5, 210:6, 211:7, 211:23, 215:18, 215:19, 215:24, 217:2, 219:9, 224:1, 227:16, 228:7, 228:9, 229:3, 229:7, 229:20, 229:23, 229:24, 230:2, 234:8, 234:23, 235:16, 237:9, 237:10, 237:11, 237:16, 237:17, 237:18, 238:7, 238:16, 240:12, 240:13, 242:10, 244:13, 244:14, 245:12, 245:14, 247:7, 261:1
**professors** [14] - 6:22, 6:23, 6:24, 13:3, 40:17, 95:5, 95:7, 97:8, 215:6, 215:7, 215:14, 215:17, 234:2
**professorship** [1] - 210:24
**profile** [2] - 122:13, 237:15
**program** [2] - 9:19, 10:17
**programs** [2] - 15:16, 15:17

**Exhibit 1**

**promise** [1] - 83:13
**promote** [1] - 101:5
**promoted** [8] - 187:21, 195:15, 195:22, 207:23, 208:3, 208:6, 208:18, 259:16
**promotion** [19] - 95:11, 95:12, 96:3, 96:19, 98:20, 99:22, 100:10, 107:17, 187:12, 187:17, 190:13, 192:24, 193:8, 193:11, 193:16, 193:19, 196:3, 196:5, 217:6
**pronounce** [1] - 3:11
**proper** [2] - 100:19, 100:21
**properly** [1] - 57:21
**protect** [1] - 89:9
**protesting** [1] - 36:7
**protests** [3] - 33:6, 35:15, 36:4
**prove** [2] - 242:9, 242:15
**proved** [1] - 193:23
**provide** [1] - 224:8
**provided** [1] - 107:22
**Provost** [62] - 45:24, 46:2, 46:17, 48:14, 50:3, 50:24, 51:20, 52:15, 53:1, 54:13, 59:12, 60:15, 61:12, 62:12, 64:14, 65:8, 65:20, 67:3, 68:1, 68:3, 68:6, 68:10, 68:11, 68:16, 68:23, 69:7, 72:21, 73:8, 73:12, 75:5, 75:10, 75:18, 107:8, 107:15, 108:24, 109:10, 109:14, 110:24, 111:17, 112:12, 112:24, 114:23, 115:8, 115:18, 120:11, 120:14, 124:9, 124:24, 126:12, 127:12, 160:22, 165:2, 165:14, 187:15, 187:19, 188:20, 192:23, 193:18, 199:24, 222:10, 231:1, 233:5
**provost** [13] - 46:1, 46:2, 46:12, 46:15, 66:14, 126:10, 135:4, 148:8, 165:1, 188:23, 192:1, 194:9, 259:24
**provost's** [1] - 165:5
**provosts** [1] - 46:8
**psychology** [1] - 10:5
**public** [6] - 72:15, 75:22, 87:19, 103:1, 196:13, 196:14
**Public** [3] - 1:17, 264:4, 264:22
**publication** [2] - 11:15, 14:23
**publications** [11] - 13:3, 13:4, 13:14, 13:15, 13:17, 32:21, 102:24, 106:1, 122:22, 122:24
**publish** [6] - 13:6, 13:11,

14:12, 106:4, 106:8, 122:23
**published** [1] - 32:21
**publishes** [1] - 103:4
**publishing** [5] - 13:8, 25:16, 32:14, 104:10, 106:12
**purpose** [6] - 79:22, 98:3, 136:8, 183:17, 183:19, 251:6
**purposes** [1] - 112:14
**pursuant** [1] - 1:17
**pursue** [1] - 40:21
**put** [9] - 58:9, 62:8, 91:16, 111:8, 141:10, 150:8, 150:10, 154:22, 234:4
**qualification** [1] - 210:13
**qualifications** [2] - 122:17, 210:11
**qualified** [9] - 179:23, 180:1, 183:6, 185:4, 187:4, 205:13, 255:20, 256:19, 257:9
**quality** [6] - 13:9, 13:15, 13:18, 14:9, 102:23, 122:22
**quantity** [2] - 13:15, 102:23
**questions** [16] - 4:24, 10:9, 27:5, 27:6, 44:21, 48:15, 57:19, 58:13, 60:7, 97:14, 118:22, 176:19, 190:18, 214:22, 263:3, 263:5
**quick** [1] - 220:10
**quid** [5] - 75:12, 82:21, 83:1, 83:4, 196:23
**quit** [1] - 236:9
**quite** [6] - 16:9, 44:16, 113:22, 261:23, 262:6, 262:8
**quo** [5] - 75:12, 82:21, 83:1, 83:4, 196:23
**quote** [2] - 80:7, 91:16
**R1** [10] - 15:10, 15:12, 15:14, 15:15, 123:5, 123:7, 123:10, 123:14, 123:15, 124:3
**R2** [6] - 15:10, 15:12, 15:14, 15:15, 123:13, 123:15
**R3** [3] - 15:12, 15:14, 15:15
**raise** [2] - 74:4, 224:6
**raised** [4] - 43:21, 52:18, 52:23, 91:24
**raising** [2] - 223:5, 249:7
**ran** [1] - 165:3
**Ranjan** [11] - 203:23, 205:22, 206:22, 207:8, 207:13, 207:20, 209:13, 258:15, 258:21, 259:10, 262:4
**rank** [11] - 179:3, 183:2, 184:2, 195:4, 195:7, 195:8, 210:2, 233:20, 235:18, 247:2, 250:24
**ranked** [1] - 20:17
**ranking** [2] - 15:9, 106:5

**rankings** [1] - 20:15
**Rassule** [7] - 17:15, 50:14, 52:20, 117:23, 247:19, 256:21, 262:1
**rather** [9] - 5:1, 40:3, 68:1, 87:24, 104:5, 179:21, 184:9, 249:6, 259:17
**ratio** [1] - 215:20
**re** [3] - 107:4, 225:20, 227:9
**re-accreditation** [1] - 107:4
**re-employment** [2] - 225:20, 227:9
**reach** [2] - 38:18, 126:13
**reached** [8] - 109:8, 110:20, 114:23, 118:1, 120:7, 120:10, 120:11, 125:2
**reaching** [2] - 120:13, 127:16
**reacting** [1] - 153:13
**reaction** [5] - 147:21, 147:22, 158:15, 168:16, 169:18
**read** [8] - 12:16, 101:14, 101:15, 127:19, 165:17, 191:17, 207:11, 265:6
**reading** [1] - 164:17
**realistic** [1] - 108:22
**reality** [2] - 101:23, 238:2
**realize** [2] - 41:20, 194:12
**realized** [4] - 203:19, 241:14, 253:11, 254:1
**really** [9] - 12:9, 33:17, 47:11, 76:11, 135:18, 148:11, 156:7, 243:3, 257:18
**Reason** [1] - 265:10
**reason** [23] - 10:8, 33:9, 36:16, 36:19, 36:20, 77:16, 80:15, 116:7, 120:17, 121:18, 133:13, 142:15, 142:21, 142:24, 172:24, 182:2, 190:6, 190:22, 191:16, 192:20, 242:13, 243:19, 246:1
**reasonable** [2] - 39:12, 105:6
**reasons** [13] - 18:19, 33:2, 35:4, 35:6, 115:20, 115:21, 181:17, 190:7, 190:17, 191:2, 191:5, 227:22
**receive** [4] - 122:11, 171:17, 228:13, 253:8
**received** [10] - 57:16, 172:6, 173:7, 175:14, 176:9, 193:15, 211:16, 213:13, 219:10, 247:19
**receives** [1] - 242:1
**receiving** [1] - 252:1
**recent** [1] - 106:22
**recently** [4] - 20:9, 138:2, 228:1, 230:15
**recess** [6] - 19:20, 59:8, 114:21, 137:15, 209:7, 250:15
**recollection** [2] - 49:12, 73:17

