# In The Matter Of:

*GHOLAMI v.*
*BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS*

---

*DENNIS PAPINI*
*November 14, 2024*

---

*Area Wide Reporting and Video Conferencing*
*www.areawide.net*
*scheduling@areawide.net*
*301 W. White Street*
*Champaign, IL 61820*

Original File 1114PAPD.txt
Min-U-Script® with Word Index

**Exhibit 2**

1

1          IN THE UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
2                 SPRINGFIELD DIVISION

3

ROGHIEH GHOLAMI,              )
4                             )
          Plaintiff,          )
5                             )
     vs.                      )    No. 22-cv-3268-SEM-KLM
6                             )
BOARD OF TRUSTEES OF THE      )
7  UNIVERSITY OF ILLINOIS,    )
                              )
8          Defendant.         )

9

10

11

12

13

14

15

16

17          DEPOSITION OF DENNIS PAPINI
         UNIVERSITY OF ILLINOIS SPRINGFIELD
18            HATMAKER CONFERENCE ROOM
               SPRINGFIELD, ILLINOIS
19              NOVEMBER 14, 2024
                   10:33 A.M.
20

21

22

23

24          Reported and Transcribed by:
        Rhonda Rhodes Bentley, CSR #084-002706
25

2

```
 1                         INDEX
    APPEARANCES:
 2   For the Plaintiff:

 3          John A. Baker
            BAKER, BAKER & KRAJEWSKI, LLC
 4          Attorneys at Law
            415 South Seventh Street
 5          Springfield, Illinois  62701
            (217)522-3445
 6          Jab@bbklegal.com

 7

 8   For the Defendants:

 9          Theresa Powell
            HEYL, ROYSTER, VOELKER & ALLEN
10          Attorneys at Law
            4205 Wabash Avenue
11          Springfield, Illinois   62791
            (217)522-8822
12          Tpowell@heylroyster.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Exhibit 2**

3

1                          INDEX - CONTINUED

2    EXAMINATION BY:                                    PAGE
     Mr. Baker....................................5, 33
3    Ms. Powell......................................31

4

5

6

7    EXHIBITS:      DESCRIPTION                        PAGE
     (None marked)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                      STIPULATION

2

3              IT IS HEREBY EXPRESSLY STIPULATED AND

4    AGREED by and between the parties that the

5    deposition of DENNIS PAPINI may be taken on

6    November 14, 2024, at the University of Illinois

7    Springfield, Hatmaker Conference Room,

8    Springfield, Illinois, pursuant to the applicable

9    Supreme Court rules, local rules, and the Code of

10   Civil Procedure governing said depositions.

11

12             IT IS FURTHER STIPULATED that the

13   necessity for calling the Court Reporter for

14   impeachment purposes is waived.

15

16

17

18

19

20

21

22

23

24

25

**Exhibit 2**

**DENNIS PAPINI**

5

