**In The Matter Of:**

*GHOLAMI v.*
*BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS*

---

*SOMNATH BHATTACHARYA*
*November 12, 2024*

---

*Area Wide Reporting and Video Conferencing*
*www.areawide.net*
*scheduling@areawide.net*
*301 W. White Street*
*Champaign, IL　61820*

Original File 1112BHAS.txt
**Min-U-Script® with Word Index**

**Exhibit 3**

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                   SPRINGFIELD DIVISION

 3
    ROGHIEH GHOLAMI,              )
 4                               )
              Plaintiff,          )
 5                               )
         vs.                     ) No. 22-cv-3268-SEM-KLM
 6                               )
    BOARD OF TRUSTEES OF THE      )
 7  UNIVERSITY OF ILLINOIS,       )
                                 )
 8           Defendant.           )

 9

10

11

12

13

14

15

16

17        DEPOSITION OF SOMNATH BHATTACHARYA
            UNIVERSITY OF ILLINOIS SPRINGFIELD
18            HATMAKER CONFERENCE ROOM
    ITY PLAZA
19            SPRINGFIELD, ILLINOIS
               NOVEMBER 12, 2024
20               10:00 A.M.

21

22

23         Reported and Transcribed by:
24     Rhonda Rhodes Bentley, CSR #084-002706
```

**Page 2**

```
 1                    INDEX
    APPEARANCES:
 2  For the Plaintiff:

 3      John A. Baker
        BAKER, BAKER & KRAJEWSKI, LLC
 4      Attorneys at Law
        415 South Seventh Street
 5      Springfield, Illinois  62701
        (217) 522-3445
 6      Jab@bbklegal.com

 7

 8  For the Defendant:

 9      Theresa Powell
        HEYL, ROYSTER, VOELKER & ALLEN
10      Attorneys at Law
        4205 Wabash Avenue
11      Springfield, Illinois 62791
        (217) 522-8822
12      Tpowell@heylroyster.com

13

14

15

16

17

18

19

20

21

22

23

24
```

**Page 3**

```
 1                INDEX - CONTINUED

 2  EXAMINATION BY:                        PAGE
    Mr. Baker.......................................5
 3  Ms. Powell....................................60

 4

 5

 6

 7  EXHIBITS:      DESCRIPTION             PAGE
    Exhibit 1      2019 Org. Chart...................9
 8  Exhibit 2      10.25.16 Memorandum.............47
    Exhibit 3      4.11.19  email and 4.12.19 email.55
 9

10

11              (Exhibits attached)

12

13

14

15

16

17

18

19

20

21

22

23

24
```

**Page 4**

```
 1                 STIPULATION

 2

 3          IT IS HEREBY EXPRESSLY STIPULATED AND

 4  AGREED by and between the parties that the

 5  deposition of SOMNATH BHATTACHARYA may be taken

 6  on November 12, 2024, at University of Illinois

 7  Springfield, Hatmaker Conference Room, One

 8  University Plaza, Springfield, Illinois, pursuant

 9  to the applicable Supreme Court rules, local

10  rules, and the Code of Civil Procedure governing

11  said depositions.

12

13          IT IS FURTHER STIPULATED that the

14  necessity for calling the Court Reporter for

15  impeachment purposes is waived.

