Law No. 22-cv-03268
5442-468 TMP/DAD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROGHIEH GHOLAMI, | ) |
| Plaintiff, | ) |
| v. | ) Law No. 22-cv-03268-CRL-EIL |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) |
| Defendant. | ) |

**AGREED MOTION TO VACATE FINAL PRE-TRIAL CONFERENCE AND JURY TRIAL DATES**

NOW COME the parties, by their respective counsel, and for their Agreed Motion to Vacate Final Pre-Trial Conference and Jury Trial Dates state as follows:

1. Pursuant to this Court's Text Order entered September 13, 2024, this matter is set for a final pre-trial conference on July 8, 2025 at 2:00 p.m. and jury trial on July 15, 2025 at 9:00 a.m. before Judge Lawless.  [Text Order 9/13/2024]

2. Defendant filed its Motion for Summary Judgment on March 28, 2025.  [d/e #22]

3. Plaintiff's Response to Defendant's Motion for Summary Judgment was filed on May 27, 2025.  [d/e #29]

4. Pursuant to this Court's Text Order entered June 10, 2025, Defendant's Reply in support of its Motion for Summary Judgment is due July 1, 2025.  [Text Order 6/10/2025]

5. Undersigned counsel has conferred with Attorney John Baker, counsel for Plaintiff, and he agrees with the filing of this Motion.

Law No. 22-cv-03268
5442-468 TMP/DAD

      6.      Therefore, Counsel for all parties requests that the final pre-trial conference and jury trial dates be vacated and be reset following the ruling on Defendant's Motion for Summary Judgment if needed.

      WHEREFORE, the parties request that the July 8th final pre-trial conference and July 15th jury trial dates be vacated and for such further and other orders as the Court deems necessary.

Respectfully Submitted,

BOARD OF TRUSTEES OF THE UNIVERSITY
OF ILLINOIS, Defendant

s/ Theresa M. Powell
Theresa M. Powell, IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
4205 Wabash Avenue
Springfield, IL 62711
Direct Dial: 217.391.0921
Facsimile: 309.420.0402
Email: tmpowell@heylroyster.com

**PROOF OF SERVICE**

I hereby certify that on June 20, 2025, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
BAKER, BAKER & KRAJEWSKI LLC
415 South Seventh Street
Springfield, IL 62701
Email: jab@bbklegal.com
**Counsel for Plaintiff**

s/ Theresa M. Powell
Theresa M. Powell

TMP/cs  (5442-468)
45929166.1