**recommendation** [1] - 199:16
**recommended** [3] - 199:3, 199:5, 199:9
**reconsider** [1] - 198:1
**record** [8] - 3:9, 3:14, 5:6, 59:9, 114:22, 137:13, 137:16, 150:16
**recruited** [1] - 258:18
**recruiters** [1] - 40:14
**reduced** [1] - 264:12
**refer** [10] - 12:7, 61:3, 67:7, 147:14, 149:10, 198:12, 200:3, 200:6, 200:13, 261:17
**referee** [7] - 110:24, 111:1, 111:2, 111:3, 111:4, 112:19, 113:15
**reference** [32] - 8:13, 35:7, 63:18, 83:16, 94:5, 111:5, 111:6, 111:7, 111:10, 112:2, 112:8, 113:16, 113:18, 155:15, 156:21, 156:22, 157:9, 157:23, 158:11, 161:16, 178:19, 178:23, 198:8, 199:12, 199:13, 199:17, 199:19, 200:1, 203:12, 206:17, 219:2, 260:9
**referenced** [9] - 64:13, 64:23, 67:12, 160:15, 178:13, 187:20, 209:13, 227:13, 248:6
**references** [1] - 63:22
**referencing** [4] - 147:3, 150:15, 156:2, 200:13
**referral** [1] - 111:15
**referred** [6] - 45:1, 98:12, 138:12, 198:10, 207:20, 217:17
**referring** [24] - 31:21, 45:6, 83:19, 136:13, 136:14, 138:1, 148:4, 149:2, 161:20, 164:20, 164:22, 165:18, 165:22, 166:4, 179:2, 179:12, 203:22, 207:1, 209:23, 212:5, 218:4, 256:22, 261:18, 262:18
**refers** [5] - 160:1, 179:1, 189:15, 198:11, 207:13
**refuse** [2] - 194:9, 252:2
**refused** [1] - 183:3
**refusing** [1] - 260:17
**regarding** [9] - 54:21, 168:4, 176:19, 193:22, 213:2, 220:17, 232:21, 233:19, 261:15
**regardless** [3] - 124:15, 189:22, 193:1
**regular** [2] - 76:1, 142:16
**regularly** [1] - 46:21
**regulars** [1] - 76:6

**Exhibit 1**

rehire [3] - 125:17, 186:18, 186:24
rehired [1] - 180:7
rehiring [3] - 98:21, 98:22, 125:20
rejected [4] - 91:15, 92:7, 196:22, 210:19
rejecting [2] - 86:14, 87:5
rejoining [1] - 253:12
relate [1] - 214:22
related [25] - 8:11, 14:4, 25:10, 35:5, 74:12, 80:3, 81:8, 85:13, 85:14, 97:3, 97:4, 98:24, 107:16, 119:8, 119:15, 147:6, 171:7, 184:13, 193:19, 199:13, 219:4, 221:19, 222:6, 241:17, 259:13
relates [6] - 103:15, 107:14, 147:23, 148:16, 156:2, 247:3
relating [8] - 57:6, 108:8, 163:17, 171:4, 199:14, 200:12, 219:3, 224:23
relation [1] - 264:9
relationship [24] - 76:10, 80:6, 80:19, 81:4, 88:1, 88:6, 88:9, 88:11, 90:2, 91:18, 93:2, 93:11, 93:12, 153:10, 153:11, 154:11, 154:14, 204:3, 207:17, 240:23, 240:24, 243:20, 245:21, 246:19
relationships [2] - 93:5, 163:5
relatively [1] - 106:21
relay [1] - 50:3
relevant [1] - 98:19
relying [1] - 201:20
remember [28] - 12:1, 32:24, 33:4, 35:13, 38:24, 39:4, 67:9, 68:9, 69:9, 71:12, 74:1, 74:7, 109:20, 113:5, 127:20, 133:23, 139:24, 140:1, 141:20, 142:4, 152:20, 179:9, 179:10, 210:9, 219:23, 223:12, 257:23, 258:14
remind [1] - 12:8
rep [4] - 54:7, 54:15, 55:2, 55:10
repeated [1] - 255:18
repeats [1] - 206:7
repetition [1] - 138:6
rephrase [1] - 34:18
replied [1] - 80:11
reply [1] - 68:4
report [2] - 146:24, 170:17
reported [1] - 53:7
Reporter [1] - 264:5
REPORTER [1] - 105:15
reporter [2] - 3:13, 4:18
reporting [1] - 238:21

repository [1] - 73:2
representative [6] - 51:22, 52:1, 52:9, 52:10, 52:22, 54:20
representing [1] - 196:17
reputation [5] - 235:21, 236:2, 237:20, 247:3, 247:13
request [3] - 141:22, 144:7, 214:2
require [1] - 141:22
required [1] - 187:22
requirement [1] - 210:13
requirements [5] - 11:14, 234:3, 234:8, 234:13, 234:18
requiring [1] - 186:18
research [49] - 6:19, 7:3, 7:20, 8:23, 8:24, 9:2, 9:3, 11:12, 13:5, 15:10, 15:20, 16:20, 16:22, 17:8, 18:11, 19:4, 19:8, 20:12, 20:15, 20:20, 20:23, 21:3, 21:5, 21:14, 21:18, 21:23, 22:4, 22:9, 22:12, 22:13, 22:17, 24:7, 25:16, 25:19, 29:2, 29:11, 31:1, 32:19, 39:19, 39:20, 39:23, 40:4, 41:9, 94:14, 122:11, 123:3
Research [11] - 15:5, 17:7, 19:1, 40:15, 40:18, 42:10, 122:14, 122:19
reserve [1] - 263:6
resident [1] - 52:23
resign [2] - 69:19, 124:14
resignation [4] - 49:21, 72:22, 178:1, 184:18
resigned [10] - 60:19, 74:17, 181:21, 183:5, 183:15, 211:16, 212:13, 215:19, 253:17
resigning [7] - 49:9, 49:18, 71:4, 206:21, 212:15, 212:22, 253:20
resolve [1] - 73:22
resources [7] - 15:18, 21:4, 21:6, 21:10, 23:8, 25:24, 31:6
respect [15] - 22:20, 29:6, 70:18, 92:21, 93:8, 99:20, 103:13, 116:9, 147:3, 148:20, 148:22, 179:7, 197:12, 226:17, 252:12
respected [1] - 26:9
respectful [2] - 93:7, 243:19
respecting [1] - 94:13
respond [11] - 57:21, 69:7, 69:15, 69:22, 91:1, 91:4, 91:5, 91:6, 91:8, 127:12, 154:15
responded [2] - 80:13, 113:21
responding [2] - 67:4,