```
 1                    10:33 a.m.
 2                  DENNIS PAPINI,
 3   having first been duly sworn, testifies as
 4   follows:
 5                  EXAMINATION
 6   BY MR. BAKER:
 7        Q.    All right.  Sir, would you please
 8   state your full name.
 9        A.    Dennis R. Papini.
10        Q.    And, Dr. Papini, have you ever been
11   deposed before?
12        A.    No.
13        Q.    Okay.  Well, all I'm going to be
14   doing is asking you a series of questions.  We've
15   got a court reporter here who is trying to take
16   down everything we say, and in order to make her
17   job easy and for us to have a clear transcript,
18   there are a few rules you and I should try and
19   follow.  Number one, oftentimes I'll ask a
20   question, you'll know what I'm going to ask, and
21   human nature is just to interject a response.  If
22   you do that, you and I might understand it, but
23   the transcript isn't going to come out very well.
24   So please even if you know what I'm going to ask,
25   let me finish my question before you answer.
```

**Exhibit 2**

**DENNIS PAPINI**

6

1    Okay?

2        A.    Uh-huh.

3        Q.    And that gets me to number two.  You

4    just said uh-huh.  Again I'm fully aware of what

5    you said.  Everybody knows what you meant, but if

6    we do that, it sometimes gets lost on the

7    transcript.  So try and avoid uh-huhs and huh-uhs

8    and nods of the head.  Even though I would

9    understand it, it's going to get not transcribed

10   properly so a yes or a no is more proper, okay?

11       A.    Yes.

12       Q.    Perfect.  If you don't understand

13   something I've asked, it's probably because I

14   haven't asked it very well.  Just let me know and

15   I'll rephrase that, okay?

16       A.    Yes.

17       Q.    I don't think this is going to take

18   terribly long, but if you need a break at any

19   point in time for any reason just let me know and

20   we'll certainly arrange for that, okay?

21       A.    Okay.

22       Q.    All right.  Are you currently

23   employed at UIS?

24       A.    Yes.

25       Q.    All right.  And what is your current

**DENNIS PAPINI**

7

1  position at UIS?

2  　　　A.　　Professor of psychology.

3  　　　Q.　　And what college is that in?

4  　　　A.　　That's in the College of Health and

5  Science.

6  　　　Q.　　How long in total have you been at

7  UIS?

8  　　　A.　　I came to UIS in the fall of '17.

9  　　　Q.　　Fall of 2017?

10  　　　A.　　2017, yes.

11  　　　Q.　　Okay.  Where were you before that?

12  　　　A.　　I was at South Dakota State

13  University.

14  　　　Q.　　How long had you been at South Dakota

15  State?

16  　　　A.　　Five years.

17  　　　Q.　　How long have you been in higher

18  education?

19  　　　A.　　Since 1983.

20  　　　Q.　　When you came to UIS in 2017 what

21  position did you come into?

22  　　　A.　　Vice Chancellor For Academic Affairs

23  and Provost.

24  　　　Q.　　Were you also -- when you also came

25  in at that time, did you also come in as a

**Exhibit 2**

**DENNIS PAPINI**

8

1   tenured faculty member?

2        A.    I came in as a tenured professor,

3   yes.

4        Q.    Was that a tenured full professor?

5        A.    Yes.

6        Q.    And I assume that would have been in

7   psychology?

8        A.    Yes.

9        Q.    As vice chancellor and provost did

10  you actually teach courses as well?

11       A.    I did not teach while I was the

12  provost.

13       Q.    Okay.  And how long were you the

14  provost?

15       A.    From fall of 2017 until January of

16  '23.

17       Q.    What are the responsibilities of the

18  position of provost at UIS?

19       A.    The provost is the chief academic

20  officer of the university.  So all of the

21  academic enterprises, the teaching, the

22  scholarship, the faculty service, the supervision

23  and leadership of faculty, the curriculum, all of

24  that falls under the office of the provost.

25       Q.    And as provost whom do you report to?

**DENNIS PAPINI**

9

1        A.    I report to the chancellor.

2        Q.    And during the period of time that

3  you were provost, was there just one chancellor

4  or was there more than one?

5        A.    There was more than one.  I was hired

6  under Chancellor Susan Cook.  When she retired,

7  an interim was appointed.  For two years I worked

8  with her, and then Susan was hired as the

9  chancellor, and I'm sorry, not Susan.

10              MS. POWELL:  Janet.

11              THE WITNESS:  Janet.

12              MS. POWELL:  Sorry.

13              MR. BAKER:  Go ahead, please.

14  BY MR. BAKER:

15        Q.    What is Janet's last name for the

16  record?

17              Teresa if you want to help, you can.

18              MS. POWELL:  Gooch.

19        A.    Yeah.  I -- I've been undergoing

20  cancer treatment so my -- I get a little foggy

21  with -- with names and things like that --

22        Q.    Okay.

23        A.    -- but I --

24        Q.    Okay.

25              MS. POWELL:  I only know because it's

**Exhibit 2**

**DENNIS PAPINI**

1   on the wall.

2               THE WITNESS:  Yeah.

3   BY MR. BAKER:

4       Q.    Well, do you need to -- I mean we can

5   reschedule this if you need to.

6       A.    The therapy is going to be ongoing.

7   So no, it's not that I don't -- I -- it's a

8   retrieval problem.  I just can't seem to retrieve

9   some information, but if it's there and I can

10  access it and if I can't access it or I'm having

11  trouble, I will -- I will indicate that.

12      Q.    Okay.  All right.  Well, thank you

13  for letting me know that.  I wish you well in

14  your treatments but if you need to stop or -- I

15  don't want to do anything that's going to

16  compromise your health.

17      A.    No, it's -- it's something that you

18  just deal with it.

19      Q.    Okay.  All right.  So you came in the

20  fall of 2017.  How many different colleges are

21  there or I guess were there in 2017?

22      A.    There were four colleges in 2017.

23      Q.    Is that still the same today?

24      A.    It is still the same today though the

25  composition and the names of the colleges have

**DENNIS PAPINI**

11

1    been changed.

2          Q.    Okay.  In 2017 do you recall, sir,

3    what the names of the four colleges were?

4          A.    College of Arts and Sciences, College

5    of Education, College of Business and Management,

6    College of Public Affairs.  I think that's it.

7          Q.    Okay.  Would each of the four

8    colleges have had its own dean?

9          A.    Yes.

10         Q.    And can you describe for me what the

11   responsibility of a dean of a college would be?

12         A.    The responsibility of the dean of the

13   college is to provide leadership and oversight to

14   the academic functioning within their unit.

15         Q.    And would the dean report directly to

16   the provost?

17         A.    Yes.

18         Q.    Do you recall when you took over in

19   2017 who was the dean of the College of Business

20   and Management?

21         A.    Yes, that was Dean McNeil.

22         Q.    And how long did Dean McNeil remain,

23   do you recall?