16

17

18

19

20

21

22

23

24
```

GHOLAMI v.
BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

SOMNATH BHATTACHARYA
November 12, 2024

Page 5

1    10:21 a.m.
2    SOMNATH BHATTACHARYA,
3  having first been duly sworn, testifies as
4  follows:
5    **EXAMINATION**
6  BY MR. BAKER:
7    Q.  All right. Sir, would you please
8  state your full name for the record.
9    **A.  Yes, my first name is Somnath. Last**
10  **name Bhattacharya.**
11    Q.  Do you mind spelling that for our
12  court reporter?
13    **A.  S-o-m-n-a-t-h. Last name is**
14  **B-h-a-t-t-a-c-h-a-r-y-a.**
15    Q.  All right. Dr. Bhattacharya, have
16  you ever had your deposition taken before?
17    **A.  No.**
18    Q.  Okay. I'm sure counsel has explained
19  to you the process, but all I'm going to be doing
20  is asking you a series of questions. Sometimes I
21  ask questions that don't make a lot of sense so
22  if you don't understand something, it's probably
23  because I haven't asked it very well. Let me
24  know and I will clarify that.

Page 6

1    **A.  Okay.**
2    Q.  Okay. You and I have to avoid
3  talking over one another. It sounds easy. In
4  theory it should be easy. In practice not so
5  much. You'll oftentimes know exactly what I'm
6  going to say. Human nature is to interject
7  before somebody finishes their complete thought.
8  All of us would fully understand what was said,
9  but a transcript is being prepared, and it
10  wouldn't make a lot of sense. So even if you
11  know what I'm going to ask, allow me to ask the
12  question in its entirety before you respond,
13  okay?
14    **A.  Okay.**
15    Q.  All right. You're doing well. Okay
16  is a great answer. Yes, no, those are answers
17  that can be understood. There's a temptation to
18  use a grunt, say uh-huh, huh-uh, a nod of the
19  head, a shrug of the shoulders. Again we would
20  understand what each other is saying, but it's
21  not so easy to transcribe. So audible yeses,
22  nos, okays, something that is clear for the
23  record is great. I was mentioning about not
24  interrupting me before I complete my question.

Page 7

1  By the same token, I from time to time interrupt
2  somebody before they finish their answer. If I
3  do that and you don't -- you're not allowed to
4  give a full answer, let me know. I want to make
5  sure you have every opportunity to fully answer
6  the question. Is that fair?
7    **A.  That is fair.**
8    Q.  Okay. I don't know that this is
9  going to take terribly long, but I know you're a
10  busy man. If you need to take a break at any
11  point in time, let me know. We will certainly
12  arrange for that. Okay?
13    **A.  Yeah.**
14    Q.  All right. And I understand you're
15  currently employed by the University of Illinois
16  Springfield; is that correct?
17    **A.  That is correct.**
18    Q.  All right. And what is your current
19  position at the university?
20    **A.  I'm the dean of the College of**
21  **Business and Management and professor of**
22  **Accounting.**
23    Q.  How long have you held the position
24  of dean of the College of Business and

Page 8

1  Management?
2    **A.  I have been here since February of**
3  **2019.**
4    Q.  Now, when you came to the university,
5  was that also in February 2019?
6    **A.  That is correct.**
7    Q.  Okay. And where did you come from?
8    **A.  I was at St. Thomas University,**
9  **Miami.**
10    Q.  Okay. The role of dean, can you
11  explain to me what the responsibilities are for
12  that position.
13    **A.  So the dean is akin to the CEO of a**
14  **small company. I'm in charge of Faculty Affairs.**
15  **I'm in charge of Administrative Affairs. I'm in**
16  **charge of budget for the college. I'm in charge**
17  **somewhat tangentially for student welfare in the**
18  **sense that I don't interact with students on a**
19  **day-to-day basis but as they have complaints or**
20  **issues, sometimes they percolate up to the dean's**
21  **office. I don't typically resolve those. I**
22  **forward them to the dean of Students, and**
23  **essentially the buck stops with me in the College**
24  **of Business.**

Page 9

1    Q.   Okay.
2    A.   I report up to the provost who then
3  reports up to the chancellor who then reports up
4  to the president of the University of Illinois
5  System, and then ultimately the president reports
6  up to the board of trustees.
7    Q.   All right.  I want to give you a
8  packet of documents.  I'm not going to go through
9  all of them, but I am going to go through some of
10  them.  I have marked this as Exhibit No. 1, and
11  what I will tell you, Doctor, these are some
12  documents that were provided to me by UIS, and
13  you'll notice down in the lower right-hand corner
14  there is a Bates stamp it says UIS Produced and
15  it starts at 28 and goes through 59.  Do you see
16  that?
17    A.   I do.
18    Q.   Okay.  I'm going to -- I'll ask you
19  about some of the documents in here, again not
20  all of them.  When I do ask you about them, we'll
21  make it clear what page number I'm talking about,
22  and it will be the Bates stamp number just so
23  we're all on the same page.
24       Turn to UIS Produced 28 which is the

Page 10

1  first page of this particular document, and this
2  particular document appears to be an
3  organizational chart of the College of Business
4  and Management as it existed in 2019; is that
5  accurate?
6    A.   That is accurate.
7    Q.   Okay.  And you've got -- I see you
8  here as dean, again reporting to the provost as
9  you explained and up to the chancellor, and then
10  direct reports it appears to me there would be
11  five of them; is that correct, that are academic
12  reports to you as the dean?
13    A.   There were five chairs and heads at
14  the time of this report.
15    Q.   Okay.  And would those be chairs of
16  departments within the college?
17    A.   That is correct.
18    Q.   Okay.  And so is that different
19  today?  Are there more than five, less than five?
20    A.   There are less than five today.
21    Q.   Which ones are no longer -- did they
22  merge or --
23    A.   So we went through an administrative
24  reorganization of the college between 2019 and

Page 11

1  2021, and we reduced the number of departments
2  down from five to three.
3    Q.   Okay.  Going back to this time 2019,
4  how many professors were there?  When I say
5  professor, I guess broadly that would include,
6  you know, full tenured professors, associate
7  professor.  I don't know if you have adjunct
8  faculty, but how many professors would have been
9  in the college about this time?
10    A.   I would -- again and this is off the
11  top of my head, but I would say that at the time
12  there were 30 tenured track and tenured
13  professors at various ranks, and that's full-time
14  professors.
15    Q.   Okay.  And are there adjunct
16  professors?
17    A.   There are, but we typically
18  differentiate between full-time faculty versus
19  adjuncts.
20    Q.   Okay.
21       MS. POWELL:  You're just talking
22  about the College of Business and Management,
23  right?
24       MR. BAKER:  Yeah, for that question I

Page 12

1  was, the College of Business.
2       MS. POWELL:  Okay.
3  BY MR. BAKER:
4    Q.   So what -- and again I'm -- I don't
5  know if it's changed or not, but my questions are
6  primarily focused around this time frame of 2019
7  as opposed to today, but what would be the
8  responsibilities of a department chair going back
9  to 2019?
10    A.   So the department chair typically is
11  responsible for course assignments to faculty,
12  for the first line of faculty responsibilities in
13  the sense that if a student has issues with the
14  faculty, the department chair is the first line
15  that the student has recourse to the -- the
16  chairs are also unit leaders in the sense that
17  they represent the dean's office down to their
18  departments.  They also undertake faculty --
19  department faculty meetings to service issues
20  that the dean's office should be aware of, and
21  simultaneously to convey to the faculty
22  representations from the dean and the dean's
23  office and senior administration.  So they --
24  they essentially serve in a scaled down role from

Page 13

1  the dean vis-a-vis their departments.
2      Q.   Are department chairs also expected
3  to carry a full teaching load or a reduced
4  teaching load or --
5      A.   They get a reduced teaching load.
6      Q.   How is a department chair selected?
7  Is that something that is determined by that
8  actual department?  Is that something that's
9  determined by the dean?  How is that process?
10  And again I'm focusing on your College of
11  Business and Management and again going back to
12  the 2019 time frame.
13      A.   So we have two structures.  One is
14  that of a department chair, and the other is that
15  of a department head.  The head serves at the
16  dean's pleasure.  The chair gets elected by the
17  department, and at the time the chair typically
18  was elected for a period of three years.  The
19  head served indefinitely but at the dean's
20  pleasure.
21      Q.   How was it determined if a department
22  was going to have a chair or a head?
23      A.   Some of it is simply by history and
24  tradition.  So the MIS department always has had

Page 14

1  a head.  Accounting at the time had a chair.
2  Business Administration at the time had a chair.
3  Economics had -- had a head.  Accountancy, this
4  is incorrect in the sense that Accountancy had a
5  chair.
6      Q.   Okay.  I was going to ask that, yeah.
7  So Carol Jessup would have been --
8      A.   Was a chair.
9      Q.   -- chair of Accountancy?
10      A.   Of Accountancy.  Bill Kline was the
11  chair of Business Administration.
12      Q.   Management?
13      A.   Management was a chair.
14      Q.   Okay.
15      A.   And Economics had a head, and MIS had
16  a head.
17      Q.   Now, you say MIS.  That's management
18  Information Systems?
19      A.   That is correct.
20      Q.   Can you explain to me what the
21  department does, the types of courses one would
22  find in that department?
23      A.   So MIS -- I would seek a
24  clarification from you, sir.  Are you talking

Page 15

1  about what they did at the time or what they do
2  now?
3      Q.   No, that's a fair clarification.
4  Yeah.  My questions for the most part are going
5  to be focused on the 2019.
6      A.   Okay.
7      Q.   So if I don't specify, assume I'm
8  referencing the 2019 time frame.
9      MS. POWELL:  Well, before you start I
10  want to clarify that.  He said already that he
11  started in February of 2019.  So when you say
12  2019, are you talking about when he first
13  started, or are you talking about the end of the
14  year because it might be different and I don't
15  even know what the date was for this piece of
16  paper.
17      MR. BAKER:  Okay.  I don't either.
18      MS. POWELL:  Had to be after
19  February.
20  BY MR. BAKER:
21      Q.   Right.  Right.  If there were changes
22  throughout 2019, I guess we can discuss that.  So
23  let's talk about Management Information Systems.
24  When you came in February of 2019, what was it

Page 16

1  that they would -- what kind of courses would
2  there be?  What was the purpose of that
3  particular department?
4      A.   When I joined here in 2019, the
5  MIS Department taught undergraduate courses in
6  MIS, in Management Information Systems, taught
7  graduate courses in Management Information
8  Systems, and also taught undergraduate and
9  graduate courses in Production and Operations
10  Management.
11      Q.   Has that changed over time?
12      A.   That has changed.
13      Q.   How has it changed?
14      A.   Operations Management as part of our
15  administrative reorganization that also reduced
16  departments down from five to three, moved over
17  to the current Management Marketing and
18  Operations Department.
19      Q.   Okay.  And when did that take place?
20      A.   And that took place over 2019 through
21  2021 and became effective in 2022.
22      Q.   So throughout 2019 this
23  organizational chart, was there any change to the
24  structure of it during calendar year 2019?

Page 17

1    A.    There were changes being proposed and
2  the administrative reorganization was ready to be
3  launched, but the changes had not yet taken
4  place.
5    Q.    Okay.  These changes that had been
6  proposed, were these done after you came in, or
7  were these in the works when you arrived in 2019?
8    A.    They commenced after I joined.
9    Q.    And so what were -- I understand that
10  structurally the college went from three -- from
11  five departments down to three, and there was
12  some shuffling.  Any other changes to the
13  college, say like a reduction in course offerings
14  or anything like that?
15    A.    There were no reductions in course
16  offerings, but subsequently -- subsequent to that
17  administrative reorganization there have been
18  additional majors added to the -- to the
19  college's curriculum.
20    Q.    What changes have those been?
21    A.    Additional degrees, programs, that
22  did not exist before.
23    Q.    Okay.  So the breadth has since