155:13
response [34] - 4:21, 55:2, 70:2, 70:10, 70:12, 70:17, 72:20, 83:23, 85:23, 86:2, 86:4, 86:10, 87:2, 87:8, 87:23, 88:21, 109:1, 125:12, 125:14, 134:22, 150:23, 151:10, 155:17, 155:22, 156:18, 157:5, 157:7, 174:9, 174:13, 174:21, 175:12, 212:24, 214:1
responses [1] - 58:13
responsibility [1] - 185:15
responsive [1] - 113:22
rest [1] - 231:21
restarted [1] - 219:11
restroom [1] - 250:10
result [6] - 129:22, 130:7, 131:5, 191:13, 194:2, 208:18
results [2] - 99:16, 128:20
retain [4] - 211:19, 212:1, 212:2, 213:15
retaliate [1] - 196:20
retaliated [1] - 239:5
retaliation [10] - 87:17, 89:9, 179:14, 191:19, 191:23, 196:19, 221:6, 221:8, 240:18, 245:22
retire [4] - 115:24, 116:1, 116:13, 117:2
retired [8] - 45:15, 116:4, 116:6, 215:20, 227:24, 228:4, 228:5, 229:6
retirement [3] - 41:2, 41:16, 229:12
retrieve [1] - 70:24
retrieved [2] - 66:3, 71:14
return [29] - 36:20, 37:11, 41:10, 46:18, 114:11, 125:8, 128:2, 131:7, 132:5, 136:17, 139:1, 139:22, 152:3, 152:4, 179:4, 179:23, 181:16, 182:2, 183:3, 183:7, 183:10, 184:20, 185:8, 198:2, 208:4, 215:24, 236:20, 246:7, 253:1
returned [20] - 6:3, 20:9, 42:14, 134:9, 140:24, 179:14, 179:15, 180:5, 180:6, 202:2, 202:10, 227:19, 227:23, 233:7, 234:10, 235:16, 243:24, 252:24, 255:12
returning [8] - 45:23, 47:21, 98:21, 115:8, 136:11, 160:4, 165:21, 216:1
review [5] - 23:20, 96:3, 138:4, 216:3, 258:1
reviewed [1] - 251:11
reviews [2] - 217:11, 217:15

revolution [1] - 43:22
rigid [1] - 185:1
Rigsbee [9] - 191:19, 191:20, 192:21, 194:22, 195:16, 231:23, 232:5, 232:7, 232:18
Rigsbee's [1] - 194:11
Road [1] - 4:3
Rogers [1] - 220:23
roghieh [1] - 3:10
ROGHIEH [7] - 1:6, 1:13, 3:1, 3:16, 264:8, 265:2, 265:5
role [9] - 9:8, 9:12, 52:6, 52:9, 98:1, 215:1, 215:22, 217:2, 225:19
romantic [2] - 88:8, 88:10
room [4] - 74:8, 74:23, 96:8, 97:12
root [1] - 7:15
Rouen [6] - 27:12, 27:14, 27:23, 33:6, 35:16
rough [1] - 18:24
roughly [1] - 22:3
round [8] - 128:3, 128:4, 130:8, 130:9, 130:11, 170:18, 199:7, 199:8
rounds [2] - 128:8, 136:3
Roya [12] - 2:21, 3:11, 3:18, 3:23, 76:9, 112:11, 112:15, 112:21, 114:8, 115:10, 200:3, 241:11
ROYA [1] - 3:21
ROYSTER [1] - 2:8
rude [1] - 5:5
ruled [2] - 103:10
rules [2] - 4:15, 76:14
rumor [1] - 256:14
rumors [14] - 198:4, 202:21, 203:19, 205:7, 235:24, 236:1, 240:5, 242:4, 247:5, 247:16, 248:3, 256:8, 256:11, 259:4
runs [1] - 61:14
sabotage [4] - 255:16, 256:7, 256:10, 257:20
sabotaging [1] - 258:17
sad [3] - 168:14, 168:20, 169:5
salary [7] - 174:1, 174:4, 176:6, 183:2, 233:19, 235:18, 251:1
Sandra [4] - 1:16, 1:20, 264:4, 264:22
sandra.k.haines@aol.com [1] - 1:21
save [2] - 71:18, 72:2
saved [1] - 67:4
saw [1] - 136:6
scaled [1] - 159:14
scenario [1] - 193:21
scene [1] - 154:18
schedule [2] - 60:23, 67:22

**Exhibit 1**

scheduled [1] - 48:18
scheduling [1] - 67:1
scholars [2] - 24:15, 24:21
scholarship [3] - 102:18, 102:19, 102:20
school [30] - 11:6, 11:21, 17:18, 18:1, 21:3, 23:3, 27:9, 28:24, 29:4, 104:15, 116:2, 124:1, 133:22, 155:2, 165:19, 165:21, 185:12, 185:14, 186:17, 186:18, 213:16, 214:2, 217:2, 218:9, 222:23, 229:2, 229:19, 231:17, 250:18, 250:24
school's [1] - 35:24
Schools [1] - 12:5
schools [4] - 11:10, 11:18, 15:11
Science [1] - 9:22
science [2] - 10:3, 10:4
seal [1] - 264:16
search [5] - 73:9, 117:19, 137:5, 244:14
second [18] - 128:18, 130:1, 130:7, 130:9, 130:10, 140:8, 149:20, 149:22, 150:5, 159:14, 170:18, 170:22, 191:10, 191:15, 199:7, 210:17, 223:20, 255:6
secret [1] - 250:10
secrets [1] - 250:7
section [2] - 137:4, 149:5
see [40] - 8:13, 14:8, 17:24, 36:7, 36:13, 39:1, 59:23, 63:10, 71:11, 73:10, 93:5, 107:18, 107:19, 114:5, 115:4, 125:11, 127:18, 138:8, 138:10, 140:5, 144:16, 145:2, 153:8, 153:9, 161:14, 162:12, 163:22, 167:11, 169:13, 172:13, 212:11, 219:20, 219:21, 237:15, 239:17, 243:13, 249:20, 253:24
seeing [1] - 248:7
seek [1] - 52:10
seeking [1] - 109:13
seem [1] - 121:9
segregation [1] - 78:2
semester [7] - 32:4, 49:22, 110:3, 121:3, 121:11, 121:13, 248:17
semesters [2] - 32:1, 32:2
send [7] - 62:18, 63:19, 63:21, 68:6, 141:22, 142:1, 142:2
sending [3] - 60:15, 118:24, 146:18
senior [1] - 160:13
sensitive [1] - 89:6
sent [28] - 57:8, 57:18, 59:11,

60:5, 60:22, 61:7, 61:10, 61:12, 61:21, 61:24, 62:12, 63:14, 64:1, 64:7, 65:6, 66:5, 66:14, 68:1, 68:9, 68:11, 68:18, 68:22, 69:5, 80:14, 86:16, 189:15, 197:2, 212:21
sentence [2] - 85:16, 85:17
separated [1] - 96:23
separately [1] - 61:10
September [17] - 1:14, 28:10, 28:12, 78:7, 79:21, 83:22, 84:3, 84:22, 86:11, 87:2, 133:12, 133:17, 202:8, 202:9, 264:7, 264:17, 265:7
serious [1] - 186:3
service [17] - 6:19, 7:5, 7:6, 7:21, 22:3, 22:10, 23:11, 23:12, 23:13, 23:23, 24:2, 24:5, 24:9, 29:3, 29:15, 29:16
services [1] - 7:4
serving [1] - 23:15
session [2] - 55:21, 248:19
sessions [1] - 248:18
set [3] - 24:22, 176:1, 234:3
sets [2] - 173:18, 265:7
settle [3] - 37:22, 41:1, 204:1
Sevali [2] - 245:6, 246:9
Seventh [1] - 2:4
several [10] - 33:2, 81:21, 116:14, 116:15, 119:18, 127:22, 217:22, 248:1, 253:1, 256:17
sex [1] - 204:11
sexism [2] - 50:7, 50:18
sexual [46] - 37:13, 50:4, 51:15, 53:2, 53:12, 54:1, 54:16, 56:6, 56:16, 74:12, 75:9, 75:11, 75:12, 75:20, 76:14, 79:19, 81:2, 81:6, 81:8, 81:9, 81:17, 82:18, 82:21, 82:24, 89:8, 94:1, 133:1, 133:11, 133:17, 146:3, 147:3, 147:17, 148:5, 148:13, 153:6, 158:14, 158:19, 159:3, 183:5, 183:12, 196:23, 205:4, 205:12, 238:19, 245:24, 247:22
sexually [1] - 183:23
share [6] - 85:11, 85:13, 97:24, 161:9, 246:20, 246:21
shared [47] - 50:8, 50:22, 51:1, 51:3, 51:4, 51:9, 53:8, 54:16, 56:7, 56:19, 82:6, 85:10, 94:18, 94:23, 95:7, 95:14, 95:23, 95:24, 96:1, 96:12, 96:24, 97:15, 97:17, 98:3, 98:12, 98:13, 100:1, 100:13, 101:12,