24         A.    He retired I believe at the end of my

25   first year.  It might have been the second year,

**DENNIS PAPINI**

1  but I think -- I think it was the first year.

2       Q.    And then do you recall who took his

3  place?

4       A.    I don't.  I'd have to go back and

5  look at it.

6       Q.    All right.  Do you recall at some

7  point Dr. Bhattacharya came into that position?

8       A.    Yeah, I hired Dr. Bhattacharya.

9       Q.    Were you familiar with a professor in

10  the College of Business and Management named Roya

11  Gholami?

12       A.    Yes.

13       Q.    All right.  And how did you become --

14  well, let me backtrack a little bit here.  I

15  assume as provost there are a lot of professors

16  who work at the University of Illinois; is that

17  correct?

18       A.    Yes.

19       Q.    University of Illinois Springfield I

20  guess I should call it.

21       A.    Yeah, there are about a little over

22  200.

23       Q.    All right.  So fair to say you don't

24  have close personal relationships with each of

25  the professors?

**Exhibit 2**

**DENNIS PAPINI**

1          A.     That's correct.

2          Q.     All right.  I assume there are some

3     who you would know better than others?

4          A.     Yes.

5          Q.     But you don't have a day-to-day

6     interaction --

7          A.     No.

8          Q.     -- with all of the professors?  Okay.

9     How -- when you came in how was -- could you

10    describe your relationship with Professor

11    Gholami?

12         A.     I was aware of Professor Gholami at

13    -- basically as a result of her research.  She

14    was -- she was doing some interesting work in --

15    in her field and in her department, and that's

16    kind of how I became aware of her.

17         Q.     All right.  And how did you become

18    aware that she was doing that research?  Was that

19    information that was shared with you, or was that

20    information --

21         A.     It -- faculty do annual reports, and

22    the provost office produces a list of all of

23    their research activity for a given year, and it

24    was through that.

25         Q.     Okay.  So initially when you came in,

**Exhibit 2**

**DENNIS PAPINI**

14

1  did you have any sort of a personal relationship

2  with Professor Gholami, and by that I mean, you

3  know, communicate with her, talk to her?

4      A.    No.

5      Q.    Okay.  At any point in time did you

6  have any one-on-one contact with Professor

7  Gholami?

8      A.    Yes.

9      Q.    And when was that, do you recall?

10      A.    I don't recall.

11      Q.    Do you recall what the circumstances

12  of that were?

13      A.    I don't know if there were any prior

14  to her leaving, but when she resigned I did ask

15  her to do an exit interview with me.

16      Q.    Okay.

17      A.    And that was the -- that's the one

18  that comes to mind.

19      Q.    Okay.  So let me ask you this.

20  Before that exit interview, do you recall having

21  any, you know, one-on-one types of meetings with

22  Professor Gholami?

23      A.    There may have been.  I just don't

24  recall them.

25      Q.    Okay.  Fine.  Go ahead.  I'm sorry.

**Exhibit 2**

**DENNIS PAPINI**

15

1          A.    No, that -- that was discussed at

2     that meeting, so no, I don't -- I don't recall

3     any.

4          Q.    Okay.  So with Professor Gholami, you

5     had an exit interview with her; is that correct?

6          A.    Yes.

7          Q.    And was there anybody else present

8     for that interview?

9          A.    No.

10         Q.    Okay.  Is it normal for you to do an

11    exit interview when a professor leaves?

12         A.    It is not -- it is not a common

13    practice, but when valued professors leave, I

14    generally do do an exit interview to find out,

15    you know, why they're -- why they're leaving.

16         Q.    And so was Professor Gholami's exit

17    interview, was that done at your request or --

18         A.    At my request.

19         Q.    Okay.  And do you recall why it was

20    that you wanted to speak with Dr. Gholami?

21         A.    Yes, I viewed her as a valuable

22    member of our faculty and wanted to know, you

23    know, why she was leaving and if there was

24    anything that -- that we could do to keep her,

25    and so on.

**Exhibit 2**

**DENNIS PAPINI**

16

1      Q.    At the time you had the exit

2   interview, had you ever heard of any complaints

3   or criticisms about Dr. Gholami from her college?

4      A.    No.

5      Q.    So you met with Dr. Gholami for the

6   exit interview, and do you recall what she told

7   you during that meeting?

8      A.    Yes, we talked about a number of

9   things.  The thing that really caught my

10  attention was her concern about the leadership of

11  Professor Hadidi who was the -- oh, he wasn't the

12  chair.  He was the head of the department.

13     Q.    That would have been the MIS

14  department?

15     A.    That would have been the MIS

16  department.

17     Q.    Okay.  And do you recall did she

18  provide you with any detail of what her concerns

19  were?

20     A.    She -- yeah, she said that she was

21  very uncomfortable around Dr. Hadidi, that he had

22  asked her to lunch once and she had declined and

23  that that made her uncomfortable, not that he was

24  -- again she kind of reiterated that he wasn't

25  persistent, but that that one episode had

**Exhibit 2**

**DENNIS PAPINI**

17

1    happened and that his presence made her

2    uncomfortable.

3        Q.    Anything else that she expressed at

4    that time during the exit interview?

5        A.    Not that I can -- not that I can

6    think of.

7        Q.    Okay.  Was there any discussion about

8    the possibility of her maybe returning in the

9    future at that point in time?

10        A.    I asked her if -- if she -- if Dr.

11    Hadidi were no longer the head, would she

12    consider returning, and she indicated that she

13    would.

14        Q.    Okay.  Anything else that you can

15    recall about that exit interview?

16        A.    The exit interview itself?

17        Q.    Yeah.

18        A.    No.

19        Q.    Okay.  After the exit interview did

20    you have conversations with anyone about what

21    Roya had expressed to you?

22        A.    Yeah, I -- I -- I had -- I had had

23    some concerns with Dr. Hadidi's autocratic

24    leadership style, and this was the first I had

25    heard of him potentially asking his -- a direct

**Exhibit 2**

**DENNIS PAPINI**

18

1  -- someone he has direct supervisory

2  responsibility for out to lunch.

3          Now, I didn't know -- I didn't know

4  exactly what the full parameters of all that

5  were.  So I had a conversation with university

6  counsel as to whether this was something that I

7  should report to our equity officer or not.

8          MR. BAKER:  Okay.  And I assume,

9  Teresa, you would invoke attorney-client

10  privilege on those communications?

11          MS. POWELL:  Yes.  I assume that was

12  with Rhonda Perry?