24  you've become dean, has expanded as far as the

Page 18

1  degree options --
2    A.    That is correct.
3    Q.    -- available for students?
4    A.    Sorry, I interjected before you
5  finished.
6    Q.    I told you it's much -- it sounds
7  like it's an easy thing to do --
8    A.    Yes.
9    Q.    -- but you knew exactly what I was
10  going to say.
11    A.    Right.
12    Q.    And that's human nature.  So I get
13  it.  I'm not criticizing you.  I get it.
14        All right.  So I understand that --
15  let me backtrack here.  In 2019 when you came in
16  you began working on the reorganization; is that
17  fair?
18    A.    That is correct.
19    Q.    Okay.  Who was your predecessor as
20  dean?
21    A.    Ronald McNeil.
22    Q.    And was Mr. McNeil still there when
23  you came aboard or had he left?
24    A.    No, Dean McNeil had already exited

Page 19

1  before my arrival.  There was an interim dean by
2  the name of James Ermatinger, and Jim had been
3  the dean of the College of Arts and Letters --
4  Arts and Science, but he also received a stipend
5  to preside over the College of Business and
6  Management while they were undertaking a dean
7  search, and then upon my assuming the,
8  quote-unquote, "permanent" dean position, Dean
9  Ermatinger was no longer interim dean.
10    Q.    Okay.  I am familiar with Dean
11  Ermatinger.
12        MS. POWELL:  Yes, we are.
13  BY MR. BAKER:
14    Q.    So were you hired or was Provost
15  Papini the provost at the time that you were
16  hired?
17    A.    Provost Papini was the provost that
18  hired me.
19    Q.    And I take it that when you started
20  he was still the provost because that's on here;
21  is that correct?
22    A.    That is correct.
23    Q.    And I understand now he's moved on to
24  a different position of some sort?

Page 20

1    A.    He has returned to the faculty.
2    Q.    Okay.  He is in the faculty of what
3  college?
4    A.    So he is in the faculty of our new
5  College of Health Science and Technology in their
6  psychology department.
7    Q.    Is Chancellor Koch still the
8  chancellor, or is there a different chancellor?
9    A.    There's a different chancellor.
10    Q.    And who is the current chancellor?
11    A.    Chancellor Janet Gooch.
12    Q.    Okay.  And so currently you said that
13  these five different departments have been merged
14  and now there are three different departments?
15    A.    That is correct.
16    Q.    What three or what are the names of
17  the three that exist currently?
18    A.    So currently we have Accounting,
19  Economics and Finance as one department.  We have
20  Management Marketing and Operations is a second
21  department and MIS is my third department.
22    Q.    So has there been a change at all in
23  management or -- excuse me, in the MIS?
24    A.    Operations moved from Management

Exhibit 3

Page 21

1 **Information Systems to Management Marketing and**
2 **Operations.**
3 Q.   Okay.  And who are the current
4 chairs, or do you still have chairs and heads?
5 **A.   I do.**
6 Q.   All right.  So using the term loosely
7 chair/head, who's the top person -- top person is
8 probably wrong but the chair/head currently?
9 **A.   Dr. Shipra Gupta is the chair of MMO**
10 **or Management Marketing and Operations.  Dr.**
11 **Karl McDermott is the chair of Accounting,**
12 **Economics and Finance, and Dr. Xiaoqing Li is the**
13 **head of MIS.**
14 Q.   And you're probably going to need
15 some spellings.  Would you like those now or
16 would you rather wait?
17 **A.   I can give them to you right now.**
18 **Shipra is spelled S-h-i-p-r-a.  Last name**
19 **G-u-p-t-a.  Karl, K-a-r-l, M-c-D-e-r-m-o-t-t, and**
20 **Xiaoqing Li, X-i-a-o-q-i-n-g L-i.**
21 Q.   All right.  So at the time in 2019
22 according to this chart anyway, there were two
23 heads of MIS, Rassule, R-a-s-s-u-l-e, Hadidi,
24 H-a-d-i-d-i, and Dr. Li; is that correct?

Page 22

1 **A.   There were not two.  Dr. Hadidi was**
2 **transitioning away from both UIS and in his role**
3 **as head, and I appointed Dr. Li as the interim**
4 **head of MIS.**
5 Q.   And is Dr. Hadidi still with the
6 university?
7 **A.   He is not.**
8 Q.   When did he -- when did Dr. Hadidi
9 leave the university?
10 **A.   He left the fall.  So that would have**
11 **been effective August of 2019 he had left UIS.**
12 Q.   So if we were to look at this, going
13 to the term of 2019-2020, the school year, Dr. Li
14 would have been the interim head of the
15 department at that point in time?
16 **A.   That is correct.**
17 Q.   Okay.  And prior to that Dr. Hadidi
18 would have been the?
19 **A.   So my first semester here, which**
20 **would have been the spring of 2019, Dr. Hadidi**
21 **was head of MIS, and then over the summer I**
22 **appointed Dr. Li as interim head of MIS, and**
23 **effective summer -- late summer and fall, he**
24 **became the head of -- the interim head of MIS.**

Page 23

1 Q.   Now, when you came in in February of
2 2019 how many MIS professors were there?
3 **A.   There were eight.**
4 Q.   Okay.  I represent Dr. Gholami,
5 G-h-o-l-a-m-i.  If I just refer to her as Roya,
6 R-o-y-a, would you understand who I'm talking
7 about?
8 **A.   I would.**
9 Q.   Okay.  And if I understand correctly,
10 at the time that you came in February of 2019,
11 Roya was not employed by the university; is that
12 correct?
13 **A.   That is correct.**
14 Q.   Okay.  And at some point in time you
15 learned that she had expressed some interest in
16 returning to the University of Illinois
17 Springfield; is that correct?
18 **A.   That is correct.**
19 Q.   Okay.  How did you learn that
20 information?
21 **A.   Provost Papini informed me that**
22 **Dr. Gholami had been on the faculty of MIS and**
23 **had left the previous year and wanted to return**
24 **back to the university and to her department.**

Page 24

1 Q.   At that time did Dr. Papini explain
2 to you why she had left the university?
3     **MS. POWELL:** Objection.  Foundation.
4 But you can answer.
5     **THE WITNESS:** You still want me to
6 answer?
7     **MS. POWELL:** Yes.
8 **BY MR. BAKER:**
9 Q.   Sorry, I should have told you.  If
10 you hear objections, unless she specifically
11 tells you not to answer, go ahead.  Stop for a
12 time, but we'll argue amongst ourselves if we
13 have to.
14 **A.   Sure.  I was told that she had said**
15 **that she had been at the receiving end of**
16 **harassment.**
17 Q.   And who told you that?
18 **A.   The provost.**
19 Q.   Okay.  Did he tell you who the
20 alleged harasser had been?
21 **A.   It was allegedly Dr. Hadidi.**
22 Q.   Did he tell you -- provide you with
23 any details about the allegations that Roya had
24 made against Dr. Hadidi at that time?

Page 25

1   A.   He did not.
2   Q.   Did he explain to you why it was that
3   Roya was looking to come back to the university
4   at that particular point in time?
5   A.   It appeared to me that she had had a
6   change of heart in terms of her then present
7   employment in Europe and was not happy and wanted
8   to return to UIS.
9   Q.   And was that something that Dr.
10  Papini told you, or is that something that you
11  gleaned from other sources?
12  A.   It was something that Dr. Papini
13  appeared to suggest.
14  Q.   Okay.  When you initially spoke to
15  Dr. Papini, did he appear to you in any way of
16  being supportive of Roya returning to the
17  university or opposed or neutral?  How would you
18  explain his stance when he provided that
19  information to you?
20  A.   He was in support of her returning to
21  the university.  He cited her research as having
22  been stellar, and he seemed to believe that given
23  her desire to return this would be a positive
24  development.

Page 26

1   Q.   And at some point in time you had
2   communications with Roya; is that fair?
3   A.   That is correct.
4   Q.   Okay.  And how were those
5   communications initiated, do you recall?
6   A.   To the best of my memory, Dr. Gholami
7   wrote to me in my capacity as the new dean
8   expressing her desire to return to the MIS
9   department and to UIS.
10  Q.   Between the time -- let me backtrack.
11  I assume that Roya writing to you occurred after
12  you had spoken to Dr. Papini about this?
13  A.   To the best of my recollection that
14  is correct.
15  Q.   Okay.  Between the time you spoke to
16  I guess Provost Papini and the time that Roya
17  communicated with you, had you spoken to anyone
18  else on the campus about Roya or her potential
19  return to the university?
20  A.   I did not.
21  Q.   So Roya communicated with you.  What
22  is the process for hiring a new faculty member,
23  and I guess it's kind of a broad question, but
24  does -- you know, I assume a lot of people want

Page 27

1   to go to a particular job.  Was there a vacancy
2   in MIS at that time or had her previous position
3   ever been filled?  I guess that would be the
4   first question.  She had left and was gone.  Had
5   her position been filled at all during that
6   period of time?
7   A.   Her position had not been filled at
8   the time --
9   Q.   Okay.
10  A.   -- but that does not necessarily mean
11  that the position existed.
12  Q.   Understood.  Understood.  Was the --
13  since she had left, had the head count in
14  MIS been reduced by one, or had the head count
15  grown in any other way?
16  A.   You mean the faculty head count?
17  Q.   Yes, faculty head count.
18  A.   I don't recall, but I think the head
19  count had -- was about to be reduced by one
20  because an assistant professor had informed me
21  that he was going to leave, but he was still on
22  the faculty at the time.
23  Q.   Okay.  Who was that?
24  A.   His name was Yezn, Y-e-z-n.  I don't

Page 28

1   recall his last name.
2   Q.   Okay.  And was the idea then that
3   Roya would take his position, or was it going to
4   be a different position?
5   A.   There was no such undertaking.  I'd
6   like to go back and answer your other question --
7   Q.   Please.  Please.
8   A.   -- as well.  Typically each year the
9   department head -- and this kind of goes back to
10  your earlier question.  I should have mentioned
11  this.  They -- they communicate to the dean their
12  faculty needs.  The dean then confers with them
13  and if he agrees, then I petition the provost
14  office for a position.  If the provost approves
15  of that position, then typically I will inform
16  the department chair and the department will form
17  a search committee, and the search committee
18  chair -- with the chair that is different from
19  the department chair or head, and then the chair
20  will work with the provost office to advertise
21  the position, and they're typically two to three
22  outlets that we always cover, sometimes
23  additional outlets.  We will also advertise this
24  position at conferences that attract multiple

Page 29

1 people in that area, and then we go through a
2 selection process by the search committee where
3 they typically interview them over the phone,
4 nowadays over Zoom, and then they invite a
5 selected few to campus, and then they make a
6 recommendation to the dean, and that's when the
7 dean negotiates, you know, the terms and
8 conditions of the employment with the faculty
9 candidate, and then an offer is generated, and if
10 the offer is accepted, then the faculty member
11 joins the college and the department typically
12 the following academic year, and we typically
13 will commence these processes in the fall
14 semester of a given year with the idea that the
15 new faculty candidate will join the following
16 fall. So it's typically a yearlong process.
17     So when I say that there was no --
18 just because a position had been vacated doesn't
19 mean that the position existed. Typically when a
20 faculty member leaves the position, no longer
21 stays with the college, it goes back to the
22 provost, and if the provost wishes to, he or she
23 can reassign that position to another department
24 in the college, oftentimes let the college dean

Page 30

1 know that the position is no longer available,
2 and it is completely at the provost discretion as
3 to whether or not you get to replace a departing
4 faculty member.
5     Q.   So when Roya left, had there been any
6 process that had been started by the university
7 to fill a position within your college from her
8 vacancy?
9         MS. POWELL: Wait. Let me object.
10 Foundation. He wasn't here at the time that she
11 left.
12         MR. BAKER: Understood. You can
13 answer.
14     A.   And that is my answer as well, that,
15 you know, when I came in here, I did not receive
16 any such communication.
17 BY MR. BAKER:
18     Q.   Okay. So to your knowledge there had
19 been no start to trying to fill that position; is
20 that fair?
21     A.   There had been no start to fill that
22 position.
23     Q.   Okay. So Roya reaches out to you and
24 expresses an interest. What is the process for

Page 31

1 getting university authority to bring her in when
2 there is no posting out there? Does that
3 question make sense?
4         MS. POWELL: Let me object to the
5 form of the question because you started it with