103:13, 105:9, 106:11, 107:10, 107:14, 108:8, 129:24, 140:22, 141:3, 147:15, 148:9, 148:13, 205:3, 211:21, 217:16, 217:17, 226:7
sharing [3] - 18:14, 109:5, 246:10
Sharma [1] - 242:12
shock [1] - 78:5
shocked [1] - 73:19, 73:21, 76:12, 80:9, 81:12, 89:21, 90:6, 152:20, 152:21, 153:13, 161:12
shocking [1] - 81:15
short [3] - 38:20, 56:12, 124:4
Shorthand [1] - 264:5
shorthand [1] - 264:15
shouted [1] - 153:20
shouting [3] - 131:13, 152:2, 152:9, 152:10, 152:22, 153:4, 255:5, 255:16
show [4] - 57:23, 77:23, 84:19, 220:6
showed [2] - 35:21, 250:16
shows [2] - 101:9, 189:1
side [1] - 253:19
sign [2] - 251:4, 251:7
SIGNATURE [1] - 265:9
signature [4] - 62:17, 175:17, 263:6, 265:8
signed [3] - 175:20, 251:3, 251:8
significant [2] - 101:18, 102:5
similar [12] - 8:19, 28:8, 31:23, 191:22, 192:18, 192:22, 193:6, 221:22, 232:6, 232:8, 239:18, 247:21
simple [1] - 108:10
simply [1] - 167:17
Singapore [1] - 26:23
singer [1] - 85:16
SINGH [1] - 240:9
Singh [9] - 117:24, 240:6, 240:9, 240:11, 240:14, 241:16, 242:24, 243:21, 244:15
single [1] - 245:1
sit [9] - 33:16, 64:7, 65:18, 68:14, 69:21, 70:1, 70:15, 96:4, 225:13
site [1] - 73:5
situation [8] - 33:3, 45:6, 89:6, 184:8, 192:22, 193:7, 193:24, 238:14
six [7] - 130:16, 149:10, 150:18, 159:18, 160:7, 193:10, 199:10
size [1] - 140:12
skilled [1] - 37:21

Skowronski [1] - 220:23
sleep [1] - 83:6
slightly [3] - 28:8, 31:18, 31:20
slow [6] - 12:20, 85:7, 150:23, 151:10, 192:9, 238:21
slower [1] - 105:16
smear [1] - 198:4
smiling [1] - 88:18
snapshot [1] - 141:17
social [4] - 10:3, 10:4, 33:3, 35:5
society [3] - 9:7, 9:9, 11:13
sociology [1] - 10:5
software [2] - 9:18, 10:17
solid [1] - 158:15
solution [3] - 41:23, 54:23, 108:10
solutions [5] - 107:20, 107:22, 108:1, 108:7, 224:8
solving [1] - 236:7
Som [1] - 117:14
someone [24] - 14:8, 25:1, 44:2, 85:11, 85:12, 96:19, 100:22, 101:16, 101:24, 111:14, 116:12, 120:2, 120:3, 120:7, 124:2, 125:17, 125:20, 125:23, 128:19, 164:1, 196:20, 209:14, 222:17, 230:16
sometime [11] - 49:13, 49:23, 54:8, 110:3, 138:23, 139:23, 141:10, 146:1, 146:10, 173:14, 227:19
sometimes [6] - 5:15, 11:19, 11:20, 36:13, 213:17, 248:13
somewhere [7] - 24:1, 62:8, 71:11, 71:13, 71:19, 72:3, 215:16
Somnath [2] - 165:15, 222:24
songs [1] - 85:13
soon [1] - 254:3
sorry [33] - 12:19, 16:13, 27:1, 34:3, 53:20, 64:21, 73:21, 73:23, 86:24, 88:19, 105:15, 118:11, 126:18, 150:23, 151:10, 158:9, 159:5, 163:12, 177:8, 181:2, 185:18, 192:7, 198:24, 201:11, 214:9, 214:20, 215:20, 219:14, 224:17, 234:15, 241:11, 252:14, 254:13
sort [4] - 15:8, 33:17, 154:14, 174:6
sounds [2] - 34:13, 96:11
source [2] - 224:22, 225:6
sources [3] - 226:19, 226:20, 226:22

Exhibit 1

**South** [2] - 2:4, 42:8
**speaking** [10] - 28:15, 37:20, 38:1, 84:19, 126:24, 127:3, 163:2, 163:22, 164:2, 164:8
**special** [1] - 91:12
**specialty** [2] - 11:8, 11:11
**specific** [24] - 31:22, 54:21, 82:20, 100:5, 106:1, 129:1, 129:15, 139:20, 186:15, 199:16, 199:22, 209:11, 213:7, 217:20, 218:4, 218:8, 218:10, 221:23, 222:9, 230:17, 230:23, 231:2, 239:23, 258:24
**specifically** [9] - 8:9, 50:11, 56:2, 75:9, 75:18, 97:21, 131:1, 144:3, 224:24
**specifies** [1] - 250:24
**specify** [2] - 198:9, 198:22
**spell** [3] - 3:15, 116:22, 244:9
**spelled** [1] - 3:12
**spelling** [1] - 84:17
**spend** [5] - 7:7, 7:9, 22:2, 31:13, 245:15
**spending** [3] - 8:4, 29:7, 31:2
**spends** [1] - 243:17
**spent** [3] - 22:4, 31:8, 31:10
**spoken** [3] - 162:19, 162:21, 239:9
**spread** [4] - 202:21, 240:6, 256:8, 256:14
**spreading** [7] - 203:19, 205:7, 235:24, 236:2, 242:4, 256:11, 259:4
**spring** [2] - 164:19, 164:23
**SPRINGFIELD** [1] - 1:4
**Springfield** [15] - 1:16, 2:4, 2:10, 45:8, 75:22, 76:23, 77:17, 77:19, 77:24, 78:17, 78:19, 79:1, 80:1, 164:23, 259:23
**SS** [1] - 264:1
**staff** [1] - 76:2
**stamped** [1] - 64:18
**stand** [1] - 11:24
**standards** [6] - 24:22, 94:11, 95:10, 106:4, 216:6
**standing** [1] - 235:22
**star** [13] - 13:10, 13:12, 103:5, 104:11, 106:6, 122:24
**staring** [2] - 81:18, 82:22
**start** [13] - 4:22, 28:3, 28:6, 31:12, 75:8, 85:18, 85:19, 189:5, 194:13, 220:22, 231:11, 236:8, 242:6
**started** [20] - 5:24, 6:3, 7:11, 78:20, 114:9, 114:15, 115:1, 119:5, 120:24, 121:1, 121:10, 121:12, 178:9, 190:13, 216:21,