13          THE WITNESS:  Rhonda Perry, yes.

14          MS. POWELL:  Yes, I would assert

15  attorney-client privilege for whatever she told

16  him and whatever he told her.

17  BY MR. BAKER:

18      Q.   Yeah, so we're going to avoid any

19  conversations that you had with Rhonda Perry.

20  Did you ultimately report that incident to anyone

21  else?

22      A.   I did not.

23      Q.   Okay.  Did you ever speak to Dr.

24  Hadidi about it?

25      A.   I did not.

**Exhibit 2**

**DENNIS PAPINI**

19

1      Q.    Did you ever express any concerns to
2    Dr. Bhattacharya when he came in about that
3    issue?
4      A.    I expressed concerns about Dr.
5    Hadidi's leadership style.
6      Q.    What specifically did you express
7    concerns to -- or excuse me -- to Dr.
8    Bhattacharya about regarding Dr. Hadidi?
9      A.    That he -- his leadership style
10   seemed to be to cower the faculty and that I did
11   not think that was an appropriate nor productive
12   approach to academic leadership.
13     Q.    Did you provide him with any specific
14   or concrete examples of that?
15     A.    No.
16     Q.    All right.  Did you identify any
17   faculty members who had complained about that?
18     A.    No.
19     Q.    Did you in any way suggest to Dr.
20   Bhattacharya that he might want to think about
21   having somebody else as head of the
22   MIS department?
23     A.    I don't think that anything to that
24   effect was directly stated.
25     Q.    As far as the head of a department or

**Exhibit 2**

**DENNIS PAPINI**

20

1    the chair of a department, does the dean of the

2    college have the ability to remove that

3    individual from that role, or is that something

4    that only the department can do?

5        A.    This gets into some tricky policy

6    issues.  The chairs serve at the pleasure of the

7    dean, but the way -- the way our policies at that

8    time were written it was unclear if the dean

9    could remove a chair or a head.  It was written

10   as if the faculty needed to.  Now, since then

11   those policies have been revised.  The dean can

12   remove a chair or a head without the consent of

13   the faculty.

14       Q.    And my understanding is that Dr.

15   Hadidi did leave the role of head and was

16   replaced by a Dr. Li?

17       A.    Yes.

18       Q.    I think that was the name.

19       A.    Dr. Hadidi retired --

20       Q.    Okay.

21       A.    -- as had Dean McNeil before him.

22       Q.    So when it came to Dr. Hadidi, did

23   you have concerns other than what Roya Gholami

24   had brought to you?

25       A.    Yes, I had -- I even before Roya came

**Exhibit 2**

**DENNIS PAPINI**

21

1    to me and shared her experiences, I had the

2    opportunity to observe and to hear from several

3    other faculty.

4            Q.    Do you recall who those faculty

5    members were?

6            A.    I -- I don't recall their names.

7    I -- they were -- they were concerned, and they

8    did not -- they did not want to appear to be

9    speaking to the provost for fear that Dr. Hadidi

10   would find out and there might be some kind of

11   retaliation.

12           Q.    And do you recall approximately --

13   were these all MIS professors?

14           A.    MIS.

15           Q.    And do you recall how many MIS

16   professors had come to you with that concern?

17           A.    One or two.

18           Q.    And do you recall either -- the names

19   of either one of them?

20           A.    It -- I think Dr. -- Dr. Li may have

21   been one of them --

22           Q.    Okay.

23           A.    -- but I -- I don't recall.

24           Q.    And so --

25           A.    Maybe --

**Exhibit 2**

**DENNIS PAPINI**

1        Q.    I'm sorry?

2        A.    Dr. Li -- is there a Dr. Wang in the

3   -- he may -- and he was a younger faculty member.

4   I think maybe it was Dr. Wang.

5        Q.    Okay.  There's a faculty member named

6   -- is it Tei-Wei Wang?

7              MS. POWELL:  Tei-Wei Wang.

8              THE WITNESS:  Yeah.

9   BY MR. BAKER:

10       Q.    Did Professor Wang complain or

11  address concerns with you?

12       A.    He may have, yes.

13       Q.    Okay.  What makes you think it might

14  have been Professor Wang?

15       A.    Because I remember he was a newer

16  faculty member at that time.  He was -- he was

17  not of the old guard.  He was in the -- kind of

18  the new guard, the younger.

19       Q.    Do you recall the nature of the

20  concerns that he expressed to you?

21       A.    The leadership concerns, the -- kind

22  of the heavy-handed.  It's, you know, my way or

23  the highway, and the lack of listening, the

24  unaccountability, it -- just a number of issues.

25       Q.    Did you have discussions with any

**Exhibit 2**

**DENNIS PAPINI**

23

1    other professors within the department that you

2    can recall?

3           A.    No.

4           Q.    And I think I asked this, but you did

5    have some discussions with Dr. Bhattacharya when

6    he came in about your concerns regarding Hadidi?

7           A.    Yes.

8           Q.    And then Hadidi retired as a

9    professor or just retired from the --

10          A.    He retired as a professor.  He had

11   taken a job at a university in Minneapolis.

12   Apparently he had family there.  So he wanted --

13   he wanted to get back to his family closer.

14          Q.    So the issue of Dr. Hadidi's

15   leadership at the MIS department sort of resolved

16   itself?

17          A.    Yes.

18          Q.    How was it that you found Dr.

19   Bhattacharya?  How did you --

20          A.    We -- there was a national search.

21   He was one of the three or four finalists.

22          Q.    And as provost was it your

23   responsibility to do the hiring or lead the

24   search?

25          A.    Yeah, not to lead the search but to

**Exhibit 2**

**DENNIS PAPINI**

24

1   do the hiring.

2        Q.    Okay.  And was that a recommendation

3   that you would make to the chancellor, or was

4   that pretty much your decision to make?

5        A.    There was a college level search

6   committee.  They vetted all of the candidates,

7   selected the final lists, made their

8   recommendations to the provost.  The provost then

9   recommended the hiring to the chancellor.

10        Q.    When the selection committee makes

11   the recommendation, do they just recommend their

12   top candidate or do they say any of these three

13   or four candidates?

14        A.    I typically -- I typically ask search

15   committees for a specific recommendation, but

16   I -- I do ask that they indicate if the other

17   candidates are acceptable or unacceptable so I

18   don't want a rank ordering, but I -- I do

19   entertain a preferred candidate approach.

20        Q.    Okay.  So the committee would come to

21   you and say here's our preferred candidate, here

22   are the other candidates, and for each of those

23   here we would say that they are acceptable?

24        A.    Here are their strengths and

25   weaknesses; acceptable, unacceptable, yes.