6 saying she reached out to him. She reached out
7 to Papini.
8         MR. BAKER: Then I think he testified
9 subsequently --
10        MS. POWELL: Yes.
11        MR. BAKER: -- that he received an
12 email from Roya.
13        MS. POWELL: I'm just trying to
14 clarify the process.
15        MR. BAKER: That's fine.
16 BY MR. BAKER:
17     Q.   So what is that process, whether it
18 was after Roya communicated with Papini or Roya
19 communicated with you, what is the process for
20 her -- for a person to return under those
21 circumstances?
22     A.   If we were to undertake a full
23 search, then we would have to ask the provost for
24 a position. Upon the granting of that position,

Page 32

1 I would ask the department chair to form a search
2 committee and appoint a chair of that search
3 committee, and we would have to go through a
4 full-blown search process that I just explained
5 and -- and it would not be possible to do that in
6 the short space of time given that we were -- we
7 were -- I'm presuming that we were going to be
8 hiring for the fall of 2019.
9     Q.   So is -- I guess who has to give the
10 authority then that you can short-circuit the
11 normal search process?
12    A.   It's -- it's multiple front.
13    Q.   Okay.
14    A.   The first person that would have to
15 sign off on that would be the provost, and then I
16 would have to ask the department to waive the
17 search, and they would have to vote for it, and
18 only upon that would we be able to waive the
19 search assuming that we actually received
20 permission to hire into a position from the
21 provost because remember, the position went back
22 to the provost --
23    Q.   Sure.
24    A.   -- you know, upon faculty exit. So

Page 33

1  that -- that is -- that would have been the
2  process to waive the full search.
3    Q.   So if I understand correctly, in
4  order to waive the full search, you would need
5  your buy-in as dean, I suppose; is that fair?
6    A.   That is correct.
7    Q.   You would also need the provost
8  buy-in, that would have been Dr. Papini; is that
9  correct?
10    A.   That is correct.
11    Q.   And you would also need -- the
12  department within that college you would need
13  them to -- the faculty members of that department
14  to agree, or would it be the chair or head agreed
15  with that?
16    A.   The faculty members would have to
17  agree.
18    Q.   Okay.  And you said -- would there be
19  a vote of the faculty members to assess that?
20    A.   That is correct.
21    Q.   And would that have to be unanimous?
22  Would that have to be a simple majority?
23    A.   A simple majority.
24    Q.   And that would have been -- that type

Page 34

1  of vote, since it was within the MIS department,
2  it would have been in the MIS faculty; is that
3  correct?
4    A.   That is correct.
5    Q.   So when Roya initially communicated
6  with you were you personally supportive of her
7  returning?
8    A.   I -- I'll give you my personal
9  thoughts --
10    Q.   Okay.
11    A.   -- and then I'll talk to this
12  particular issue if that's okay with you.
13    Q.   Please.  Yeah.  That would be great.
14    A.   I've spent over three and a half
15  decades in higher education, and in my opinion it
16  is not a good practice to rehire faculty once
17  they have left of their own volition.  I did
18  communicate that to the provost, and I did look
19  through her CV, and she does have a stellar
20  record as a researcher, and, you know, she -- she
21  was a good teacher, and she had performed service
22  for her department and for her college and the
23  university while she was here.  So I -- and I did
24  not know her at all, and so it was a question of

Page 35

1  do I -- do I stick with, you know, my inherent
2  reservation about hiring faculty back, or do I go
3  with the provost who seemed to be desirous of
4  having this particular person return, and I did
5  communicate that to the provost, and I did tell
6  him that I have reservations.  They don't
7  necessarily apply to any one particular person,
8  but just as the practice that is best avoided in
9  higher education.
10    Q.   In your view, again based on your
11  years in higher education, why do you find that
12  it's not the best practice to bring somebody back
13  who has left and is desirous of coming back?
14    A.   I have a variety of reasons.  One
15  when a faculty member leaves, that causes
16  turbulence within the department and within the
17  students, and when that person leaves it's a
18  closure of a door with the assumption that a new
19  door with new blood and new personality and new
20  modes of teaching and new modes of research will
21  enter the department at some point and enter the
22  college at some point.
23    Two, people just don't wake up and
24  say I'm going to leave, you know, they are

Page 36

1  leaving for greener pastures, and so we wish them
2  the best, and for somebody to then return speaks
3  of their poor judgment.
4    Three, the person typically who's
5  coming back might try and circumvent the normal
6  process of promotion and tenure, which again is
7  not something that we want to encourage.
8    Four, we don't want to create a
9  precedence where a faculty member might say,
10  well, I'm going to leave knowing fully well that
11  I can come back because the university allows me
12  to do that.  They did that for XYZ person, why
13  will you not do it for me, so that creates a bad
14  precedence.
15    So for all of those reasons I think
16  that's not the good practice to enter into.
17    Q.   Okay.  So did you have -- I think you
18  said you had a conversation with Provost Papini
19  expressing your general reservations about
20  bringing back a faculty member who had left.  Was
21  that accurate, that you had that conversation?
22    A.   That is correct.
23    Q.   And did you explain those things that
24  you've just explained to me, did you explain

Page 37

1  those to Dr. Papini --
2      A.   I did.
3      Q.   -- or share your thoughts?
4      A.   I did.
5      Q.   And what was Provost Papini's
6  response to that?
7      A.   The provost seemed very keen to have
8  Dr. Gholami return.
9      Q.   What did he say or do to lead you to
10  the conclusion that he seemed keen to have Roya
11  return?
12      A.   He -- he said that, you know, our
13  college is accredited by the AACSB, the Assembly
14  of Accredited Colleges and Schools of Business.
15  It's a very prestigious organization.  Only six
16  percent of all business schools in the world are
17  AACSB accredited, and we are fortunate to be
18  AACSB accredited, and we were going to be up for
19  re-accreditation in two years at the time.  He
20  said, well, you know, she has a very strong
21  research record.  It would serve the college well
22  to have her, you know, back on the faculty, and
23  that she -- he felt that she had left under
24  duress, and that under a new dean she would

Page 38

1  perhaps flourish, but it was communicated to me
2  that he was keen to have her back.
3      Q.   Okay.  And I assume ultimately you in
4  your capacity as dean acquiesced to the idea of
5  Roya returning?
6      A.   I did.
7      Q.   All right.  And was that based solely
8  on your conversations with Papini, or were there
9  other reasons why you acquiesced to that?
10      A.   It was solely based on my
11  conversations with Provost Papini --
12      Q.   All right.
13      A.   -- and my read of her CV.
14      Q.   Fair enough.  So you had -- and you
15  testified to that earlier that you had reviewed
16  her CV and recognized that there were positive
17  things, particularly in the research area in her
18  CV?
19      A.   That is correct.
20      Q.   And so both based upon your
21  communications with Provost Papini and your
22  review of Roya's CV you concluded that you would
23  go against your normal train of thought and be
24  supportive of a faculty member who had left

Page 39

1  returning to the university?
2      A.   That is correct.
3      Q.   Okay.  When you had made that
4  determination, had you spoken to anyone else at
5  the university other than Provost Papini about
6  this?
7      A.   No, the only -- the only other person
8  would have been Chair -- Head Hadidi because
9  obviously the department would have to get
10  involved to facilitate such a return.
11      Q.   And do you recall when it was that
12  you had the conversation with Hadidi in
13  relationship to your conversations with Papini?
14      A.   I could not give you a specific date,
15  but I would say this was in March and April of
16  2019.
17      Q.   And were these written communications
18  between you and Hadidi, or were these primarily
19  verbal communications?
20      A.   There was a memorandum asking for a
21  search waiver that exists --
22      Q.   Yeah.
23      A.   -- and you probably have that.
24      Q.   I do.

Page 40

1      A.   So that had to be written, but prior
2  to that there were verbal communications where I
3  did mention to Dr. Hadidi that this was coming
4  down the pike.
5      Q.   So tell me about the conversations
6  that you had with Dr. Hadidi.  When you first
7  brought it up to him about the possibility of
8  Roya returning, was that something that you
9  brought up to him in written communications or in
10  verbal communications?
11      A.   It was in verbal communications.
12      Q.   Okay.  And what was Dr. Hadidi's
13  initial response to that?
14      A.   Dr. Hadidi really did not express any
15  reservations.  He used words to the effect if --
16  if that's what you want, you know, we will
17  facilitate that.
18      Q.   Okay.  And did he provide any
19  additional information saying -- you know,
20  expressing his views on Roya, either positively
21  or negatively?
22      A.   He did not.
23      Q.   You've got that exhibit in front of
24  you.  If you go to page 48 and 49 and take a look

Page 41

1    at that.  Just let me know when you've had an
2    opportunity to review that.
3        A.    I've read through it.
4        Q.    All right.  You previously had
5    mentioned that there was a memo, I believe, from
6    the department that indicated they were
7    supportive of waiving the posting requirement,
8    the normal hiring.  Is that what this particular
9    document is?
10       A.    That is correct.
11       Q.    Okay.  So 48 and 49 of UIS Produced,
12   those pages are that department's report that
13   they are in supportive of allowing Roya to be
14   hired?
15       A.    That is correct.
16       Q.    That is correct.  Okay.  And then
17   you -- let me ask you this before.  You had
18   mentioned the one communication with Dr. Hadidi.
19   Had you had any other communications with Dr.
20   Hadidi before you received this memo?
21       A.    I had had conversations with Dr.
22   Hadidi in my office regarding this.
23       Q.    All right.  And how many of those do
24   you recall?

Page 42

1        A.    I cannot recall.
2        Q.    Okay.  In general what do you recall
3    him saying about this issue?
4        A.    He seemed that he had no reservations
5    about it to the best of what I can recall.
6        Q.    Did he indicate at all that others
7    had concerns about it?
8        A.    He did not.
9        Q.    All right.  Outside of Dr. Hadidi did
10   you speak to anyone else in the department about
11   the possibility of Roya returning?
12       A.    I did not.
13       Q.    Did you speak to anyone else in any
14   other departments about Roya returning?
15       A.    I did not.
16       Q.    Okay.  And if you continue through
17   here, if you would go to page UIS Produced page
18   52 and 53.  Can you explain to me what this
19   particular document is?
20       A.    It's the offer letter that we issued
21   her for her return.
22       Q.    And you can read through it if you
23   want.  I'm not going to ask you really any
24   detailed questions about it, but I would assume

Page 43

1    that whenever anyone is hired as a faculty member
2    they are given this sort of a written offer
3    letter?
4        A.    That is correct.
5        Q.    All right.  And is that something
6    that always comes from the dean?
7        A.    That is correct.
8        Q.    And when you prepare this, do you --
9    as far as the terms and conditions do you need
10   the approval of anyone else to do that?
11       A.    Well, you know, we -- we always keep
12   the provost office apprised.  So I am -- by the
13   time that this is generated I have already dotted
14   my i's and crossed my t's vis-à-vis the
15   conditions through the provost.
16       Q.    Okay.  So how do you go about doing
17   that generally?
18       A.    We would negotiate with the faculty
19   member, and I would communicate that to the
20   provost saying this is -- this is what's about to
21   go down, and it's not necessarily via email.
22   It's oftentimes over the phone, and, you know,
23   and there's a tacit understanding that the
24   provost is on board with what is about to

Page 44

1    transpire.
2        Q.    As far as this document is concerned,
3    it talks about her returning as an associate
4    professor.  Do you see that that's on the second