229:19, 252:15, 255:5, 255:16, 259:8
**starting** [2] - 141:15, 223:12
**starts** [1] - 140:14
**state** [3] - 3:8, 59:21, 92:3
**STATE** [1] - 264:1
**statements** [1] - 174:13
**States** [18] - 33:8, 36:21, 37:19, 38:3, 38:16, 39:15, 40:9, 40:10, 40:12, 41:8, 41:11, 45:7, 109:23, 110:7, 110:10, 110:16, 110:18
**STATES** [1] - 1:3
**states** [1] - 165:23
**statistics** [1] - 217:1
**status** [8] - 22:20, 34:14, 179:18, 180:13, 180:19, 180:22, 238:6, 247:2
**stay** [8] - 33:8, 33:18, 34:15, 34:17, 34:20, 36:23, 87:22, 89:14
**stayed** [1] - 22:24
**staying** [1] - 35:1
**stenographically** [1] - 264:12
**step** [3] - 108:15, 187:20, 250:4
**stepped** [1] - 260:6
**steps** [1] - 187:11
**still** [12] - 30:14, 33:21, 34:4, 47:22, 51:24, 67:19, 169:16, 187:4, 191:11, 195:6, 224:3, 259:17
**stipulate** [2] - 186:21, 187:1
**stop** [14] - 62:20, 62:24, 96:9, 133:15, 151:5, 157:16, 157:17, 158:7, 163:10, 198:5
**stopped** [1] - 241:6
**stories** [1] - 91:22
**story** [2] - 193:11, 238:19
**Street** [1] - 2:4
**streets** [3] - 33:6, 36:6, 36:13
**stressful** [1] - 36:6
**structure** [1] - 254:4
**stuck** [2] - 194:17, 194:20
**student** [1] - 123:7
**students** [11] - 21:7, 21:14, 22:21, 30:24, 31:4, 32:17, 32:18, 32:19, 206:11, 249:14
**study** [1] - 9:7
**stupid** [3] - 34:12, 83:11, 83:12
**style** [1] - 88:17
**subject** [1] - 66:13
**subsequent** [2] - 72:22, 250:19
**sudden** [1] - 243:21
**Sudeep** [1] - 242:11
**suggest** [5] - 186:16, 197:11, 201:13, 201:21, 204:23

**suggested** [3] - 17:17, 20:11, 204:6
**suggestion** [1] - 109:1
**suggests** [7] - 66:5, 86:5, 87:3, 87:8, 88:12, 88:22, 199:2
**summarize** [1] - 57:10
**Sunday** [1] - 76:5
**super** [1] - 105:19
**supervisor** [1] - 81:6
**supervisory** [1] - 52:5
**support** [24] - 21:17, 22:16, 112:6, 128:17, 131:17, 131:19, 136:17, 152:4, 152:13, 152:16, 153:22, 155:7, 156:19, 193:1, 193:3, 193:4, 193:15, 194:8, 215:21, 216:12, 218:3, 218:5, 247:19
**supported** [2] - 193:14, 208:23
**supporting** [1] - 206:13
**supportive** [3] - 91:14, 92:6, 197:23
**surname** [4] - 48:21, 116:24, 245:10, 257:4
**Surname** [1] - 3:17
**surprised** [1] - 165:24
**surprising** [1] - 204:4
**sustainability** [2] - 9:12, 9:15
**sworn/affirmed** [2] - 3:4, 264:8
**system** [20] - 4:13, 9:18, 9:24, 10:1, 10:6, 11:1, 26:16, 27:18, 31:20, 37:23, 51:6, 56:22, 71:8, 71:15, 95:15, 97:1, 103:21, 103:22, 219:7, 254:4
**Systems** [10] - 8:12, 8:15, 24:14, 24:17, 24:19, 25:2, 25:7, 29:21, 92:13, 117:22
**systems** [10] - 9:6, 9:8, 9:11, 9:13, 10:2, 10:20, 24:21, 26:18, 29:1, 80:3, 92:15, 92:16, 98:17
**table** [1] - 96:4
**Taiwan** [1] - 206:11
**Taiwanese** [1] - 131:12
**talks** [1] - 93:14
**targeted** [2] - 154:17, 256:5
**targeting** [1] - 258:17
**targets** [1] - 218:1
**tasks** [2] - 98:5, 98:8
**taught** [8] - 23:9, 28:20, 30:7, 31:9, 31:24, 32:6, 110:4, 249:18
**Taylorville** [1] - 264:17
**teach** [12] - 8:9, 27:12, 27:19, 27:22, 28:18, 32:3, 41:8, 123:5, 248:15, 248:23, 249:11
**teaching** [51] - 6:19, 7:3, 7:7, 7:8, 7:14, 7:20, 8:19, 8:20,

15:2, 15:14, 15:18, 15:19, 16:5, 16:7, 16:18, 17:9, 19:7, 20:4, 20:8, 21:11, 21:21, 22:2, 22:9, 23:3, 25:19, 28:15, 29:2, 29:12, 29:18, 30:6, 30:9, 30:11, 30:14, 31:3, 31:10, 31:12, 31:15, 31:17, 40:3, 47:1, 49:24, 102:20, 103:8, 119:1, 150:23, 151:11, 234:20, 249:8, 249:9, 259:14, 260:2
**team** [1] - 225:10
**technical** [1] - 18:19
**technology** [2] - 9:13, 11:1
**ten** [2] - 29:16, 215:9
**tenure** [15] - 95:11, 96:3, 96:18, 107:17, 192:24, 193:8, 216:3, 217:6, 221:3, 228:13, 228:19, 228:20, 228:21, 254:7
**tenured** [7] - 171:9, 215:6, 215:13, 229:3, 229:4, 237:16, 256:19
**term** [1] - 37:8
**terms** [24] - 15:9, 121:6, 121:15, 121:24, 122:21, 175:24, 176:3, 178:5, 178:12, 184:23, 199:20, 201:15, 201:22, 202:24, 203:10, 204:24, 215:1, 219:17, 225:20, 226:1, 228:17, 228:18, 231:2, 252:7
**testified** [1] - 3:5
**testify** [3] - 219:17, 220:17, 264:9
**testimony** [5] - 136:20, 139:15, 217:14, 265:6, 265:7
**Tewei** [25] - 82:4, 118:15, 131:11, 133:11, 137:6, 137:22, 141:17, 147:19, 169:2, 202:2, 202:4, 202:5, 203:13, 205:21, 207:8, 209:16, 255:3, 255:7, 255:9, 258:16, 260:19, 260:24, 261:24
**texting** [1] - 142:17
**texts** [1] - 149:6
**thanking** [3] - 90:5, 90:7, 90:10
**THE** [4] - 1:3, 1:3, 1:9, 265:3
**therapist** [1] - 248:7
**THERESA** [1] - 2:11
**Theresa** [7] - 67:11, 88:15, 92:23, 156:4, 159:13, 167:8, 239:1
**thinking** [4] - 90:14, 90:18, 110:2, 238:1
**thinks** [2] - 135:17, 247:15, 257:8
**third** [4] - 150:6, 150:22,

**Exhibit 1**

151:9, 191:16

**thoughts** [1] - 151:15
**threatening** [1] - 131:14
**three** [47] - 6:20, 6:24, 8:5, 13:10, 13:12, 27:16, 27:19, 29:2, 29:7, 42:21, 54:18, 56:24, 72:8, 103:5, 104:10, 106:5, 106:6, 106:13, 119:20, 119:22, 130:8, 130:17, 136:3, 136:15, 150:17, 151:19, 154:19, 155:10, 155:11, 155:19, 156:2, 156:22, 157:8, 157:22, 158:10, 159:12, 167:17, 170:23, 171:3, 171:6, 199:10, 209:23, 215:13, 248:17
**throughout** [1] - 8:6
**throw** [1] - 54:2
**timeline** [1] - 58:21
**timing** [1] - 139:17
**tired** [1] - 41:17
**title** [2] - 15:9, 44:6
**to-wit** [1] - 3:5
**today** [22] - 4:19, 33:16, 42:17, 43:5, 57:20, 64:7, 65:18, 66:21, 68:14, 69:22, 70:1, 70:16, 110:2, 113:17, 142:5, 143:17, 148:16, 149:3, 150:24, 151:11, 200:23, 225:13
**together** [11] - 58:9, 95:5, 97:8, 99:19, 100:8, 119:9, 119:19, 223:4, 223:7, 241:6, 246:15
**tomorrow** [1] - 167:23
**took** [6] - 35:10, 79:12, 79:20, 90:18, 202:6, 260:7
**top** [7] - 40:18, 42:9, 93:7, 150:4, 150:6, 212:8, 252:24
**topic** [1] - 186:15
**topics** [5] - 54:18, 56:15, 56:24, 62:4, 63:17, 63:24, 64:12, 69:1, 73:14
**Toronto** [1] - 4:3
**total** [1] - 10:21
**touch** [2] - 118:2, 118:4
**tour** [2] - 77:19, 78:17
**towards** [1] - 24:1
**toxic** [1] - 207:17
**track** [1] - 235:14
**tract** [1] - 221:4
**trail** [3] - 80:13, 80:16, 93:19
**trajectory** [3] - 235:15, 236:9, 237:7
**transcript** [4] - 263:9, 263:12, 264:14, 265:6
**translate** [2] - 85:4, 85:5
**translation** [2] - 85:20, 264:15
**treated** [8] - 203:15, 204:6, 204:17, 205:8, 206:14,