**Exhibit 2**

**DENNIS PAPINI**

1    Q.    Okay.  And was Dr. Bhattacharya the

2  preferred candidate of the recommendation or of

3  the search committee?

4    A.    I believe he was.

5    Q.    All right.  And at some point in time

6  did you learn that Professor Gholami was

7  interested in returning to the university?

8    A.    Yes, I had -- of course, at the exit

9  interview I had verbally indicated that if she

10  were willing to return should Dr. Hadidi depart

11  that we would welcome her, and I -- I think I

12  sent an email to her when Dr. Hadidi announced

13  his retirement indicating that he would be

14  leaving and that she should apply for the

15  position if she were interested.

16    Q.    And did you have any further

17  communications directly one-on-one with Roya,

18  whether they be verbally or by email?

19    A.    I don't think so.

20    Q.    Okay.  And do you recall having

21  conversations with Dr. Bhattacharya about Roya

22  Gholami returning?

23    A.    Yes.

24    Q.    And what do you recall about those

25  conversations?

**Exhibit 2**

**DENNIS PAPINI**

1      A.    I recall kind of sharing with him

2  kind of the back story, that this was someone who

3  was a good faculty member, left, and was now

4  given Dr. Hadidi's retirement thinking about

5  coming back.  So that was -- that was the nature

6  of the conversation.

7      Q.    Did you express to him the reasons

8  why Roya had told you she had left originally?

9      A.    I don't think so.

10      Q.    How did Dr. Bhattacharya respond to

11  the indication that Roya was interested in coming

12  back?

13      A.    He -- he seemed happy about that.

14      Q.    Okay.  Did he ever express any sort

15  of a concern to you about bringing her back?

16      A.    Not that I recall.

17      Q.    Okay.  Did you -- once Roy had

18  expressed an interest in returning and you had

19  talked to Dr. Bhattacharya, did you ever hear

20  directly or indirectly of concerns from

21  individuals within the MIS department?

22      A.    No, this was a -- this was a little

23  bit of a different search.  This was conducted

24  with a search waiver, and so the usual search

25  process wasn't followed.  The search waiver

**Exhibit 2**

 1  allowed us to seek out an individual for a

 2  position because we knew Roya, she was a known

 3  commodity to us.  The department still had to

 4  approve her hiring.  Their recommendation needed

 5  to be approved by the dean, and the dean's needed

 6  to be approved by the provost, the provost by the

 7  chancellor.  So that process was still in place,

 8  but no, I never heard anything from anyone about

 9  her return --

10       Q.    Okay.

11       A.    -- until after.

12       Q.    Okay.

13       A.    Okay.

14       Q.    When you say until after, after she

15  had signed to return or after she had actually

16  come back to campus?

17       A.    After she had signed I believe.

18       Q.    Okay.  And what did you hear at that

19  time?

20       A.    Roya contacted me and said that she

21  had received a call from Dr. -- I think Wang --

22  she didn't -- she didn't say his name, and she --

23  but she had received a call from a colleague who

24  in her words had literally blasted her for

25  returning, and so I did hear that.

**DENNIS PAPINI**

1          Q.     Okay.  And that was something you

2   heard directly from Roya?

3          A.     From Roya, yes.

4          Q.     Okay.  Did you do anything with that

5   information?  Did you talk to anybody about it?

6          A.     Yeah, I talked -- I talked to the

7   dean and asked him to -- to kind of follow up.

8   It is not in my view good practice for individual

9   faculty to reach out to new hires and deliver

10  that message if in fact that's -- that's what was

11  said or how it was said.

12         Q.     Okay.  And did the dean ever get back

13  to you on what he had learned?

14         A.     No.

15         Q.     Did you hear any more about that?

16         A.     No.

17         Q.     All right.  Did you hear any other

18  expressions of concern about Roya returning from

19  anyone?

20         A.     No.

21         Q.     So the only concern about the return

22  would have been from Roya telling you herself

23  what had happened?

24         A.     Yes.

25         Q.     Then as far as negotiating the terms

**Exhibit 2**

**DENNIS PAPINI**

29

1   of a return or negotiating the terms of a

2   professor's employment, what -- who is

3   responsible for doing that?

4        A.    The dean is responsible for

5   negotiating the contract.

6        Q.    Okay.  And --

7        A.    Subject to approval by the provost.

8        Q.    Okay.  Is it possible for a new hire

9   to come into the university as a full professor?

10        A.    If they have been awarded the rank of

11   full professor at a -- at a comparable

12   institution, yes.

13        Q.    Okay.  So it is possible to come in

14   as a full professor?

15        A.    It is.

16        Q.    Okay.  And is there any policy on

17   that?

18        A.    There is.

19        Q.    Okay.  And is that a written

20   UIS policy that spells that out?

21        A.    Yes.

22        Q.    All right.  And fair to say you would

23   expect the dean to follow the actual written

24   policy?

25        A.    Yes.

**Exhibit 2**

**DENNIS PAPINI**

1      Q.    Okay.  And when Roya was brought in,

2   she was brought in as an assistant professor?

3      A.    Yes.  No.  No.  No.  No, she was --

4   when she was rehired?

5      Q.    Yes.

6      A.    She was rehired as an associate

7   professor.

8      Q.    Associate professor.  I'm sorry.  I

9   get it mixed -- I know there are three ranks.

10     A.    Yeah.

11     Q.    Full, assistant, and associate?

12           MS. POWELL:  Wrong.

13     A.    Assistant, associate, full.

14   BY MR. BAKER:

15     Q.    So she was brought in at the second

16   level?

17     A.    Yeah.  Now, when she -- when she

18   resigned she had just been promoted to associate

19   professor and awarded tenure.

20     Q.    And as far as determining the level

21   that she would come in at, is it your

22   understanding that was done based strictly off of

23   UIS's policies?

24     A.    Yes.

25     Q.    And again that's the written

**Exhibit 2**

**DENNIS PAPINI**

31

1  policies?

2         A.    The written policies, yes.

3         Q.    After Roya returned to the

4  university, did you ever hear of any concerns or

5  complaints or criticism about Roya's work at the

6  university?

7         A.    No.

8         Q.    Did you have any further

9  communications directly with Roya about any

10  concerns that she had?

11         A.    No.

12              MR. BAKER:  Okay, Doctor.  I don't

13  believe I have any more questions for you.

14  Teresa Powell has the floor so she might have

15  some for you.

16                    EXAMINATION

17  BY MS. POWELL:

18         Q.    I just have a couple follow-ups for

19  you.  It's my understanding that Dr. Hadidi had

20  left before Dr. -- or Professor Gholami started

21  again in the fall of 2019; is that correct?

22         A.    That's correct.