5    line of the document?
6        A.    That is correct.
7        Q.    What -- at least in UIS terms in May
8    of 2019, what does associate professor -- what
9    does that mean?
10       A.    So typically faculty members join as
11   assistant professor if they have a Ph.D. already
12   completed and they're early in their career, and
13   most assistant professors will come to us either
14   straight directly out of Ph.D. programs or having
15   spent maybe two or three years somewhere else and
16   then they're moving to us, and they typically go
17   through the six-year probationary period, and
18   then are promoted with tenure to associate
19   professor, but promotion and tenure are two
20   different things.
21            So every now and then you might have
22   somebody who joins as an associate professor but
23   may not be tenured until later, but typically if
24   somebody goes through the full cycle, then

Page 45

1  promotion and tenure are granted at the same
2  time, and then you become a tenured associate
3  professor, and then there is a six-year period
4  minimum before you can be eligible to apply for
5  promotion to full professor, and it's not a given
6  that just because you've met the minimum
7  standards you will be promoted to a full
8  professor.
9      Q.   So the three levels then of
10  professors, I assume -- I assume they're also
11  adjunct professors?
12     A.   No, these are full-time professors.
13     Q.   But the university does recognize
14  adjunct professors?
15     A.   We do, and we just recognize them as
16  adjuncts.  We don't put them in any of these
17  ranks.
18     Q.   And then you have different levels.
19  Assistant would be the lowest level professor; is
20  that correct?
21     A.   That is correct --
22     Q.   The next level --
23     A.   -- in the tenure track.  You might
24  have things like visiting professors, you know,

Page 46

1  who are -- who are not on tenure track.  You
2  might have clinical professors who are not on
3  tenure track.  But in a tenure track line the
4  three levels are assistant professor, associate
5  professor, and full professor.
6      Q.   And I think I have a general
7  understanding of what tenure means.  Can you
8  explain to me what it means -- at least what it
9  meant in 2019 as it relates to the University of
10  Illinois Springfield?
11     A.   It's indefinite appointment, you
12  know, with the University of Illinois
13  Springfield.  It does not convey to
14  Urbana-Champaign or to Chicago, but to this
15  particular campus of the University of Illinois
16  System tenure essentially bestows unlimited
17  appointment to the faculty member.
18     Q.   And how at the University of Illinois
19  Springfield going back to this time frame 2019,
20  how are decisions of whether somebody's going to
21  be granted tenure, how are those typically made
22  or were they made?
23     A.   So typically one applies for tenure.
24  There is a department personnel committee vote.

Page 47

1  Then there is a college executive committee vote.
2  Then there is the dean's vote.  Then there is the
3  university promotion and tenure committee vote.
4  Then there is the provost vote and recommendation
5  to the chancellor, and then there is a chancellor
6  vote and recommendation to the board of trustees.
7      Q.   So I gather there are a number of
8  people who are involved in making this decision?
9      A.   That is correct.
10     Q.   Okay.  Let me just show you another
11  document, and I'll mark this one as No. 2.
12  There's that.  There's that.  And what I have
13  given you, Doctor, is what I've marked as Exhibit
14  No. 2, but it also has Bates-stamps.  These ones
15  are on the lower left-hand corner, and this is
16  Gholami Discovery Exhibit 2 pages 219 through
17  225.  Would you agree that that's what I've given
18  you, sir?
19     A.   I do.
20     Q.   Okay.  And, you know, feel free to
21  read this through as much as you want.  I'm not
22  going to ask you detailed questions about it, but
23  in general I'm going to ask what you understand
24  this to be.

Page 48

1         MS. POWELL:  I'll just object as to
2  foundation, but he can answer.
3      A.   Well, it is as the -- as the heading
4  of the memorandum suggests the tenure
5  recommendation for Dr. Gholami.
6  BY MR. BAKER:
7      Q.   And, of course, this would have been
8  in 2016.  So this would have been before you had
9  come in.  What was the -- you identified
10  previously a number of different steps in the
11  tenure process.  Where would this particular
12  document fall within those steps?
13     A.   I was not here, but typically this
14  was from Dr. Hadidi to Dean McNeil.  So this
15  seemed to reflect the department executive
16  committee's recommendation to Dean McNeil.
17     Q.   And who is responsible for making the
18  ultimate determination?  Is that the provost, or
19  is it the chancellor, or is it the trustees who
20  actually makes the tenure determination?
21     A.   At the end of the day it's the board
22  of trustees.
23     Q.   Okay.  But it has to, I take it, work
24  its way up, so the dean would have to approve it?

GHOLAMI v.
BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

SOMNATH BHATTACHARYA
November 12, 2024

Page 49

1    A.   Yes, sir.
2    Q.   And then the provost would have to
3  approve it?
4    A.   Yes, sir.
5    Q.   And then the chancellor would have to
6  approve it?
7    A.   Yes.
8    Q.   And ultimately the board of trustees
9  would have to approve it?
10   A.   Yes, sir.
11   Q.   And do you know if Roya was granted
12  tenure at some point in time before she left
13  initially?
14   A.   That is my understanding.
15   Q.   Okay.  So when she was hired back in
16  2019 did she come back with tenure or without
17  tenure?
18   A.   She returned with tenure, but that
19  was not because it was given.
20   Q.   Can you explain that to me what you
21  mean by that?
22   A.   That UIS basically made that
23  recommendation for her.  We were not required to
24  have her return with tenure.

Page 50

1    Q.   Who made that determination that she
2  would return with tenure?
3    A.   The provost suggested that we have
4  her return with tenure.  I acquiesced to that
5  request.  I communicated that to the department,
6  and they voted to have her return with tenure.
7    Q.   And did Provost Papini explain to you
8  why he wanted to offer her the opportunity to
9  come back with tenure?
10   A.   This is more of a recollection
11  because it's been several years, but his position
12  was that she had only been gone a few months and
13  she had left her position, one with tenure, and
14  that if she were to return, we should consider
15  having her return back to the position that she
16  had left, which would have been as a tenured
17  associate professor.
18   Q.   And if you would go to UIS Produced
19  -- this is Exhibit 1 again, page number 40.  Take
20  a moment and review that.  Let me know when
21  you've had a chance to do so.
22   A.   I am done reading it.
23   Q.   Okay.  And so you agree with me that
24  this is an email exchange between you and Roya

Page 51

1  and both of them, I think, were sent on April 9,
2  2019; is that correct?
3    A.   I do.
4    Q.   And so this would have been the offer
5  that was made, but it would have been made before
6  the approval of the committee or -- excuse me,
7  not the committee, but the department, and you
8  can -- I'm not trying to trick you or anything.
9  You can look back to the UIS 48, which is the
10  memo from Dr. Hadidi, and that's dated April 29.
11   A.   So this would have been then the --
12  prior to the offer being made.
13   Q.   Okay.  So this is sort of an overall
14  sort of a tentative proposal if everything goes
15  forward --
16   A.   That is correct.
17   Q.   -- of what your thoughts were --
18   A.   Yeah.
19   Q.   -- on what you would do?  Okay.  You
20  in here indicate that she would -- you were
21  offering her to return as a tenured associate
22  professor; is that correct?
23   A.   That is correct.
24   Q.   Who made the determination that she

Page 52

1  would be brought back as an associate professor
2  as opposed to returning in a full professor
3  capacity?
4    A.   That was my decision, but it was also
5  vetted by Provost Papini.
6    Q.   And typically -- and I understand
7  that the university has policies that determine
8  whether somebody is -- when they are eligible for
9  full professorship; is that correct?
10   A.   That is correct.
11   Q.   And if you look again in this same
12  document, this UIS Produced document and if you
13  turn to pages 29 and go through 32.  These are
14  the policies that determine the eligibility for
15  being promoted to a professor; is that correct?
16  Not to a professor but to different level of
17  professor.
18   A.   You wanted me to read through -- 29
19  through --
20   Q.   Well, let me ask you this.  28
21  through 32.  I'm not going to go into great
22  detail with you, you know, but I want you to have
23  the opportunity to have reviewed it.  If you need
24  to look at it to answer the questions, please by

Page 53

1  all means do.  I'm not trying to dissuade you
2  from doing that.
3      A.  Sure.
4      Q.  My understanding is there are
5  policies of the University of Illinois that were
6  in effect in 2019 that would dictate how someone
7  can be considered for associate professor or full
8  professor.  Is that your understanding as well
9  that those policies existed?
10     A.  They did exist.
11     Q.  All right.
12         MS. POWELL:  And just for the record
13  the policies for people who are currently
14  employed?
15  BY MR. BAKER:
16     Q.  This is -- let me ask this.  Are
17  there any policies other than what are in here?
18     A.  Not to my knowledge.
19     Q.  All right.  So this -- to your
20  knowledge this Article 6, this determines how
21  somebody will be considered for promotion; is
22  that fair?  Some professor would be, and this is
23  throughout the University of Illinois
24  Springfield; is that fair?

Page 54

1      A.  That is fair.
2      Q.  Okay.  And so in making the
3  determination that Roya would be offered to
4  return as associate professor, did you rely upon
5  anything other than this particular policy in
6  making that determination?
7          MS. POWELL:  Object to the form of
8  the question.
9          THE WITNESS:  Answer?
10  BY MR. BAKER:
11     Q.  Yeah.
12     A.  No, this was the policy that I
13  referred to.
14     Q.  All right.  And again your
15  determination was based on your reading of the
16  policy; is that correct?
17     A.  That is correct.
18         MR. BAKER:  Okay.  It is 11:25.  I
19  would like to take a short break if that's
20  acceptable with everyone and go off the record.
21          (A break was taken.)
22  BY MR. BAKER:
23     Q.  Back on the record.  Doctor, I'm
24  going to give you a document that I am going to

Page 55

1  mark as Exhibit No. 3.  This does not have a
2  Bates-stamped number on it and I'm not sure why.
3  This is an email that I believe is written by you
4  to Roya on April 11, 2019, and her response dated
5  April 12, 2019.  Would you agree with that, sir?
6      A.  Can I just read through it?
7      Q.  Absolutely.  Absolutely.  Yeah.
8      A.  Yes sir.
9      Q.  I previously asked if this was an
10  email exchange dated April 11 email from you to
11  Roya and next was her response April 12; would
12  you agree with that?
13     A.  I don't see the April 11 email, but I
14  do see her response to what I was assuming is a
15  previous memo.  Oh, okay.  Yeah, thank you.  I do
16  see it now.
17     Q.  Okay.  Do you have any recollection
18  of this particular email?
19     A.  I do.
20     Q.  Okay.  So you don't challenge the
21  fact that you sent this email, correct?
22     A.  I do not.
23     Q.  Okay.  You wrote to her, and again
24  just by way of having our timeline clear, if you

Page 56

1  go back to Exhibit 1 on UIS Produced 40.  We
2  previously looked at where you made the informal
3  offer to Roya, that was dated April 9, correct?
4      A.  That is correct.
5      Q.  And Exhibit 3 is April 11.  So two
6  days later --
7      A.  Yeah.
8      Q.  -- fair?  Okay.  Just to tie it --
9  get a time frame here.  So in this April 11 email
10  you indicate a couple of things.  First you say
11  Provost Papini has brought me up to speed
12  regarding your concerns about receiving a
13  positive vote from the MIS department regarding
14  your return.  You go on and state I think your
15  concerns are legitimate.  Do you see that?
16     A.  I do.
17     Q.  Okay.  What -- so I read this to say
18  you had some sort of communication with Provost
19  Papini about this issue; is that fair?
20     A.  I did.
21     Q.  Okay.  Do you recall that?
22     A.  I don't.
23     Q.  You don't?
24     A.  No.

Page 57

1    Q.    Okay.  Do you know if it was an email
2  exchange or a voice --
3    **A.    I do not recall.**
4    Q.    Okay.  Do you recall in any way
5  Provost Papini indicating that there were
6  concerns about -- either from Roya or about Roya
7  whether she would survive the departmental vote?