255:20, 256:20, 257:14
**tried** [9] - 36:12, 46:18, 100:22, 122:10, 177:22, 181:10, 183:2, 204:2, 246:5
**true** [9] - 23:10, 90:21, 96:14, 133:5, 143:10, 151:16, 254:23, 257:19, 264:14
**trust** [1] - 239:1
**trusted** [1] - 133:14
**TRUSTEES** [2] - 1:9, 265:3
**truth** [4] - 19:12, 245:23, 258:20, 264:9
**try** [9] - 34:11, 47:16, 60:3, 100:20, 105:5, 122:6, 173:1, 236:18, 248:10
**trying** [31] - 5:4, 41:24, 77:22, 78:12, 79:14, 80:16, 89:9, 89:15, 90:22, 100:3, 104:18, 125:21, 136:10, 154:21, 160:18, 166:13, 168:22, 169:6, 177:8, 179:11, 181:3, 181:12, 189:19, 203:1, 205:14, 239:17, 242:8, 245:19, 256:12, 260:12
**turn** [1] - 194:13
**twelve** [4] - 215:6, 215:10, 215:11, 215:12
**twice** [2] - 32:7, 107:6
**two** [35] - 4:23, 10:15, 13:10, 13:12, 14:7, 30:21, 31:24, 32:2, 51:8, 53:2, 76:8, 91:24, 92:2, 97:2, 103:4, 104:10, 106:6, 132:1, 150:17, 150:19, 154:19, 155:9, 155:19, 156:1, 156:22, 157:8, 157:22, 158:10, 189:2, 191:7, 193:6, 220:15, 232:12, 248:19, 248:20
**type** [10] - 4:23, 5:2, 9:2, 18:1, 19:4, 19:22, 34:19, 55:20, 129:3, 182:6
**typed** [2] - 61:9, 86:2
**types** [2] - 11:10, 30:6
**typewritten** [1] - 264:13
**typically** [1] - 57:17
**U.I** [1] - 259:13
**u.I.S** [1] - 235:15
**U.I.S** [122] - 5:20, 5:24, 6:3, 6:6, 7:8, 7:13, 8:6, 8:10, 11:15, 14:23, 15:1, 15:2, 15:8, 15:22, 16:1, 16:16, 17:6, 17:24, 19:5, 19:9, 19:22, 20:11, 20:17, 21:13, 27:6, 30:7, 31:7, 31:11, 31:17, 38:19, 39:19, 39:23, 40:2, 42:15, 43:9, 43:13, 45:22, 45:23, 52:2, 83:18, 84:21, 87:3, 103:8, 106:19, 106:23, 109:8, 109:22, 114:2, 114:13, 114:16,

115:1, 115:9, 115:19, 119:3, 119:19, 120:9, 122:6, 122:8, 124:9, 124:21, 125:3, 129:8, 132:7, 132:17, 132:21, 133:5, 142:14, 146:3, 146:8, 147:5, 147:24, 152:5, 158:13, 158:19, 159:8, 160:4, 162:8, 168:15, 168:21, 168:22, 170:1, 171:21, 172:1, 172:11, 172:12, 172:14, 173:7, 173:18, 173:20, 175:3, 175:15, 175:17, 176:11, 178:4, 178:20, 182:13, 184:13, 185:6, 187:12, 208:10, 210:13, 212:4, 212:10, 213:8, 214:17, 219:4, 222:18, 224:3, 227:18, 234:3, 234:9, 234:19, 238:7, 238:17, 241:9, 247:2, 249:8, 250:20, 259:10, 259:14, 259:17, 261:7
**U.S** [7] - 37:4, 37:16, 110:14, 114:10, 145:12, 145:13, 181:16
**Uddin** [1] - 247:6
**UDDIN** [1] - 247:10
**UK** [2] - 38:3, 93:6
**UNAL** [1] - 245:7
**unanimous** [1] - 193:15
**unattractive** [1] - 246:6
**undeniable** [2] - 101:8, 218:20
**under** [4] - 73:2, 178:5, 178:12, 264:16
**undergraduate** [1] - 249:12
**underneath** [1] - 162:7
**understood** [4] - 5:12, 171:11, 186:5, 186:10
**unemployed** [1] - 236:16
**unfortunately** [3] - 194:19, 216:7, 258:19
**unhappy** [1] - 168:20
**unheard** [1] - 123:24
**union** [21] - 33:15, 51:18, 51:21, 52:1, 52:9, 52:10, 52:22, 54:7, 54:15, 54:20, 55:2, 55:10, 148:8, 196:12, 196:15, 225:9, 225:10, 232:3, 232:16, 233:9
**Union** [2] - 33:22, 34:4, 34:14
**unit** [6] - 176:15, 176:20, 176:21, 176:24, 177:1, 177:17
**UNITED** [1] - 1:3
**United** [25] - 14:5, 18:4, 33:8, 33:22, 36:21, 36:22, 37:18, 38:3, 38:15, 38:16, 39:15, 40:9, 40:10, 40:12, 41:8, 41:10, 45:7, 78:2, 109:23,

110:7, 110:10, 110:16, 110:18
**units** [1] - 176:15
**universal** [1] - 41:21
**universities** [3] - 15:6, 15:15, 122:14
**University** [5] - 26:23, 27:17, 42:8, 186:3, 261:6
**university** [22] - 1:9, 7:9, 7:14, 12:23, 15:2, 16:5, 16:7, 20:8, 42:2, 42:10, 46:9, 48:14, 72:7, 106:3, 120:15, 235:20, 238:11, 241:13, 259:16, 265:4
**university's** [1] - 73:5
**unless** [2] - 123:24, 176:15
**unlike** [1] - 30:18
**unofficial** [1] - 161:10
**unrest** [1] - 35:5
**unstable** [2] - 35:22, 35:23
**unusual** [1] - 241:15
**up** [23] - 17:24, 61:9, 63:16, 77:20, 87:6, 91:14, 134:17, 135:22, 146:20, 147:18, 147:21, 153:1, 153:15, 154:22, 155:18, 157:24, 188:3, 203:4, 203:10, 225:19, 226:1, 257:19, 257:20
**updated** [1] - 250:22
**ups** [1] - 226:23
**upset** [3] - 168:3, 168:7, 168:8
**vacation** [1] - 143:15
**value** [1] - 94:14
**verbally** [1] - 80:19
**version** [2] - 71:9, 71:15
**versions** [1] - 137:22
**versus** [3] - 94:11, 95:12, 216:6
**Vest** [2] - 33:5, 35:8
**Vice** [2] - 192:2, 253:5
**victims** [4] - 218:13, 225:1, 225:3
**view** [1] - 10:22
**views** [1] - 90:3
**violates** [1] - 105:10
**violent** [2] - 36:8
**visa** [6] - 33:10, 33:12, 33:13, 33:23, 34:23
**visit** [1] - 165:1
**visited** [1] - 261:11
**VOELKER** [1] - 2:8
**vote** [36] - 96:17, 97:9, 97:13, 99:15, 99:20, 100:9, 100:23, 104:1, 104:20, 106:9, 108:13, 127:21, 128:2, 128:7, 128:13, 128:14, 128:20, 128:23, 129:2, 129:6, 129:11, 129:23, 130:2, 131:9, 131:20, 132:1, 170:23, 172:17, 195:21, 196:2,