23         Q.    Okay.  And you approved the contract

24  that Professor Gholami signed regarding her

25  rehire as an associate professor and her salary,

**Exhibit 2**

**DENNIS PAPINI**

32

1    correct?

2         A.    Correct.

3         Q.    Okay.  And was it Dr. Bhattacharya's

4    decision to determine that Professor Gholami's

5    position at NEOMA, that NEOMA was not a

6    comparable institution?

7         A.    That's correct.

8         Q.    Okay.  And I believe it was your

9    recommendation that Professor Gholami be given

10   tenure upon her return; is that correct?

11        A.    That's correct.

12        Q.    And typically when professors are

13   hired, most, if not all of them, other than

14   Professor Gholami would have to work here for a

15   certain period of time before being given tenure;

16   is that correct?

17        A.    That's correct.

18        Q.    And with respect to the voting, the

19   department did vote to allow her to return,

20   correct?

21        A.    Yes.

22        Q.    And to the present day Professor

23   Gholami has never followed the process in order

24   to be promoted to full professor since her return

25   in 2019, correct?

**DENNIS PAPINI**

33

1        A.    Correct.

2        Q.    And have you had any communications

3    with her directly about that?

4        A.    Yes.  I -- I certainly encouraged her

5    to apply for full professorship.  One of the --

6    there are some areas that are negotiable.  The

7    policy stipulates that you need six years in rank

8    before applying to the next rank, and there are

9    years -- it is possible that years of credit

10   spent somewhere else can be applied to that --

11   that six-year requirement.  So when in fact she

12   is eligible to apply for full professorship here

13   would depend on whether prior service credit was

14   accepted.

15       Q.    To your knowledge has anyone

16   indicated to her that she cannot apply to be a

17   full professor?

18       A.    Not that I'm aware of.

19             MS. POWELL:  Okay.  That's all I

20   have.

21                   FURTHER EXAMINATION

22   BY MR. BAKER:

23       Q.    I just want to follow up.  Professors

24   are brought into UIS as full professors, correct?

25       A.    Yes, not routinely but they -- it

**Exhibit 2**

**DENNIS PAPINI**

34

1    does occur.

2         Q.    And professors sometimes get brought

3    in with tenure; is that fair?

4         A.    That -- that also is -- it's not

5    common, but it is possible.

6              MR. BAKER:  Okay.  All right.  I have

7    no further questions.

8              MS. POWELL:  I don't either.  You

9    have the right to reserve your signature and read

10   the transcript just to make sure the court

11   reporter took down everything that you're saying

12   accurately, or you can waive that right.

13             MR. BAKER:  Verbal answers.

14             THE WITNESS:  Okay.  Oh, yeah, I'm

15   waiving affirmative.

16             (The deposition was concluded at

17   11:13 a.m., and the signature of the deponent was

18   waived.)

19

20

21

22

23

24

25

**Exhibit 2**

35

CERTIFICATION

1

2          I, Rhonda Rhodes Bentley, CSR, a
Certified Shorthand Reporter (IL), do hereby
3    certify that DENNIS PAPINI, came before me on
November 14, 2024, and swore before me to testify
4    to the truth, the whole truth and nothing but the
truth regarding his knowledge touching upon the
5    matter in controversy.

6          I do further certify that I did take
stenographic notes of the questions propounded to
7    said witness and his answers thereto and that
said notes were reduced to typewritten form under
8    my direction and supervision.

9          I do further certify that the
attached and foregoing is a true, correct and
10   complete copy of my notes and that said testimony
is now herewith returned.  I do further certify
11   that said deposition was taken at the University
of Illinois Springfield, Hatmaker Conference
12   Room, Springfield, Illinois.

13          I do further certify that I am not
related in any way to any of the parties involved
14   in this action and have no interest in the
outcome thereof.  Dated at Divernon, Illinois,
15   the 12th day of December, 2024.

16

17

18

19   _____
     Rhonda Rhodes Bentley, CSR
     CSR# 084-002706
20

21

22

23

24

25

**Exhibit 2**

GHOLAMI v.
BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

DENNIS PAPINI
November 14, 2024

## A

**ability (1)**
20:2
**Academic (5)**
7:22;8:19,21;11:14;
19:12
**acceptable (3)**
24:17,23,25
**accepted (1)**
33:14
**access (2)**
10:10,10
**accurately (1)**
34:12
**activity (1)**
13:23
**actual (1)**
29:23
**actually (2)**
8:10;27:15
**address (1)**
22:11
**Affairs (2)**
7:22;11:6
**affirmative (1)**
34:15
**Again (4)**
6:4;16:24;30:25;
31:21
**ahead (2)**
9:13;14:25
**allow (1)**
32:19
**allowed (1)**
27:1
**announced (1)**
25:12
**annual (1)**
13:21
**Apparently (1)**
23:12
**appear (1)**
21:8
**applied (1)**
33:10
**apply (4)**
25:14;33:5,12,16
**applying (1)**
33:8
**appointed (1)**
9:7
**approach (2)**
19:12;24:19
**appropriate (1)**
19:11
**approval (1)**
29:7
**approve (1)**
27:4
**approved (3)**
27:5,6;31:23

**approximately (1)**
21:12
**areas (1)**
33:6
**around (1)**
16:21
**arrange (1)**
6:20
**Arts (1)**
11:4
**assert (1)**
18:14
**assistant (3)**
30:2,11,13
**associate (6)**
30:6,8,11,13,18;
31:25
**assume (5)**
8:6;12:15;13:2;
18:8,11
**attention (1)**
16:10
**attorney-client (2)**
18:9,15
**autocratic (1)**
17:23
**avoid (2)**
6:7;18:18
**awarded (2)**
29:10;30:19
**aware (5)**
6:4;13:12,16,18;
33:18

## B

**back (8)**
12:4;23:13;26:2,5,
12,15;27:16;28:12
**backtrack (1)**
12:14
**BAKER (12)**
5:6;9:13,14;10:3;
18:8,17;22:9;30:14;
31:12;33:22;34:6,13
**based (1)**
30:22
**basically (1)**
13:13
**became (1)**
13:16
**become (2)**
12:13;13:17
**better (1)**
13:3
**Bhattacharya (11)**
12:7,8;19:2,8,20;
23:5,19;25:1,21;
26:10,19
**Bhattacharya's (1)**
32:3
**bit (2)**
12:14;26:23

**blasted (1)**
27:24
**break (1)**
6:18
**bringing (1)**
26:15
**brought (6)**
20:24;30:1,2,15;
33:24;34:2
**Business (3)**
11:5,19;12:10

## C

**call (3)**
12:20;27:21,23
**came (12)**
7:8,20,24;8:2;
10:19;12:7;13:9,25;
19:2;20:22,25;23:6
**campus (1)**
27:16
**can (12)**
9:17;10:4,9;11:10;
17:5,5,14;20:4,11;
23:2;33:10;34:12
**cancer (1)**
9:20
**candidate (4)**
24:12,19,21;25:2
**candidates (4)**
24:6,13,17,22
**caught (1)**
16:9
**certain (1)**
32:15
**certainly (2)**
6:20;33:4
**chair (4)**
16:12;20:1,9,12
**chairs (1)**
20:6
**Chancellor (9)**
7:22;8:9;9:1,3,6,9;
24:3,9;27:7
**changed (1)**
11:1
**chief (1)**
8:19
**circumstances (1)**
14:11
**clear (1)**
5:17
**close (1)**
12:24
**closer (1)**
23:13
**colleague (1)**
27:23
**college (13)**
7:3,4;11:4,4,5,6,11,
13,19;12:10;16:3;
20:2;24:5

**colleges (5)**
10:20,22,25;11:3,8
**coming (2)**
26:5,11
**committee (4)**
24:6,10,20;25:3
**committees (1)**
24:15
**commodity (1)**
27:3
**common (2)**
15:12;34:5
**communicate (1)**
14:3
**communications (4)**
18:10;25:17;31:9;
33:2
**comparable (2)**
29:11;32:6
**complain (1)**
22:10
**complained (1)**
19:17
**complaints (2)**
16:2;31:5
**composition (1)**
10:25