8    **A.    I did not recall that, but this email**
9  **seems to suggest that.**
10    Q.    Okay.  All right.  So I just want to
11  make sure I understand your testimony.  As you
12  sit here today you don't remember that, but based
13  on what this email is saying, your assumption
14  there is -- was something along those lines, you
15  just don't have a recollection of that?
16    **A.    That is correct.**
17    Q.    Okay.  And if we go down a little bit
18  into that second -- the end of the second
19  paragraph, you write:  However, the CBM/MIS
20  grapevine tells me that there is a strong
21  possibility that the vote may not yield the
22  desired results.  Do you see that?
23    **A.    I do.**
24    Q.    Okay.  So you reference a grapevine.

Page 58

1  Do you have any recollection of what you were
2  hearing at that point in time?
3    **A.    I do not have any recollection of**
4  **what I was hearing at the time, but I think this**
5  **sentiment was conveyed to me by Dr. Hadidi.**
6    Q.    And I understand your recollection of
7  this is limited, but do you have any recollection
8  of any specific details that were provided by Dr.
9  Hadidi or anyone else?
10    **A.    I do not have specific recollections,**
11  **but they might have been to the effect that there**
12  **were several people in the department who were**
13  **not supportive of a return at the tenured**
14  **associate professor level for Dr. Gholami.**
15    Q.    Do you know did Dr. Hadidi indicate to
16  you or did anyone indicate to you who those
17  individuals might be?
18    **A.    They did not.  He -- he did not.**
19    Q.    Did you have any conversations with
20  anyone within the department other than Dr.
21  Hadidi?
22    **A.    I did not.**
23    Q.    Okay.  And I think as we have -- if
24  we go back to Exhibit 1 at page number 48, this

Page 59

1  Exhibit No. 1 page 48 -- UIS Produced 48, this is
2  -- we've already discussed it, but this is the
3  memo from Dr. Haddi to you after the vote had
4  taken place, correct?
5    **A.    Yes, sir.**
6    Q.    And it suggests at the bottom of the
7  first paragraph that the vote was done by secret
8  ballot, eight in favor of tenure waiver, zero
9  against, and one abstention; is that correct?
10    **A.    Yes, that is correct.**
11    Q.    All right.  So ultimately there was a
12  vote and Roya survived the vote, correct?
13    **A.    That is correct.**
14    Q.    All right.  And so fair to say as you
15  sit here today you don't have any real
16  recollection about the specific concerns or
17  issues that the MIS department might have had
18  when you wrote the April 11 email?
19    **A.    That is correct.**
20    **MR. BAKER:** All right.  Sir, I have
21  nothing further for you.  At this time counsel
22  might have some questions for you.  So I'll turn
23  it over to her.
24

Page 60

1    **EXAMINATION**
2  **BY MS. POWELL:**
3    Q.    I really just have a couple
4  clarification questions for you.  You were asked
5  some questions about the process for returning
6  professors being hired.  Do you have any other
7  professors who have quit and come back?
8    **A.    No, ma'am.**
9    Q.    Okay.  And so you don't have a formal
10  process for that specific type of person then, do
11  you?
12    **A.    We do not have any such process.**
13    Q.    Okay.  And in your whole College of
14  Business are there any professors who have quit
15  and come back other than Roya?
16    **A.    Not under my deanship.**
17    Q.    Okay.  And if someone arrives from a
18  different institution, do those people get to
19  dictate what their title is as far as rank when
20  they come into your facility?
21    **A.    No, they don't.**
22    Q.    Okay.
23    **A.    Might I clarify?**
24    Q.    Yes.  Yes.

GHOLAMI v.
BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

SOMNATH BHATTACHARYA
November 12, 2024

Page 61

1   A.   In this particular case Dr. Gholami
2   signed the offer letter -- countersigned the
3   offer letter.  To me that seems to be an
4   indication that she was willing and able to
5   return along the terms and conditions that I had
6   laid out for her.  She -- you know, we have the
7   signature and this was obtained after many
8   discussions with her.
9   Q.   And that's what we have here shown in
10  UIS Produced -- it's both at 50, 51 and 52 and
11  53?
12  A.   That is correct.
13  Q.   Okay.  And that would be her
14  signature there at the bottom of the page that
15  she signed on May 12 of 2019?
16  A.   That is correct.
17  Q.   Okay.  And all of the terms that were
18  listed in that letter were negotiated between you
19  and her with approval from Provost Papini?
20  A.   That is correct.
21      MS. POWELL: Okay.  Thanks.  That's
22  all I have.
23      MR. BAKER: Okay.
24      MS. POWELL: You have the right to

Page 62

1   review --
2       MR. BAKER: Hold on.  Let me say I
3   don't have any further questions.
4       MS. POWELL: Okay.  Sorry.  I took
5   your okay as that.
6       MR. BAKER: I want to make it clear
7   for the record.  Doctor, I have no further
8   questions.  So counsel has some final statements
9   for you.
10      MS. POWELL: You have the right to
11  review it and to make any corrections that you
12  feel need to be made as far as spellings or that,
13  you know, the answer's just typed incorrectly,
14  or you can waive it and trust that the court
15  reporter took everything down.  It's up to you.
16      THE WITNESS: I waive it, and I trust
17  that the court reporter took everything down.
18      MS. POWELL: That's fine.  Thanks.
19      (The deposition was concluded at
20  12:10 p.m., and the signature of the deponent was
21  waived.)
22
23
24

Page 63

1               CERTIFICATION
2       I, Rhonda Rhodes Bentley, CSR, a
   Certified Shorthand Reporter (IL), do hereby
3   certify that SOMNATH BHATTACHARYA, came before me
   on November 12, 2024, and swore before me to
4   testify to the truth, the whole truth and nothing
   but the truth regarding his knowledge touching
5   upon the matter in controversy.
6       I do further certify that I did take
   stenographic notes of the questions propounded to
7   said witness and his answers thereto and that
   said notes were reduced to typewritten form under
8   my direction and supervision.
9       I do further certify that the
   attached and foregoing is a true, correct and
10  complete copy of my notes and that said testimony
   is now herewith returned.  I do further certify
11  that said deposition was taken at the University
   of Illinois Springfield, Hatmaker Conference
12  Room, One University Plaza, Springfield,
   Illinois.
13
        I do further certify that I am not
14  related in any way to any of the parties involved
   in this action and have no interest in the
15  outcome thereof.  Dated at Divernon, Illinois,
   the 27th day of November, 2024.
16
17
18
19                _____
20                Rhonda Rhodes Bentley, CSR
                  CSR# 084-002706
21
22
23
24

## A

**AACSB (3)**
37:13,17,18
**able (2)**
32:18;61:4
**aboard (1)**
18:23
**Absolutely (2)**
55:7,7
**abstention (1)**
59:9
**academic (2)**
10:11;29:12
**acceptable (1)**
54:20
**accepted (1)**
29:10
**according (1)**
21:22
**Accountancy (4)**
14:3,4,9,10
**Accounting (4)**
7:22;14:1;20:18;
21:11
**accredited (4)**
37:13,14,17,18
**accurate (3)**
10:5,6;36:21
**acquiesced (3)**
38:4,9;50:4
**actual (1)**
13:8
**actually (2)**
32:19;48:20
**added (1)**
17:18
**additional (4)**
17:18,21;28:23;
40:19
**adjunct (4)**
11:7,15;45:11,14
**adjuncts (2)**
11:19;45:16
**administration (3)**
12:23;14:2,11
**Administrative (5)**
8:15;10:23;16:15;
17:2,17
**advertise (2)**
28:20,23
**Affairs (2)**
8:14,15
**Again (13)**
6:19;9:19;10:8;
11:10;12:4;13:10,11;
35:10;36:6;50:19;
52:11;54:14;55:23
**against (3)**
24:24;38:23;59:9
**agree (6)**
33:14,17;47:17;

50:23;55:5,12
**agreed (1)**
33:14
**agrees (1)**
28:13
**ahead (1)**
24:11
**akin (1)**
8:13
**allegations (1)**
24:23
**alleged (1)**
24:20
**allegedly (1)**
24:21
**allow (1)**
6:11
**allowed (1)**
7:3
**allowing (1)**
41:13
**allows (1)**
36:11
**along (2)**
57:14;61:5
**always (4)**
13:24;28:22;43:6,11
**amongst (1)**
24:12
**answer's (1)**
62:13
**appear (1)**
25:15
**appeared (2)**
25:5,13
**appears (2)**
10:2,10
**applies (1)**
46:23
**apply (2)**
35:7;45:4
**appoint (1)**
32:2
**appointed (2)**
22:3,22
**appointment (2)**
46:11,17
**apprised (1)**
43:12
**approval (3)**
43:10;51:6;61:19
**approve (4)**
48:24;49:3,6,9
**approves (1)**
28:14
**April (12)**
39:15;51:1,10;55:4,
5,10,11,13;56:3,5,9;
59:18
**area (2)**
29:1;38:17
**argue (1)**
24:12

**around (1)**
12:6
**arrange (1)**
7:12
**arrival (1)**
19:1
**arrived (1)**
17:7
**arrives (1)**
60:17
**Article (1)**
53:20
**Arts (2)**
19:3,4
**Assembly (1)**
37:13
**assess (1)**
33:19
**assignments (1)**
12:11
**assistant (5)**
27:20;44:11,13;
45:19;46:4
**associate (13)**
11:6;44:3,8,18,22;
45:2;46:4;50:17;51:21;
52:1;53:7;54:4;58:14
**assume (7)**
15:7;26:11,24;38:3;
42:24;45:10,10
**assuming (3)**
19:7;32:19;55:14
**assumption (2)**
35:18;57:13
**attract (1)**
28:24
**audible (1)**
6:21
**August (1)**
22:11
**authority (2)**
31:1;32:10
**available (2)**
18:3;30:1
**avoid (1)**
6:2
**avoided (1)**
35:8
**aware (1)**
12:20
**away (1)**
22:2

## B

**back (29)**
11:3;12:8;13:11;
23:24;25:3;28:6,9;
29:21;32:21;35:2,12,
13;36:5,11,20;37:22;
38:2;46:19;49:15,16;
50:9,15;51:9;52:1;
54:23;56:1;58:24;60:7,

15
**backtrack (2)**
18:15;26:10
**bad (1)**
36:13
**BAKER (22)**
5:6;11:24;12:3;
15:17,20;19:13;24:8;
30:12,17;31:8,11,15,
16;48:6;53:15;54:10,
18,22;59:20;61:23;
62:2,6
**ballot (1)**
59:8
**based (6)**
35:10;38:7,10,20;
54:15;57:12
**basically (1)**
49:22
**basis (1)**
8:19
**Bates (2)**
9:14,22
**Bates-stamped (1)**
55:2
**Bates-stamps (1)**
47:14
**became (2)**
16:21;22:24
**become (2)**
17:24;45:2
**began (1)**
18:16
**best (6)**
26:6,13;35:8,12;
36:2;42:5
**bestows (1)**
46:16
**BHATTACHARYA (3)**
5:2,10,15
**B-h-a-t-t-a-c-h-a-r-y-a (1)**
5:14
**Bill (1)**
14:10
**bit (1)**
57:17
**blood (1)**
35:19
**board (5)**
9:6;43:24;47:6;
48:21;49:8
**both (4)**
22:2;38:20;51:1;
61:10
**bottom (2)**
59:6;61:14
**breadth (1)**
17:23
**break (3)**
7:10;54:19,21
**bring (2)**
31:1;35:12
**bringing (1)**

15
**broad (1)**
26:23
**broadly (1)**
11:5
**brought (4)**
40:7,9;52:1;56:11
**buck (1)**
8:23
**budget (1)**
8:16
**Business (13)**
7:21,24;8:24;10:3;
11:22;12:1;13:11;14:2,
11;19:5;37:14,16;
60:14
**busy (1)**
7:10
**buy-in (2)**
33:5,8

## C

**calendar (1)**
16:24
**came (8)**
8:4;15:24;17:6;
18:15,23;23:1,10;
30:15
**campus (3)**
26:18;29:5;46:15
**can (22)**
6:17;8:10;14:20;
15:22;21:17;24:4;
29:23;30:12;32:10;
36:11;42:5,18,22;45:4;
46:7;48:2;49:20;51:8,
9;53:7;55:6;62:14
**candidate (2)**
29:9,15
**capacity (3)**
26:7;38:4;52:3
**career (1)**
44:12
**Carol (1)**
14:7
**carry (1)**
13:3
**case (1)**
61:1
**causes (1)**
35:15
**CBM/MIS (1)**
57:19
**CEO (1)**
8:13
**certainly (1)**
7:11
**chair (26)**
12:8;10,14;13:6,14,
16,17,22;14:1,2,5,8,9,
11,13;21:9,11;28:16,
18,19,19,19;32:1,2;

GHOLAMI v.
BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

SOMNATH BHATTACHARYA
November 12, 2024

33:14;39:8
**chair/head (2)**
21:7,8
**chairs (6)**
10:13,15;12:16;13:2;
21:4,4
**challenge (1)**
55:20
**chance (1)**
50:21
**chancellor (12)**
9:3;10:9;20:7,8,8,9,
10,11;47:5,5;48:19;
49:5
**change (3)**
16:23;20:22;25:6
**changed (4)**
12:5;16:11,12,13
**changes (6)**
15:21;17:1,3,5,12,20
**charge (4)**
8:14,15,16,16
**chart (3)**
10:3;16:23;21:22
**Chicago (1)**
46:14
**circumstances (1)**
31:21
**circumvent (1)**
36:5
**cited (1)**
25:21
**clarification (3)**
14:24;15:3;60:4
**clarify (4)**
5:24;15:10;31:14;
60:23
**clear (4)**
6:22;9:21;55:24;
62:6
**clinical (1)**
46:2
**closure (1)**
35:18
**College (29)**
7:20,24;8:16,23;
10:3,16,24;11:9,22;
12:1;13:10;17:10,13;
19:3,5;20:3,5;29:11,21,
24,24;30:7;33:12;
34:22;35:22;37:13,21;
47:1;60:13
**Colleges (1)**
37:14
**college's (1)**
17:19
**coming (3)**
35:13;36:5;40:3
**commence (1)**
29:13
**commenced (1)**
17:8
**committee (10)**

28:17,17;29:2;32:2,
3;46:24;47:1,3;51:6,7
**committee's (1)**
48:16
**communicate (4)**
28:11;34:18;35:5;
43:19
**communicated (7)**
26:17,21;31:18,19;
34:5;38:1;50:5
**communication (3)**
30:16;41:18;56:18
**communications (10)**
26:2,5;38:21;39:17,
19;40:2,9,10,11;41:19
**company (1)**
8:14
**complaints (1)**
8:19
**complete (2)**
6:7,24
**completed (1)**
44:12
**completely (1)**
30:2
**concerned (1)**
44:2
**concerns (5)**
42:7;56:12,15;57:6;
59:16
**concluded (2)**
38:22;62:19
**conclusion (1)**
37:10
**conditions (4)**
29:8;43:9,15;61:5
**conferences (1)**
28:24
**confers (1)**
28:12
**consider (1)**
50:14
**considered (2)**
53:7,21
**continue (1)**
42:16
**conversation (3)**
36:18,21;39:12
**conversations (6)**
38:8,11;39:13;40:5;
41:21;58:19
**convey (2)**
12:21;46:13
**conveyed (1)**
58:5
**corner (2)**
9:13;47:15
**corrections (1)**
62:11
**correctly (2)**
23:9;33:3
**counsel (3)**
5:18;59:21;62:8

**count (5)**
27:13,14,16,17,19
**countersigned (1)**
61:2
**couple (2)**
56:10;60:3
**course (4)**
12:11;17:13,15;48:7
**courses (5)**
14:21;16:1,5,7,9
**court (3)**
5:12;62:14,17
**cover (1)**
28:22
**create (1)**
36:8
**creates (1)**
36:13
**criticizing (1)**
18:13
**crossed (1)**
43:14