**Exhibit 1**

197:23, 217:15, 218:19,
230:13
**voted** [5] - 98:22, 104:4,
130:18, 130:21, 230:6
**votes** [15] - 96:7, 96:20,
101:11, 101:17, 105:7,
106:9, 108:17, 125:19,
130:9, 132:2, 136:18,
170:24, 171:3, 171:7,
199:12
**voting** [19] - 96:6, 99:14,
104:23, 105:3, 128:1,
128:3, 128:8, 129:3, 129:5,
130:8, 130:11, 136:4,
139:1, 139:22, 141:12,
146:12, 146:13, 170:18,
196:15
**vs** [2] - 1:8, 265:3
**Wabash** [2] - 1:15, 2:9
**wait** [20] - 4:21, 78:24, 86:20,
118:9, 152:8, 156:9, 157:2,
158:5, 162:12, 163:10,
175:10, 204:13, 239:19,
255:6
**Wales** [1] - 42:8
**walk** [1] - 36:6
**walked** [1] - 165:13
**walking** [67] - 36:14, 165:4
**Wang** [67] - 82:4, 118:15,
118:16, 131:12, 131:22,
132:7, 132:20, 133:3,
133:11, 133:16, 133:20,
135:12, 137:6, 137:23,
139:9, 141:6, 141:17,
141:19, 142:14, 145:15,
145:20, 146:2, 147:19,
149:6, 149:22, 150:19,
156:3, 157:9, 157:23,
158:11, 158:18, 159:7,
159:19, 164:20, 165:23,
166:12, 167:17, 169:2,
169:21, 169:24, 173:2,
202:2, 202:4, 202:5,
202:12, 203:3, 203:13,
204:6, 205:20, 205:21,
206:17, 207:4, 207:8,
209:16, 209:20, 210:1,
210:4, 211:3, 255:3, 255:8,
255:9, 258:16, 260:19,
260:24, 261:24
**wants** [4] - 25:1, 49:1,
185:13, 243:11
**website** [3] - 19:4, 19:6,
20:11
**welcome** [1] - 77:23
**welcomed** [1] - 203:24
**welcoming** [1] - 77:22
**well-known** [2] - 37:7,
102:17
**well-meaning** [1] - 82:6
**WhatsApp** [30] - 118:3,
131:14, 134:5, 136:5,
136:21, 137:6, 138:17,

139:8, 139:11, 141:6,
141:19, 141:22, 141:23,
142:9, 142:15, 142:21,
143:2, 143:4, 143:17,
143:22, 144:5, 144:16,
145:4, 145:16, 152:24,
170:13, 173:2, 173:13,
206:7, 206:16
**whatsoever** [1] - 155:15
**wheel** [1] - 254:6
**white** [3] - 145:21, 167:5,
167:6
**whole** [19] - 9:24, 10:1, 10:6,
10:12, 23:22, 62:19, 70:4,
117:6, 144:2, 168:15,
184:8, 191:17, 216:2,
228:13, 238:14, 238:19,
246:1, 249:19, 258:19
**wife** [2] - 92:1
**willing** [4] - 126:14, 177:20,
211:18, 211:24
**wish** [2] - 251:19, 252:2
**wished** [1] - 177:2
**wit** [1] - 3:5
**Witness** [1] - 263:14
**witness** [2] - 3:2, 225:11
**witnesses** [5] - 219:15,
219:16, 220:5, 220:16
**woman** [5] - 204:12, 205:11,
228:12, 230:14, 247:21
**women** [25] - 49:10, 94:11,
95:12, 95:20, 192:6,
192:16, 192:22, 203:17,
216:4, 216:7, 217:1, 221:5,
222:3, 223:8, 226:14,
227:21, 231:10, 231:14,
253:10, 255:22, 256:23,
257:1, 260:15, 262:23,
262:24
**word** [5] - 128:10, 137:6,
137:7, 161:15, 165:17
**words** [4] - 5:1, 10:10, 88:5,
179:7
**work** [23] - 28:23, 33:10,
33:14, 34:23, 52:1, 80:1,
80:3, 159:8, 178:4, 182:14,
197:14, 216:16, 216:19,
221:10, 224:13, 224:18,
232:10, 232:13, 232:15,
237:1, 249:5, 259:10,
261:7
**workaholic** [1] - 249:3
**worked** [10] - 16:17, 21:12,
53:1, 72:8, 107:1, 108:12,
132:7, 182:6, 219:4,
221:16
**workers** [1] - 37:21
**working** [16] - 5:24, 6:3,
7:11, 28:3, 37:15, 67:19,
68:10, 93:12, 129:8,
142:13, 147:24, 162:17,
178:9, 229:19, 241:22,
259:8

**workplace** [1] - 11:3
**works** [3] - 11:9, 129:9,
259:17
**world** [4] - 24:21, 30:4,
103:2, 109:15
**write** [2] - 219:24, 220:9
**writing** [6] - 69:16, 84:8,
119:8, 119:19, 129:12,
260:18
**written** [4] - 70:16, 84:14,
84:15, 93:21
**wrote** [4] - 90:21, 91:11,
96:22, 146:7
**Yacht** [1] - 77:3
**Yazan** [19] - 116:17, 117:15,
117:17, 117:18, 118:1,
119:11, 119:12, 119:23,
128:1, 128:10, 128:12,
130:1, 165:5, 165:9,
165:10, 170:15, 170:23,
173:2
**YAZAN** [1] - 116:23
**yazan** [1] - 117:16
**year** [27] - 26:24, 27:2, 27:3,
28:4, 28:6, 37:11, 55:14,
78:9, 78:11, 81:7, 92:18,
98:7, 189:8, 190:8, 193:10,
218:22, 229:2, 229:9,
229:15, 250:20, 250:21,
250:24, 251:13, 251:14,
252:8, 255:13, 258:9
**yearly** [2] - 174:4, 217:4
**years** [10] - 11:22, 12:24,
13:1, 72:8, 84:13, 106:2,
208:10, 221:12, 228:14,
262:12
**Yellow** [2] - 33:5, 35:8
**yesterday** [1] - 66:14
**yourself** [14] - 8:24, 19:4,
113:11, 163:14, 166:19,
166:21, 200:1, 200:4,
200:6, 200:13, 200:14,
218:23, 219:3, 227:4
**zero** [1] - 215:17
**zoom** [1] - 96:5

**Exhibit 1**

**From:** Roya Gholami <royagholami2015@gmail.com>
**Sent:** Thursday, February 07, 2019 2:40 PM
**To:** Papini, Dennis R <dpapi2@uis.edu>
**Subject:** Greetings from France

Dear Provost Papini,

I hope you are keeping well and the challenging job of organizational restructuring and improving is going well.

After a few months of living and working in France, I thought I should send you a note and share my thoughts and feelings about this experience. You were right; I reached to the same conclusion. France is a lovely country for a short visit but living as an immigrant and planning for long term is a different story.