**compromise (1)**
10:16
**concern (5)**
16:10;21:16;26:15;
28:18,21
**concerned (1)**
21:7
**concerns (13)**
16:18;17:23;19:1,4,
7;20:23;22:11,20,21;
23:6;26:20;31:4,10
**concluded (1)**
34:16
**concrete (1)**
19:14
**conducted (1)**
26:23
**consent (1)**
20:12
**consider (1)**
17:12
**contact (1)**
14:6
**contacted (1)**
27:20
**contract (2)**
29:5;31:23
**conversation (2)**
18:5;26:6
**conversations (4)**
17:20;18:19;25:21,
25
**Cook (1)**
9:6
**counsel (1)**
18:6

**couple (1)**
31:18
**course (1)**
25:8
**courses (1)**
8:10
**court (2)**
5:15;34:10
**cower (1)**
19:10
**credit (2)**
33:9,13
**criticism (1)**
31:5
**criticisms (1)**
16:3
**current (1)**
6:25
**currently (1)**
6:22
**curriculum (1)**
8:23

## D

**Dakota (2)**
7:12,14
**day (1)**
32:22
**day-to-day (1)**
13:5
**deal (1)**
10:18
**dean (17)**
11:8,11,12,15,19,
21,22;20:1,7,8,11,21;
27:5;28:7,12;29:4,23
**dean's (1)**
27:5
**decision (2)**
24:4;32:4
**declined (1)**
16:22
**deliver (1)**
28:9
**DENNIS (2)**
5:2,9
**depart (1)**
25:10
**department (13)**
13:15;16:12,14,16;
19:22,25;20:1,4;23:1,
15;26:21;27:3;32:19
**depend (1)**
33:13
**deponent (1)**
34:17
**deposed (1)**
5:11
**deposition (1)**
34:16
**describe (2)**
11:10;13:10

**detail (1)**
16:18
**determine (1)**
32:4
**determining (1)**
30:20
**different (2)**
10:20;26:23
**direct (2)**
17:25;18:1
**directly (7)**
11:15;19:24;25:17;
26:20;28:2;31:9;33:3
**discussed (1)**
15:1
**discussion (1)**
17:7
**discussions (2)**
22:25;23:5
**Doctor (1)**
31:12
**done (2)**
15:17;30:22
**down (2)**
5:16;34:11
**Dr (39)**
5:10;12:7,8;15:20;
16:3,5,21;17:10,23;
18:23;19:2,4,7,8,19;
20:14,16,19,22;21:9,
20,20;22:2,2,4;23:5,
14,18;25:1,10,12,21;
26:4,10,19;27:21;
31:19,20;32:3
**duly (1)**
5:3
**during (3)**
9:2;16:7;17:4

**E**

**easy (1)**
5:17
**education (2)**
7:18;11:5
**effect (1)**
19:24
**either (3)**
21:18,19;34:8
**eligible (1)**
33:12
**else (6)**
15:7;17:3,14;18:21;
19:21;33:10
**email (2)**
25:12,18
**employed (1)**
6:23
**employment (1)**
29:2
**encouraged (1)**
33:4
**end (1)**

11:24
**enterprises (1)**
8:21
**entertain (1)**
24:19
**episode (1)**
16:25
**equity (1)**
18:7
**even (3)**
5:24;6:8;20:25
**Everybody (1)**
6:5
**exactly (1)**
18:4
**EXAMINATION (3)**
5:5;31:16;33:21
**examples (1)**
19:14
**excuse (1)**
19:7
**exit (13)**
14:15,20;15:5,11,
14,16;16:1,6;17:4,15,
16,19;25:8
**expect (1)**
29:23
**experiences (1)**
21:1
**express (4)**
19:1,6;26:7,14
**expressed (5)**
17:3,21;19:4;22:20;
26:18
**expressions (1)**
28:18

**F**

**fact (2)**
28:10;33:11
**faculty (16)**
8:1,22,23;13:21;
15:22;19:10,17;
20:10,13;21:3,4;22:3,
5,16;26:3;28:9
**fair (3)**
12:23;29:22;34:3
**fall (5)**
7:8,9;8:15;10:20;
31:21
**falls (1)**
8:24
**familiar (1)**
12:9
**family (2)**
23:12,13
**far (3)**
19:25;28:25;30:20
**fear (1)**
21:9
**few (1)**
5:18

**field (1)**
13:15
**final (1)**
24:7
**finalists (1)**
23:21
**find (2)**
15:14;21:10
**Fine (1)**
14:25
**finish (1)**
5:25
**first (4)**
5:3;11:25;12:1;
17:24
**Five (1)**
7:16
**floor (1)**
31:14
**foggy (1)**
9:20
**follow (4)**
5:19;28:7;29:23;
33:23
**followed (2)**
26:25;32:23
**follows (1)**
5:4
**follow-ups (1)**
31:18
**found (1)**
23:18
**four (5)**
10:22;11:3,7;23:21;
24:13
**full (13)**
5:8;8:4;18:4;29:9,
11,14;30:11,13;
32:24;33:5,12,17,24
**fully (1)**
6:4
**functioning (1)**
11:14
**further (4)**
25:16;31:8;33:21;
34:7
**future (1)**
17:9

**G**

**generally (1)**
15:14
**gets (3)**
6:3,6;20:5
**Gholami (18)**
12:11;13:11,12;
14:2,7,22;15:4,20;
16:3,5;20:23;25:6,22;
31:20,24;32:9,14,23
**Gholami's (2)**
15:16;32:4
**given (4)**

13:23;26:4;32:9,15
**Gooch (1)**
9:18
**good (2)**
26:3;28:8
**guard (2)**
22:17,18
**guess (2)**
10:21;12:20

**H**

**Hadidi (14)**
16:11,21;17:11;
18:24;19:8;20:15,19,
22;21:9;23:6,8;25:10,
12;31:19
**Hadidi's (4)**
17:23;19:5;23:14;
26:4
**happened (2)**
17:1;28:23
**happy (1)**
26:13
**head (8)**
6:8;16:12;17:11;
19:21,25;20:9,12,15
**Health (2)**
7:4;10:16
**hear (7)**
21:2;26:19;27:18,
25;28:15,17;31:4
**heard (4)**
16:2;17:25;27:8;
28:2
**heavy-handed (1)**
22:22
**help (1)**
9:17
**here's (1)**
24:21
**herself (1)**
28:22
**higher (1)**
7:17
**highway (1)**
22:23
**hire (1)**
29:8
**hired (4)**
9:5,8;12:8;32:13
**hires (1)**
28:9
**hiring (4)**
23:23;24:1,9;27:4
**huh-uhs (1)**
6:7
**human (1)**
5:21

**I**

**identify (1)**

19:16
**Illinois (2)**
12:16,19
**incident (1)**
18:20
**indicate (2)**
10:11;24:16
**indicated (3)**
17:12;25:9;33:16
**indicating (1)**
25:13
**indication (1)**
26:11
**indirectly (1)**
26:20
**individual (3)**
20:3;27:1;28:8
**individuals (1)**
26:21
**information (4)**
10:9;13:19,20;28:5
**initially (1)**
13:25
**institution (2)**
29:12;32:6
**interaction (1)**
13:6
**interest (1)**
26:18
**interested (3)**
25:7,15;26:11
**interesting (1)**
13:14
**interim (1)**
9:7
**interject (1)**
5:21
**interview (14)**
14:15,20;15:5,8,11,
14,17;16:2,6;17:4,15,
16,19;25:9
**into (5)**
7:21;12:7;20:5;
29:9;33:24
**invoke (1)**
18:9
**issue (2)**
19:3;23:14
**issues (2)**
20:6;22:24

**J**

**Janet (2)**
9:10,11
**Janet's (1)**
9:15
**January (1)**
8:15
**job (2)**
5:17;23:11

## K

**keep (1)**
15:24
**kind (8)**
13:16;16:24;21:10;
22:17,21;26:1,2;28:7
**knew (1)**
27:2
**knowledge (1)**
33:15
**known (1)**
27:2
**knows (1)**
6:5

## L

**lack (1)**
22:23
**last (1)**
9:15
**lead (2)**
23:23,25
**leadership (9)**
8:23;11:13;16:10;
17:24;19:5,9,12;
22:21;23:15
**learn (1)**
25:6
**learned (1)**
28:13
**leave (2)**
15:13;20:15
**leaves (1)**
15:11
**leaving (4)**
14:14;15:15,23;
25:14
**left (3)**
26:3,8;31:20
**letting (1)**
10:13
**level (3)**
24:5;30:16,20
**Li (3)**
20:16;21:20;22:2
**list (1)**
13:22
**listening (1)**
22:23
**lists (1)**
24:7
**literally (1)**
27:24
**little (4)**
9:20;12:14,21;
26:22
**long (6)**
6:18;7:6,14,17;
8:13;11:22
**longer (1)**

17:11
**look (1)**
12:5
**lost (1)**
6:6
**lot (1)**
12:15
**lunch (2)**
16:22;18:2

## M

**makes (2)**
22:13;24:10
**Management (3)**
11:5,20;12:10
**many (2)**
10:20;21:15
**may (4)**
14:23;21:20;22:3,
12
**maybe (3)**
17:8;21:25;22:4
**McNeil (3)**
11:21,22;20:21
**mean (2)**
10:4;14:2
**meant (1)**
6:5
**meeting (2)**
15:2;16:7
**meetings (1)**
14:21
**member (6)**
8:1;15:22;22:3,5,
16;26:3
**members (2)**
19:17;21:5
**message (1)**
28:10
**met (1)**
16:5
**might (6)**
5:22;11:25;19:20;
21:10;22:13;31:14
**mind (1)**
14:18
**Minneapolis (1)**
23:11
**MIS (8)**
16:13,15;19:22;
21:13,14,15;23:15;
26:21
**mixed (1)**
30:9
**more (5)**
6:10;9:4,5;28:15;
31:13
**most (1)**
32:13
**much (1)**
24:4

## N

**name (4)**
5:8;9:15;20:18;
27:22
**named (2)**
12:10;22:5
**names (5)**
9:21;10:25;11:3;
21:6,18
**national (1)**
23:20
**nature (3)**
5:21;22:19;26:5
**need (5)**
6:18;10:4,5,14;33:7
**needed (3)**
20:10;27:4,5
**negotiable (1)**
33:6
**negotiating (3)**
28:25;29:1,5
**NEOMA (2)**
32:5,5
**new (3)**
22:18;28:9;29:8
**newer (1)**
22:15
**next (1)**
33:8
**nods (1)**
6:8
**nor (1)**
19:11
**normal (1)**
15:10
**Number (4)**
5:19;6:3;16:8;
22:24

## O

**observe (1)**
21:2
**occur (1)**
34:1
**off (1)**
30:22
**office (2)**
8:24;13:22
**officer (2)**
8:20;18:7
**oftentimes (1)**
5:19
**old (1)**
22:17
**once (2)**
16:22;26:17
**one (11)**
5:19;9:3,4,5;14:17;
16:25;21:17,19,21;
23:21;33:5

**one-on-one (3)**
14:6,21;25:17
**ongoing (1)**
10:6
**only (3)**
9:25;20:4;28:21
**opportunity (1)**
21:2