**current (4)**
7:18;16:17;20:10;
21:3
**currently (6)**
7:15;20:12,17,18;
21:8;53:13
**curriculum (1)**
17:19
**CV (5)**
34:19;38:13,16,18,
22
**cycle (1)**
44:24

**D**

**date (2)**
15:15;39:14
**dated (4)**
51:10;55:4,10;56:3
**day (1)**
48:21
**days (1)**
56:6
**day-to-day (1)**
8:19
**dean (33)**
7:20,24;8:10,13,22;
10:8,12;12:22;13:1,9;
17:24;18:20,24;19:1,3,
6,8,8,9,10;26:7;28:11,
12;29:6,7,24;33:5;
37:24;38:4;43:6;48:14,
16,24
**dean's (7)**
8:20;12:17,20,22;
13:16,19;47:2
**deanship (1)**
60:16
**decades (1)**
34:15

**decision (2)**
47:8;52:4
**decisions (1)**
46:20
**degree (1)**
18:1
**degrees (1)**
17:21
**departing (1)**
30:3
**department (49)**
12:8,10,14,19;13:2,6,
8,14,15,17,21,24;
14:21,22;16:3,5,18;
20:6,19,21,21;22:15;
23:24;26:9;28:9,16,16,
19;29:11,23;32:1,16;
33:12,13;34:1,22;
35:16,21;39:9;41:6;
42:10;46:24;48:15;
50:5;51:7;56:13;58:12,
20;59:17
**departmental (1)**
57:7
**departments (9)**
10:16;11:1;12:18;
13:1;16:16;17:11;
20:13,14;42:14
**department's (1)**
41:12
**deponent (1)**
62:20
**deposition (2)**
5:16;62:19
**desire (2)**
25:23;26:8
**desired (1)**
57:22
**desirous (2)**
35:3,13
**detail (1)**
52:22
**detailed (2)**
42:24;47:22
**details (2)**
24:23;58:8
**determination (8)**
39:4;48:18,20;50:1;
51:24;54:3,6,15
**determine (2)**
52:7,14
**determined (3)**
13:7,9,21
**determines (1)**
53:20
**development (1)**
25:24
**dictate (2)**
53:6;60:19
**different (14)**
10:18;15:14;19:24;
20:8,9,13,14;28:4,18;
44:20;45:18;48:10;

52:16;60:18
**differentiate (1)**
11:18
**direct (1)**
10:10
**directly (1)**
44:14
**Discovery (1)**
47:16
**discretion (1)**
30:2
**discuss (1)**
15:22
**discussed (1)**
59:2
**discussions (1)**
61:8
**dissuade (1)**
53:1
**Doctor (4)**
9:11;47:13;54:23;
62:7
**document (11)**
10:1,2;41:9;42:19;
44:2,5;47:11;48:12;
52:12,12;54:24
**documents (3)**
9:8,12,19
**done (3)**
17:6;50:22;59:7
**door (2)**
35:18,19
**dotted (1)**
43:13
**down (11)**
9:13;11:2;12:17,24;
16:16;17:11;40:4;
43:21;57:17;62:15,17
**Dr (44)**
5:15;21:9,10,12,24;
22:1,3,5,8,13,17,20,22;
23:4,22;24:1,21,24;
25:9,12,15;26:6,12;
33:8;37:1,8;40:3,6,12,
14;41:18,19,21;42:9;
48:5,14;51:10;58:5,8,
14,15,20;59:3;61:1
**duly (1)**
5:3
**duress (1)**
37:24
**during (2)**
16:24;27:5

**E**

**earlier (2)**
28:10;38:15
**early (1)**
44:12
**easy (4)**
6:3,4,21;18:7
**Economics (4)**

Exhibit 3

**GHOLAMI v.**
**BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS**

**SOMNATH BHATTACHARYA**
**November 12, 2024**

14:3,15;20:19;21:12
**education (3)**
34:15;35:9,11
**effect (3)**
40:15;53:6;58:11
**effective (3)**
16:21;22:11,23
**eight (2)**
23:3;59:8
**either (4)**
15:17;40:20;44:13;
57:6
**elected (2)**
13:16,18
**eligibility (1)**
52:14
**eligible (2)**
45:4;52:8
**else (7)**
26:18;39:4;42:10,13;
43:10;44:15;58:9
**email (14)**
31:12;43:21;50:24;
55:3,10,10,13,18,21;
56:9;57:1,8,13;59:18
**employed (3)**
7:15;23:11;53:14
**employment (2)**
25:7;29:8
**encourage (1)**
36:7
**end (4)**
15:13;24:15;48:21;
57:18
**enough (1)**
38:14
**enter (3)**
35:21,21;36:16
**entirety (1)**
6:12
**Ermatinger (3)**
19:2,9,11
**essentially (3)**
8:23;12:24;46:16
**Europe (1)**
25:7
**even (2)**
6:10;15:15
**everyone (1)**
54:20
**exactly (2)**
6:5;18:9
**EXAMINATION (2)**
5:5;60:1
**exchange (3)**
50:24;55:10;57:2
**excuse (2)**
20:23;51:6
**executive (2)**
47:1;48:15
**Exhibit (10)**
9:10;40:23;47:13,16;
50:19;55:1;56:1,5;

58:24;59:1
**exist (3)**
17:22;20:17;53:10
**existed (4)**
10:4;27:11;29:19;
53:9
**exists (1)**
39:21
**exit (1)**
32:24
**exited (1)**
18:24
**expanded (1)**
17:24
**expected (1)**
13:2
**explain (11)**
8:11;14:20;24:1;
25:2,18;36:23,24;
42:18;46:8;49:20;50:7
**explained (4)**
5:18;10:9;32:4;
36:24
**express (1)**
40:14
**expressed (1)**
23:15
**expresses (1)**
30:24
**expressing (3)**
26:8;36:19;40:20

**F**

**facilitate (2)**
39:10;40:17
**facility (1)**
60:20
**fact (1)**
55:21
**Faculty (39)**
8:14;11:8,18;12:11,
12,14,18,19,21;20:1,2,
4;23:22;26:22;27:16,
17,22;28:12;29:8,10,
15,20;30:4;32:24;
33:13,16,19;34:2,16;
35:2,15;36:9,20;37:22;
38:24;43:1,18;44:10;
46:17
**fair (14)**
7:6,7;15:3;18:17;
26:2;30:20;33:5;38:14;
53:22,24;54:1;56:8,19;
59:14
**fall (6)**
22:10,23;29:13,16;
32:8;48:12
**familiar (1)**
19:10
**far (5)**
17:24;43:9;44:2;
60:19;62:12

**favor (1)**
59:8
**February (7)**
8:2,5;15:11,19,24;
23:1,10
**feel (1)**
47:20;62:12
**felt (1)**
37:23
**few (2)**
29:5;50:12
**fill (3)**
30:7,19,21
**filled (3)**
27:3,5,7
**final (1)**
62:8
**Finance (2)**
20:19;21:12
**find (2)**
14:22;35:11
**fine (2)**
31:15;62:18
**finish (1)**
7:2
**finished (1)**
18:5
**finishes (1)**
6:7
**first (12)**
5:3,9;10:1;12:12,14;
15:12;22:19;27:4;
32:14;40:6;56:10;59:7
**five (9)**
10:11,13,19,19,20;
11:2;16:16;17:11;
20:13
**flourish (1)**
38:1
**focused (2)**
12:6;15:5
**focusing (1)**
13:10
**following (2)**
29:12,15
**follows (1)**
5:4
**form (4)**
28:16;31:5;32:1;
54:7
**formal (1)**
60:9
**fortunate (1)**
37:17
**forward (2)**
8:22;51:15
**Foundation (3)**
24:3;30:10;48:2
**Four (1)**
36:8
**frame (3)**
12:6;13:12;15:8;
46:19;56:9

**free (1)**
47:20
**front (2)**
32:12;40:23
**full (14)**
5:8;7:4;11:6;13:3;
31:22;33:2,4;44:24;
45:5,7;46:5;52:2,9;
53:7
**full-blown (1)**
32:4
**full-time (3)**
11:13,18;45:12
**fully (3)**
6:8;7:5;36:10
**further (3)**
59:21;62:3,7

**G**

**gather (1)**
47:7
**general (4)**
36:19;42:2;46:6;
47:23
**generally (1)**
43:17
**generated (2)**
29:9;43:13
**gets (1)**
13:16
**Gholami (8)**
23:4,22;26:6;37:8;
47:16;48:5;58:14;61:1
**G-h-o-l-a-m-i (1)**
23:5
**given (8)**
25:22;29:14;32:6;
43:2;45:5;47:13,17;
49:19
**gleaned (1)**
25:11
**goes (5)**
9:15;28:9;29:21;
44:24;51:14
**Gooch (1)**
20:11
**good (3)**
34:16,21;36:16
**graduate (2)**
16:7,9
**granted (3)**
45:1;46:21;49:11
**granting (1)**
31:24
**grapevine (2)**
57:20,24
**great (4)**
6:16,23;34:13;52:21
**greener (1)**
36:1
**grown (1)**
27:15

**grunt (1)**
6:18
**guess (6)**
11:5;15:22;26:16,23;
27:3;32:9
**Gupta (1)**
21:9
**G-u-p-t-a (1)**
21:19

**H**

**Haddi (3)**
58:15,21;59:3
**Hadidi (22)**
21:23;22:1,5,8,17,
20;24:21,24;39:8,12,
18;40:3,6,14;41:18,20,
22;42:9;48:14;51:10;
58:5,9
**H-a-d-i-d-i (1)**
21:24
**Hadidi's (1)**
40:12
**half (1)**
34:14
**happy (1)**
25:7
**harasser (1)**
24:20
**harassment (1)**
24:16
**head (27)**
6:19;11:11;13:15,15,
19,22;14:1,3,15,16;
21:13;22:3,4,14,21,22,
24,24;27:13,14,16,17,
18;28:9,19;33:14;39:8
**heading (1)**
48:3
**heads (3)**
10:13;21:4,23
**Health (1)**
20:5
**hear (1)**
24:10
**hearing (2)**
58:2,4
**heart (1)**
25:6
**held (1)**
7:23
**higher (3)**
34:15;35:9,11
**hire (1)**
32:20
**hired (7)**
19:14,16,18;41:14;
43:1;49:15;60:6
**hiring (4)**
26:22;32:8;35:2;
41:8
**history (1)**

**Exhibit 3**

GHOLAMI v.
BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

SOMNATH BHATTACHARYA
November 12, 2024

13:23
**Hold (1)**
62:2
**huh-uh (1)**
6:18
**Human (2)**
6:6;18:12

**I**

**idea (3)**
28:2;29:14;38:4
**identified (1)**
48:9
**Illinois (9)**
7:15;9:4;23:16;
46:10,12,15,18;53:5,23
**include (1)**
11:5
**incorrect (1)**
14:4
**incorrectly (1)**
62:13
**indefinite (1)**
46:11
**indefinitely (1)**
13:19
**indicate (5)**
42:6;51:20;56:10;
58:15,16
**indicated (1)**
41:6
**indicating (1)**
57:5
**indication (1)**
61:4
**individuals (1)**
58:17
**inform (1)**
28:15
**informal (1)**
56:2
**Information (8)**
14:18;15:23;16:6,7;
21:1;23:20;25:19;
40:19
**informed (2)**
23:21;27:20
**inherent (1)**
35:1
**initial (1)**
40:13
**initially (3)**
25:14;34:5;49:13
**initiated (1)**
26:5
**institution (1)**
60:18
**interact (1)**
8:18
**interest (2)**
23:15;30:24
**interim (6)**

19:1,9;22:3,14,22,24
**interject (1)**
6:6
**interjected (1)**
18:4
**interrupt (1)**
7:1
**interrupting (1)**
6:24
**interview (1)**
29:3
**into (5)**
32:20;36:16;52:21;
57:18;60:20
**invite (1)**
29:4
**involved (2)**
39:10;47:8
**i's (1)**
43:14
**issue (3)**
34:12;42:3;56:19
**issued (1)**
42:20
**issues (4)**
8:20;12:13,19;59:17

**J**

**James (1)**
19:2
**Janet (1)**
20:11
**Jessup (1)**
14:7
**Jim (1)**
19:2
**job (1)**
27:1
**join (2)**
29:15;44:10
**joined (2)**
16:4;17:8
**joins (1)**
29:11;44:22
**judgment (1)**
36:3

**K**

**Karl (2)**
21:11,19
**K-a-r-l (1)**
21:19
**keen (3)**
37:7,10;38:2
**keep (1)**
43:11
**kind (3)**
16:1;26:23;28:9
**Kline (1)**
14:10
**knew (1)**

18:9
**knowing (1)**
36:10
**knowledge (3)**
30:18;53:18,20
**Koch (1)**
20:7

**L**

**laid (1)**
61:6
**Last (4)**
5:9,13;21:18;28:1
**late (1)**
22:23
**later (2)**
44:23;56:6
**launched (1)**
17:3
**lead (1)**
37:9
**leaders (1)**
12:16
**learn (1)**
23:19
**learned (1)**
23:15
**least (2)**
44:7;46:8
**leave (4)**
22:9;27:21;35:24;
36:10
**leaves (3)**
29:20;35:15,17
**leaving (1)**
36:1
**left (17)**
18:23;22:10,11;
23:23;24:2;27:4,13;
30:5,11;34:17;35:13;
36:20;37:23;38:24;
49:12;50:13,16
**left-hand (1)**
47:15
**legitimate (1)**
56:15
**less (2)**
10:19,20
**letter (5)**
42:20;43:3;61:2,3,18
**Letters (1)**
19:3
**level (4)**
45:19,22;52:16;
58:14
**levels (3)**
45:9,18;46:4
**Li (6)**
21:12,20,24;22:3,13,
22
**L-i (1)**
21:20

limited (1)
58:7
**line (4)**
12:12,14;44:5;46:3
**lines (1)**
57:14
**listed (1)**
61:18
**little (1)**
57:17
**load (3)**
13:3,4,5
**long (2)**
7:9,23
**longer (4)**
10:21;19:9;29:20;
30:1
**look (6)**
22:12;34:18;40:24;
51:9;52:11,24
**looked (1)**
56:2
**looking (1)**
25:3
**loosely (1)**
21:6
**lot (3)**
5:21;6:10;26:24
**lower (2)**
9:13;47:15
**lowest (1)**
45:19

**M**

**ma'am (1)**
60:8
**majority (2)**
33:22,23
**majors (1)**
17:18
**makes (1)**
48:20
**making (4)**
47:8;48:17;54:2,6
**man (1)**
7:10
**Management (20)**
7:21;8:1;10:4;11:22;
13:11;14:12,13,17;
15:23;16:6,7,10,14,17;
19:6;20:20,23,24;21:1,
10
**many (5)**
11:4,8;23:2;41:23;
61:7
**March (1)**
39:15
**mark (2)**
47:11;55:1
**marked (2)**
9:10;47:13
**Marketing (4)**

16:17;20:20;21:1,10
**May (4)**
44:7,23;57:21;61:15
**maybe (1)**
44:15
**McDermott (1)**
21:11
**M-c-D-e-r-m-o-t-t (1)**
21:19
**McNeil (5)**
18:21,22,24;48:14,
16
**mean (5)**
27:10,16;29:19;44:9;
49:21
**means (3)**
46:7,8;53:1
**meant (1)**
46:9
**meetings (1)**
12:19
**member (11)**
26:22;29:10,20;30:4;
35:15;36:9,20;38:24;
43:1,19;46:17
**members (4)**
33:13,16,19;44:10
**memo (5)**
41:5,20;51:10;55:15;
59:3
**memorandum (2)**
39:20;48:4
**memory (1)**
26:6
**mention (1)**
40:3
**mentioned (3)**
28:10;41:5,18
**mentioning (1)**
6:23
**merge (1)**
10:22
**merged (1)**
20:13
**met (1)**
45:6
**Miami (1)**
8:9
**might (11)**
15:14;36:5,9;44:21;
45:23;46:2;58:11,17;
59:17,22;60:23
**mind (1)**
5:11
**minimum (2)**
45:4,6
**MIS (23)**
13:24;14:15,17,23;
16:5,6;20:21,23;21:13,
23;22:4,21,22,24;23:2,
22;26:8;27:2,14;34:1,
2;56:13;59:17
**MMO (1)**

21:9
**modes (2)**
  35:20,20
**moment (1)**
  50:20
**months (1)**
  50:12
**more (2)**
  10:19;50:10
**most (2)**
  15:4;44:13
**moved (3)**
  16:16;19:23;20:24
**moving (1)**
  44:16
**much (3)**
  6:5;18:6;47:21
**multiple (2)**
  28:24;32:12

**N**

**name (8)**
  5:8,9,10,13;19:2;
  21:18;27:24;28:1
**names (1)**
  20:16
**nature (2)**
  6:6;18:12
**necessarily (3)**
  27:10;35:7;43:21
**need (9)**
  7:10;21:14;33:4,7,
  11,12;43:9;52:23;
  62:12
**needs (1)**
  28:12
**negatively (1)**
  40:21
**negotiate (1)**
  43:18
**negotiated (1)**
  61:18
**negotiates (1)**
  29:7
**neutral (1)**
  25:17
**new (10)**
  20:4;26:7,22;29:15;
  35:18,19,19,19,20;
  37:24
**next (2)**
  45:22;55:11
**nod (1)**
  6:18
**normal (4)**
  32:11;36:5;38:23;
  41:8
**nos (1)**
  6:22
**notice (1)**
  9:13
**nowadays (1)**

29:4
**number (8)**
  9:21,22;11:1;47:7;
  48:10;50:19;55:2;
  58:24

**O**

**object (4)**
  30:9;31:4;48:1;54:7
**Objection (1)**
  24:3
**objections (1)**
  24:10
**obtained (1)**
  61:7
**obviously (1)**
  39:9
**occurred (1)**
  26:11
**off (3)**
  11:10;32:15;54:20
**offer (10)**
  29:9,10;42:20;43:2;
  50:8;51:4,12;56:3;
  61:2,3
**offered (1)**
  54:3
**offering (1)**
  51:21
**offerings (2)**
  17:13,16
**office (8)**
  8:21;12:17,20,23;
  28:14,20;41:22;43:12
**oftentimes (3)**
  6:5;29:24;43:22
**okays (1)**
  6:22
**once (1)**
  34:16
**one (13)**
  6:3;13:13;14:21;
  20:19;27:14,19;35:7,
  14;41:18;46:23;47:11;
  50:13;59:9
**ones (2)**
  10:21;47:14
**only (5)**
  32:18;37:15;39:7,7;
  50:12
**Operations (7)**
  16:9,14,18;20:20,24;
  21:2,10
**opinion (1)**
  34:15
**opportunity (4)**
  7:5;41:2;50:8;52:23
**opposed (3)**
  12:7;25:17;52:2
**options (1)**
  18:1
**order (1)**

33:4
**organization (1)**
  37:15
**organizational (2)**
  10:3;16:23
**others (1)**
  42:6
**ourselves (1)**
  24:12
**out (6)**
  30:23;31:2,6,6;
  44:14;61:6
**outlets (2)**
  28:22,23
**Outside (1)**
  42:9
**over (11)**
  6:3;16:11,16,20;
  19:5;22:21;29:3,4;
  34:14;43:22;59:23
**overall (1)**
  51:13
**own (1)**
  34:17

**P**

**packet (1)**
  9:8
**page (10)**
  9:21,23;10:1;40:24;
  42:17,17;50:19;58:24;
  59:1;61:14
**pages (3)**
  41:12;47:16;52:13
**paper (1)**
  15:16
**Papini (25)**
  19:15,17;23:21;24:1;
  25:10,12,15;26:12,16;
  31:7,18;33:8;36:18;
  37:1;38:8,11,21;39:5,
  13;50:7;52:5;56:11,19;
  57:5;61:19
**Papini's (1)**
  37:5
**paragraph (2)**
  57:19;59:7
**part (2)**
  15:4;16:14
**particular (15)**
  10:1,2;16:3;25:4;
  27:1;34:12;35:4,7;
  41:8;42:19;46:15;
  48:11;54:5;55:18;61:1
**particularly (1)**
  38:17
**pastures (1)**
  36:1
**people (7)**
  26:24;29:1;35:23;
  47:8;53:13;58:12;
  60:18

**percent (1)**
  37:16
**percolate (1)**
  8:20
**performed (1)**
  34:21