It seems Europe follows US with a 5-year lag. French business schools (like other business schools in Europe) have been trying to implement American system hoping to improve international ranking and attract international students and faculty without understanding it and without having the infrastructure to do so.

After this experience and as a proud Brit (even though UK is a mess now following financial crash of 2008, austerity policies and Brexit), I believe Europe offers some wonderful intellectual contribution to the world; however, the leadership to address the international challenges we are facing globally (climate breakdown, economic inequality, etc) is not going to come from Europe or China. The leadership will emerge from US and I want to be part of this change (part of this progressive and forward looking future), and my contribution as a teacher is to educate the youth/women and share what I have learned from all these experiences with them.

My former line manager was definitely not "the most incompetent manager" I have seen around the world and I give him credit for a few things despite being auhooritarian and lacking emotional intelligence (for things like making sure the hiring process is fair, diverse and inclusive). As a woman, I was really disappointed and distressed by his unprofessional behavior and abusing power though. I was angry for a very long time and that is why I decided to resign and leave (the main reason).

I am sorry if I was rude during the exit interview and I appreciate your understanding and empathy.

Like you mentioned in the meeting, his actions were probably partly due to the generational and cultural differences too. I really hope by better education and raising awareness (on sexism, racism, etc), this will be prevented in future.

I have started applying for jobs in US and hoping to return. May I mention your name as one of my referees at UIS? I am not going to nominate him to act as my referee for obvious reasons.

I would be grateful and I wish you all the bests for successful implementation of the changes and continued improvement on campus.

I am still working with colleagues at UIS (on joint research and publishing papers) and I hear some positive changes have been implemented (including hiring the new Dean of the business school).

Kind Regards

Roya



Depo Exhibit

Roya 1

**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ROGHIEH GHOLAMI,                           )
　　　　　Plaintiff,                         )
                                           )
                                           )
　　　　　v.                                )        22-cv-03268-SEM-KLM
                                           )
BOARD OF TRUSTEES OF THE UNIVERSITY OF     )
ILLINOIS,                                  )
                                           )
　　　　　Defendant.                         )
                                           )

## ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES

**INITIAL STATEMENT:**

As part of the responses to these interrogatories, Ghoalmi is attaching several documents. These are as follows:

| | |
|---|---|
| **Exhibit 1** | **Gholami Timeline** |
| **Exhibit 2** | **Gholami's analysis of her performance evaluations** |
| **Exhibit 3** | **Gholami's detailed responses to each of the requests to admit that include relevant documentation.** |

**Interrogatory 1.** Identify the name of all persons employed by UIS at the time of your rehire in 2019 who you claim received a higher salary than you with less qualifications.

　　　　　a.　　For each person/employee identified, explain the qualification that you claim to have that makes this employee "less" qualified.

**ANSWER:**

The faculty members who have been promoted to Full Professor in College of Business and Management who are all male and I consider less qualified (or

**Exhibit 1**

having a weaker profile than mine) include Tewei Wang, Xiaoqing Li, Ranjan Karri, and others. Please note all of these individuals meet the requirements for tenure and promotion based on the UIS Faculty Personnel Policy as a teaching institution. However, most of the Full Professors in College of Business and Management are unlikely to meet the requirements for promotion to Full Professor in balanced institutions (R2/DPU) and they are fully aware of this fact (see the discussion and emails exchanged related to developing objective measures for tenure and promotion in college and their objection to including the word "sporadic" in the document).

Please see the discussion related to the following 3 important topics that are outlined in Exhibits 1 and 2 to more fully understand what I mean by being less qualified:

1.    The Identity Crisis of College of Business and Management and AACSB Accreditation (Is UIS a balanced institution (R2/DPU) or a teaching institution? Because there are different standards and requirements applied for tenure and promotion to Full Professor in balanced institutions (R2/DPU) versus teaching institutions).

2.    The Broken Performance Evaluation Process: Lack of objective performance evaluation requirements for tenure and promotion and lack of external review at UIS (I have provided examples of objective performance evaluation metrics for tenure and promotion to Associate and Full Professor levels that I have collected from a few balanced institutions or R2/DPU).

3.    My full CV (credentials) and historic comparative performance versus performance of other faculty members in MIS Department and College of Business (based on objective requirements and metrics such as quantity and quality of publications, citation counts, h-index, number of downloads which are used as standard metrics for performance evaluation and research impact - see Google Scholar Citations and ResearchGate statistics).

**Exhibit 1**

**Interrogatory 2.** Identify all witnesses who will or would testify that the terms of your offer of employment in 2019 from UIS were negatively impacted by either your complaints concerning Hadidi, your country of origin or your gender.

**ANSWER:**

Former or existing colleagues and faculty members in college:

Donna Rogers Skowronski
Mobile: 217-414-1297
Email : rogershrconsulting@gmail.com

Heather Bailey
Mobile: 217-622-0178
Email: hlbupi131@gmail.com

Carol Jessup
Mobile: 217-725-8294
Email : caroleerigsbee@hotmail.com

Patty Byrnes
Mobile: 217-553-5255
Email : patty.byrnes86@gmail.com

Kristi Barnwell
Mobile: 217-597-4003
Email: krisbarnwell@gmail.com

Carolee Rigsbee
Mobile: 210-845-2105
Email: caroleerigsbee@hotmail.com

**Exhibit 1**

**Interrogatory 3.**  Identify all steps that you have taken since 2019 to pursue your desire to become a Full Professor.

      **ANSWER:**

I have not formally applied for professorship. I have, however, had multiple conversations regarding my ability to do so. This information is all included in my timeline (Exhibit 1).

**Interrogatory 4.**  Identify the names of all persons you claim were made Full Professors who did not meet the requirements set forth in the UIS personnel policies for promotion attached as Ex. 1 to the Requests to Admit submitted to you on February 17, 2023.

      **ANSWER:**

See Exhibit 2 and 3

**Interrogatory 5.**  Identify the names of all persons you claim had similar or less qualifications than you who were males but were hired to work as Full Professors.

      b.    If you claim the person had less qualifications, identify the qualifications that you had which you believe made you more qualified.

      **ANSWER:**

See Exhibit 2 and 3

**Exhibit 1**

**Interrogatory 6.**  Identify all damages that you are claiming as the result of the alleged actions on the part of the Defendant in this claim.

**ANSWER:**

The claims seeks lost wages and emotional distress damages. In order to get an assessment of the lost wages, additional discovery needs to be done to fully assess the difference is salary between a full professor and associate professor.

**Exhibit 1**

**Interrogatory 7.** Identify the names of the persons who you claim subjected you to a pattern of harassment when it was announced that you would be returning to UIS.

      a.  For each person, describe the harassment actions taken and the date the harassment occurred. Describe the specific actions that you claim constitute disparagement, rumors and other activities you claim harmed your reputation.

      b.  Identify how each person's actions harmed your professional reputation.

    **ANSWER:**

Rassule Hadidi, Tewei Wang, Ranjan Karri, Somnath Bhattacharya, and Dennis Papini. Please see my answers to Interrogatory 1 (above) and Exhibits 2 and 3.

**Interrogatory 8.** Specify all lost wages you claim to have sustained as a result of the alleged actions referenced in this lawsuit.

    **ANSWER:**

See response to Interrogatory 7.

**Interrogatory 9.** Identify all non-economic damages you are seeking in this matter.

    **ANSWER:**

The non-economic damages are the emotional distress sustained and the harm to professional reputation.

———————————

**Exhibit 1**

## ATTESTATION

I, ROGHIEH GHOLAMI, being first duly sworn, state under the penalty of

perjury that I have read the foregoing Answers to Interrogatories and that the

answers contained therein are true and complete to the best of my information,

knowledge, and belief.

_____

ROGHIEH GHOLAMI

Date: September 1, 2023

**Exhibit 1**