**order (2)**
5:16;32:23
**ordering (1)**
24:18
**originally (1)**
26:8
**others (1)**
13:3
**out (7)**
5:23;15:14;18:2;
21:10;27:1;28:9;
29:20
**over (2)**
11:18;12:21
**oversight (1)**
11:13
**own (1)**
11:8

## P

**PAPINI (3)**
5:2,9,10
**parameters (1)**
18:4
**Perfect (1)**
6:12
**period (2)**
9:2;32:15
**Perry (3)**
18:12,13,19
**persistent (1)**
16:25
**personal (2)**
12:24;14:1
**place (2)**
12:3;27:7
**please (3)**
5:7,24;9:13
**pleasure (1)**
20:6
**point (5)**
6:19;12:7;14:5;
17:9;25:5
**policies (5)**
20:7,11;30:23;31:1,
2
**policy (5)**
20:5;29:16,20,24;
33:7
**position (7)**
7:1,21;8:18;12:7;
25:15;27:2;32:5
**possibility (1)**
17:8

**possible (4)**
29:8,13;33:9;34:5
**potentially (1)**
17:25
**POWELL (12)**
9:10,12,18,25;
18:11,14;22:7;30:12;
31:14,17;33:19;34:8
**practice (2)**
15:13;28:8
**preferred (3)**
24:19,21;25:2
**presence (1)**
17:1
**present (2)**
15:7;32:22
**pretty (1)**
24:4
**prior (2)**
14:13;33:13
**privilege (2)**
18:10,15
**probably (1)**
6:13
**problem (1)**
10:8
**process (3)**
26:25;27:7;32:23
**produces (1)**
13:22
**productive (1)**
19:11
**Professor (34)**
7:2;8:2,4;12:9;
13:10,12;14:2,6,22;
15:4,11,16;16:6,11;
22:10,14;23:9,10;
25:6;29:9,11,14;30:2,
7,8,19;31:20,24,25;
32:4,9,14,22,24;33:17
**professors (11)**
12:15,25;13:8;
15:13;21:13,16;23:1;
32:12;33:23,24;34:2
**professor's (1)**
29:2
**professorship (2)**
33:5,12
**promoted (2)**
30:18;32:24
**proper (1)**
6:10
**properly (1)**
6:10
**provide (3)**
11:13;16:18;19:13
**Provost (19)**
7:23;8:9,12,14,18,
19,24,25;9:3;11:16;
12:15;13:22;21:9;
23:22;24:8,8;27:6,6;
29:7
**psychology (2)**

7:2;8:7
**Public (1)**
11:6

## R

**rank (4)**
24:18;29:10;33:7,8
**ranks (1)**
30:9
**reach (1)**
28:9
**read (1)**
34:9
**really (1)**
16:9
**reason (1)**
6:19
**reasons (1)**
26:7
**recall (27)**
11:2,18,23;12:2,6;
14:9,10,11,20,24;
15:2,19;16:6,17;
17:15;21:4,6,12,15,
18,23;22:19;23:2;
25:20,24;26:1,16
**received (2)**
27:21,23
**recommend (1)**
24:11
**recommendation (6)**
24:2,11,15;25:2;
27:4;32:9
**recommendations (1)**
24:8
**recommended (1)**
24:9
**record (1)**
9:16
**regarding (3)**
19:8;23:6;31:24
**rehire (1)**
31:25
**rehired (2)**
30:4,6
**reiterated (1)**
16:24
**relationship (2)**
13:10;14:1
**relationships (1)**
12:24
**remain (1)**
11:22
**remember (1)**
22:15
**remove (3)**
20:2,9,12
**rephrase (1)**
6:15
**replaced (1)**
20:16
**report (5)**

8:25;9:1;11:15;
18:7,20
**reporter (2)**
5:15;34:11
**reports (1)**
13:21
**request (2)**
15:17,18
**requirement (1)**
33:11
**reschedule (1)**
10:5
**research (3)**
13:13,18,23
**reserve (1)**
34:9
**resigned (2)**
14:14;30:18
**resolved (1)**
23:15
**respect (1)**
32:18
**respond (1)**
26:10
**response (1)**
5:21
**responsibilities (1)**
8:17
**responsibility (4)**
11:11,12;18:2;
23:23
**responsible (2)**
29:3,4
**result (1)**
13:13
**retaliation (1)**
21:11
**retired (6)**
9:6;11:24;20:19;
23:8,9,10
**retirement (2)**
25:13;26:4
**retrieval (1)**
10:8
**retrieve (1)**
10:8
**return (8)**
25:10;27:9,15;
28:21;29:1;32:10,19,
24
**returned (1)**
31:3
**returning (7)**
17:8,12;25:7,22;
26:18;27:25;28:18
**revised (1)**
20:11
**Rhonda (3)**
18:12,13,19
**right (17)**
5:7;6:22,25;10:12,
19;12:6,13,23;13:2,
17;19:16;25:5;28:17;

29:22;34:6,9,12
**role (2)**
20:3,15
**routinely (1)**
33:25
**Roy (1)**
26:17
**Roya (17)**
12:10;17:21;20:23,
25;25:17,21;26:8,11;
27:2,20;28:2,3,18,22;
30:1;31:3,9
**Roya's (1)**
31:5
**rules (1)**
5:18

## S

**salary (1)**
31:25
**same (2)**
10:23,24
**saying (1)**
34:11
**scholarship (1)**
8:22
**Science (1)**
7:5
**Sciences (1)**
11:4
**search (10)**
23:20,24,25;24:5,
14;25:3;26:23,24,24,
25
**second (2)**
11:25;30:15
**seek (1)**
27:1
**seem (1)**
10:8
**seemed (2)**
19:10;26:13
**selected (1)**
24:7
**selection (1)**
24:10
**sent (1)**
25:12
**series (1)**
5:14
**serve (1)**
20:6
**service (2)**
8:22;33:13
**several (1)**
21:2
**shared (2)**
13:19;21:1
**sharing (1)**
26:1
**signature (2)**
34:9,17

**signed (3)**
27:15,17;31:24
**six (1)**
33:7
**six-year (1)**
33:11
**somebody (1)**
19:21
**someone (2)**
18:1;26:2
**sometimes (2)**
6:6;34:2
**somewhere (1)**
33:10
**sorry (5)**
9:9,12;14:25;22:1;
30:8
**sort (3)**
14:1;23:15;26:14
**South (2)**
7:12,14
**speak (2)**
15:20;18:23
**speaking (1)**
21:9
**specific (2)**
19:13;24:15
**specifically (1)**
19:6
**spells (1)**
29:20
**spent (1)**
33:10
**Springfield (1)**
12:19
**started (1)**
31:20
**state (3)**
5:8;7:12,15
**stated (1)**
19:24
**still (4)**
10:23,24;27:3,7
**stipulates (1)**
33:7
**stop (1)**
10:14
**story (1)**
26:2
**strengths (1)**
24:24
**strictly (1)**
30:22
**style (3)**
17:24;19:5,9
**Subject (1)**
29:7
**suggest (1)**
19:19
**supervision (1)**
8:22
**supervisory (1)**
18:1

**sure (1)**
34:10
**Susan (3)**
9:6,8,9
**sworn (1)**
5:3

## T

**talk (2)**
14:3;28:5
**talked (4)**
16:8;26:19;28:6,6
**teach (2)**
8:10,11
**teaching (1)**
8:21
**Tei-Wei (2)**
22:6,7
**telling (1)**
28:22
**tenure (4)**
30:19;32:10,15;
34:3
**tenured (3)**
8:1,2,4
**Teresa (3)**
9:17;18:9;31:14
**terms (2)**
28:25;29:1
**terribly (1)**
6:18
**testifies (1)**
5:3
**therapy (1)**
10:6
**thinking (1)**
26:4
**though (2)**
6:8;10:24
**three (3)**
23:21;24:12;30:9
**today (2)**
10:23,24
**told (4)**
16:6;18:15,16;26:8
**took (3)**
11:18;12:2;34:11
**top (1)**
24:12
**total (1)**
7:6
**transcribed (1)**
6:9
**transcript (4)**
5:17,23;6:7;34:10
**treatment (1)**
9:20
**treatments (1)**
10:14
**tricky (1)**
20:5
**trouble (1)**

10:11
**try (2)**
    5:18;6:7
**trying (1)**
    5:15
**two (3)**
    6:3;9:7;21:17
**types (1)**
    14:21
**typically (3)**
    24:14,14;32:12

**U**

**uh-huhs (1)**
    6:7
**UIS (8)**
    6:23;7:1,7,8,20;
    8:18;29:20;33:24
**UIS's (1)**
    30:23
**ultimately (1)**
    18:20
**unacceptable (2)**
    24:17,25
**unaccountability (1)**
    22:24
**unclear (1)**
    20:8
**uncomfortable (3)**
    16:21,23;17:2
**under (2)**
    8:24;9:6
**undergoing (1)**
    9:19
**unit (1)**
    11:14
**University (10)**
    7:13;8:20;12:16,19;
    18:5;23:11;25:7;29:9;
    31:4,6
**up (2)**
    28:7;33:23
**upon (1)**
    32:10
**usual (1)**
    26:24

**V**

**valuable (1)**
    15:21
**valued (1)**
    15:13
**Verbal (1)**
    34:13
**verbally (2)**
    25:9,18
**vetted (1)**
    24:6
**Vice (2)**
    7:22;8:9
**view (1)**

28:8
**viewed (1)**
    15:21
**vote (1)**
    32:19
**voting (1)**
    32:18

**W**

**waive (1)**
    34:12
**waived (1)**
    34:18
**waiver (2)**
    26:24,25
**waiving (1)**
    34:15
**wall (1)**
    10:1
**Wang (7)**
    22:2,4,6,7,10,14;
    27:21
**way (4)**
    19:19;20:7,7;22:22
**weaknesses (1)**
    24:25
**welcome (1)**
    25:11
**willing (1)**
    25:10
**wish (1)**
    10:13
**within (3)**
    11:14;23:1;26:21
**without (1)**
    20:12
**WITNESS (5)**
    9:11;10:2;18:13;
    22:8;34:14
**words (1)**
    27:24
**work (4)**
    12:16;13:14;31:5;
    32:14
**worked (1)**
    9:7
**written (6)**
    20:8,9;29:19,23;
    30:25;31:2
**Wrong (1)**
    30:12

**Y**

**year (4)**
    11:25,25;12:1;
    13:23
**years (5)**
    7:16;9:7;33:7,9,9
**younger (2)**
    22:3,18

**1**

**10:33 (1)**
    5:1
**11:13 (1)**
    34:17
**17 (1)**
    7:8
**1983 (1)**
    7:19

**2**

**200 (1)**
    12:22
**2017 (9)**
    7:9,10,20;8:15;
    10:20,21,22;11:2,19
**2019 (2)**
    31:21;32:25
**23 (1)**
    8:16