**perhaps (1)**
  38:1
**period (4)**
  13:18;27:6;44:17;
  45:3
**permanent (1)**
  19:8
**permission (1)**
  32:20
**person (11)**
  21:7,7;31:20;32:14;
  35:4,7,17;36:4,12;
  39:7;60:10
**personal (1)**
  34:8
**personality (1)**
  35:19
**personally (1)**
  34:6
**personnel (1)**
  46:24
**petition (1)**
  28:13
**PhD (2)**
  44:11,14
**phone (2)**
  29:3;43:22
**piece (1)**
  15:15
**pike (1)**
  40:4
**place (4)**
  16:19,20;17:4;59:4
**please (5)**
  5:7;28:7,7;34:13;
  52:24
**pleasure (2)**
  13:16,20
**pm (1)**
  62:20
**point (9)**
  7:11;22:15;23:14;
  25:4;26:1;35:21,22;
  49:12;58:2
**policies (6)**
  52:7,14;53:5,9,13,17
**policy (3)**
  54:5,12,16
**poor (1)**
  36:3
**position (30)**
  7:19,23;8:12;19:8,
  24;27:2,5,7,11;28:3,4,
  14,15,21,24;29:18,19,
  20,23;30:1,7,19,22;
  31:24,24;32:20,21;
  50:11,13,15

**positive (1)**
  25:23;38:16;56:13
**positively (1)**
  40:20
**possibility (3)**
  40:7;42:11;57:21
**possible (1)**
  32:5
**posting (2)**
  31:2;41:7
**potential (1)**
  26:18
**POWELL (20)**
  11:21;12:2;15:9,18;
  19:12;24:3,7;30:9;
  31:4,10,13;48:1;53:12;
  54:7;60:2;61:21,24;
  62:4,10,18
**practice (5)**
  6:4;34:16;35:8,12;
  36:16
**precedence (2)**
  36:9,14
**predecessor (1)**
  18:19
**prepare (1)**
  43:8
**prepared (1)**
  6:9
**present (1)**
  25:6
**preside (1)**
  19:5
**president (2)**
  9:4,5
**prestigious (1)**
  37:15
**presuming (1)**
  32:7
**previous (3)**
  23:23;27:2;55:15
**previously (4)**
  41:4;48:10;55:9;
  56:2
**primarily (2)**
  12:6;39:18
**prior (3)**
  22:17;40:1;51:12
**probably (4)**
  5:22;21:8,14;39:23
**probationary (1)**
  44:17
**process (18)**
  5:19;13:9;26:22;
  29:2,16;30:6,24;31:14,
  17,19;32:4,11;33:2;
  36:6;48:11;60:5,10,12
**processes (1)**
  29:13
**Produced (9)**
  9:14,24;41:11;42:17;
  50:18;52:12;56:1;59:1;
  61:10

**Production (1)**
 16:9
**professor (28)**
 7:21;11:5,7;27:20;
 44:4,8,11,19,22;45:3,5,
 8,19;46:4,5,5;50:17;
 51:22;52:1,2,15,16,17;
 53:7,8,22;54:4;58:14
**professors (17)**
 11:4,6,8,13,14,16;
 23:2;44:13;45:10,11,
 12,14,24;46:2;60:6,7,
 14
**professorship (1)**
 52:9
**programs (2)**
 17:21;44:14
**promoted (3)**
 44:18;45:7;52:15
**promotion (6)**
 36:6;44:19;45:1,5;
 47:3;53:21
**proposal (1)**
 51:14
**proposed (2)**
 17:1,6
**provide (2)**
 24:22;40:18
**provided (3)**
 9:12;25:18;58:8
**provost (44)**
 9:2;10:8;19:14,15,
 17,17,20;23:21;24:18;
 26:16;28:13,14,20;
 29:22,22;30:2;31:23;
 32:15,21,22;33:7;
 34:18;35:3,5;36:18;
 37:5,7;38:11,21;39:5;
 43:12,15,20,24;47:4;
 48:18;49:2;50:3,7;
 52:5;56:11,18;57:5;
 61:19
**psychology (1)**
 20:6
**purpose (1)**
 16:2
**put (1)**
 45:16

### Q

**quit (2)**
 60:7,14
**quote-unquote (1)**
 19:8

### R

**rank (1)**
 60:19
**ranks (2)**
 11:13;45:17
**Rassule (1)**

 21:23
**R-a-s-s-u-l-e (1)**
 21:23
**rather (1)**
 21:16
**re-accreditation (1)**
 37:19
**reached (2)**
 31:6,6
**reaches (1)**
 30:23
**read (7)**
 38:13;41:3;42:22;
 47:21;52:18;55:6;
 56:17
**reading (2)**
 50:22;54:15
**ready (1)**
 17:2
**real (1)**
 59:15
**really (3)**
 40:14;42:23;60:3
**reasons (3)**
 35:14;36:15;38:9
**reassign (1)**
 29:23
**recall (3)**
 26:5;27:18;28:1;
 39:11;41:24;42:1,2,5;
 56:21;57:3,4,8
**receive (1)**
 30:15
**received (4)**
 19:4;31:11;32:19;
 41:20
**receiving (2)**
 24:15;56:12
**recognize (2)**
 45:13,15
**recognized (1)**
 38:16
**recollection (9)**
 26:13;50:10;55:17;
 57:15;58:1,3,6,7;59:16
**recollections (1)**
 58:10
**recommendation (6)**
 29:6;47:4,6;48:5,16;
 49:23
**record (8)**
 5:8;6:23;34:20;
 37:21;53:12;54:20,23;
 62:7
**recourse (1)**
 12:15
**reduced (6)**
 11:1;13:3,5;16:15;
 27:14,19
**reduction (1)**
 17:13
**reductions (1)**
 17:15

**refer (1)**
 23:5
**reference (1)**
 57:24
**referencing (1)**
 15:8
**referred (1)**
 54:13
**reflect (1)**
 48:15
**regarding (3)**
 41:22;56:12,13
**rehire (1)**
 34:16
**relates (1)**
 46:9
**relationship (1)**
 39:13
**rely (1)**
 54:4
**remember (2)**
 32:21;57:12
**reorganization (5)**
 10:24;16:15;17:2,17;
 18:16
**replace (1)**
 30:3
**report (3)**
 9:2;10:14;41:12
**reporter (3)**
 5:12;62:15,17
**reporting (1)**
 10:8
**reports (5)**
 9:3,3,5;10:10,12
**represent (2)**
 12:17;23:4
**representations (1)**
 12:22
**request (1)**
 50:5
**required (1)**
 49:23
**requirement (1)**
 41:7
**research (4)**
 25:21;35:20;37:21;
 38:17
**researcher (1)**
 34:20
**reservation (1)**
 35:2
**reservations (4)**
 35:6;36:19;40:15;
 42:4
**resolve (1)**
 8:21
**respond (1)**
 6:12
**response (5)**
 37:6;40:13;55:4,11,
 14
**responsibilities (3)**

 8:11;12:8,12
**responsible (2)**
 12:11;48:17
**results (1)**
 57:22
**return (23)**
 23:23;25:8,23;26:8,
 19;31:20;35:4;36:2;
 37:8,11;39:10;42:21;
 49:24;50:2,4,6,14,15;
 51:21;54:4;56:14;
 58:13;61:5
**returned (2)**
 20:1;49:18
**returning (12)**
 23:16;25:16,20;34:7;
 38:5;39:1;40:8;42:11,
 14;44:3;52:2;60:5
**review (5)**
 38:22;41:2;50:20;
 62:1,11
**reviewed (2)**
 38:15;52:23
**right (29)**
 5:7,15;6:15;7:14,18;
 9:7;11:23;15:21,21;
 18:11,14;21:6,17,21;
 38:7,12;41:4,23;42:9;
 43:5;53:11,19;54:14;
 57:10;59:11,14,20;
 61:24;62:10
**right-hand (1)**
 9:13
**role (3)**
 8:10;12:24;22:2
**Ronald (1)**
 18:21
**Roya (34)**
 23:5,11;24:23;25:3,
 16;26:2,11,16,18,21;
 28:3;30:5,23;31:12,18,
 18;34:5;37:10;38:5;
 40:8,20;41:13;42:11,
 14;49:11;50:24;54:3;
 55:4,11;56:3;57:6,6;
 59:12;60:15
**R-o-y-a (1)**
 23:6
**Roya's (1)**
 38:22

### S

**same (4)**
 7:1;9:23;45:1;52:11
**saying (6)**
 6:20;31:6;40:19;
 42:3;43:20;57:13
**scaled (1)**
 12:24
**school (1)**
 22:13
**Schools (2)**

 37:14,16
**Science (2)**
 19:4;20:5
**search (14)**
 19:7;28:17,17;29:2;
 31:23;32:1,2,4,11,17,
 19;33:2,4;39:21
**second (4)**
 20:20;44:4;57:18,18
**secret (1)**
 59:7
**seek (1)**
 14:23
**seemed (6)**
 25:22;35:3;37:7,10;
 42:4;48:15
**seems (2)**
 57:9;61:3
**selected (2)**
 13:6;29:5
**selection (1)**
 29:2
**semester (2)**
 22:19;29:14
**senior (1)**
 12:23
**sense (7)**
 5:21;6:10;8:18;
 12:13,16;14:4;31:3
**sent (2)**
 51:1;55:21
**sentiment (1)**
 58:5
**series (1)**
 5:20
**serve (2)**
 12:24;37:21
**served (1)**
 13:19
**serves (1)**
 13:15
**service (2)**
 12:19;34:21
**several (2)**
 50:11;58:12
**share (1)**
 37:3
**Shipra (2)**
 21:9,18
**S-h-i-p-r-a (1)**
 21:18
**short (2)**
 32:6;54:19
**short-circuit (1)**
 32:10
**shoulders (1)**
 6:19
**show (1)**
 47:10
**shown (1)**
 61:9
**shrug (1)**
 6:19

**shuffling (1)**
17:12
**sign (1)**
32:15
**signature (3)**
61:7,14;62:20
**signed (2)**
61:2,15
**simple (2)**
33:22,23
**simply (1)**
13:23
**simultaneously (1)**
12:21
**sit (2)**
57:12;59:15
**six (1)**
37:15
**six-year (2)**
44:17;45:3
**small (1)**
8:14
**solely (1)**
38:7,10
**somebody (8)**
6:7;7:2;35:12;36:2;
44:22,24;52:8;53:21
**somebody's (1)**
46:20
**someone (2)**
53:6;60:17
**Sometimes (3)**
5:20;8:20;28:22
**somewhat (1)**
8:17
**somewhere (1)**
44:15
**SOMNATH (2)**
5:2,9
**S-o-m-n-a-t-h (1)**
5:13
**Sorry (3)**
18:4;24:9;62:4
**sort (5)**
19:24;43:2;51:13,14;
56:18
**sounds (2)**
6:3;18:6
**sources (1)**
25:11
**space (1)**
32:6
**speak (2)**
42:10,13
**speaks (1)**
36:2
**specific (5)**
39:14;58:8,10;59:16;
60:10
**specifically (1)**
24:10
**specify (1)**
15:7

**speed (1)**
56:11
**spelled (1)**
21:18
**spelling (1)**
5:11
**spellings (2)**
21:15;62:12
**spent (2)**
34:14;44:15
**spoke (2)**
25:14;26:15
**spoken (3)**
26:12,17;39:4
**spring (1)**
22:20
**Springfield (6)**
7:16;23:17;46:10,13,
19;53:24
**St (1)**
8:8
**stamp (2)**
9:14,22
**stance (1)**
25:18
**standards (1)**
45:7
**start (3)**
15:9;30:19,21
**started (5)**
15:11,13;19:19;30:6;
31:5
**starts (1)**
9:15
**state (2)**
5:8;56:14
**statements (1)**
62:8
**stays (1)**
29:21
**stellar (2)**
25:22;34:19
**steps (2)**
48:10,12
**stick (1)**
35:1
**still (7)**
18:22;19:20;20:7;
21:4;22:5;24:5;27:21
**stipend (1)**
19:4
**Stop (1)**
24:11
**stops (1)**
8:23
**straight (1)**
44:14
**strong (2)**
37:20;57:20
**structurally (1)**
17:10
**structure (1)**
16:24

**structures (1)**
13:13
**student (3)**
8:17;12:13,15
**students (4)**
8:18,22;18:3;35:17
**subsequent (1)**
17:16
**subsequently (2)**
17:16;31:9
**suggest (2)**
25:13;57:9
**suggested (1)**
50:3
**suggests (2)**
48:4;59:6
**summer (3)**
22:21,23,23
**support (1)**
25:20
**supportive (6)**
25:16;34:6;38:24;
41:7,13;58:13
**suppose (1)**
33:5
**sure (7)**
5:18;7:5;24:14;
32:23;53:3;55:2;57:11
**survive (1)**
57:7
**survived (1)**
59:12
**sworn (1)**
5:3
**System (2)**
9:5;46:16
**Systems (5)**
14:18;15:23;16:6,8;
21:1

**T**

**tacit (1)**
43:23
**talk (2)**
15:23;34:11
**talking (7)**
6:3;9:21;11:21;
14:24;15:12,13;23:6
**talks (1)**
44:3
**tangentially (1)**
8:17
**taught (3)**
16:5,6,8
**teacher (1)**
34:21
**teaching (4)**
13:3,4,5;35:20
**Technology (1)**
20:5
**tells (2)**
24:11;57:20

**temptation (1)**
6:17
**tentative (1)**
51:14
**tenure (27)**
36:6;44:18,19;45:1,
23;46:1,3,3,7,16,21,23;
47:3;48:4,11,20;49:12,
16,17,18,24;50:2,4,6,9,
13;59:8
**tenured (8)**
11:6,12,12;44:23;
45:2;50:16;51:21;
58:13
**term (2)**
21:6;22:13
**terms (6)**
25:6;29:7;43:9;44:7;
61:5,17
**terribly (1)**
7:9
**testified (2)**
31:8;38:15
**testifies (1)**
5:3
**testimony (1)**
57:11
**Thanks (2)**
61:21;62:18
**theory (1)**
6:4
**third (1)**
20:21
**Thomas (1)**
8:8
**thought (2)**
6:7;38:23
**thoughts (3)**
34:9;37:3;51:17
**three (14)**
11:2;13:18;16:16;
17:10,11;20:14,16,17;
28:21;34:14;36:4;
44:15;45:9;46:4
**throughout (3)**
15:22;16:22;53:23
**tie (1)**
56:8
**timeline (1)**
55:24
**title (1)**
60:19
**today (5)**
10:19,20;12:7;57:12;
59:15
**token (1)**
7:1
**told (5)**
18:6;24:9,14,17;
25:10
**took (4)**
16:20;62:4,15,17
**top (3)**

**11:11;21:7,7**
**track (5)**
11:12;45:23;46:1,3,3
**tradition (1)**
13:24
**train (1)**
38:23
**transcribe (1)**
6:21
**transcript (1)**
6:9
**transitioning (1)**
22:2
**transpire (1)**
44:1
**trick (1)**
51:8
**trust (2)**
62:14,16
**trustees (5)**
9:6;47:6;48:19,22;
49:8
**try (1)**
36:5
**trying (4)**
30:19;31:13;51:8;
53:1
**t's (1)**
43:14
**turbulence (1)**
35:16
**Turn (3)**
9:24;52:13;59:22
**two (9)**
13:13;21:22;22:1;
28:21;35:23;37:19;
44:15,19;56:5
**type (2)**
33:24;60:10
**typed (1)**
62:13
**types (1)**
14:21
**typically (20)**
8:21;11:17;12:10;
13:17;28:8,15,21;29:3,
11,12,16,19;36:4;
44:10,16,23;46:21,23;
48:13;52:6

**U**

**UIS (17)**
9:12,14,24;22:2,11;
25:8;26:9;41:11;42:17;
44:7;49:22;50:18;51:9;
52:12;56:1;59:1;61:10
**ultimate (1)**
48:18
**ultimately (4)**
9:5;38:3;49:8;59:11
**unanimous (1)**
33:21

**under (4)**
31:20;37:23,24;
60:16
**undergraduate (2)**
16:5,8
**understood (4)**
6:17;27:12,12;30:12
**undertake (2)**
12:18;31:22
**undertaking (2)**
19:6;28:5
**unit (1)**
12:16
**University (30)**
7:15,19;8:4,8;9:4;
22:6,9;23:11,16,24;
24:2;25:3,17,21;26:19;
30:6;31:1;34:23;36:11;
39:1,5;45:13;46:9,12,
15,18;47:3;52:7;53:5,
23
**unless (1)**
24:10
**unlimited (1)**
46:16
**up (14)**
8:20;9:2,3,3,6;10:9;
35:23;37:18;40:7,9;
48:24;56:11;62:13,15
**upon (6)**
19:7;31:24;32:18,24;
38:20;54:4
**Urbana-Champaign (1)**
46:14
**use (1)**
6:18
**used (1)**
40:15
**using (1)**
21:6

## V

**vacancy (2)**
27:1;30:8
**vacated (1)**
29:18
**variety (1)**
35:14
**various (1)**
11:13
**verbal (4)**
39:19;40:2,10,11
**versus (1)**
11:18
**vetted (1)**
52:5
**via (1)**
43:21
**view (1)**
35:10
**views (1)**
40:20

**vis-a-vis (1)**
13:1
**vis-à-vis (1)**
43:14
**visiting (1)**
45:24
**voice (1)**
57:2
**volition (1)**
34:17
**vote (16)**
32:17;33:19;34:1;
46:24;47:1,2,3,4,6;
56:13;57:7,21;59:3,7,
12,12
**voted (1)**
50:6

## W

**wait (2)**
21:16;30:9
**waive (6)**
32:16,18;33:2,4;
62:14,16
**waived (1)**
62:21
**waiver (2)**
39:21;59:8
**waiving (1)**
41:7
**wake (1)**
35:23
**way (5)**
25:15;27:15;48:24;
55:24;57:4
**welfare (1)**
8:17
**what's (1)**
43:20
**whenever (1)**
43:1
**whole (1)**
60:13
**who's (2)**
21:7;36:4
**willing (1)**
61:4
**wish (1)**
36:1
**wishes (1)**
29:22
**within (8)**
10:16;30:7;33:12;
34:1;35:16,16;48:12;
58:20
**without (1)**
49:16
**WITNESS (3)**
24:5;54:9;62:16
**words (1)**
40:15
**work (2)**

28:20;48:23
**working (1)**
18:16
**works (1)**
17:7
**world (1)**
37:16
**write (1)**
57:19
**writing (1)**
26:11
**written (5)**
39:17;40:1,9;43:2;
55:3
**wrong (1)**
21:8
**wrote (3)**
26:7;55:23;59:18

## X

**Xiaoqing (2)**
21:12,20
**X-i-a-o-q-i-n-g (1)**
21:20
**XYZ (1)**
36:12

## Y

**year (7)**
15:14;16:24;22:13;
23:23;28:8;29:12,14
**yearlong (1)**
29:16
**years (5)**
13:18;35:11;37:19;
44:15;50:11
**yeses (1)**
6:21
**Yezn (1)**
27:24
**Y-e-z-n (1)**
27:24
**yield (1)**
57:21

## Z

**zero (1)**
59:8
**Zoom (1)**
29:4

## 1

**1 (5)**
9:10;50:19;56:1;
58:24;59:1
**10:21 (1)**
5:1
**11 (6)**
55:4,10,13;56:5,9;

59:18
**11:25 (1)**
54:18
**12 (3)**
55:5,11;61:15
**12:10 (1)**
62:20

## 2

**2 (3)**
47:11,14,16
**2016 (1)**
48:8
**2019 (36)**
8:3,5;10:4,24;11:3;
12:6,9;13:12;15:5,8,11,
12,22,24;16:4,20,22,
24;17:7;18:15;21:21;
22:11,20;23:2,10;32:8;
39:16;44:8;46:9,19;
49:16;51:2;53:6;55:4,
5;61:15
**2019-2020 (1)**
22:13
**2021 (2)**
11:1;16:21
**2022 (1)**
16:21
**219 (1)**
47:16
**225 (1)**
47:17
**28 (3)**
9:15,24;52:20
**29 (3)**
51:10;52:13,18

## 3

**3 (2)**
55:1;56:5
**30 (1)**
11:12
**32 (2)**
52:13,21

## 4

**40 (2)**
50:19;56:1
**48 (6)**
40:24;41:11;51:9;
58:24;59:1,1
**49 (2)**
40:24;41:11

## 5

**50 (1)**
61:10
**51 (1)**
61:10

**52 (2)**
42:18;61:10
**53 (2)**
42:18;61:11
**59 (1)**
9:15

## 6

**6 (1)**
53:20

## 9

**9 (2)**
51:1;56:3